**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Southern Season, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-4446698 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 100 Europa Drive, Suite 101<br>Chapel Hill, NC 27517<br><hr>Number, Street, City, State & ZIP Code | <br><br><hr>P.O. Box, Number, Street, City, State & ZIP Code |
| Orange<br><hr>County | **Location of principal assets, if different from principal place of business**<br>201 S Estes Dr Chapel Hill; 443B Daniels St Raleigh; 3804 Roswell Rd #15 Atlanta, GA; (See attached) 2390 Park Center Dr Mebane, NC 27302<br><hr>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify:  _____

Debtor    Southern Season, Inc.                                      Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ | |
| District | _____ | When | Case number, if known | _____ | |

Debtor  Southern Season, Inc.                                          Case number (*if known*) _____
     Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  Southern Season, Inc.                                        Case number (if known) _____
          _____
          Name

<table>
<tr><td></td><td>Request for Relief, Declaration, and Signatures</td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2016
                _____
                MM / DD / YYYY

X /s/ Clay Hammer                                    Clay Hammer
_____            _____
Signature of authorized representative of debtor     Printed name

Title   CEO
         _____

**18. Signature of attorney**

X /s/ John Paul H. Cournoyer                         Date   June 24, 2016
_____                    _____
Signature of attorney for debtor                            MM / DD / YYYY

John Paul H. Cournoyer
_____
Printed name

Northen Blue, L.L.P.
_____
Firm name

1414 Raleigh Road, Suite 435
_____
_____
Number, Street, City, State & ZIP Code

Contact phone   (919) 968-4441          Email address
                _____                      _____

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Southern Season, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2016          X /s/ Clay Hammer
                                          Signature of individual signing on behalf of debtor

                                          Clay Hammer
                                          Printed name

                                          CEO
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Southern Season, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Best Logistics Attn:  Managing Agent PO Box 336 Kernersville, NC 27285-0336 | billing@shipwithbest .com (800) 299-4787  Ext. 0000 | Freight | | | | $29,817.50 |
| Chapel Hill Toffee Attn:  Managing Agent 218 OLD FOREST CREEK DR. CHAPEL HILL, NC 27514 | Christy Graves christy@chapelhilltof fee.com (919) 906-1726 | Inventory | | | | $27,799.50 |
| COUNTER CULTURE COFFEE, I Attn:  Managing Agent P.O. Box 890605 Charlotte, NC 28289-0605 | Jessica McCall jmccall@countercult urecoffee.com (843) 722-6449 | Inventory | | | | $100,123.46 |
| Dixon Hughes Goodman LLP Attn:  Managing Agent PO BOX 602828 Charlotte, NC 28260-2828 | Corey Mallard Corey.Mallard@dhgl lp.com (919) 876-4546 | Auditors | | | | $39,971.78 |
| First Source Attn:  Managing Agent 3612 La GRANGE PARKWAY TOANO, VA 23168 | Loretta Manning Loretta.Manning@fir st-source.com (800) 296-0273 | Inventory | | | | $41,169.11 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  Southern Season, Inc.                     Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FRESHPOINT<br>Attn:  Managing Agent<br>203 Trans Air Drive<br>Morrisville, NC 27560 | Sheila Powell<br><br>Sheila.Powell@fresh point.com<br>(919) 468-9441 | Inventory | | | | $37,038.52 |
| Gorilla<br>Attn:  Managing Agent<br>111 W. Jackson Blvd<br>Suite 300<br>Chicago, IL 60604 | J. Ramirez<br><br>jramirez@gorillagrou p.com<br>(312) 361-1506 | website development | | | | $231,601.00 |
| Haddon  House<br>Attn:  Managing Agent<br>PO BOX 907<br>MEDFORD, NJ 08055 | George Scala<br><br>Gscala@haddonhou se.com?<br>(704) 973-9347 | Inventory | | | | $84,850.66 |
| LM RETAIL, LLC C/O GUMENICK PROPERTIES<br>Attn:  Managing Agent<br>4901 LIBBIE MILL EAST BOULEVARD<br>RICHMOND, VA 23230 | 8042880011 | Landlord | | | | $137,341.74 |
| OCEAN BOULEVARD PROPERTIES, LP<br>Attn:  Managing Agent<br>Unknown | Leonard Way<br><br>LWay@thebeachco mpany.com<br>(843) 277-3027 | Rent | | | | $142,374.34 |
| OFFIR Consulting LLC<br>Attn:  Managing Agent<br>12 Mary Jane Ln<br>Westport, CT 06880 | Ron Offir<br><br>ron@offirconsulting. com<br>(917) 656-9654 | Website Development | | | | $30,672.66 |
| PACKAGES, INC<br>Attn:  Managing Agent<br>PO BOX 1065<br>DENTON, NC 27239 | Monica Lomax<br><br>Monica@packagesin c.com<br>(336) 859-2452 | Inventory | | | | $29,725.04 |
| PAPYRUS-RECYCLE D GREETING<br>Attn:  Managing Agent<br>ONE AMERICAN ROAD<br>CLEVELAND, OH 44144-2398 | Connie Holland<br><br>Connie.Holland@am greetings.com<br>(800) 333-6724 | Inventory | | | | $82,901.06 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    Southern Season, Inc.                                                                 Case number (if known) _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pate Dawson Attn:  Managing Agent P O BOX 538338 Atlanta, GA 30353-8338 | Ashley Dillon adillon@southernfoods.com (336) 545-3800 | Inventory | | | | $72,122.40 |
| Salem Baking Company Attn:  Managing Agent PO Box 890950 Charlotte, NC 28289 | Megan Barrett MEGAN.BARRETT @SALEMBAKING.COM (336) 397-5571 | Inventory | | | | $29,049.64 |
| SOUTHEASTERN PAPER CO Attn:  Managing Agent P.O. BOX 890672 Charlotte, NC 28289 | Sandi Arthur sandi@sepapergroup.com (336) 375-8002 | Supplies | | | | $77,857.97 |
| SYSCO FOOD SERVICE Attn:  Managing Agent PO BOX 129 SELMA, NC 27576-9105 | Justin Long Long.Justin@rnc.sysco.com (919) 755-2455 | Inventory supplier -- UCC on all personal property filed within 90 days pre-petition | Disputed | $142,700.00 | $0.00 | $142,700.00 |
| THE ULTIMATE SOFTWARE GROUP, INC Attn:  Managing Agent PO BOX 930953 ATLANTA, GA 31193-0953 | Ellie Kaupp Ellie_Kaupp@ultimatesoftware.com (954) 331-7000 | Payroll Processing | | | | $43,833.25 |
| WILLOW SPECIALTIES Attn:  Managing Agent EASTSIDE BUS. CTR.,34 CLI BATAVIA, NY 14020-2821 | Jennifer Garofalo Jenniferg@willowgroupltd.com (800) 724-7300 | Inventory | | | | $59,587.30 |
| WUSTHOF-TRIDENT OF AMERIC Attn:  Managing Agent PO BOX 448 HAWTHORNE, NY 10532-0448 | Maurice Whitaker Maurice Whitaker [MWhitaker@wusthof.com] (800) 289-9878 | Inventory | | | | $39,251.80 |

**Fill in this information to identify the case:**

Debtor name  Southern Season, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                   12/15

---

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................................. $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................................... $      9,820,070.14

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................. $      9,820,070.14

---

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      4,592,700.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      13,740,184.65

4.   **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b

$      18,332,884.65

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Southern Season, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | $19,600.91 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   Bank Accounts | | | $77,795.85 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $97,396.76 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   Deposits | $559,414.70 |
| --- | --- |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   Southern Season, Inc._____   Case number *(If known)* _____
         Name

9.  **Total of Part 2.**                                                        $559,414.70
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:     55,256.73    -    0.00    = ....    $55,256.73
                                    face amount         doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                       $55,256.73
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Store Inventory (All Locations) - best estimate | | $0.00 | | $3,528,693.22 |
| Restaurant Inventory (All Locations) | | $0.00 | | $85,992.41 |

23.  **Total of Part 5.**                                                       $3,614,685.63
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

Debtor  Southern Season, Inc.          Case number *(If known)* _____
       Name

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No. Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office equipment, furniture, software, and supplies (see attached list, value included in equipment entry below) | $1.00 | | $1.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.          | $1.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

  ■ No
  ☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ■ No
  ☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.
  ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   47.1.  AUTOMOBILE: 1994 E-150 ECONOLINE CARGO VAN, NADA 80% ave retail | $0.00 | | $3,040.00 |

---

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 3

Debtor    Southern Season, Inc.                                          Case number *(If known)*
_____
Name

| | | | |
|---|---|---|---|
| 47.2. | AUTOMOBILE: E150 Van, NADA 80% average retail | $0.00 | $8,100.00 |
| 47.3. | AUTOMOBILE: 2010 FORD TRANSIT VAN 2995, NADA 80% average retail | $0.00 | $8,100.00 |
| 47.4. | AUTOMOBILE: 2013 Ford Transit Connect, NADA 80% average retail | $0.00 | $11,460.00 |
| 47.5. | AUTOMOBILE: 2013 Ford Transit, NADA 80% average retail | $0.00 | $11,460.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Machinery, fixtures, equipment, furniture, and supplies (see attached)                    $0.00                              $4,410,726.33

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                                    $4,452,886.33

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Southern Season, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Southern Season Grocery Company, Inc. (wholly-owned subsidiary) | $0.00 | | $1.00 |
|---|---|---|---|---|
| | Southern Season Restaurant Company, Inc. (wholly-owned subsidiary) | $0.00 | | $1.00 |
| 63. | **Customer lists, mailing lists, or other compilations** Customer List | $0.00 | | $1.00 |
| 64. | **Other intangibles, or intellectual property** Identifiable Intangible Assets | $0.00 | | $1,040,425.99 |

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$1,040,428.99

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Southern Season, Inc.                                    Case number *(If known)*  _____
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $97,396.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $559,414.70 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $55,256.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,614,685.63 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,452,886.33 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,040,428.99 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,820,070.14 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,820,070.14 |

**Attachment to Schedule A/B**

| Est. Value | Asset |
|---|---|
| 2,797.70 | CAPLEASE: WorkCentre 7530 Copier System |
| 1,614.62 | CAPLEASE: Image Prograf 8300s Plotter System |
| 6,223.55 | CAPLEASE: 60 Camera CCTV Surveillance System Equip |
| 3,481.25 | CAPLEASE: Install 60 Camera Surveillance System |
| 1,308.65 | CAPLEASE: 16 Camera CCTV Surveillance System Equip |
| 1,494.16 | CAPLEASE: Install 16 Camera Surveillance System |
| 6,223.55 | CAPLEASE: 60 Camera CCTV Surveillance System Equip |
| 3,491.75 | CAPLEASE: Install 60 Camera Surveillance System |
| 1,308.65 | CAPLEASE: 16 Camera CCTV Surveillance System Equip |
| 1,504.66 | CAPLEASE: Install 16 Camera Surveillance System |
| 411.60 | CAPLEASE: Misc. Gas Connector Kits |
| 1,405.50 | CAPLEASE: Undercounter Diswasher built-in booster |
| 423.00 | CAPLEASE: Undercounter Refrigerator |
| 42.00 | CAPLEASE: Custom Splash Guard |
| 375.18 | CAPLEASE: Work Table w/ Double Rack Overshelf |
| 486.60 | CAPLEASE: Electric Tank Heat Wash |
| 4,409.70 | CAPLEASE: Conveyor Dishwasher |
| 1,349.70 | CAPLEASE: Charbroiler Counter Model Cast Iron |
| 1,438.75 | CAPLEASE: Heavy Duty 36in Range Standard Oven |
| 1,909.20 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 1,831.58 | CAPLEASE: Heavy Duty Range 36in, 2 Burner, Oven |
| 700.80 | CAPLEASE: SS Broiler 36in |
| 1,909.20 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 1,909.20 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 1,591.20 | CAPLEASE: Pizza Prep Table 67in with 4 Drawers |
| 1,206.00 | CAPLEASE: Refrigerated Counter Griddle Stand |
| 2,642.82 | CAPLEASE: Misc. RESTAURANT Equipment |
| 733.80 | CAPLEASE: Warmer 29x19in 3 Drawer |
| 3,112.80 | CAPLEASE: Misc. RESTAURANT Equipment |
| 2,213.90 | CAPLEASE: ThinkPad Edge E530, 1 yr depot warranty |
| 2,120.40 | CAPLEASE: Lenovo H330, Black |
| 1,995.98 | CAPLEASE: Motorola MC55A0, 1D Laser Scanner |
| 1,330.66 | CAPLEASE: Motorola MC55A0, 1D Laser Scanner |
| 90.62 | CAPLEASE: Motorola MC55 USB Starter Kit |
| 45.42 | CAPLEASE: Motorola SAC5500 4 Slot Battery Charger |
| 45.42 | CAPLEASE: Motorola SAC5500 4 Slot Battery Charger |
| 179.10 | CAPLEASE: Motorola MC55 4 Slot Charge Only Cradle |
| 77.90 | CAPLEASE: Motorola MC55 Standard Battery, 10 pack |
| 12.22 | CAPLEASE: Freight |
| 3,255.00 | CAPLEASE: BC-4000L2 Counter Top Scale/Prntr |
| 1,953.00 | CAPLEASE: BC-4000L2 Counter Top Non Pole Scale/Prn |

| | |
|---:|---|
| 448.50 | CAPLEASE: SLPV Software |
| 568.50 | CAPLEASE: Misc. Coffee Equipment |
| 2,499.60 | CAPLEASE: GB5 Espresso Machine |
| 592.50 | CAPLEASE: Dry Cooler, Back Bar 59in |
| 512.98 | CAPLEASE: MacBook Pro 15.4in |
| 298.50 | CAPLEASE: 27in LED Cinema Display Desktop |
| 563.63 | CAPLEASE: ADIX-APS 16PSUB Station Card |
| 198.75 | CAPLEASE: Site Visit, Installation |
| 383.29 | CAPLEASE: Digital Signage Display |
| 204.60 | CAPLEASE: 6560b ProBook Laptop with Nylon Backpack |
| 11.40 | CAPLEASE: Freight |
| 346.20 | CAPLEASE: 6560b ProBook Laptop with Nylon Backpack |
| 179.55 | CAPLEASE: Misc. Computer Equipment |
| 59.40 | CAPLEASE: Warranty |
| 173.10 | CAPLEASE: 6560b ProBook Laptop with Nylon Backpack |
| 62.40 | CAPLEASE: Misc. Computer Equipment |
| 29.70 | CAPLEASE: Warranty |
| 458.99 | CAPLEASE: LG 42in LED-LCD HDTC |
| 638.39 | CAPLEASE: Undercounter Refrigerator w/ Casters |
| 54.00 | CAPLEASE: Freight |
| 251.40 | CAPLEASE: Smart UPS Servers |
| 48.30 | CAPLEASE: Freight |
| 6,665.63 | CAPLEASE: Ecommerce Design & Development Project |
| 6,665.63 | CAPLEASE: Ecommerce Project |
| 6,665.63 | CAPLEASE: Ecommerce Project |
| 1,505.40 | CAPLEASE: P1560, 2.2GHz, intel core2duo, 4 GB RAM |
| 1,015.35 | CAPLEASE: Misc. POS Equipment: Cherry Keyboards |
| 13.11 | CAPLEASE: Freight |
| 12,043.20 | CAPLEASE: P1560, 2.2GHz, intel core2duo, 4 GB RAM |
| 8,140.20 | CAPLEASE: Misc. POS Equipment: Cherry Keyboards |
| 195.35 | CAPLEASE: Freight |
| 778.50 | CAPLEASE: Crystal Reports XI R2 Developer Edition |
| 22,169.70 | CAPLEASE: CounterPoint SQL Upgrade Users |
| 1,870.73 | CAPLEASE: ML350 G6 Servers with two Xeon processor |
| 1,870.73 | CAPLEASE: ML350 G6 Servers with two Xeon processor |
| 3,002.23 | CAPLEASE: Misc. Computer Equipment: storage cntllr |
| 2,052.08 | CAPLEASE: NSA 2400 |
| 2,588.40 | CAPLEASE: ProCurve 2910-48G Switch |
| 1,725.60 | CAPLEASE: ProCurve 2910-48G Switch |
| 1,150.50 | CAPLEASE: ProCurve 2910-48G-PoE Switch |
| 609.00 | CAPLEASE: ProCurve 1910-24G PoE Switch |
| 7,669.40 | CAPLEASE: Various Software as listed on Invoice |
| 3,603.60 | CAPLEASE: Misc. Computer Equipment as listed on In |
| 120.00 | CAPLEASE: Misc. Cables as listed on Invoice |

| | |
|---|---|
| 664.28 | CAPLEASE: Misc. RESTAURANT Equip as listed on Inv |
| 130.98 | CAPLEASE: Misc. RESTAURANT Equip as listed on Inv |
| 713.58 | CAPLEASE: Low Profile Undercounter Refrigerator |
| 835.71 | CAPLEASE: Ice Cream Dipping Cabinet |
| 1,051.05 | CAPLEASE: Undercounter Avenger Dishwasher |
| 293.74 | CAPLEASE: Misc. RESTAURANT Equip as listed on Inv |
| 182.75 | CAPLEASE: Freight |
| 9,253.13 | CAPLEASE: Ecommerce Design & Development Project |
| 1,051.05 | CAPLEASE: Undercounter Avenger Dishwasher |
| 36.00 | CAPLEASE: Freight |
| 1,057.50 | CAPLEASE: GNB Battery for order picker model |
| 3,150.00 | CAPLEASE: 60 Camera CCTV Surveillance System Equip |
| 1,762.01 | CAPLEASE: Install 60 Camera Surveillance System |
| 662.36 | CAPLEASE: 16 Camera CCTV Surveillance System Equip |
| 756.26 | CAPLEASE: Install 16 Camera Surveillance System |
| 3,150.00 | CAPLEASE: 60 Camera CCTV Surveillance System Equip |
| 1,767.32 | CAPLEASE: Install 60 Camera Surveillance System |
| 662.36 | CAPLEASE: 16 Camera CCTV Surveillance System Equip |
| 761.57 | CAPLEASE: Install 16 Camera Surveillance System |
| 208.33 | CAPLEASE: Misc. Gas Connector Kits |
| 214.10 | CAPLEASE: Undercounter Refrigerator |
| 711.38 | CAPLEASE: Undercounter Dishwasher built-in booster |
| 21.26 | CAPLEASE: Custom Splash Guard |
| 189.89 | CAPLEASE: Work Table w/ Double Rack Overshelf |
| 246.29 | CAPLEASE: Electric Tank Heat Wash |
| 2,231.93 | CAPLEASE: Conveyor Dishwasher |
| 683.14 | CAPLEASE: Charbroiler Counter Model Cast Iron |
| 728.21 | CAPLEASE: Heavy Duty 36in Range Standard Oven |
| 966.33 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 927.04 | CAPLEASE: Heavy Duty Range 36in, 2 Burner, Oven |
| 354.71 | CAPLEASE: SS Broiler 36in |
| 966.33 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 966.33 | CAPLEASE: Heavy Duty 36in Range, 6 Burner |
| 805.37 | CAPLEASE: Pizza Prep Table 67in with 4 Drawers |
| 610.41 | CAPLEASE: Refrigerated Counter Griddle Stand |
| 1,337.64 | CAPLEASE: Misc. RESTAURANT Equipment |
| 371.41 | CAPLEASE: Warmer 29x19in 3 Drawer |
| 1,575.52 | CAPLEASE: Misc. Restaurant Equipment |
| 1,120.55 | CAPLEASE: ThinkPad Edge E530, 1 yr Depot Warranty |
| 1,073.22 | CAPLEASE: Lenovo H330, Black |
| 1,010.25 | CAPLEASE: Motorola MC55A0, 1D Laser Scanner |
| 673.50 | CAPLEASE: Motorola MC55A0, 1D Laser Scanner |
| 45.87 | CAPLEASE: Motorola MC55 USB Starter Kit |
| 22.99 | CAPLEASE: Motorola SAC5500 4 Slot Battery Charger |

| | |
|---:|---|
| 22.99 | CAPLEASE: Motorola SAC5500 4 Slot Battery Charger |
| 90.65 | CAPLEASE: Motorola MC55 4 Slot Charge Only Cradle |
| 39.43 | CAPLEASE: Motorola MC55 Standard Battery, 10 pack |
| 6.18 | CAPLEASE: Freight |
| 1,647.49 | CAPLEASE: BC-4000L2 Counter Top Scale/Prntr |
| 988.50 | CAPLEASE: BC-4000L2 Counter Top Non Pole Scale/Prn |
| 227.00 | CAPLEASE: SLPV Software |
| 287.74 | CAPLEASE: Misc. Coffee Equipment |
| 1,265.15 | CAPLEASE: GB5 Espresso Machine |
| 299.89 | CAPLEASE: Dry Cooler, Back Bar 59in |
| 259.64 | CAPLEASE: MacBook Pro 15.4in |
| 151.08 | CAPLEASE: 27in LED Cinema Display Desktop |
| 285.27 | CAPLEASE: ADIX-APS 16PSUB Station Card |
| 100.60 | CAPLEASE: Site Visit, Installation |
| 194.00 | CAPLEASE: Digital Signage Display |
| 103.56 | CAPLEASE: 6560b ProBook Laptop with Nylon Backpack |
| 5.77 | CAPLEASE: Freight |
| 175.23 | CAPLEASE: 6560b ProBook Laptop with Nylon Backpack |
| 90.88 | CAPLEASE: Misc. Computer Equipment |
| 30.07 | CAPLEASE: Warranty |
| 87.61 | CAPLEASE: 6560b ProBook with Nylon Backpack |
| 31.58 | CAPLEASE: Misc. Computer Equipment |
| 15.03 | CAPLEASE: Warranty |
| 232.31 | CAPLEASE: LG 42in lED-LCD HDTC |
| 323.12 | CAPLEASE: Undercounter Refrigerator w/ Casters |
| 27.33 | CAPLEASE: Freight |
| 127.25 | CAPLEASE: Smart UPS Servers |
| 24.45 | CAPLEASE: Freight |
| 3,373.76 | CAPLEASE: Ecommerce Design & Development Project |
| 3,373.76 | CAPLEASE: Ecommerce Project |
| 3,373.76 | CAPLEASE: Ecommerce Project |
| 761.95 | CAPLEASE: P1560, 2.2GHz, intel core2duo, 4 GB RAM |
| 513.91 | CAPLEASE: Misc. POS Equipment: Cherry Keyboards |
| 6.64 | CAPLEASE: Frieght |
| 6,095.57 | CAPLEASE: P1560, 2.2GHz, intel core2duo, 4 GB RAM |
| 4,120.10 | CAPLEASE: Misc. POS Equipment: Cherry Keyboards |
| 98.87 | CAPLEASE: Freight |
| 394.03 | CAPLEASE: Crystal Reports XI R2 Developer Edition |
| 11,221.02 | CAPLEASE: Counter Point SQL Upgrade Users |
| 946.85 | CAPLEASE: ML350 G6 Servers with Two Xeon Processor |
| 946.85 | CAPLEASE: ML350 G6 Servers with two Xeon processor |
| 1,519.55 | CAPLEASE: Misc. Computer Equipment: Storage Cntllr |
| 1,038.65 | CAPLEASE: NSA 2400 |
| 1,310.10 | CAPLEASE: ProCurve 2910-48G Switch |

| | |
|---|---|
| 873.40 | CAPLEASE: ProCurve 2910-48G Switch |
| 582.32 | CAPLEASE: ProCurve 2910-48G POE Switch |
| 308.24 | CAPLEASE: ProCurve 1910-24G PoE Switch |
| 3,881.81 | CAPLEASE: Various Software as listed on invoice |
| 1,823.93 | CAPLEASE: Misc. Computer Equipment as listed on in |
| 60.74 | CAPLEASE: Misc. Cables as listed on inv. |
| 336.22 | CAPLEASE: Misc. Restaurant Equipment |
| 66.29 | CAPLEASE: Misc. Restaurant Equipment |
| 361.17 | CAPLEASE: Low Profile Undercounter Refrigerator |
| 422.99 | CAPLEASE: Ice Cream Dipping Cabinet |
| 531.98 | CAPLEASE: Undercounter Avenger Dishwasher |
| 148.67 | CAPLEASE: Misc. Restaurant Equip |
| 92.50 | CAPLEASE: Freight |
| 4,683.40 | CAPLEASE: Ecommerce Design & Development Project |
| 531.98 | CAPLEASE: Undercounter Avenger Dishwasher |
| 18.22 | CAPLEASE: Freight |
| 535.23 | CAPLEASE: GNB Battery for Order Picker Model |
| 193.19 | CAPSMALL: Glass Montana Jars |
| 2,646.28 | CAPSMALL: New Saucers, Bowls, and Plates |
| 39.99 | CAPSMALL: Espresso Smallware Tools - New Coffee Ba |
| 91.73 | CAPSMALL: Espresso Smallware Tools - New Coffee Ba |
| 69.47 | CAPSMALL: 24 Tea Mugs & 4 Round Tea Pots |
| 79.88 | CAPSMALL: 48 Red Gloss Coffee Cup |
| 132.19 | CAPSMALL: Decanter; Barbers; Sets of Tulip Cup Sau |
| 86.12 | CAPSMALL: Glass Jars for Candy Reset |
| 275.40 | CAPSMALL: Coffe Bar Smallwares Black cups |
| 1,410.12 | CAPSMALL: New Silverware for the RESTAURANT |
| 40.00 | CAPSMALL: Misc Colored Tea Pots |
| 144.00 | CAPSMALL: Ice Cream Cone Stands, dishes, glass rac |
| 439.40 | CAPSMALL: Invoice 15345498 |
| 109.90 | CAPSMALL: Invoice 15343577 |
| 11.25 | CAPSMALL: Invoice 15342796 |
| 3,350.02 | CAPSMALL: Invoice 15350131 |
| 163.91 | CAPSMALL: Invoice 15350128 |
| 16.79 | CAPSMALL: Invoice 15350127 |
| 105.62 | CAPSMALL: Invoice 15357863 |
| 3,667.92 | CAPSMALL: Invoice 15357797 |
| 291.77 | CAPSMALL: Invoice 15357606 |
| 369.46 | CAPSMALL: Invoice 15357605 |
| 40.92 | CAPSMALL: Invoice 15357603 |
| 108.18 | CAPSMALL: Invoice 15355570 |
| 6.46 | CAPSMALL: Invoice 15355569 |
| 22.88 | CAPSMALL: Invoice 15355568 |
| 996.82 | CAPSMALL: Invoice 15357867 |

| | |
|---:|---|
| 7.24 | CAPSMALL: Invoice 15357866 |
| 2.92 | CAPSMALL: Invoice 15357865 |
| 509.83 | CAPSMALL: Invoice 15357864 |
| 202.73 | CAPSMALL: Invoice 15360216 |
| 43.16 | CAPSMALL: Invoice 15361786 |
| 188.69 | CAPSMALL: Invoice 15361787 |
| 5.20 | CAPSMALL: Invoice 15361973 |
| 300.31 | CAPSMALL: Invoice 15361788 |
| 40.89 | CAPSMALL: Invoice 15361974 |
| 423.94 | CAPSMALL: Invoice 15361976 |
| 235.35 | CAPSMALL: Invoice 15313636 |
| 106.46 | CAPSMALL: Invoice 15316722 |
| 16.32 | CAPSMALL: Invoice 15316721 |
| 308.30 | CAPSMALL: Invoice 15331938 |
| 521.67 | CAPSMALL: Invoice 15331941 |
| 297.63 | CAPSMALL: Invoice 15331924 |
| 45.07 | CAPSMALL: Invoice 15329734 |
| 2,887.71 | CAPSMALL: Invoice 15331930 |
| 662.19 | CAPSMALL: Invoice 15331935 |
| 84.17 | CAPSMALL: Invoice 15336995 |
| 311.02 | CAPSMALL: Invoice 15336996 |
| 42.99 | CAPSMALL: Invoice 15335702 |
| 1,781.23 | CAPSMALL: Invoice 15336994 |
| 30.23 | CAPSMALL: Invoice 15339985 |
| 38.73 | CAPSMALL: Invoice 15341867 |
| 2.66 | CAPSMALL: Invoice 15390550 |
| 751.81 | CAPSMALL: Invoice 15386878 |
| 47.14 | CAPSMALL: Invoice 15383972 |
| 159.91 | CAPSMALL: Invoice 15386876 |
| 8.65 | CAPSMALL: Invoice 15384666 |
| 37.38 | CAPSMALL: Invoice 15384357 |
| 512.95 | CAPSMALL: Invoice 15383169 |
| 8.48 | CAPSMALL: Invoice 15380885 |
| 164.39 | CAPSMALL: Invoice 15380884 |
| 6.67 | CAPSMALL: Invoice 15380883 |
| 27.97 | CAPSMALL: Invoice 15380882 |
| 6.07 | CAPSMALL: Invoice 15380740 |
| 116.78 | CAPSMALL: Invoice 15375904 |
| 143.50 | CAPSMALL: Invoice 15375905 |
| 116.79 | CAPSMALL: Invoice 15375906 |
| 269.73 | CAPSMALL: Invoice 15375907 |
| 177.69 | CAPSMALL: Invoice 15369298 |
| 393.06 | CAPSMALL: Invoice 15366711 |
| 7.15 | CAPSMALL: Invoice 15366710 |

| | |
|---:|:---|
| 763.90 | CAPSMALL: (225) Anchor Hocking |
| 10.17 | CAPSMALL: Invoice 15423860 |
| 53.90 | CAPSMALL: Invoice 15423863 |
| 113.36 | CAPSMALL: Invoice 15423862 |
| 49.68 | CAPSMALL: Invoice 15423861 |
| 477.12 | CAPSMALL: Invoice 15432264 |
| 27.34 | CAPSMALL: Invoice 15532263 |
| 42.61 | CAPSMALL: Invoice 15429597 |
| 30.97 | CAPSMALL: Invoice 15435529 |
| 38.56 | CAPSMALL: Invoice 15410858 |
| 15.49 | CAPSMALL: Invoice 15409729 |
| 453.56 | CAPSMALL: Invoice 15409728 |
| 19.16 | CAPSMALL: Invoice 15408900 |
| 109.98 | CAPSMALL: Invoice 15408113 |
| 1,885.16 | CAPSMALL: Invoice 15414952 |
| 242.73 | CAPSMALL: Invoice 15414953 |
| 771.27 | CAPSMALL: Invoice 15416078 |
| 13.33 | CAPSMALL: Invoice 15392058 |
| 47.49 | CAPSMALL: Invoice 15392059 |
| 227.17 | CAPSMALL: Invoice 15399214 |
| 175.05 | CAPSMALL: Invoice 15395796 |
| 9.08 | CAPSMALL: Invoice 15394839 |
| 515.65 | CAPSMALL: Invoice 15394838 |
| 175.49 | CAPSMALL: Invoice 15394837 |
| 317.95 | CAPSMALL: Invoice 15402735 |
| 88.06 | CAPSMALL: Invoice 15402734 |
| 39.66 | CAPSMALL: Invoice 15445127 |
| 477.17 | CAPSMALL: Invoice 15443179 |
| 46.30 | CAPSMALL: Invoice 15445128 |
| 506.14 | CAPSMALL: Invoice 15440434 |
| 105.24 | CAPSMALL: Invoice 15454561 |
| 153.80 | CAPSMALL: Invoice 15454560 |
| 440.21 | CAPSMALL: Invoice 15449042 |
| 24.44 | CAPSMALL: Invoice 15464595 |
| 49.14 | CAPSMALL: Invoice 15464594 |
| 240.04 | CAPSMALL: Invoice 15478222 |
| 22.24 | CAPSMALL: Invoice 15483892 |
| 39.46 | CAPSMALL: Invoice 15464593 |
| 144.62 | CAPSMALL: Cheese Slicer w/replacement wires |
| 33.40 | CAPSMALL: Invoice 15570364 |
| 14.62 | CAPSMALL: Invoice 15508496 |
| 88.87 | CAPSMALL: Invoice 15508495 |
| 116.18 | CAPSMALL: Invoice 15509880 |
| 42.35 | CAPSMALL: Invoice 15503483 |

| | |
|---|---|
| 77.86 | CAPSMALL: Invoice 15495304 |
| 319.38 | CAPSMALL: Invoice 15517824 |
| 24.07 | CAPSMALL: Invoice 15539511 |
| 2.33 | CAPSMALL: Invoice 15539510 |
| 61.44 | CAPSMALL: Invoice 15534296 |
| 58.59 | CAPSMALL: Invoice 15520774 |
| 1,301.20 | CAPSMALL: Misc Kitchen |
| 2,352.48 | CAPSMALL: Edward Don: Flatware |
| 489.29 | CAPSMALL: Edward Don: Glass Jars |
| 240.84 | CAPSMALL: Glass Jars for Candy Dept. |
| 634.64 | CAPSMALL: Edward Don: Floor Mats |
| 107.47 | CAPSMALL: Misc. Smallwares |
| 1,106.19 | CAPSMALL: Menu Covers |
| 494.26 | CAPSMALL: Misc. Smallwares |
| 499.80 | CAPSMALL: Restaurant Bar Smallwares |
| 1,759.69 | CAPSMALL: Deli Smallwares |
| 1,519.66 | CAPSMALL: FOH Restaurant Smallwares |
| 2,328.59 | CAPSMALL: Tabletop Smallwares |
| 19,550.40 | CAPSMALL: Kitchen Smallwares |
| 1,875.13 | CAPSMALL: Misc. Restaurant Smallwares |
| 996.40 | CAPSMALL: Misc. Store Smallwares |
| 59.79 | CAPSMALL: Insert Pans for Salad Bar & Sandwich |
| 63.18 | CAPSMALL: 32" Adaptor Bars for Salad Bar |
| 119.41 | CAPSMALL: Hobart Meat Grinder Attachment for Mixer |
| 70.03 | CAPSMALL: Pot Hook and 12" Adaptor Bars |
| 362.89 | CAPSMALL: Cheese Dept. Smallwares |
| 156.39 | CAPSMALL: LIT Holders 8-3/4x9-1/2, 4-3/8x5, |
| 675.23 | CAPSMALL: Displayettes 4.25Wx5.5H, 5-1/2x3-1/2, |
| 794.67 | CAPSMALL: 6oz 1PC Wine Glasses and 12oz Tumbler |
| 198.07 | CAPSMALL: Cookbook Holders, Napkin Holders, |
| 1,177.61 | CAPSMALL: Trash Cans, Clear Stackable BIns, |
| 304.58 | CAPSMALL: 3-Tier Wire Cart and Black Barrier |
| 1,049.99 | CAPSMALL: Data Strips - Clear - Metro Shelves |
| 108.64 | CAPSMALL: 5-Loop Wave Bike Rack |
| 157.38 | CAPSMALL: Hot Water Dispense Bunn-O-Matic Model |
| 144.80 | CAPSMALL: Freezer Strip Curtain and Cooler Strip |
| 265.29 | CAPSMALL: Dinner Quartet Fork and Knife; 10 oz Mug |
| 14.50 | COMPSOFTWARE: Upgrade MOM software |
| 1.32 | COMPSOFTWARE: Upgrade MOM software |
| 98.50 | COMPSOFTWARE: PRO - CE |
| 32.73 | COMPSOFTWARE: 50 - CE |
| 27.31 | COMPSOFTWARE: COUNTERPOINT UPGD SUB POS SOFTWARE |
| 15.30 | COMPSOFTWARE: WEB BASED RESERVATION SOFTWARE |
| 488.80 | COMPSOFTWARE: MAIL ORDER MANAGER UPGRD TO VERS 71 |

| | |
|---|---|
| 36.93 | COMPSOFTWARE: MS VISUAL FOXPRO 9.0 PROFESSIONAL |
| 116.95 | COMPSOFTWARE: DIGITAL DINING RESTAURANT POS |
| 118.42 | COMPSOFTWARE: DIGITAL DINING RESTAURANT POS |
| 456.25 | COMPSOFTWARE: QB ENTERPRISE 11.0 10 USER LICENSE |
| 120.36 | COMPSOFTWARE: Microsoft Office 2007 Pro - 4 liscenses |
| 14.60 | COMPSOFTWARE: Office for Mac Home & Business |
| 172.31 | COMPSOFTWARE: ADOBE DESIGN PREMIUM INTERNET ORDER |
| 117.78 | COMPSOFTWARE: ADOBE DESIGN PREMIUM INTERNET UPGRD |
| 103.84 | COMPSOFTWARE: CREATIVE SUITE 5.5 DESIGN PREMIUM UPGRD |
| 142.48 | COMPSOFTWARE: Microsoft Office Standard 2007 (5) |
| 103.90 | COMPSOFTWARE: Microsoft Windows 7 Updgrades (16) |
| 9,319.80 | COMPSOFTWARE: Labor costs assoc w/ the development |
| 1,150.00 | COMPSOFTWARE: Installation of new PCs for new POS Upgr |
| 843.75 | COMPSOFTWARE: Installation of new PCs for new POS Upgr |
| 1,406.95 | COMPSOFTWARE: Dvlpmnt & impl. of WEBSITE |
| 41.38 | COMPSOFTWARE: Dvlpmnt & impl. of WEBSITE |
| 892.49 | COMPSOFTWARE: Stategy & Email Template Development |
| 280.50 | COMPSOFTWARE: BRONTO CUSTOM INTEGRATION |
| 234.00 | COMPSOFTWARE: DVLPT & IMPLMNT of POS UPGRD |
| 759.00 | COMPSOFTWARE: DVLPT & IMPLMNT of POS UPGRD |
| 217.50 | COMPSOFTWARE: INITIAL SET-UP FOR WEB ADMIN |
| 215.02 | COMPSOFTWARE: Digital Dining Corp Maintenance Module |
| 1,604.48 | COMPSOFTWARE: Cuberis Collaboration and Magneto Fixes |
| 3,544.88 | COMPSOFTWARE: Digital Dining POS Software & Equipment |
| 4,560.90 | COMPSOFTWARE: CPSQL Add 35 Users; 35 Users CSS |
| 572.98 | COMPSOFTWARE: (26) licenses for Microsofl Office |
| 198.00 | COMPSOFTWARE: Magento Web Development |
| 116.10 | COMPSOFTWARE: MS Office and Business 2013 |
| 99.90 | COMPSOFTWARE: Web Functions |
| 24.90 | COMPSOFTWARE: Web Functions |
| 727.40 | COMPSOFTWARE: Labor costs assoc w/ the development |
| 9,539.60 | COMPSOFTWARE: Labor costs assoc w/ the development |
| 2,208.75 | COMPSOFTWARE: CP |
| 1,202.31 | COMPSOFTWARE: New GL system Install - Labor |
| 1,211.74 | COMPSOFTWARE: New GL software + use tax |
| 138.75 | COMPSOFTWARE: New GL software - Retainer |
| 1,202.31 | COMPSOFTWARE: New GL system Install - Labor |
| 1,211.74 | COMPSOFTWARE: New GL software + use tax |
| 138.75 | COMPSOFTWARE: New GL software - Retainer |
| 234.00 | COMPSOFTWARE: Payroll Export/Training/Support |
| 376.94 | COMPSOFTWARE: New GL system Install - Labor |
| 376.94 | COMPSOFTWARE: New GL system Install - Labor |
| 179.88 | COMPSOFTWARE: New GL System Install - Labor |
| 179.88 | COMPSOFTWARE: New GL System Install - Labor |

| Amount | Description |
|---:|---|
| 161.88 | COMPSOFTWARE: New GL System Install - Labor |
| 161.88 | COMPSOFTWARE: New GL System Install - Labor |
| 85.56 | COMPSOFTWARE: Redo Fixed Assets - Labor |
| 85.56 | COMPSOFTWARE: Redo Fixed Assets - Labor |
| 636.23 | COMPSOFTWARE: GP Customization Pack |
| 752.50 | COMPSOFTWARE: Spreadsheet Server - Platinum & Gold |
| 2,183.05 | COMPSOFTWARE: CounterPoint SQL Software (15 users) |
| 1,541.60 | COMPSOFTWARE: Digital Dining Software |
| 1,172.04 | COMPSOFTWARE: Software License for SQL Server |
| 219.99 | COMPSOFTWARE: Microsoft Office 2013 Software |
| 645.00 | COMPSOFTWARE: Global Software Spreadsheet Server Licen |
| 545.56 | COMPSOFTWARE: MS Software and Licenses - Richmond |
| 706.50 | COMPSOFTWARE: CP SQL Software Licenses |
| 94.92 | COMPSOFTWARE: Window Server 2012 Standard License |
| 317.13 | COMPSOFTWARE: Windows Server Standard License 100 Lic |
| 62.89 | COMPSOFTWARE: Windows Remote Desktop 5 Lic |
| 209.63 | COMPSOFTWARE: Digital Dining Multistore Module |
| 554.40 | COMPSOFTWARE: Magento Enhancement of Website |
| 298.70 | COMPSOFTWARE: UPS AST Integration |
| 565.20 | COMPSOFTWARE: Counterpoint Software 4 Users |
| 30.64 | COMPSOFTWARE: Microsoft Office 2016 Travis Comp |
| 300.03 | COMPSOFTWARE: 5 Window Server and 5 Sql Server License |
| 3,171.27 | COMPSOFTWARE: UI Fixes Home Page and Product Page |
| 262.98 | COMPSOFTWARE: Mobile and Tablet Button Functionality |
| 4,965.75 | COMPSOFTWARE: Rich Image Landing Page |
| 577.76 | COMPSOFTWARE: CounterPoint SQL Sortware - 4 Users |
| 74.19 | COMPSOFTWARE: Sketchup Pro License |
| 5,333.58 | EQUIPMACH: RESTAURANT POS System |
| 387.63 | EQUIPMACH: Install Patio Umbrella WV |
| 279.07 | EQUIPMACH: Patio Watering System |
| 882.60 | EQUIPMACH: WEATHERVANE PAGING SYSTEM T7400 |
| 651.10 | EQUIPMACH: WEATHERVANE KEG SHUT OFF SYSTEM |
| 592.77 | EQUIPMACH: WV COMPRESSOR WALK-IN COOLER |
| 771.07 | EQUIPMACH: Toaster, Conveyor 14in Wide Belt |
| 5,817.88 | EQUIPMACH: 2-Step - VP Collfee, Inc. |
| 213.47 | EQUIPMACH: (1) APPLE IPAD 2 WIFI - 16GB BLACK |
| 266.43 | EQUIPMACH: (2) APPLE IPOD TOUCH - 4TH GENERATION |
| 892.38 | EQUIPMACH: Pasta Machine - Fire Budget |
| 500.00 | EQUIPMACH: MEAT PROCESSING Sausage Maker |
| 478.83 | EQUIPMACH: FOOD PROCESSOR CNTIN FEED 2.5 |
| 642.86 | EQUIPMACH: Install 240 volt 30 amp circuits |
| 588.57 | EQUIPMACH: Holman Toaster |
| 1,340.98 | EQUIPMACH: Sand/Salad Prep Cooler 27" 2 Drawer |
| 872.63 | EQUIPMACH: Avantco 60" Double Door UnderCounter Ref |

| | |
|---:|---|
| 9,369.23 | EQUIPMACH: Retail POS System |
| 289.48 | EQUIPMACH: ISH-3000 W/TCP/IP |
| 666.16 | EQUIPMACH: SUBZERO FRIDGE |
| 303.53 | EQUIPMACH: (1) PRIDE 3 WHEEL RALLY |
| 128.23 | EQUIPMACH: (1) TABLE TOP TEMPERER |
| 37.37 | EQUIPMACH: APPLIANCES - STAFF LOUNGE |
| 2,539.13 | EQUIPMACH: 8in TILT-OUT GLASS |
| 1,795.27 | EQUIPMACH: MERCHANDISER |
| 197.92 | EQUIPMACH: (2) HAND PALLET TRUCKS |
| 44.01 | EQUIPMACH: (3) HP LASER JET 1150 PRINTER |
| 29.56 | EQUIPMACH: (1) HP D30 SLIM TOWER COMP |
| 918.71 | EQUIPMACH: (24) HP D330 SLIM TOWER COMP |
| 359.87 | EQUIPMACH: (10) HP D330 SLIM TOWER COMP |
| 141.83 | EQUIPMACH: (1) HP LASERJET 9000N PRINTER |
| 36.99 | EQUIPMACH: (3) HP LASERJET 1150 PRINTER |
| 9,670.56 | EQUIPMACH: AUDIO/VIDEO EQUIPMENT |
| 1,572.85 | EQUIPMACH: AUDIO/VIDEO EQUIPMENT |
| 979.71 | EQUIPMACH: INSTALL NEW EQUIPMENT |
| 85.48 | EQUIPMACH: (1) WIRELESS DOLPHIN 2 |
| 1,479.67 | EQUIPMACH: COMPUTER EQUIPMENT |
| 101.22 | EQUIPMACH: (2) MANUAL WHEELCHAIR |
| 148.19 | EQUIPMACH: CHRISTMAS LIGHTS FOR PATIO |
| 1,275.77 | EQUIPMACH: PATIO BAR BEER SYSTEM |
| 19.70 | EQUIPMACH: 600 WIRELESS ACCESS POINT |
| 39.46 | EQUIPMACH: AC 3000 MOTHERBOARD |
| 70.21 | EQUIPMACH: (3) Talkabout T5720 Two-way radios |
| 31.54 | EQUIPMACH: Ultra 320 SCSI Harddrive |
| 352.13 | EQUIPMACH: (3) pallet hand trucks 27x49 |
| 729.69 | EQUIPMACH: (10) Manual Dispenser |
| 635.90 | EQUIPMACH: Install Packaging System HB |
| 31.63 | EQUIPMACH: (2) Hard Drives, POS Server |
| 2,452.01 | EQUIPMACH: Install Floral Case, Bread Warmer |
| 80.53 | EQUIPMACH: Ceiling Fan (MB Office) |
| 3,999.96 | EQUIPMACH: Compressed Air System |
| 100.41 | EQUIPMACH: Ultrium 215 Server B/U |
| 959.23 | EQUIPMACH: Additional Duct Work For Packing System |
| 132.24 | EQUIPMACH: ML150T02 KMAT CTO Server |
| 13.33 | EQUIPMACH: (2) HP s7540 17in CRT Monitor |
| 11,418.35 | EQUIPMACH: (1) 130KW Generac Generator |
| 173.12 | EQUIPMACH: (2) HP dc5100 MT Computer |
| 311.77 | EQUIPMACH: (2) Heat Lamps for Deli Hot Table |
| 380.47 | EQUIPMACH: EQUIPMACH |
| 1,499.25 | EQUIPMACH: COMPRESSOR & FAN MOTOR |
| 2,156.56 | EQUIPMACH: COMPRESSOR INCL LABOR RTU 4 |

| | |
|---|---|
| 34.89 | EQUIPMACH: (3) HHP 3800LR-12 USB SCANNERS |
| 149.93 | EQUIPMACH: Water Heater STAT ES6.2SSUS |
| 207.29 | EQUIPMACH: Metrologic Argus Scanner 7220 W/USB |
| 553.11 | EQUIPMACH: IMAC,20in, INTEL CORE 2 DUO |
| 318.87 | EQUIPMACH: OLIVER M117 BREADSLICER |
| 6,440.50 | EQUIPMACH: REFRI BAKERY CASE, WHITE W/SILVER |
| 2,999.96 | EQUIPMACH: COPELAND COMPRESSOR FAN MOTOR |
| 325.34 | EQUIPMACH: FAN MOTOR FOR RTU 7 |
| 295.62 | EQUIPMACH: PROLIANT ML350 G5 SERVER |
| 76.54 | EQUIPMACH: 2 ARGUS 7220 SCANNERS |
| 166.34 | EQUIPMACH: INSTALL HP PROLIANT STORE-SERVER |
| 178.23 | EQUIPMACH: COGNITIVE BARCODE BLASTER-BAKERY |
| 600.60 | EQUIPMACH: WINE WELL CHILLER |
| 109.41 | EQUIPMACH: IMAC |
| 343.92 | EQUIPMACH: SUNDANCE POWER SCOOTER, USED |
| 234.38 | EQUIPMACH: EXILIM DIGITAL CAMERA W/ ACCESSORIES |
| 217.31 | EQUIPMACH: CUSTOM LABEL PRINTER |
| 205.60 | EQUIPMACH: PARALELL BARCODE BLASTER PRINTER |
| 263.57 | EQUIPMACH: OPTIMA PROJECTOR |
| 301.46 | EQUIPMACH: TOUCHSCREEN MONITORS WEATHERVANE |
| 2,087.56 | EQUIPMACH: CRESTON TPS12 12in PANEL |
| 726.59 | EQUIPMACH: MICRO MEDIC |
| 577.83 | EQUIPMACH: PROLIANT ML 340 G5 SERVER |
| 195.83 | EQUIPMACH: COMPUTER-ELO 15A1 TOUCHCOMPUTER |
| 339.10 | EQUIPMACH: (3) HP DC5850 XPV PC W/FLAT PANEL |
| 131.97 | EQUIPMACH: (2) HP DC7900 XPV PC W/ FLAT PANEL |
| 677.45 | EQUIPMACH: ULTRIUM INTERNAL BACK-UP SYSTEM |
| 536.06 | EQUIPMACH: PDT8146-T5BA40WW SCANNERS |
| 174.01 | EQUIPMACH: 4510 XPV DUO W/MS OFFICE 2007 |
| 235.90 | EQUIPMACH: (2) HP DC7900 XPV DUO 3GHZ PC |
| 502.87 | EQUIPMACH: (3) HP DC7900 XPV DUO 2.3GHZ PC |
| 574.24 | EQUIPMACH: (1) HP Z400 XPV X W3565 3.2GHZ, VGA |
| 842.26 | EQUIPMACH: (5) HP 8000 XP7 DUO2 3.0GHZ |
| 770.22 | EQUIPMACH: 9088E 42429082 ROUTER |
| 433.99 | EQUIPMACH: TZ210 SECURE UPGRADE 3R |
| 606.69 | EQUIPMACH: 3 ELO 1000 SERIES 1515L |
| 1,390.29 | EQUIPMACH: DELI  COMPRESSOR WALK-IN FREEZER |
| 19,268.13 | EQUIPMACH: Install Collers/Freezers |
| 4,801.63 | EQUIPMACH: 8in Dome |
| 4,801.63 | EQUIPMACH: 8in Dome |
| 1,789.32 | EQUIPMACH: 90 Deg Corner |
| 2,950.26 | EQUIPMACH: 4ft Dome |
| 2,891.53 | EQUIPMACH: 54in Tilt-out glass |
| 3,758.56 | EQUIPMACH: 54in Tilt-out glass |

| Amount | Description |
|---:|---|
| 3,502.55 | EQUIPMACH: 8ft Sandwich Merchandiser |
| 2,687.86 | EQUIPMACH: 4ft Multi-Deck Deli |
| 3,156.43 | EQUIPMACH: 6ft multi-deck deli |
| 1,734.71 | EQUIPMACH: (Deli & Candy Floral Cases) |
| 15,593.62 | EQUIPMACH: candy merchandisers |
| 7,757.36 | EQUIPMACH: salad bar |
| 3,086.73 | EQUIPMACH: Floral |
| 2,427.37 | EQUIPMACH: Soup Hot Well |
| 9,053.53 | EQUIPMACH: Dairy Cases |
| 12,041.89 | EQUIPMACH: Compressors for cases |
| 88,683.48 | EQUIPMACH: Cafe & Deli Kitchens etc |
| 649.50 | EQUIPMACH: VISTA COA CF-U1A1B2Z2M |
| 3,300.65 | EQUIPMACH: RESTAURANT 36ft 6 BRNER 1STD |
| 3,888.37 | EQUIPMACH: Alto-Shaam Model 1000-TH-I |
| 8,249.00 | EQUIPMACH: Heating & Cooling Intallation |
| 299.50 | EQUIPMACH: Optoma HD66 DLP Projector |
| 626.50 | EQUIPMACH: Nikon D5100 Camera Equipment |
| 182.01 | EQUIPMACH: 11 HP Promo 2GB item 2GB DDR3-1333 |
| 3,434.15 | EQUIPMACH: 11 HP COMPAQ 4000 PRO SFF |
| 184.98 | EQUIPMACH: Nikon D5100 Camera Equipment |
| 2,637.00 | EQUIPMACH: Model 3613-2 Manual Slicer |
| 287.66 | EQUIPMACH: ProBook 4530s Notebook |
| 363.94 | EQUIPMACH: Panasonic Toughbook - PC 214 |
| 337.25 | EQUIPMACH: Panasonic Toughbook - PC 213 |
| 754.09 | EQUIPMACH: REFRIGERATOR 1 S/S DR UNDERCOUNTER |
| 1,365.23 | EQUIPMACH: REFRIGERATOR 2 GLASS DR UNDERCOUNTER |
| 58.32 | EQUIPMACH: 6560b W7P i5 2520M SOFTWARE |
| 269.16 | EQUIPMACH: Commerial Drip Bar |
| 158.60 | EQUIPMACH: Ac for  wine project CAPEX 1213-8  5/24/ |
| 385.18 | EQUIPMACH: PLYSNCE SOUS VIDE AND REGAL WATE |
| 1,206.90 | EQUIPMACH: McDantim Double Blender & Accessories |
| 315.00 | EQUIPMACH: Kego K209B-2 Dual Faucet Kegerator |
| 232.73 | EQUIPMACH: OVEN, MWAVE S/S 120 VOLT 1000: 1213-3 |
| 3,036.07 | EQUIPMACH: (2) Apple 27 inch iMac Computers |
| 1,361.58 | EQUIPMACH: COOLER - BACK BAR 48in 2 GLS |
| 2,547.75 | EQUIPMACH: BREAD SLICER BERKEL MB-1/2 - DELI |
| 356.61 | EQUIPMACH: XEROX Phaser 3300 MFP |
| 454.22 | EQUIPMACH: SLICER - FOOD ELC AUM W/ 10in |
| 1,369.02 | EQUIPMACH: 3 Safes |
| 735.84 | EQUIPMACH: HDMI Projector with Laser Pointer |
| 2,000.40 | EQUIPMACH: Refrigerator for wine dept plus install |
| 46,151.45 | EQUIPMACH: HP servers; Mitel System |
| 1,402.72 | EQUIPMACH: Servers ML350pT08 E5-2620 SFF svr - Qty. |
| 1,140.83 | EQUIPMACH: 4ft Gas Cooker blk w/wood + charcoal tra |

| | |
|---|---|
| 1,343.22 | EQUIPMACH: iMac for Sara Broderick |
| 299.39 | EQUIPMACH: HP 6570b i5 3230M x1 with exp ship |
| 1,445.88 | EQUIPMACH: HP 6570b i5 3230M x5 ground ship |
| 1,136.80 | EQUIPMACH: Laptop & Monitor Marketing Dept ON AMEX |
| 5,946.63 | EQUIPMACH: Datacard Embosser PLUS Embosser Supplies |
| 1,502.32 | EQUIPMACH: 6570b PC |
| 491.43 | EQUIPMACH: PC and Monitors plus cables |
| 96.73 | EQUIPMACH: Samsung 24IN Monitor |
| 736.92 | EQUIPMACH: iMac for Marketing Dept. |
| 447.25 | EQUIPMACH: HP Ethernet Switch |
| 973.93 | EQUIPMACH: 13IN Laptop for Kat Vanleer plus accesso |
| 330.78 | EQUIPMACH: Hand Scanners |
| 655.63 | EQUIPMACH: Lenovo Storage Device for CH Offices |
| 2,334.90 | EQUIPMACH: 6570b PC |
| 2,479.38 | EQUIPMACH: Replacement Oven for Deli |
| 806.25 | EQUIPMACH: (2) Ingenico iSC250 USB RBA RBS |
| 1,442.28 | EQUIPMACH: Wine Cooler Install/Maintenance |
| 2,133.82 | EQUIPMACH: Cooking School Display Upgrades |
| 3,125.00 | EQUIPMACH: Wine Cooler Compressor |
| 1,943.82 | EQUIPMACH: Compressor |
| 1,983.38 | EQUIPMACH: Wine Cooler |
| 289.71 | EQUIPMACH: Invoice 54163363 |
| 908.15 | EQUIPMACH: Invoice 54259598 |
| 3,984.98 | EQUIPMACH: (100) LEDLBR30A92-50D |
| 842.50 | EQUIPMACH: APC Smart - UPS3000VA RM 2U LCD 208V |
| 252.50 | EQUIPMACH: Symbol Motorola Barcode Scanner |
| 1,362.57 | EQUIPMACH: HP ProDesk 400 PD w/ HP 18.5 in. Monitor |
| 870.32 | EQUIPMACH: 3 Pan Drop-In Hot Food Well with Drain |
| 170.01 | EQUIPMACH: Blaster Label Printer |
| 5,507.00 | EQUIPMACH: LEDLBR30A92-50D; CREELRP38-10L-27K-25D |
| 3,505.58 | EQUIPMACH: ProDesk 400 w/Monitors and MS Office |
| 1,343.75 | EQUIPMACH: HP Laserjet Enterprise MFP M630h |
| 850.00 | EQUIPMACH: Stainless Bar Serving Hot Box |
| 226.74 | EQUIPMACH: TM-T88V Thermal Receipt Printer |
| 1,285.33 | EQUIPMACH: Ingenico UBS Credit Card Scanners |
| 829.57 | EQUIPMACH: SenSource: People Counter with Datalog |
| 854.63 | EQUIPMACH: Ingenico USB Credit Card Scanners 2 |
| 10,578.41 | EQUIPMACH: Elite Unlimited: PF Case Repair |
| 1,762.47 | EQUIPMACH: Noble Warewashing Dishwasher |
| 387.50 | EQUIPMACH: Server 2012 Standard |
| 921.28 | EQUIPMACH: Restaurant Coaster Pagers + USE TAX |
| 4,190.01 | EQUIPMACH: INVOICE 41005 |
| 30,981.49 | EQUIPMACH: INVOICE 41386 |
| 19,651.00 | EQUIPMACH: INVOICE 41387 |

| | |
|---|---|
| 6,115.39 | EQUIPMACH: INVOICE 41389 |
| 2,603.80 | EQUIPMACH: INVOICE 41390 |
| 59.72 | EQUIPMACH: INVOICE 41677 |
| 144,575.96 | EQUIPMACH: INVOICE 41708 |
| 52,774.30 | EQUIPMACH: INVOICE 41709 |
| 8,468.04 | EQUIPMACH: INVOICE 41711 |
| 5,958.97 | EQUIPMACH: INVOICE 41712 |
| 1,495.38 | EQUIPMACH: INVOICE 41714 |
| 4,640.89 | EQUIPMACH: INVOICE 41715 |
| 2,551.43 | EQUIPMACH: INVOICE 41720 |
| 1,707.58 | EQUIPMACH: INVOICE 41724 |
| 49,511.30 | EQUIPMACH: INVOICE 41725 |
| 143,849.08 | EQUIPMACH: INVOICE 41726 |
| 32,341.21 | EQUIPMACH: INVOICE 41733 |
| 4,710.74 | EQUIPMACH: INVOICE 41804 |
| 723.86 | EQUIPMACH: INVOICE 41806 |
| 4,685.96 | EQUIPMACH: INVOICE 41809 |
| 250.15 | EQUIPMACH: INVOICE 41819 |
| 483.16 | EQUIPMACH: INVOICE 41820 |
| 1,140.88 | EQUIPMACH: INVOICE 41821 |
| 775.00 | EQUIPMACH: Wall Mount Fan for Patio |
| 1,450.13 | EQUIPMACH: Hot Line: Heat Lamp and Shelf |
| 394.32 | EQUIPMACH: 100 Series Viking BBQ |
| 6,724.42 | EQUIPMACH: 10 handheld scnnrs, docks, chargers, bat |
| 14,800.00 | EQUIPMACH: HP servers; Mitel System |
| 1,222.82 | EQUIPMACH: 36in Gas Grill; 36in Grill Cart; 36in Ga |
| 3,223.39 | EQUIPMACH: IN-88918 |
| 3,400.00 | EQUIPMACH: (2) MS SQL Server 2013 std ed |
| 4,875.00 | EQUIPMACH: (12) Ingenico iSC250 USB RBA RBS + FREIG |
| 494.50 | EQUIPMACH: On the AMEX Safe for Security Room |
| 760.50 | EQUIPMACH: Refridgerator for Associate Break Area |
| 479.88 | EQUIPMACH: 24 Cyber Power - CP350SLG |
| 980.99 | EQUIPMACH: 3 kegerators for the wine/beer dept. |
| 7,029.43 | EQUIPMACH: (26) Computers; HP 6570b W87P |
| 5,551.04 | EQUIPMACH: Servers; ML350pT08 E5-2620 SFF svr - Qty |
| 6,116.22 | EQUIPMACH: Invoice 12564 |
| 4,972.42 | EQUIPMACH: LM GB5 2EE Espresso Machine |
| 25,190.37 | EQUIPMACH: Invoice OR-103702-01 |
| 2,391.25 | EQUIPMACH: Labor for setting up new servers for MP |
| 4,261.00 | EQUIPMACH: Invoice 569573 |
| 6,399.96 | EQUIPMACH: Invoice 93109 |
| 1,066.34 | EQUIPMACH: Wine Well Chiller + FREIGHT |
| 5,975.94 | EQUIPMACH: Espresso Evol 2-step |
| 15,163.84 | EQUIPMACH: Stoves/Refridgerators for MP School |

| | |
|---|---|
| 1,085.86 | EQUIPMACH: Installation of Oven |
| 2,547.36 | EQUIPMACH: Printers |
| 388.08 | EQUIPMACH: HP W7P-64 i7 Laptop |
| 2,475.00 | EQUIPMACH: Dimmers for Store Lighting |
| 750.00 | EQUIPMACH: Geami Machine G7-00127 |
| 3,675.98 | EQUIPMACH: Sound Equipment and Installation |
| 417.55 | EQUIPMACH: LED Monitors |
| 2,115.83 | EQUIPMACH: Network POE Switches |
| 1,629.59 | EQUIPMACH: APC Smart-UPS 3000VA |
| 378.00 | EQUIPMACH: Dell Laptop |
| 61.50 | EQUIPMACH: Polycom Soundstation Conference Phone |
| 2,726.50 | EQUIPMACH: Audio Visual Equipment |
| 658.61 | EQUIPMACH: HP ProDesk 400 G1 Desktop PC - Intel Cor |
| 71.34 | EQUIPMACH: Acer G226HQL 22" Class LED Widescreen |
| 16.46 | EQUIPMACH: HP C2500 Wired Desktop Keyboard & Mouse |
| 434.54 | EQUIPMACH: Check Deposit Machine |
| 2,949.70 | EQUIPMACH: HP Laptops J9729A 2920-48G-POE |
| 811.47 | EQUIPMACH: CyberPower SE425G, Access Point |
| 436.39 | EQUIPMACH: 26 cu. ft. Side-by-Side Refrigerator |
| 376.79 | EQUIPMACH: HP Pavilion 15-p066us Laptop w/ MS offic |
| 184.80 | EQUIPMACH: Frigidaire Dish Washer |
| 1,048.13 | EQUIPMACH: MITEL 5320E Backlit IP Phone |
| 1,215.30 | EQUIPMACH: HP Z640 Desktop Computer with LED Disp |
| 1,955.43 | EQUIPMACH: 8 HP ProDesk 600 PD Desktop Computers |
| 57.76 | EQUIPMACH: REFRIGERATOR |
| 1,026.27 | EQUIPMACH: COOLER/FREEZER |
| 109.05 | EQUIPMACH: Kraft Tape Disp/Electronic Parcel |
| 105.24 | EQUIPMACH: 8 Step Ladder |
| 927.88 | EQUIPMACH: FORKLIFT S OP15-0266-9286 |
| 1,186.09 | EQUIPMACH: FORKLIFT GCX20 S GX230-1387-9372 |
| 352.51 | EQUIPMACH: Choc coin imprinter & dies |
| 124.16 | EQUIPMACH: Refrigerator |
| 62.32 | EQUIPMACH: BLUE PALLET TRUCK |
| 2,523.73 | EQUIPMACH: OP15 FORKLIFT |
| 495.24 | EQUIPMACH: (22) APC POWER BACK-UP UNITS - CE |
| 3,156.89 | EQUIPMACH: (1) Heat Shrink Tunnel |
| 167.20 | EQUIPMACH: (2) Pallet Lift Jack |
| 1,190.20 | EQUIPMACH: (1) Model F-99 Net Weighing Scale |
| 315.03 | EQUIPMACH: (3) BT LIFT |
| 15.88 | EQUIPMACH: SCANNER KIT FOR PC |
| 451.05 | EQUIPMACH: (4) MANUAL DISPENSER, GUM TAPER |
| 538.09 | EQUIPMACH: OP 15 PICKER WINER HARNESS |
| 783.13 | EQUIPMACH: EQUIPMACH |
| 265.33 | EQUIPMACH: (1) Rolling Ladder |

| | |
|---:|---|
| 525.01 | EQUIPMACH: Headset Amplifier Base, (10) Headset |
| 68.51 | EQUIPMACH: Refridgerator for HB Employee Lounge |
| 13.34 | EQUIPMACH: Transition Networks Media Converter |
| 116.59 | EQUIPMACH: (5) HP Promodx5150M/P64 |
| 116.59 | EQUIPMACH: (5) HP Promodx5150M/P64 |
| 1,500.00 | EQUIPMACH: Forklift (GE Capital Lease Extension) |
| 1,215.66 | EQUIPMACH: FORKLIFT OP15-311-7935 |
| 39.72 | EQUIPMACH: LASER CLASS 2050P FAX |
| 54.85 | EQUIPMACH: FOUR INCH RIBBON IMPRINTING MACHINE |
| 385.80 | EQUIPMACH: PROLIANT ML350 G4P SCSI SERVER |
| 250.76 | EQUIPMACH: LASERJET 9050N PRINTER |
| 186.92 | EQUIPMACH: PROLIANT ML350 G4P SCSI SERVER |
| 39.69 | EQUIPMACH: 512MB 100PIN DDR DIMM FOR HB PRINTER |
| 1,207.05 | EQUIPMACH: PICKER CLARK 9015-0266-PM9296 |
| 37.81 | EQUIPMACH: ACCESS. FOR RIBBON IMPRINTING MACH |
| 3,196.36 | EQUIPMACH: 2 COMPRESSORS,MOTOR |
| 71.41 | EQUIPMACH: COMPAQ MICROTOWER W/ OFFICE |
| 200.94 | EQUIPMACH: 4 HP COMPAQ MICROTOWER W/ OFFICE |
| 50.93 | EQUIPMACH: COMPAQ MICROTOWER DC5700 |
| 92.83 | EQUIPMACH: 6 HP LCD MONITORS L1706 |
| 53.17 | EQUIPMACH: LASERJET 4240N |
| 38.36 | EQUIPMACH: RAM FOR HP 9000 |
| 141.23 | EQUIPMACH: PRINTER FOR HB BADGE SYSTEM |
| 52.17 | EQUIPMACH: OLYMPUS CAMERA |
| 68.29 | EQUIPMACH: ELECTRONIC RIBBON PRINTING MACHINE |
| 482.77 | EQUIPMACH: (2) MOTION COMPUTING |
| 184.72 | EQUIPMACH: 4510 XPV DUO W/MS OFFICE 2007 |
| 893.38 | EQUIPMACH: (6) HP 3000 XP7 DUO2 2.4GHZ |
| 1,045.77 | EQUIPMACH: (9) HP 3000 XP7 DUO2 2.4GHZ |
| 10,472.93 | EQUIPMACH: OSO30EC ORDER PICKER S C901N08267F |
| 1,651.74 | EQUIPMACH: COMM 7.77MC W/ TECH SUPP |
| 649.50 | EQUIPMACH: VISTA COA CF-U1A1B2Z2M |
| 740.67 | EQUIPMACH: Replace Motor PS Motor Brusches & Lift |
| 7,616.00 | EQUIPMACH: Shipping Tape Machines (56) |
| 2,702.94 | EQUIPMACH: 4 handheld scanners, docks, chargers |
| 193.50 | EQUIPMACH: Integration Tray |
| 7,099.01 | EQUIPMACH: Eastey Shrink Tunnel & Installation |
| 303.69 | EQUIPMACH: Xerox Printers |
| 858.12 | EQUIPMACH: Jack/Scale to weigh pallets |
| 2,055.94 | EQUIPMACH: Battery |
| 4,212.26 | EQUIPMACH: Yale Pallet Jacks |
| 4,160.00 | EQUIPMACH: Closed Lid Shipping Totes |
| 550.94 | EQUIPMACH: 24 Volt Battery Charger for Pickers |
| 2,175.73 | EQUIPMACH: Battery for Picker NB51003 |

| | |
|---:|---|
| 403.13 | EQUIPMACH: Ingenico iSC250 USB RBA RBS |
| 602.23 | EQUIPMACH: HP Probook and TZ215 Total Secure sonicw |
| 127.55 | EQUIPMACH: Motorola BLACK LS2208 BarCode Scanner |
| 922.43 | EQUIPMACH: Lot 10 Symbol MC55A WM6.5 PPC |
| 403.13 | EQUIPMACH: Ingenico iSC250 USB RBA RBS |
| 595.55 | EQUIPMACH: Laptop & TZ215 Total Secure Sonicwall |
| 226.74 | EQUIPMACH: TM-T88V Thermal Receipt Printer |
| 2,667.92 | EQUIPMACH: HP Server and Hardware - Raleigh |
| 177.00 | EQUIPMACH: Ishida RS130 Digital Scale |
| 3,563.15 | EQUIPMACH: Bulbs.com 210 12.5 par 30 Bulbs |
| 105.99 | EQUIPMACH: Motorola Laser Barcode Scanner |
| 129.84 | EQUIPMACH: Chatillion Hanging Scale with Basket |
| 641.24 | EQUIPMACH: A1 Install: CV Sound System |
| 353.14 | EQUIPMACH: Roustabout Products: 4 Hole Drip Bar |
| 843.76 | EQUIPMACH: HP Smart Array and HP Proliant Micro Srv |
| 197.26 | EQUIPMACH: Regency: HP CF385A Printer |
| 2,221.70 | EQUIPMACH: Wine Refrigerator (One Glass Door) |
| 4,190.42 | EQUIPMACH: Oasis Self-Service Refrigerator |
| 8,299.64 | EQUIPMACH: Digital Dining Terminals |
| 261.88 | EQUIPMACH: Epson TM-U220B Dot Matrix Printer |
| 857.32 | EQUIPMACH: Hot Bar Electric with Cutting Board |
| 1,037.76 | EQUIPMACH: Thermal Circulator w/ Protective cage |
| 1,555.53 | EQUIPMACH: IBM 4852 AIO, Digital Dining Terminal |
| 960.32 | EQUIPMACH: RX-CS4NP Smoked Coaster Call Guest Pager |
| 12,757.41 | EQUIPMACH: Mitel 5320E Blacklit IP Phones |
| 6,582.16 | EQUIPMACH: Handheld Scanners |
| 521.50 | EQUIPMACH: Handicap Schooter |
| 5,957.19 | EQUIPMACH: Espresso Machine |
| 626.78 | EQUIPMACH: Combo Music Player |
| 3,452.90 | EQUIPMACH: HP Laptops |
| 3,925.01 | EQUIPMACH: HP Sever and Hardware |
| 579.43 | EQUIPMACH: HP Laptops |
| 579.43 | EQUIPMACH: HP Laptops |
| 6,772.88 | EQUIPMACH: Scale/Printer BC-4000L2 |
| 401.28 | EQUIPMACH: RIC-Scale Retail RS-130 |
| 1,714.63 | EQUIPMACH: Xerox Printers |
| 403.68 | EQUIPMACH: Samsung 28cu-f. French Door Refrigerator |
| 2,569.43 | EQUIPMACH: Wine Cellar - B.I.PRO 30"W |
| 2,248.19 | EQUIPMACH: 36" SS PRO All Refrigerator |
| 2,248.19 | EQUIPMACH: 36" SS PRO Refrigerator |
| 2,312.33 | EQUIPMACH: 36" SS PRO Freezer LH |
| 4,046.84 | EQUIPMACH: 36" SS Gas 6 Sealed BRNR Range |
| 1,319.40 | EQUIPMACH: 30" SGL Wall Oven & Microwave Oven |
| 669.02 | EQUIPMACH: Smart UPS 2200VA LCD RM 2U 120V |

| | |
|---|---|
| 376.47 | EQUIPMACH: Cyberpower SE425G-425VA/255 Watts UPS |
| 702.51 | EQUIPMACH: Smart-UPS 2200VA RM 120V LCD 2 U |
| 423.91 | EQUIPMACH: Scanner, VX 50DPM, 50DF, IJ |
| 6,047.36 | EQUIPMACH: HP ProLiant ML350p 460W PS Server |
| 265.33 | EQUIPMACH: Microcom UniFi Long Range Access Point |
| 919.51 | EQUIPMACH: HP 450 G1 CI3-4000M Laptops |
| 445.91 | EQUIPMACH: LI2208, USB Kit, Linear Imager |
| 263.25 | EQUIPMACH: Handicap Scooter GT3000 Drive Mobility |
| 4,482.10 | EQUIPMACH: TM-T88V Thermal Receipt Printers |
| 500.94 | EQUIPMACH: GC420d, Direct Thermal Printing |
| 35,490.93 | EQUIPMACH: Radiant Registers and Accessories |
| 259.00 | EQUIPMACH: Manual Wheelchair |
| 140.29 | EQUIPMACH: Tripp LIte KVM Switch and USB Cable, |
| 685.28 | EQUIPMACH: APC Smart-UPS 2200VA Battery Back Up |
| 1,197.89 | EQUIPMACH: Wireless Access Points |
| 103.15 | EQUIPMACH: 24" Monitor |
| 1,441.02 | EQUIPMACH: HP 2920-48G-POE+ Managed Switch |
| 229.15 | EQUIPMACH: UBIQUITI TOUGHSWITCH PRO POE |
| 1,464.42 | EQUIPMACH: HP 2920-48G-POE Managed Switch 625MHz |
| 321.43 | EQUIPMACH: HP Probook 455 AMD and MS Home Office |
| 582.01 | EQUIPMACH: 9000 Gallon Water Filtration System |
| 4,298.50 | FURNFIX: RESTAURANT FURNISHINGS |
| 236.51 | FURNFIX: CUSTOM FABRICATION OF LOGO |
| 506.78 | FURNFIX: WV-RESTARUANT FURNISHINGS |
| 109.73 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 4,293.24 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 332.13 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 146.96 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 972.27 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 1,233.95 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 185.06 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 363.05 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 816.35 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 117.25 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 144.01 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 241.35 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 317.71 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 642.95 | FURNFIX: WV-RESTAURANT FURNISHINGS |
| 161.23 | FURNFIX: (2) OFFICE TABLE FOR WV |
| 787.02 | FURNFIX: RESTAURANT SMALL WARES |
| 184.33 | FURNFIX: RESTAURANT FURNISHINGS |
| 831.98 | FURNFIX: RESTAURANT FURNISHINGS |
| 172.36 | FURNFIX: RESTAURANT FURNISHINGS |
| 176.48 | FURNFIX: RESTAURANT FURNISHINGS |

| | |
|---:|---|
| 55.68 | FURNFIX: RESTAURANT FURNISHINGS |
| 73.84 | FURNFIX: (12) Oakwood Chairs for WV |
| 440.74 | FURNFIX: (4) Booths in Bar Un-Upholstered |
| 441.70 | FURNFIX: Waitstation in Bar, Wood & Corian |
| 216.63 | FURNFIX: LEATHER SECTIONAL SOFA |
| 345.59 | FURNFIX: PATIO OUTDOOR WEATHERPROOF CURTAIN |
| 1,686.28 | FURNFIX: PLATES WHITESQUARE 10X10 (264) |
| 518.86 | FURNFIX: (204) PLATES WHITESQUARE 6.5X6.5 |
| 921.58 | FURNFIX: 10 STAINLESS RND ROLL-TOP CHAFING DISHES |
| 6,225.00 | FURNFIX: 6 Prints for RESTAURANT Oak Room |
| 447.83 | FURNFIX: Labor & Materials for Kitchen |
| 2,837.00 | FURNFIX: Gold Stackable Chairs w/cushion (100) |
| 4,600.00 | FURNFIX: 7 Prints to be hung in WV |
| 7,687.50 | FURNFIX: Reupholster booths + Leather Fabric |
| 1,230.00 | FURNFIX: Reupholster outdoor booth cushions |
| 1,389.93 | FURNFIX: Sunbrella Outdoor DRP 96 (qty 17) |
| 526.70 | FURNFIX: Weathervane Locked File Cabinet |
| 927.16 | FURNFIX: Drapes for outdoor storage on patio |
| 478.83 | FURNFIX: Demilune with Baker Hutch for Wmns room |
| 854.93 | FURNFIX: Chairs for WV foyer CAPEX 1213-3 |
| 203.69 | FURNFIX: Stainless Work Table 30x60 |
| 2,550.00 | FURNFIX: WV Booth Upholstery |
| 846.83 | FURNFIX: SHELVING |
| 276.54 | FURNFIX: (16) SPICE RACK SHELVES |
| 7,893.71 | FURNFIX: CANDY DEPT UNITS |
| 515.00 | FURNFIX: (4) CANDY SHELVES |
| 2,435.41 | FURNFIX: CANDY DEPT FIXTURES |
| 639.90 | FURNFIX: DEPOSIT OF WOODEN MAILBOXES |
| 190.57 | FURNFIX: (3) ALUMINUM LAMINATE TRIANGLES |
| 659.62 | FURNFIX: (2) BISQUE CONTERTOPS |
| 113.36 | FURNFIX: (2) CUSTOM DESK TOPS |
| 210.70 | FURNFIX: CURTAINS CANDY DEPT & COAT CLOSET |
| 346.32 | FURNFIX: (192) SHOP CRATE BLACK |
| 1,140.95 | FURNFIX: INSTALL CUSHIONS & SEATS |
| 305.78 | FURNFIX: (6) BLACK CURTAINS |
| 5,672.81 | FURNFIX: (160) BAYS OF BOLTLESS STORAGE RACKS |
| 1,238.76 | FURNFIX: (1067) KWIK SHELF FLAT DECKS |
| 122.39 | FURNFIX: (26) KWIK FLAT SHELF DECKS |
| 233.56 | FURNFIX: (7)CHROME SHELVES |
| 811.26 | FURNFIX: (138) VARIOUS TRASH CANS |
| 667.35 | FURNFIX: (62) FATIGUE MATS |
| 2,268.71 | FURNFIX: SHELVES |
| 1,309.53 | FURNFIX: CHAIRS FOR COOKING SCHOOL |
| 138.28 | FURNFIX: ASPEN TABLE LAMP W/SHANTUNG SHADE |

| | |
|---:|---|
| 98.77 | FURNFIX: DUAL HEAD FLOOR LAMP |
| 3,953.13 | FURNFIX: CANDY BAR DISPLAY & FIXTURES |
| 1,902.30 | FURNFIX: ANTIQUES & ECKO FUNRITURE |
| 1,843.61 | FURNFIX: WINE GLASS CABINET |
| 772.51 | FURNFIX: PLASTIC LINER FOR METRO SHELVES |
| 862.55 | FURNFIX: (5) MIRROR FRAMES & HANGERS |
| 171.51 | FURNFIX: SOLAR SHADES |
| 1,394.32 | FURNFIX: WINDOW TREATMENTS |
| 366.53 | FURNFIX: (2) CABINET CART W/TOPS |
| 10,551.03 | FURNFIX: (34) HW CASES A |
| 566.92 | FURNFIX: FRONT DEMO STATION |
| 2,179.59 | FURNFIX: (60) OAK PLYWOOD PANELING |
| 990.76 | FURNFIX: FURNFIX |
| 1,998.45 | FURNFIX: ACCT/MKTG WORKSTATIONS |
| 1,781.22 | FURNFIX: CONF TABLE, MKTG UTILITY TABLE |
| 187.41 | FURNFIX: (12) SENSOR OFFICE CHAIRS |
| 498.76 | FURNFIX: (14) ROLLING FILE CABINETS |
| 2,204.93 | FURNFIX: (100) SHOPPING CARTS |
| 1,192.18 | FURNFIX: (36) SC-TALL 1PC CHROME FRAMES |
| 4,756.10 | FURNFIX: TWIN TIER W/SLIDING DOORS/FIXTURES |
| 1,000.11 | FURNFIX: CANDY WALL FIXTURES |
| 173.85 | FURNFIX: FRAMING FOR MIRRORS |
| 13,848.69 | FURNFIX: DELI RESTAURANT FURNISHINGS |
| 161.44 | FURNFIX: DELI RESTAURANT FURNISHINGS |
| 1,369.83 | FURNFIX: SHELVING FIXTURES |
| 1,567.13 | FURNFIX: SHELVING FIXTURES |
| 189.86 | FURNFIX: (6) TABLES EMPLOYEE LOUNGE |
| 923.59 | FURNFIX: (20) CROME SHELVES |
| 308.70 | FURNFIX: (36) CHROME SHELVES |
| 18,526.37 | FURNFIX: SHELVING FIXTURES |
| 128.06 | FURNFIX: (22) CROME SHELVES |
| 65.09 | FURNFIX: SHELF FIXTURES |
| 588.07 | FURNFIX: (6) ALUM DOME BS |
| 367.04 | FURNFIX: MOUNT BENCHES BLACK |
| 4,956.71 | FURNFIX: FURNITURE DISPLAY |
| 166.16 | FURNFIX: MINI WV ROOSTER SCULPTUR |
| 177.13 | FURNFIX: (12) SOUP BOWL RIMLESS PATTENR |
| 273.58 | FURNFIX: DELI-RESTAURANT FURNISHINGS |
| 930.96 | FURNFIX: DELI-RESTAURANT FURNISHINGS |
| 111.13 | FURNFIX: COOKING SCHOOL FURNISHINGS |
| 257.47 | FURNFIX: DELI-RESTAURANT FURNISHINGS |
| 57.47 | FURNFIX: COOKING SCHOOL FURNISHINGS |
| 163.56 | FURNFIX: COOKING SCHOOL FURNISHINGS |
| 346.69 | FURNFIX: COOKING SCHOOL FURNISHINGS |

| | |
|---:|---|
| 199.60 | FURNFIX: DELI-RESTAURANT FURNISHINGS |
| 245.19 | FURNFIX: (450) VINEA WHITE GLASSWARE |
| 135.63 | FURNFIX: (100) WHITEMWARE SM RECT PLATTER |
| 201.15 | FURNFIX: (100) WHITTIER UPTOWN 15in PLATTER |
| 119.66 | FURNFIX: COOKING SCHOOL FURNISHINGS |
| 187.22 | FURNFIX: 18in ASSEMBLED LOCKERS |
| 135.61 | FURNFIX: OFFICE TABLE |
| 164.23 | FURNFIX: (5) WORKSTATION-HALLWAY |
| 600.75 | FURNFIX: (24) CHAIRS FOR CONFERENCE ROOM |
| 137.42 | FURNFIX: 22 PHOTO SHOOT TABLE |
| 336.42 | FURNFIX: MAILBOXES FOR UPPER HALLWAY |
| 660.41 | FURNFIX: (120) CASTERS W/ STEM BAKE |
| 1,249.62 | FURNFIX: SHELVES |
| 104.58 | FURNFIX: FURNFIX |
| 212.26 | FURNFIX: CUSTOM TABLE TOP |
| 1,530.37 | FURNFIX: WHEELS FOR CART |
| 172.82 | FURNFIX: SHELVES-DELI AREA |
| 1,025.91 | FURNFIX: SHELVES |
| 179.41 | FURNFIX: CORIAN SHELF BY DELI DEPT |
| 78.82 | FURNFIX: BEER COOLER LIGHT FIXTURES |
| 438.71 | FURNFIX: CANDY BAR DISPLAY & FIXTURES |
| 2,075.76 | FURNFIX: COLUMNS CANDY, SHELVING HW |
| 236.51 | FURNFIX: FABRICATION OF LOGO WV CLOCK TOWER |
| 1,856.40 | FURNFIX: RESTAURANT FURNISHINGS |
| 565.27 | FURNFIX: (8) CHECKOUT SHROUDS |
| 1,551.87 | FURNFIX: NEW STORE SIGN BOARDS |
| 130.97 | FURNFIX: PERMANENT X-MAS WREATHS |
| 966.32 | FURNFIX: NEW STORE X-MAS DISPLAY |
| 181.52 | FURNFIX: NEW CHECK OUT CATALOG HOLDERS |
| 565.23 | FURNFIX: SAVANNAH CORIAN COUNTERS IN FLORAL |
| 491.57 | FURNFIX: MCCALLUM WHOLESALE FLORIST |
| 101.63 | FURNFIX: BEST OF NC BOARD |
| 141.40 | FURNFIX: NEW STORE VINYL LETTERING |
| 524.34 | FURNFIX: COOKING SCHOOL-CLASS SIGN |
| 199.20 | FURNFIX: COOKING SCHOOL KNIVES |
| 159.94 | FURNFIX: (4) Red Oak Veneer Plywood |
| 1,853.71 | FURNFIX: (401) Wheels |
| 173.03 | FURNFIX: (10) Chairs for callcenter |
| 427.19 | FURNFIX: Revision to coffee sales counter |
| 190.05 | FURNFIX: Pipe for mounting Christmas decorations |
| 191.23 | FURNFIX: Mall Collection Bench |
| 182.92 | FURNFIX: Candy Bulk Choc Fixture |
| 178.31 | FURNFIX: Red Gumball |
| 319.43 | FURNFIX: Wood Holders Added to POS Counter |

| Amount | Description |
|---:|---|
| 1,486.67 | FURNFIX: (2) CUSTOM WUSTHOF KNIFE DISP CASES |
| 1,028.00 | FURNFIX: (6) VERA BRADLEY DISPLAY CABINETS |
| 540.23 | FURNFIX: CUSTOM REFIT BAKERY DISPLAY CASES |
| 1,199.50 | FURNFIX: CUSTOM CORIAN COUNTERTOP DELI |
| 259.31 | FURNFIX: LAMSON KNIFE DISPLAY CASE |
| 439.46 | FURNFIX: BOOKCASE CUSTOM FIXTURE CENTER STAGE |
| 91.27 | FURNFIX: BOOKCASE CUSTOM FIXTURE CENTER STAGE |
| 494.09 | FURNFIX: ELIASOR DOOR INSTALLED CART-ROOM |
| 114.08 | FURNFIX: DEPOSIT FOR BOOTH SURROUND |
| 750.00 | FURNFIX: ORIGINAL CHAPEL HILL ARTWORK |
| 440.91 | FURNFIX: 56225 NEW DOCK DOORS |
| 48.79 | FURNFIX: 56226 NEW DOCK DOORS |
| 957.77 | FURNFIX: SHELVES FOR BAILYWICK FIXTURES |
| 711.60 | FURNFIX: DELI WALK-IN 24X42 & 24X54 |
| 1,260.00 | FURNFIX: Black Marble Mats |
| 966.80 | FURNFIX: Black Marble Mats |
| 1,250.90 | FURNFIX: 2 Maryland Extension tables |
| 4,030.00 | FURNFIX: Valentines Day  original silhouette |
| 844.59 | FURNFIX: (2) Table Dipslay Number Nine, Pear |
| 565.11 | FURNFIX: Reclass framed pictures decorating store |
| 725.00 | FURNFIX: Three -Tiered Candy Display Island |
| 945.00 | FURNFIX: Textile Table & Riser & Vintage Seal |
| 1,817.50 | FURNFIX: Cabinet, worktable, pine table |
| 272.50 | FURNFIX: Antique Glass Shelf Unit - Grocery Dpt R |
| 600.00 | FURNFIX: L Shaped Display Units |
| 425.33 | FURNFIX: Plastic Service & Utility Card |
| 1,250.00 | FURNFIX: Wood Butcher Tops to Existing Metro Shlv |
| 645.00 | FURNFIX: EAG Breadboard Top Table |
| 250.00 | FURNFIX: Fabricate 1 L Shaped Display Unit |
| 1,801.70 | FURNFIX: Fabricate 2 L Shaped Display Unit |
| 365.93 | FURNFIX: Koala Care Designer High Chairs |
| 828.94 | FURNFIX: Hooks for new House & Home dept relayout |
| 2,925.35 | FURNFIX: Framing - 6 Prints from Intnl Poster Gal |
| 5,925.00 | FURNFIX: Ludwig Hohlwein Marco Polo Tee |
| 2,140.62 | FURNFIX: Framing - 6 Prints from Intnl Poster Gal |
| 3,286.51 | FURNFIX: Outdoor Candles: XL (Qty 13) and SM (Qty |
| 642.00 | FURNFIX: Gregory Litinsky water color Floral Reve |
| 216.35 | FURNFIX: Framing -1 Print from Intnl Poster Galle |
| 440.76 | FURNFIX: Cut & Prepare Wood Butcher block tops |
| 500.00 | FURNFIX: Fabricate  2 L-Shaped Display units |
| 328.92 | FURNFIX: ASF-31165 Window Back Metal Barstool (8) |
| 114.23 | FURNFIX: Shelves & brackets for slatwall |
| 1,347.60 | FURNFIX: Display fixtures for Bakery & Cof/Tea |
| 1,000.00 | FURNFIX: Jules Cheret Yellow |

| | |
|---:|---|
| 561.18 | FURNFIX: Roman with Oak Stools |
| 3,261.93 | FURNFIX: Seven Elizabeth Matheson photographs |
| 705.00 | FURNFIX: (4) Framed Small Poster for Coffee Bar |
| 198.25 | FURNFIX: (3) 2x8  Black Marble Mats for Coffee Ba |
| 260.00 | FURNFIX: (3) 3x8 Black Marble Mats for Coffee Bar |
| 273.41 | FURNFIX: Fabricate one 8ft display unit |
| 18,468.11 | FURNFIX: Invoice 403124 Bar |
| 26,033.25 | FURNFIX: Invoice 229121 Bar |
| 2,540.37 | FURNFIX: Invoice 403123 Bar |
| 215.00 | FURNFIX: (2) Cushions & fabric |
| 251.02 | FURNFIX: Plastic curtains for wine project |
| 194.64 | FURNFIX: New coffee bar sign CAPEX 1213-9 |
| 317.19 | FURNFIX: ASF-31165 Window Back Metal Chairs (12) |
| 495.86 | FURNFIX: OAK COUNTERTOPS FOR DISPS for H & H |
| 19,959.34 | FURNFIX: Invoice 403121 Bar |
| 302.59 | FURNFIX: Framing - 4 Prints from Intnl Poster Gal |
| 888.70 | FURNFIX: (4) counters for Reset of Coffee & Tea |
| 300.33 | FURNFIX: Install Sun Shades over Courtyard |
| 1,889.98 | FURNFIX: Invoice 712121 (2) Cream Solar Shades |
| 28,829.14 | FURNFIX: Invoice 402122 (206) Outdoor Chairs |
| 1,107.49 | FURNFIX: 53H Call Center Cubicle for addl workspa |
| 871.35 | FURNFIX: Fabricate & Install (7) wood display top |
| 2,182.08 | FURNFIX: Fabricate & Install Wine Bar |
| 1,273.00 | FURNFIX: Black Pearl Granite Tops |
| 382.50 | FURNFIX: Chair Upholstery for old WV chairs |
| 250.90 | FURNFIX: TWO Demo Carts for Shawn FROM1213-5 |
| 410.75 | FURNFIX: WOOD BUTCHER BLOCK METRO SHELF DISP |
| 412.22 | FURNFIX: New Slatwall & fixtures for it |
| 876.00 | FURNFIX: SHARE THE FOOD FOUNDATION |
| 814.70 | FURNFIX: TABLE TOPS & BASES |
| 650.00 | FURNFIX: Fabricate & install 4 table tops |
| 537.48 | FURNFIX: 4-piece sedona patio conversation set |
| 1,392.33 | FURNFIX: 59 Black Juno Track Head |
| 449.93 | FURNFIX: Deluxe Kitchen Island in Natural Finish |
| 1,690.29 | FURNFIX: (20) trash cans + USE TAX |
| 14,754.38 | FURNFIX: LEDs, Adapters, Track Heads |
| 1,319.00 | FURNFIX: Racking Materials |
| 1,342.76 | FURNFIX: LRP-38-10L-27K-25 (24) + USE TAX |
| 3,713.12 | FURNFIX: Racks & Shelving INVOICE 14337 +USE TAX |
| 361.36 | FURNFIX: Sign Holders INVOICE 14333 +USE TAX |
| 365.06 | FURNFIX: Sign Holders INVOICE 14334 +USE TAX |
| 724.52 | FURNFIX: Beer & Wine Table INVOICE 14332 +USE TAX |
| 21,682.75 | FURNFIX: Invoice 14142 |
| 2,579.74 | FURNFIX: LRP-38-10L-27K-25 (48) + USE TAX |

| Amount | Description |
|---:|---|
| 1,608.47 | FURNFIX: LRP-38-10L-27K-25 (30) |
| 216.08 | FURNFIX: 48IN shelf tags |
| 6,350.96 | FURNFIX: METRO |
| 543.75 | FURNFIX: Bar Tables for Coffee Area |
| 3,564.44 | FURNFIX: Bar Tables for Coffee Area |
| 1,587.22 | FURNFIX: Scoop Bin |
| 678.38 | FURNFIX: All in One Island White |
| 748.26 | FURNFIX: INLIN Book Case Rack Invoice 14476 |
| 1,673.36 | FURNFIX: Gray Xpress Cart (25) Invoice 0304150 |
| 1,148.32 | FURNFIX: Trash Cans and Wine Door |
| 16,431.70 | FURNFIX: New Store Department Signage |
| 71,919.14 | FURNFIX: CH Reset fixtures Invoice 110413 |
| 1,499.85 | FURNFIX: LRP-38-10L-27K-(30) |
| 5,284.13 | FURNFIX: (100) LED Par 38 & (100) LED Par 30 |
| 641.01 | FURNFIX: F32T8/741 Long Life Guaranteed-607 |
| 83,059.63 | FURNFIX: CH Reset Fixtures Invoice 122013 |
| 382.97 | FURNFIX: Shelves for Spice Area of the Reset |
| 11,091.26 | FURNFIX: CH Fixtures Invoice 13-131 + USE TAX |
| 437.59 | FURNFIX: INVOICE 10864414 |
| 907.49 | FURNFIX: INVOICE 10866241 |
| 568.50 | FURNFIX: INVOICE 10860833 |
| 2,278.57 | FURNFIX: INVOICE 10863752 |
| 611.83 | FURNFIX: INVOICE 10869854 |
| 247.25 | FURNFIX: Glass Cubes & Plastic Cart |
| 2,066.26 | FURNFIX: Wall Letters & Signs |
| 883.65 | FURNFIX: Bin Marker's 48" Clear |
| 4,891.25 | FURNFIX: LRP38 Lightbulbs |
| 3,984.98 | FURNFIX: LED Lightbulbs |
| 1,906.83 | FURNFIX: Gadget Wall |
| 2,511.17 | FURNFIX: Chalkboard Signs for departments |
| 346.37 | FURNFIX: Plastic Hand Baskets (28L) - Black |
| 4,041.29 | FURNFIX: X-mas Wreath and Garland |
| 8,932.58 | FURNFIX: Table Tops + FREIGHT CHARGES+ USE TAX |
| 4,243.03 | FURNFIX: (13) drop-leaf tabletops & cast iron bas |
| 650.00 | FURNFIX: 4 table bases, metal powdercoated |
| 9,337.00 | FURNFIX: Posters/Artwork for decoration |
| 7,538.44 | FURNFIX: 16 Tables + FREIGHT |
| 2,487.50 | FURNFIX: Misc. Throw Pillows, Outdoor Cushions |
| 1,062.27 | FURNFIX: On the AMEX Furniture for Southerly |
| 1,314.48 | FURNFIX: on the AMEX Barstools for Communal Table |
| 16,798.48 | FURNFIX: (110) Senzo Chair; (12) Senzo Barstool |
| 8,621.61 | FURNFIX: Dining & Pub tables plus Glass |
| 20,000.00 | FURNFIX: 33 large posters for decoration |
| 650.00 | FURNFIX: 4 Wood Table Tops (72INx29IN) |

| | |
|---:|---|
| 5,007.69 | FURNFIX: Brushed Aluminum Chairs & Stools |
| 773.07 | FURNFIX: Oriental Rug |
| 1,502.40 | FURNFIX: Restoration Hdwr: |
| 1,450.70 | FURNFIX: Metro Shelving |
| 424.99 | FURNFIX: Wine Cooler for Restaurant |
| 271.76 | FURNFIX: Heater for Southerly Patio |
| 229.98 | FURNFIX: Heater for Southerly Patio (B/O) |
| 582.65 | FURNFIX: Wire Shelving |
| 2,678.90 | FURNFIX: Bin Markers 48IN Clear |
| 850.40 | FURNFIX: Posts Cut + USE TAX |
| 20,177.75 | FURNFIX: Invcoice 14140 |
| 4,422.50 | FURNFIX: 12 tables, maple butcher block |
| 2,708.82 | FURNFIX: Dbl rivet shelving w/particle board shel |
| 16,267.04 | FURNFIX: Jelly Belly Wall |
| 611.67 | FURNFIX: Mermaid Island/Tower Display Unit |
| 2,299.63 | FURNFIX: Door & Window Graphics plus Install |
| 10,577.19 | FURNFIX: Charleston Signage Plus Installation |
| 496.91 | FURNFIX: Freight for Palay Display Fixtures |
| 500.65 | FURNFIX: On the AMEX Employee Lockers |
| 7,498.85 | FURNFIX: Butcher Block Table Tops - Kitchen Dept |
| 6,122.13 | FURNFIX: Shopping Carts (100); Plastic baskets (1 |
| 967.34 | FURNFIX: Deluxe Kitchen Island in Natural Finish |
| 1,690.28 | FURNFIX: (20) trash cans + USE TAX |
| 5,295.45 | FURNFIX: INV 09-1374 |
| 358.50 | FURNFIX: (239) Cut and Polished |
| 2,375.00 | FURNFIX: Framing Vintage Posters |
| 339.07 | FURNFIX: Mirrored Table - Clay |
| 18,371.88 | FURNFIX: Invoice 10825414 |
| 454.51 | FURNFIX: Recycle Card Display (Tax Only) |
| 6,938.75 | FURNFIX: Corian Tables |
| 704.13 | FURNFIX: 6 Teir/3 Wide Lockers (qty 2) + USE TAX |
| 1,357.04 | FURNFIX: Carts/Ladders/Lockers |
| 185.21 | FURNFIX: Freight for Display Fixtures |
| 1,977.80 | FURNFIX: Workstations & Chairs Plus Delivery |
| 270.71 | FURNFIX: Table for Southerly |
| 8,787.50 | FURNFIX: Artwork for Charleston |
| 582.12 | FURNFIX: file cabs and desks |
| 979.59 | FURNFIX: Blck Wicker Mahogany Frames |
| 639.23 | FURNFIX: fabric for Sandler Seating |
| 5,851.26 | FURNFIX: Invoice 4927 - café tables & chairs |
| 860.78 | FURNFIX: Plow & Hearth + USE TAX |
| 60.85 | FURNFIX: Plow & Hearth |
| 443.10 | FURNFIX: Plow & Hearth |
| 423.00 | FURNFIX: 3 tables for coffee bar |

| | |
|---|---|
| 1,080.00 | FURNFIX: Fixtures +USE TAX |
| 1,414.80 | FURNFIX: 6 Tier/3 Wide Lockers + USE TAX |
| 214.00 | FURNFIX: Mermaid Console Display |
| 119,382.12 | FURNFIX: AWI FIXTURES AND INTERIORS INC. + USE TA |
| 529.02 | FURNFIX: Frosted and Chalkboard Vinyl |
| 860.00 | FURNFIX: Trash Cans |
| 16,320.81 | FURNFIX: Fixtures Invoice SUMMER 2013 |
| 569.02 | FURNFIX: 13 Mirrors Phase 1 - Deli |
| 462.97 | FURNFIX: Deli Mirrors - Phase 2 |
| 476.02 | FURNFIX: Invoice 16279506 |
| 276.14 | FURNFIX: Wire Shelving |
| 797.48 | FURNFIX: Steven Shell Living 2 Open Bookcases |
| 547.40 | FURNFIX: Ave Six Pacific Arm Chair |
| 175.48 | FURNFIX: Galanti End Tables |
| 114.74 | FURNFIX: Galanti Sofa Table |
| 1,500.00 | FURNFIX: Artwork |
| 233.50 | FURNFIX: FireKing Filing Cabinets |
| 5,707.50 | FURNFIX: Office Furniture |
| 7,750.00 | FURNFIX: Office Furniture and Artwork |
| 56,867.20 | FURNFIX: Office Furniture and Fixtures |
| 231.91 | FURNFIX: Framing on Artwork |
| 326.56 | FURNFIX: Framing on Chef Coats |
| 688.00 | FURNFIX: Europa Artwork |
| 20.94 | FURNFIX: (10) 4in SWIVEL CASTERS |
| 105.27 | FURNFIX: (21) HEAVY-DUTY METAL TABLE LEGS |
| 138.50 | FURNFIX: (144) DD18C SHELF DIVIDER |
| 1,054.34 | FURNFIX: (30) 18inx48inx74in ROLLING CA |
| 18.99 | FURNFIX: (3) 2-DRAWER SLIDE FILE |
| 6.66 | FURNFIX: FRT-GREY METAL WAREHOUSE CART |
| 57.72 | FURNFIX: CART 24 X 72, CASTERS |
| 219.81 | FURNFIX: (144) L48N-4C SHELF LEDGE |
| 246.60 | FURNFIX: (6) 30inx48inx74in ROLLING CARTS |
| 26.75 | FURNFIX: (16) DD30B SHELF DIVIDER 30 |
| 478.95 | FURNFIX: CUSTOM FIXTURE |
| 220.91 | FURNFIX: 28 5MP 5IN POLYURATHANE SWVL CSTR |
| 241.43 | FURNFIX: 60 CASTORS & 60 POLES |
| 209.46 | FURNFIX: CARDBOARD TRASH CONTAINERS |
| 123.92 | FURNFIX: 2 ROLLING LADDERS FOR MEBANE |
| 31.24 | FURNFIX: 2 FILE, LETTER, 4 DWR |
| 242.26 | FURNFIX: 5-GREY STEP MATS 3 x 60 |
| 125.09 | FURNFIX: Chrome Cart Posts |
| 402.47 | FURNFIX: SWIVEL CASTERS, CART POSTS, SLEEVES |
| 3.39 | FURNFIX: (12) HK 23C HOOKS |
| 268.62 | FURNFIX: (140) 63UP CHROME POST |

| | |
|---|---|
| 304.02 | FURNFIX: (70) BRAKE CASTER W/BMPR |
| 812.03 | FURNFIX: (122) CHROME WIRE SHELF |
| 11.28 | FURNFIX: (5) CHROME DIVIDERS |
| 268.45 | FURNFIX: 70 Swivel Caster w/ bmpr |
| 28.47 | FURNFIX: (36) CHROME LEDGE |
| 4.08 | FURNFIX: (12) LG SNAP ON HOOKS |
| 37.52 | FURNFIX: (10) DROP BASKET SNAP-ON, CHROME |
| 13.34 | FURNFIX: (93) TRIANGLE SHELF, CHROME |
| 196.27 | FURNFIX: (56) WOODEN ROLLING STORAGE BOXES |
| 260.08 | FURNFIX: (2) RUBBERMAID GREY CARTS 4466-10 |
| 325.56 | FURNFIX: WAREHOUSE PRODUCTION TABLE |
| 81.73 | FURNFIX: TABLE, BLACKBOARD, CHALK BOARD |
| 73.15 | FURNFIX: TABLE/CHAIRS FOR CONF ROOM |
| 155.01 | FURNFIX: (20) Chrome 18x36 Wire Shelf |
| 109.39 | FURNFIX: (40) Chrome 63ft Post |
| 489.44 | FURNFIX: (92) SWUVEK Caster W/BMPR |
| 303.88 | FURNFIX: (100) Chrome Post w/Cap Only |
| 76.77 | FURNFIX: (120) 8G Plas Split Sleeve |
| 149.90 | FURNFIX: EXPANDABLE CONVEYOR |
| 152.30 | FURNFIX: (2) CONVEYORS |
| 932.46 | FURNFIX: CART POLES, CASTERS, CLIPS |
| 1,413.13 | FURNFIX: Chrome Rolling Rack 6 foot |
| 708.57 | FURNFIX: Black Track Fixture and Misc. Tables |
| 1,555.76 | FURNFIX: Chrome Shelves, Posts, and Dividers |
| 2,074.78 | FURNFIX: 63" Chrome Posts, 36" L Hanger Rails |
| 5,980.94 | FURNFIX: Cherry Stained Vaneer Panels |
| 2,377.34 | FURNFIX: Cherry Modified Beer Wall Cabinet |
| 2,128.55 | FURNFIX: Cherry Open Bunk |
| 1,691.35 | FURNFIX: 24X54 Metro Shelves; 24X48 Metro Shelves |
| 389.64 | FURNFIX: Small Drop Leaf Table; Large Round Table |
| 3,232.07 | FURNFIX: Aluminum Letters Front and Side and Inst |
| 813.21 | FURNFIX: Excalibur Wood Shelving and Display Stan |
| 160.13 | FURNFIX: Fire Extinquishers 5# and 10# |
| 1,748.52 | FURNFIX: Mircom Fire Alarm System and Install |
| 319.23 | FURNFIX: Belnick: Cam Village Outdoor Tables Chrs |
| 283.75 | FURNFIX: BizChair: Cam Vill Tables and Chairs |
| 1,995.53 | FURNFIX: Duncan Parnell: Retail Signage for CV |
| 1,174.39 | FURNFIX: Miniature Coffee Bins |
| 177.15 | FURNFIX: Black Wire Shelf |
| 2,482.34 | FURNFIX: LED Pendant Light |
| 1,389.28 | FURNFIX: Outdoor Sconce Lighting |
| 900.15 | FURNFIX: Biscuit Florention Fabric for Upholstery |
| 921.32 | FURNFIX: Reupholstered Seat Cushions & Sunbrellas |
| 24,246.34 | FURNFIX: Senzo Chairs & Barstools |

| Amount | Description |
|---|---|
| 1,350.69 | FURNFIX: 60" Rd. Acrylic Table |
| 4,344.10 | FURNFIX: 30" x 56" Table |
| 791.64 | FURNFIX: 48" Rd. Table |
| 988.77 | FURNFIX: 24" x 30" Table |
| 2,315.46 | FURNFIX: 30" Rd. Table |
| 1,685.49 | FURNFIX: 36" x 36" Table |
| 118.25 | FURNFIX: Shelving |
| 829.24 | FURNFIX: 28" x 52" Table |
| 463.09 | FURNFIX: 30" Rd. Table |
| 334.86 | FURNFIX: Empire Furniture |
| 34.23 | FURNFIX: TGG Table |
| 315.21 | FURNFIX: Hard Goods Pots |
| 728.47 | FURNFIX: Hard Goods Blue Containers |
| 190.59 | FURNFIX: M Arcadia Extension and Ronin 3 Shelf |
| 522.55 | FURNFIX: Ceadar, Patchwork & Primative Table |
| 281.94 | FURNFIX: 8' 8" x 12" Karastan Rug - Red Sarouk |
| 885.69 | FURNFIX: Green Painted Hutch, Oval Empire Table |
| 16,597.21 | FURNFIX: Patio Furniture |
| 1,088.46 | FURNFIX: Table Bases |
| 87.67 | FURNFIX: Glass & Wood Console Table |
| 341.84 | FURNFIX: Planters for Patio |
| 172.95 | FURNFIX: 4 Post Data Rack |
| 3,313.46 | FURNFIX: Long Grain Maple Butcher Block Rack |
| 4,573.41 | FURNFIX: Long Grain Maple Butcher Block End Cap |
| 2,614.26 | FURNFIX: Double Chamber Coffee Bins |
| 6,925.79 | FURNFIX: Brushed Aluminum Bar Stools and Chairs |
| 7,381.84 | FURNFIX: Rechargeable Battery Table Lamp |
| 15,697.15 | FURNFIX: Artwork |
| 495.43 | FURNFIX: Lumino Pendant LED Lights |
| 2,252.88 | FURNFIX: Laminated Drop-Leaf Tables |
| 15,615.36 | FURNFIX: Bins, Paneling, Shelves, etc. |
| 5,785.52 | FURNFIX: 85L Std. Wire Shop. Carts & Hand Baskets |
| 1,477.44 | FURNFIX: Wire Storage Shelving |
| 4,001.58 | FURNFIX: Framing on Artwork |
| 860.00 | FURNFIX: Wood Round Tables, Round Glass Table |
| 25,760.54 | FURNFIX: Pigeon Hole Racs, Mushroom Cap Sign Hold |
| 439.92 | FURNFIX: 18" Divider Chrome Assebly |
| 34,276.88 | FURNFIX: Radius Shelf, Chrome Posts, Hanger Rails |
| 17,445.02 | FURNFIX: Framing on Artwork |
| 588.60 | FURNFIX: Deluxe Flip&Fold Island |
| 27,963.12 | FURNFIX: Store Signage |
| 9,250.00 | FURNFIX: Artwork |
| 1,241.02 | FURNFIX: Chalk Board Signage |
| 156,619.01 | FURNFIX: Cherry/Black Furniture and Shelving |

| | |
|---|---|
| 10,951.20 | FURNFIX: Cooking School Tables |
| 2,151.71 | FURNFIX: Standard Wire Shopping Carts and Baskets |
| 105.30 | FURNFIX: Dish Towel Display Unit - White |
| 684.72 | FURNFIX: Mahogany Table; Black & White Trestle Ta |
| 1,404.49 | FURNFIX: Carved Oak Table; Drawer leaf Oak Pub Ta |
| 1,669.48 | FURNFIX: Old Work Table; T. Jefferson Table; |
| 1,612.41 | LEASEHOLD: LABOR/MATERIAL |
| 120.26 | LEASEHOLD: EXTERIOR GULDING OF WEATHERVANE |
| 27.05 | LEASEHOLD: INSTALLATION OF SATELLITE DISH |
| 119.94 | LEASEHOLD: INSTALLATION WV SATELLITE |
| 2,694.58 | LEASEHOLD: LABOR/MATERIAL |
| 1,612.41 | LEASEHOLD: LABOR/MATERIAL |
| 10,071.80 | LEASEHOLD: LABOR/MATERIAL |
| 19,417.83 | LEASEHOLD: LABOR/MATERIAL |
| 96.76 | LEASEHOLD: SOLAR FILM ON SKYLIGHT |
| 556.93 | LEASEHOLD: FIBER CABLE TO STORE COMM ROOMS |
| 655.95 | LEASEHOLD: CONSTRUCTION LABOR, MATERIALS |
| 175.23 | LEASEHOLD: VENTILATION FANS & EXHAUST |
| 2,003.08 | LEASEHOLD: NEW STORE CONSTRUCTION ADDITIONS |
| 98.89 | LEASEHOLD: Comfort Controller added to HVAC system |
| 41.40 | LEASEHOLD: Mall entrance renovation |
| 498.43 | LEASEHOLD: Labor & Material |
| 1,036.73 | LEASEHOLD: Install Addl Electrical Circuits & light |
| 33.53 | LEASEHOLD: Patio Umbrella Tube installation |
| 673.30 | LEASEHOLD: Mall Entrance Construction-Floors |
| 981.89 | LEASEHOLD: HVAC COMPRESSOR A70918031 |
| 184.02 | LEASEHOLD: HVAC FAN MOTOR A70912027 |
| 655.55 | LEASEHOLD: 3 COMPRESSORS |
| 1,492.43 | LEASEHOLD: COMPRESSOR ON UNIT 6 |
| 1,448.09 | LEASEHOLD: COMPRESSOR ON UNIT 8 |
| 161.42 | LEASEHOLD: PANELLED WALL BY WEATHERVANE RESTROOM |
| 928.66 | LEASEHOLD: VARIABLE SPEED DRIVE HAVAC UNIT 6 |
| 422.53 | LEASEHOLD: Install circuit to deli cooler condensin |
| 529.31 | LEASEHOLD: 24 Light Fixtures for Wine Department |
| 3,431.62 | LEASEHOLD: Construction of new Viking Kitchen Displ |
| 1,512.00 | LEASEHOLD: Oak Room & Mezzanine Oak Panel |
| 148.66 | LEASEHOLD: Open doorway to kitchen display area |
| 24,600.38 | LEASEHOLD: Kitch. Floor Renovations Material & Labo |
| 54,344.62 | LEASEHOLD: Kitch. Floor Renovations Material & Labo |
| 2,515.79 | LEASEHOLD: COFFEE BAR FINAL Plus FAUCET, PERMIT |
| 873.40 | LEASEHOLD: Granite Tops for Coffee Bar Fabrication |
| 3,256.00 | LEASEHOLD: December 2011-March 2012 Arch Services |
| 1,863.89 | LEASEHOLD: Thru April 2012 Services |
| 544.00 | LEASEHOLD: Consulting  work for outdoor lighting |

| Amount | Description |
|---|---|
| 367.00 | LEASEHOLD: Fabrication of Black Pearl Granite |
| 540.99 | LEASEHOLD: Install 2 Sinks & Coffee Machine, etc. |
| 1,102.83 | LEASEHOLD: INSTALLED DATA LINES, 3 OUTLETS, 3 LIGHT |
| 163.73 | LEASEHOLD: MONITOR JOB INSTALL POWER & DATA |
| 274.00 | LEASEHOLD: INSTALL NEW DOOR |
| 12,751.71 | LEASEHOLD: Kitch. Floor Renovations Material & Labo |
| 163.00 | LEASEHOLD: ELECTRICAL WORK & INSTALL OF LIGHTS |
| 882.40 | LEASEHOLD: Granite Counter tops for Soda Fountain |
| 935.00 | LEASEHOLD: April 2012-June 8 Architectural Services |
| 2,814.65 | LEASEHOLD: Kitch. Floor Renovations Material & Labo |
| 1,498.31 | LEASEHOLD: Electrical work & supplies for Soda Shop |
| 2,076.42 | LEASEHOLD: Soda Fountain Fabrication & Installation |
| 364.90 | LEASEHOLD: Electrical work & supplies |
| 660.00 | LEASEHOLD: Plumbing at Ice Cream Fountain |
| 191.52 | LEASEHOLD: Brass Railings for ice cream/soda founta |
| 260.09 | LEASEHOLD: Invoice 6 for WV Kitchen Renovations |
| 719.00 | LEASEHOLD: Change System with R22 Refrigerant |
| 1,119.00 | LEASEHOLD: Replace 10 Ton Compressor (AC Unit) |
| 625.07 | LEASEHOLD: Kitchen Floor Renovations Material & Lab |
| 247.93 | LEASEHOLD: Electircal wireing for new Tasting Bar |
| 229.00 | LEASEHOLD: Remove Sheetrock & metal |
| 786.35 | LEASEHOLD: Install Pipe Return Loops - WV |
| 1,326.40 | LEASEHOLD: Replace compressor in unit 6 as per quit |
| 160.00 | LEASEHOLD: Enclosing outside bar keg lines for WV |
| 320.00 | LEASEHOLD: INSTALL HOT WATER LINE -  1213-4 |
| 444.14 | LEASEHOLD: MIXING VALVE ON HW LINE FEEDING SINKS |
| 467.23 | LEASEHOLD: Kitch. Floor Renovations Material & Labo |
| 314.00 | LEASEHOLD: Fab & install cabinet & shelfs |
| 1,056.80 | LEASEHOLD: IEI Access Control System (3 doors) + Lo |
| 961.40 | LEASEHOLD: Frame/install security doors at 3 access |
| 2,254.60 | LEASEHOLD: Painted Main entrance, wine department |
| 2,706.80 | LEASEHOLD: Replace 2 compressors |
| 484.00 | LEASEHOLD: Handyman |
| 462.57 | LEASEHOLD: New entrance signs |
| 252.00 | LEASEHOLD: Painted Coffee Bar Bulkhead; Chocolate B |
| 4,180.00 | LEASEHOLD: Install Polished Concrete |
| 6,800.75 | LEASEHOLD: Cable Concepts |
| 193.00 | LEASEHOLD: CONSTRUCTION DRAWINGS |
| 611.00 | LEASEHOLD: 3 Solid Oak Doors |
| 1,397.00 | LEASEHOLD: Painted Candy Dept., Mall Entrance Check |
| 180.00 | LEASEHOLD: Wine Room Insulation |
| 365.39 | LEASEHOLD: Fabricate, Install wall & door storage a |
| 236.14 | LEASEHOLD: Wine Room Wall |
| 603.45 | LEASEHOLD: Invoice |

| | |
|---:|---|
| 2,457.73 | LEASEHOLD: Invoice |
| 5,279.96 | LEASEHOLD: Invoice 5890 |
| 12,962.07 | LEASEHOLD: Invoice 5905 |
| 10,903.51 | LEASEHOLD: Payment 1 |
| 13,649.98 | LEASEHOLD: Invoice 5934 |
| 4,116.75 | LEASEHOLD: Payment 2 |
| 7,404.80 | LEASEHOLD: Invoice 5963 |
| 5,454.05 | LEASEHOLD: Invoice 5990 |
| 65,698.15 | LEASEHOLD: Payment 3 |
| 2,818.13 | LEASEHOLD: Invoice 6017 |
| 110,764.89 | LEASEHOLD: Payment 4 |
| 192,960.24 | LEASEHOLD: Payment 5 |
| 3,500.45 | LEASEHOLD: Invoice 6043 |
| 2,321.50 | LEASEHOLD: Invoice 6070 |
| 91,272.09 | LEASEHOLD: Invoice |
| 167,597.83 | LEASEHOLD: Payment 7 |
| 455.20 | LEASEHOLD: Invoice 6096 |
| 1,501.62 | LEASEHOLD: Invoice CRS0098 |
| 748.00 | LEASEHOLD: Coffee & checkout area |
| 70.00 | LEASEHOLD: Extras |
| 2,046.00 | LEASEHOLD: March 2012 - April 2012 ArchServices |
| 128.00 | LEASEHOLD: Thru December 2011 Services |
| 1,626.11 | LEASEHOLD: Thru January 2012 Services |
| 1,452.63 | LEASEHOLD: Thru Feb 2012 Services |
| 1,964.16 | LEASEHOLD: Thru March 2012 Services |
| 526.40 | LEASEHOLD: Can Decorative: Mall Entrance & 12 Colum |
| 551.00 | LEASEHOLD: Can Decorative: Coffee & checkout area |
| 196.50 | LEASEHOLD: Drawings for 4 Steel Doors |
| 37,538.71 | LEASEHOLD: Payment 8 |
| 10,033.71 | LEASEHOLD: Interior Remodel |
| 315.00 | LEASEHOLD: Tile Work in Deli |
| 419.00 | LEASEHOLD: 2 knife cabs, desk sink, ice cream bar |
| 23,000.00 | LEASEHOLD: Concrete Polishing |
| 70,503.43 | LEASEHOLD: Payment 9 |
| 301.00 | LEASEHOLD: Paint Upstairs hall /2 baths/2 stairways |
| 4,180.00 | LEASEHOLD: Resinous Flooring System |
| 480.00 | LEASEHOLD: Sale/Clearance Room Floor |
| 773.00 | LEASEHOLD: Replace Condenser Fan Motors and TXV Uni |
| 346.00 | LEASEHOLD: Construct New Slat Wall - Deli |
| 413.80 | LEASEHOLD: Electrical Work/Instalations |
| 399.00 | LEASEHOLD: Electrical Work (new circuits) |
| 520.00 | LEASEHOLD: Rewire Table and Install 2 New Soup Well |
| 1,813.80 | LEASEHOLD: HVAC Upfit of HVAC for Cameron Village |
| 3,550.00 | LEASEHOLD: Front and Side Awning Replacement - CH |

| | |
|---|---|
| 16,542.20 | LEASEHOLD: Moore Home Remodeling: Demo and Construc |
| 2,558.69 | LEASEHOLD: Craig Dean Architects: Cam Village Des |
| 2,461.36 | LEASEHOLD: Shaw Industries: Cameron Village Floorin |
| 445.65 | LEASEHOLD: Lumber Liquidators Countertops for Cam V |
| 7,929.71 | LEASEHOLD: Klassic Electrical: CV Electrical Upfit |
| 632.00 | LEASEHOLD: Plumbing and Piping for Raleigh Upfit |
| 7,929.99 | LEASEHOLD: Millwork Expenses |
| 1,780.00 | LEASEHOLD: Weathervane Patio Landscaping |

**Fill in this information to identify the case:**

Debtor name __Southern Season, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Summit Bridge<br>Creditor's Name<br>Attn:  Managing Agent<br>895 Central Ave<br>Suite 660<br>Cincinnati, OH 45202<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>UCC on substantially all personal property<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $4,450,000.00 | $4,151,483.00 |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** SYSCO FOOD SERVICE<br>Creditor's Name<br>Attn:  Managing Agent<br>PO BOX 129<br>SELMA, NC 27576-9105<br>Creditor's mailing address<br><br>Long.Justin@rnc.sysco.com<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>4/11/2016<br>**Last 4 digits of account number**<br>7082 | Describe debtor's property that is subject to a lien<br>UCC on all personal property filed within 90 days pre-petition<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $142,700.00 | $0.00 |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Southern Season, Inc.                                    Case number (if know) _____
       Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3** | U.S. Foods, Inc. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00
Creditor's Name

1500 NC Hwy 39
Zebulon, NC 27597

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | Varilease | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00
Creditor's Name

Attn:  Managing Agent
6340 South 3000 East
Suite 400
Salt Lake City, UT 84121

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,592,700.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor   Southern Season, Inc.
         Name

Case number (if know) _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    Southern Season, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1**   Priority creditor's name and mailing address

Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim   $0.00     Priority amount   $0.00

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2**   Priority creditor's name and mailing address

MUTUAL OF OMAHA
Attn: Managing Agent
PO BOX 2147
OMAHA, NE 68103-2147

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim   $0.00     Priority amount   $0.00

Date or dates debt was incurred
6/1/2016

Basis for the claim:

Last 4 digits of account number 1389

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Debtor  **Southern Season, Inc.**                                Case number (if known) _____
        Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | North Carolina Dept of Revenue | Check all that apply. |
|---|---|---|

P O Box 1168
Raleigh, NC 27602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)            ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

South Carolina Department of
Revenue
PO Box 125
Columbia, SC 29214

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Notice Purposes Only

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)            ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

UNITED HEALTHCARE
Attn:  Managing Agent
22703 Network Place
Chicago, IL 60673-1227

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/18/2016

Basis for the claim:

Last 4 digits of account number 1395              Is the claim subject to offset?
Specify Code subsection of PRIORITY                ■ No
unsecured claim: 11 U.S.C. § 507(a) (5)            ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,914.40 |
|---|---|---|---|

(Ateco) August Thomsen Corp
Attn:  Managing Agent
36 Sea Cliff Avenue
Glen Cove, NY 11542-3699

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/11/2015          Basis for the claim: _
Last 4 digits of account number  6646          Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.16 |
|---|---|---|---|

1 in 6 Snacks
Attn:  Managing Agent
PO Box 10893
Raleigh, NC 27605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/3/2016            Basis for the claim: _
Last 4 digits of account number  6853          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Southern Season, Inc.                                    Case number (if known)
_____                   _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,587.48 |

**3.3** | Nonpriority creditor's name and mailing address
123 GLUTEN FREE
Attn: Managing Agent
125 ORANGE TREE DR
ORANGE, OH 44022

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/9/2015

**Basis for the claim:** _

**Last 4 digits of account number**  8311

Is the claim subject to offset? ■ No  ☐ Yes

$1,587.48

---

**3.4** | Nonpriority creditor's name and mailing address
17th Street Distributing
Attn: Managing Agent
7144 Weddington Road Suite 160
Concord, NC 28027

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/10/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6750

Is the claim subject to offset? ■ No  ☐ Yes

$1,249.56

---

**3.5** | Nonpriority creditor's name and mailing address
980 Group LLC
Attn: Managing Agent
179 Civitas st
Mt. Pleasant, SC 29464

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/10/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6037

Is the claim subject to offset? ■ No  ☐ Yes

$2,320.00

---

**3.6** | Nonpriority creditor's name and mailing address
9th Letter Press
Attn: Managing Agent
976 N. Orange Ave. Unit C
Winter Park, FL 32789

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/15/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6495

Is the claim subject to offset? ■ No  ☐ Yes

$1,080.65

---

**3.7** | Nonpriority creditor's name and mailing address
A & B American Style, LLC
Attn: Managing Agent
c/o John Pompay
PO Box 5593
New York, NY 10185

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/22/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6110

Is the claim subject to offset? ■ No  ☐ Yes

$72.00

---

**3.8** | Nonpriority creditor's name and mailing address
A & M Paper and Printing
Attn: Managing Agent
4122 Bennett Memorial Rd
Suite 108
Durham, NC 27705

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/29/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6777

Is the claim subject to offset? ■ No  ☐ Yes

$2,348.64

---

**3.9** | Nonpriority creditor's name and mailing address
A BETTER IMAGE PRINTING
Attn: Managing Agent
1709 LEGION RD
SUITE 100
CHAPEL HILL, NC 27517

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/24/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6272

Is the claim subject to offset? ■ No  ☐ Yes

$6,353.05

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,163.74 |
|---|---|---|---|

A Couple of Squares Inc
Attn: Managing Agent
501B Nightingale Avenue
London ONTARIO CANADA N5W4C4

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6679

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,207.26 |
|---|---|---|---|

A Specialty Box
Attn: Managing Agent
12437 E. 60th St
Tulsa, OK 74146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/17/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6596

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $402.85 |
|---|---|---|---|

A&M OFFICE SUPPLIES, INC
Attn: Managing Agent
4122 BENNETT MEMORIAL ROAD
SUITE 108
DURHAM, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/15/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7705

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $310.00 |
|---|---|---|---|

ABC PIE CO
Attn: Managing Agent
503 EAST FRANKLIN STREET
RALEIGH, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/24/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8184

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.55 |
|---|---|---|---|

ABRAMS-STEWART TABORI/CH
Attn: Managing Agent
PO BOX 8828
JFK Station
Boston, MA 02114-8828

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/13/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6721

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $823.15 |
|---|---|---|---|

ABSOLUTE FIRE AND SAFETY, LLC
Attn: Managing Agent
130 HUNTER VILLAGE DRIVE
STE: C
IRMO, SC 29063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9063

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $834.00 |
|---|---|---|---|

Abuelita Mexican Foods
Attn: Managing Agent
9209 Enterprise Court
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/18/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6264

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$93.36**

Acalli Chocolate LLC
Attn:  Managing Agent
2505 Whitney Ave
Gretna, LA 70056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6598

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,119.25**

ACCELERANDO
Attn:  Managing Agent
1589 Skeet Club Road Ste 102
High Point, NC 27265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/1/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1263

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$210.00**

ACCELERANDO, INC
Attn:  Managing Agent
1589 SKEET CLUB ROAD
SUITE 102
HIGH POINT, NC 27265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/31/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7307

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,138.39**

ACCENT DECOR INC
Attn:  Managing Agent
P.O. BOX 531845
LOCKBOX
ATLANTA, GA 30353-1845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5411

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$238.50**

ACTIVE TECHNOLOGY SOLUTIONS, INC
Attn:  Managing Agent
108 PENNSYLVANIA AVENUE
VIRGINIA BEACH, VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/27/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3462

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$907.32**

ADAGIO TEAS
Attn:  Managing Agent
170 Kipp Ave
Bldg 28-1
Elmwood Park, NJ 07407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/27/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6363

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$324.00**

Adams Apple
Attn:  Managing Agent
112 Barnacle Cir
Lexington, SC 29072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/25/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6818

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Southern Season, Inc.                                          Case number (if known)  _____
         _____
         Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $347.25 |
|---|---|---|---|

Addison Ross Ltd
Attn:  Managing Agent
Berwick Road
Wooler Industrial Estate
NORTHUMBERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/9/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6109

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

Addition Industries
Attn:  Managing Agent
708 S Homer St
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/31/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6616

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $152.56 |
|---|---|---|---|

ADRO INTERNATIONAL, INC.
Attn:  Managing Agent
1142 EAST 5 TH STREET
BROOKLYN, NY 11230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/23/2016

**Basis for the claim:** _

**Last 4 digits of account number**  0085

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $143.76 |
|---|---|---|---|

Advintage Distributing of North Carolina
Attn:  Managing Agent
2121 Atlantic Ave
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7604

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $330.80 |
|---|---|---|---|

AEROBIE
Attn:  Managing Agent
744 SAN ANTONIO RD # 15
PALO ALTO, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/12/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7096

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $963.30 |
|---|---|---|---|

AIRGAS NATIONAL CARBONATION
Attn:  Managing Agent
PO BOX 602792
Charlotte, NC 28260-2792

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/27/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1459

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $614.40 |
|---|---|---|---|

AJIRI TEA COMPANY, LLC
Attn:  Managing Agent
PO BOX 244
UPPER BLK EDDY, PA 18972

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/9/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8706

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Southern Season, Inc.                                    Case number (if known) _____
              Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

ALADDIN INDUSTRIES, LLC
Attn: Managing Agent
NW 6186 PO.BOX 1450
MINNEAPOLIS, MN 55485-6186

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  12/14/2015

**Basis for the claim:** ___

Last 4 digits of account number  0054

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.95 |

ALBERT USTER IMPORTS INC
Attn: Managing Agent
P.O. BOX 770
GAITHERSBURG, MD 20877-2601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5/2/2016

**Basis for the claim:** ___

Last 4 digits of account number  0940

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

Alexander Hitt
Attn: Managing Agent
9418 Perry Rd.
Graham, NC 27253

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5/22/2016

**Basis for the claim:** ___

Last 4 digits of account number  AHITT

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.00 |

Alfred Lane
Attn: Managing Agent
1658 N. Milwaukee Ave Ste 536
Chicago, IL 60647

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/9/2016

**Basis for the claim:** ___

Last 4 digits of account number  6397

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |

Alice's Pantry Treasures LLC
Attn: Managing Agent
8 Carsons Corner
Louisa, VA 23093

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  5/2/2016

**Basis for the claim:** ___

Last 4 digits of account number  6250

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.20 |

All Natural Distributors
Attn: Managing Agent
6 Perry Drive Unit B
Foxboro, MA 02035

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/8/2016

**Basis for the claim:** ___

Last 4 digits of account number  6131

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,438.82 |

ALL-CLAD METALCRAFTERS IN
Attn: Managing Agent
5 WOOD HOLLOW ROAD
PARSIPPANY, NJ 07054

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  2/9/2016

**Basis for the claim:** ___

Last 4 digits of account number  0930

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $405.00

Allen Reed Company (Chic Wrap)
Attn:  Managing Agent
23823 Malibu Road Suite 50275
Malibu, CA 90265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/8/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6850

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $131.40

Allison's Candies
Attn:  Managing Agent
780 Birchmont Rd Unit #11
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/22/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6506

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $456.00

Alma Chocolate LLC
Attn:  Managing Agent
1311 SE 7th Ave
Suite 103
Portland, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/23/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6680

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,088.93

ALMO CORP(De Longhi America, Inc)
Attn:  Managing Agent
2709 COMMERCE WAY
PHILADELPHIA, PA 19154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  0341

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $742.20

ALOHA FROM OREGON
Attn:  Managing Agent
PO BOX 42077
EUGENE, OR 97404-0571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/21/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6134

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,905.07

ALSCO - CHARLESTON
Attn:  Managing Agent
4921 CHATEAU AVE
CHARLESTON, SC 29405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  9405

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,538.65

ALSCO-DURHAM
Attn:  Managing Agent
PO BOX 3594
DURHAM, NC 27702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/27/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1609

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $344.46 |
|---|---|---|---|

ALSCO-RALEIGH
Attn:  Managing Agent
3301 Hillsborough St
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7607

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,706.68 |
|---|---|---|---|

Amana Woolen Mill
Attn:  Managing Agent
800 48th Ave.
PO Box 189
Amana, IA 52203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/8/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6799

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 |
|---|---|---|---|

Amanda Cushman
Attn:  Managing Agent
1639 Marion Ave
Durham, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/12/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7705

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,113.06 |
|---|---|---|---|

Amelioron Corporation
Attn:  Managing Agent
1301 Odyssey drive apt k
Durham, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/8/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6028

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,644.00 |
|---|---|---|---|

America's Best Nut Company, LLC
Attn:  Managing Agent
3041 North Church Street
Rocky Mount, NC 27804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/3/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6255

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

AMERICAN EXPRESS GREEN
Attn:  Managing Agent
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/28/2015

**Basis for the claim:** _

**Last 4 digits of account number**  1113

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,584.96 |
|---|---|---|---|

American Gra-Frutti, LLC (Marilyn's GF)
Attn:  Managing Agent
1007 Mansell Road Suite D
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6349

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.19**

AMERICAN PARTY RENTALS
Attn:  Managing Agent
3633 S ALSTON AVE
DURHAM, NC 27713

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/16/2016

**Basis for the claim:** _

Last 4 digits of account number  7713

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.48**

AMERICAN SPOON FOODS
Attn:  Managing Agent
PO BOX 566
PETOSKY, MI 49770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/5/2016

**Basis for the claim:** _

Last 4 digits of account number  0680

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$151.20**

Amoretti/Noushig Inc.
Attn:  Managing Agent
451 Lombard Street
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

**Basis for the claim:** _

Last 4 digits of account number  6476

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$290.40**

AMUSEMINTS/FIDO'S COOKIES
Attn:  Managing Agent
2660 WALNUT STREET
DENVER, CO 80205-2231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/2016

**Basis for the claim:** _

Last 4 digits of account number  0156

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00**

ANGEL UPHOLSTERY
Attn:  Managing Agent
STAR POINT CENTER
CHAPEL HILL, NC 27517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

**Basis for the claim:** _

Last 4 digits of account number  1520

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$274.40**

ANGUS BARN
Attn:  Managing Agent
9401 GLENWOOD AVE
RALEIGH, NC 27617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/16/2016

**Basis for the claim:** _

Last 4 digits of account number  0690

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$858.00**

Ankarsrum/BBI Wholesale
Attn:  Managing Agent
305 Bell Park Drive
Woodstock, GA 30188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2016

**Basis for the claim:** _

Last 4 digits of account number  6172

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Southern Season, Inc.**

Name                                                                    Case number (if known) _____

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.90 |
|---|---|---|---|

AnnaB's Gluten Free LLC
Attn:  Managing Agent
10198 Summer Hill Road
Mechanicsville, VA 23116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/29/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6362

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $431.28 |
|---|---|---|---|

Apex Food Company
Attn:  Managing Agent
1821 Grande Maison Dr.
Apex, NC 27502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/25/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6847

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,331.00 |
|---|---|---|---|

APPLE MILL
Attn:  Managing Agent
1345 OZONE DR
P.O. BOX 293
SALUDA, NC 28773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 0820

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $927.52 |
|---|---|---|---|

Appomattox River Peanut Company, Inc
Attn:  Managing Agent
424 South 15th Street
Hopewell, VA 23860

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/9/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6271

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,125.00 |
|---|---|---|---|

Arbor Enterprises, Inc.
Attn:  Managing Agent
P.O. Box 1429
Pittsboro, NC 27312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7312

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $349.00 |
|---|---|---|---|

ARCHER DATA SYSTEM, INC
Attn:  Managing Agent
104R NC HWY 54 WEST 196
Carrboro, NC 27510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/20/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7510

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $373.50 |
|---|---|---|---|

ARCHIPELAGO BOTANICALS
Attn:  Managing Agent
PO BOX 1036
Charlotte, NC 28201-1036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/15/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5787

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>ARCTIC AIR INC<br>Attn: Managing Agent<br>PO BOX 1161<br>SUMMERVILLE, SC 29484<br><br>**Date(s) debt was incurred** _2/29/2016_<br>**Last 4 digits of account number** _9484_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,992.81 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>ARISTON SPECIALTIES, LLC<br>Attn: Managing Agent<br>PO BOX 306<br>BLOOMFIELD, CT 06002<br><br>**Date(s) debt was incurred** _12/3/2015_<br>**Last 4 digits of account number** _7994_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $828.62 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Arlette O'Rourke<br>Attn: Managing Agent<br>1284 Fort Dr.<br>Hanahan, SC 29410<br><br>**Date(s) debt was incurred** _5/1/2016_<br>**Last 4 digits of account number** _AOROURKE_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Aroma Ridge Inc/Wicked Jacks Tavern<br>Attn: Managing Agent<br>1831 West Oak Parkway Ste C<br>Marietta, GA 30062<br><br>**Date(s) debt was incurred** _1/5/2016_<br>**Last 4 digits of account number** _6656_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,635.25 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>AROMATIQUE<br>Attn: Managing Agent<br>P.O. BOX 6000<br>HEBER SPRINGS, AR 72543-1500<br><br>**Date(s) debt was incurred** _12/4/2016_<br>**Last 4 digits of account number** _0160_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,888.88 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Art by George Roberts<br>Attn: Managing Agent<br>200 River Landing Drive A307<br>Charleston, SC 29492<br><br>**Date(s) debt was incurred** _2/8/2016_<br>**Last 4 digits of account number** _5621_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $637.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>ARTE ITALICA<br>Attn: Managing Agent<br>PO BOX 9426<br>UNIONDALE, NY 11555-9426<br><br>**Date(s) debt was incurred** _5/30/2016_<br>**Last 4 digits of account number** _6999_ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29.05 |

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,163.00**

ARTICHOKE KITCHEN
Attn: Managing Agent
P.O. BOX 159
HAMILTON, NC 27840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2015

**Basis for the claim:** _

Last 4 digits of account number  0100

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$361.64**

Artisan Books
Attn: Managing Agent
225 Varick St.
New York, NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2016

**Basis for the claim:** _

Last 4 digits of account number  6425

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,366.50**

ARWAY CONFECTIONS
Attn: Managing Agent
333 Lexington Drive
Buffalo Grove, IL 60089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2015

**Basis for the claim:** _

Last 4 digits of account number  0129

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,450.85**

ASA SELECTION INC.
Attn: Managing Agent
1860 RENAISSANCE BLVD
STURTEVANT, WI 53177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2016

**Basis for the claim:** _

Last 4 digits of account number  8765

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11.39**

ASCAP
Attn: Managing Agent
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/20/2016

**Basis for the claim:** _

Last 4 digits of account number  7203

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,018.76**

ASHER'S
Attn: Managing Agent
PO BOX 64377
SOUDERTON, PA 18964-0377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/18/2016

**Basis for the claim:** _

Last 4 digits of account number  2037

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$56.52**

ASHMAN DISTRIBUTING CO
Attn: Managing Agent
P.O. BOX 1068
SEAPINES STATION
VIRGINIA BEACH, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2016

**Basis for the claim:** _

Last 4 digits of account number  0023

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.

Case number (if known) _____

Name

---

**3.80**  Nonpriority creditor's name and mailing address

Ashter Baking Company LLC
Attn:  Managing Agent
1003 Lennoxville Road
Beaufort, NC 28516

Date(s) debt was incurred  5/11/2016

Last 4 digits of account number  6027

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$2,332.80

---

**3.81**  Nonpriority creditor's name and mailing address

ASKINOSIE
Attn:  Managing Agent
514 E. COMMERCIAL St.
SPRINGFIELD, MO 65803

Date(s) debt was incurred  3/1/2016

Last 4 digits of account number  7801

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$468.05

---

**3.82**  Nonpriority creditor's name and mailing address

ASPEN BAY
Attn:  Managing Agent
PO Box 1446
STARKVILLE, MS 39760

Date(s) debt was incurred  2/29/2016

Last 4 digits of account number  6402

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$11,384.94

---

**3.83**  Nonpriority creditor's name and mailing address

Atkinsons Millling Co, Inc.
Attn:  Managing Agent
95 ATKINSON MILL ROAD
SELMA, NC 27576

Date(s) debt was incurred  1/14/2016

Last 4 digits of account number  0014

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$653.49

---

**3.84**  Nonpriority creditor's name and mailing address

AUGUST KITCHEN
Attn:  Managing Agent
PO BOX 54
ARMONK, NY 10504

Date(s) debt was incurred  2/8/2016

Last 4 digits of account number  8718

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$147.00

---

**3.85**  Nonpriority creditor's name and mailing address

AUNT SALLY'S PRALINE SHOP
Attn:  Managing Agent
750 St. Charles Ave
NEW ORLEANS, LA 70130

Date(s) debt was incurred  2/16/2016

Last 4 digits of account number  7219

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$284.99

---

**3.86**  Nonpriority creditor's name and mailing address

B & R CLASSICS
Attn:  Managing Agent
56 OLD FIELD RD
HUNTINGTON, NY 11743

Date(s) debt was incurred  12/7/2015

Last 4 digits of account number  8508

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$4,145.11

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Southern Season, Inc.**                                          Case number (if known) _____
_____
Name

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,773.00 |
|---|---|---|---|

B. Shackman Company
Attn:  Managing Agent
P.O. Box 247
Galesburg, MI 49053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/12/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1330

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,560.00 |
|---|---|---|---|

B.R.COHN OLIVE OIL CO
Attn:  Managing Agent
Vintage Wine Estates
205 Concourse Blvd
Santa Rosa, CA 95403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/22/2015

**Basis for the claim:** _

**Last 4 digits of account number**  1037

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.00 |
|---|---|---|---|

B.T.McELRATH CHOCOLATIER
Attn:  Managing Agent
2010 EAST HENNEPIN AVE. #48
MINNEAPOLIS, MN 55413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/11/2016

**Basis for the claim:** _

**Last 4 digits of account number**  5159

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76.32 |
|---|---|---|---|

Babb-A-Q
Attn:  Managing Agent
929 Central Park Circle
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/31/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6339

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $666.00 |
|---|---|---|---|

Baby Needs Inc/Elegant Baby
Attn:  Managing Agent
605 Cameron St
P.O. Drawer 2197
Burlington, NC 27216-2197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/13/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6651

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $458.66 |
|---|---|---|---|

Bacci Chocolate Design Inc (CB Stuffers)
Attn:  Managing Agent
17 Columbia Street
Swampscott, MA 01907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6249

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $288.78 |
|---|---|---|---|

Backyard Safari Company
Attn:  Managing Agent
303 Campbell Road
Covington, GA 30014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/14/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6005

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $559.32

Bakers Peanuts
Attn: Managing Agent
101 Baker Rd.
Roxobel, NC 27872

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 4532

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $121.31

BAKINS VENTURES, FANPANS
Attn: Managing Agent
1638 Kinsmon Lane
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7825

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $426.00

Balsamo's Family Kitchen LLC
Attn: Managing Agent
4374 George Frye Circle
Dale City, VA 22193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6210

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,107.05

BAMBU, LLC
Attn: Managing Agent
901 SE Oak St.
Suite 102
Portland, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/31/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6211

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $216.48

Bandar Foods, LLC
Attn: Managing Agent
82 Ramona Ave
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/22/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6008

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $280.20

Barr Co.
Attn: Managing Agent
715 Hanley Industrial Ct.
St. Louis, MO 63144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9246

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $242.46

BARRON'S
Attn: Managing Agent
250 WIRELESS BOULEVARD
HAUPPAUGE, NY 11788-3917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/8/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1340

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $864.67

BASCOM FAMILY FARM
Attn: Managing Agent
56 SUGAR HOUSE RD
ALSTEAD, NH 03602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5228

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $603.00

Batista and Williamson, Inc.
Attn: Managing Agent
PO.BOX 1088
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/5/2015

**Basis for the claim:** _

**Last 4 digits of account number** 8421

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $860.22

Batistini USA LLC
Attn: Managing Agent
PO Box 1457
Clemmons, NC 27012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/18/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6521

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,951.58

BAUDELAIRE
Attn: Managing Agent
265 OLD HOMESTEAD HWY
SWANZEY, NH 03446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/18/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1084

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36.29

BAY BEYOND INC.
Attn: Managing Agent
BAY BEYOND INC
29368 ATLANTIC DRIVE
MELFA, VA 23410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1370

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00

Beach Season
Attn: Managing Agent
500 Westminster Circle
Greenville, NC 27858

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/10/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6797

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,639.50

Bear Branch Milling Company
Attn: Managing Agent
PO BOX 2003
Shallotte, NC 28459

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5981

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Southern Season, Inc.**
_____  Case number (if known) _____
Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,345.00 |
|---|---|---|---|

**BEE HOUSE**
Attn:  Managing Agent
325 South Maple Ave. #5
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/8/2016

**Basis for the claim:** _

Last 4 digits of account number  1290

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.80 |
|---|---|---|---|

**Bee's Knees Food Co**
Attn:  Managing Agent
924 West Wolfram Street #2
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

**Basis for the claim:** _

Last 4 digits of account number  1019

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $432.12 |
|---|---|---|---|

**Beer Kissed Baking Co.**
Attn:  Managing Agent
2133 Lewis Avenue
Arcata, CA 95521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

**Basis for the claim:** _

Last 4 digits of account number  6661

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.95 |
|---|---|---|---|

**BELGIUMS CHOCOLATE SOURCE**
Attn:  Managing Agent
480 ADAMS STREET, SUITE 202
MILTON, MA 02186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2016

**Basis for the claim:** _

Last 4 digits of account number  1166

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,301.27 |
|---|---|---|---|

**Bell Buckle Country Store**
Attn:  Managing Agent
2630 Nashville Hwy
Farmington, TN 37091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/5/2016

**Basis for the claim:** _

Last 4 digits of account number  6814

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,527.11 |
|---|---|---|---|

**BELLA CUCINA ARTFUL FOOD**
Attn:  Managing Agent
1870 MURPHY AVE.
ATLANTA, GA 30310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/2016

**Basis for the claim:** _

Last 4 digits of account number  1115

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $429.90 |
|---|---|---|---|

**Bellocq**
Attn:  Managing Agent
37 Greenpoint Ave
#A1A
Brooklyn, NY 11222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/8/2016

**Basis for the claim:** _

Last 4 digits of account number  9017

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor __Southern Season, Inc._____    Case number (if known) _____
      Name

| | |
|---|---|
| **3.115** **Nonpriority creditor's name and mailing address**<br>Benny T's Vesta<br>Attn:  Managing Agent<br>315 Glen Abbey Drive<br>Cary, NC 27513<br><br>**Date(s) debt was incurred** _2/27/2016_<br>**Last 4 digits of account number** _5999_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $265.04 |
| **3.116** **Nonpriority creditor's name and mailing address**<br>Bentley Drinkware<br>Attn:  Managing Agent<br>142 Shady Lane<br>Perryville, AR 72126<br><br>**Date(s) debt was incurred** _1/27/2016_<br>**Last 4 digits of account number** _6588_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $651.94 |
| **3.117** **Nonpriority creditor's name and mailing address**<br>BERARD<br>Attn:  Managing Agent<br>788 Morris Turnpike<br>suite 202<br>Short Hills, NJ 07078<br><br>**Date(s) debt was incurred** _1/12/2016_<br>**Last 4 digits of account number** _8064_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,428.75 |
| **3.118** **Nonpriority creditor's name and mailing address**<br>Berta's Bread<br>Attn:  Managing Agent<br>3 Barre Street<br>Charleston, SC 29401<br><br>**Date(s) debt was incurred** _4/1/2016_<br>**Last 4 digits of account number** _6179_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $198.50 |
| **3.119** **Nonpriority creditor's name and mailing address**<br>BERTIE COUNTY PEANUTS<br>Attn:  Managing Agent<br>217 US 13 NORTH<br>WINDSOR, NC 27983<br><br>**Date(s) debt was incurred** _4/14/2016_<br>**Last 4 digits of account number** _8911_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,342.80 |
| **3.120** **Nonpriority creditor's name and mailing address**<br>Best Logistics<br>Attn:  Managing Agent<br>PO Box 336<br>Kernersville, NC 27285-0336<br><br>**Date(s) debt was incurred** _3/22/2016_<br>**Last 4 digits of account number** _7285_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $29,817.50 |
| **3.121** **Nonpriority creditor's name and mailing address**<br>BEST MANUFACTURERS, INC.<br>Attn:  Managing Agent<br>P.O BOX 20091<br>PORTLAND, OR 97220<br><br>**Date(s) debt was incurred** _1/22/2016_<br>**Last 4 digits of account number** _1350_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,207.00 |

Debtor  Southern Season, Inc.

Name  Case number (if known) _____

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Best Name Badges | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | 1700 NW 65th Ave, Suite 4 | ☐ Disputed |
| | Plantation, FL 33313 | |
| | Date(s) debt was incurred  9/29/2015 | **Basis for the claim:** _ |
| | Last 4 digits of account number  1574 | Is the claim subject to offset? ■ No  ☐ Yes |

$700.00

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | BETSY'S GOURMET BAKERY | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | P.O. BOX 111 | ☐ Disputed |
| | CHATTANOOGA, TN 37401 | |
| | Date(s) debt was incurred  12/15/2015 | **Basis for the claim:** _ |
| | Last 4 digits of account number  8052 | Is the claim subject to offset? ■ No  ☐ Yes |

$4,014.00

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Better Off Spread | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | 75 Jackson Street, Suite 1F | ☐ Disputed |
| | Brooklyn, NY 11211 | |
| | Date(s) debt was incurred  1/4/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  6388 | Is the claim subject to offset? ■ No  ☐ Yes |

$240.00

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Betty Jane's Sweet Delights, Inc | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | 344 Maple Avenue, West | ☐ Disputed |
| | #144 | |
| | Vienna, VA 22180 | |
| | Date(s) debt was incurred  4/27/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  6226 | Is the claim subject to offset? ■ No  ☐ Yes |

$201.30

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Beverly Dyer | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | CATS AND DOGS OF CHAPEL HILL | ☐ Disputed |
| | 11 BALTHROPE PLACE | |
| | CHAPEL HILL, NC 27517 | |
| | Date(s) debt was incurred  2/1/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  6836 | Is the claim subject to offset? ■ No  ☐ Yes |

$454.59

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | Bevs & Bites, LLC | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | 2913 Selwyn Avenue | ☐ Disputed |
| | Charlotte, NC 28209 | |
| | Date(s) debt was incurred  3/16/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  6174 | Is the claim subject to offset? ■ No  ☐ Yes |

$1,706.10

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | BIALETTI CAFFE.ITALIA | ☐ Contingent |
| | Attn:  Managing Agent | ☐ Unliquidated |
| | 9409 Buffalo Ave. | ☐ Disputed |
| | Rancho Cucamonga, CA 91730 | |
| | Date(s) debt was incurred  1/31/2016 | **Basis for the claim:** _ |
| | Last 4 digits of account number  5699 | Is the claim subject to offset? ■ No  ☐ Yes |

$10.00

Debtor   Southern Season, Inc.                                    Case number (if known) _____

| | Name |

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34.34**

BIEDERMANN & SONS INC
Attn:  Managing Agent
PO BOX 8407
190 NORTHFIELD ROAD
NORTHFIELD, IL 60093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5272

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00**

Biena, LLC
Attn:  Managing Agent
119 Braintree Street
Suite 409
Boston, MA 02134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/25/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6228

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$303.84**

BIG & FINE FOOD COMPANY
Attn:  Managing Agent
PO BOX 99471
RALEIGH, NC 27624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8793

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234.00**

Big Country Gourmet
Attn:  Managing Agent
P O Box 37311
Raleigh, NC 27627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3457

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,163.00**

BIG SPOON ROASTERS
Attn:  Managing Agent
4517 Hillsborough Road
101-B
DURHAM, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8863

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$785.52**

BioImport LLC
Attn:  Managing Agent
Glen Cove Rd 313
Carle Place, NY 11514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6821

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$180.00**

Bissell Maple Farm
Attn:  Managing Agent
3741 Highley Road
P.O. BOX 284
Rock Creek, OH 44084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6409

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Southern Season, Inc.                                Case number (if known) _____
_____
            Name

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $952.68 |

3.136 | **Nonpriority creditor's name and mailing address**
BISSINGER'S CHOCOLATE
Attn:  Managing Agent
1600 N Broadway
ST LOUIS, MO 63102

Date(s) debt was incurred  3/14/2016
Last 4 digits of account number  7023

As of the petition filing date, the claim is: Check all that apply.    $952.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.137 | **Nonpriority creditor's name and mailing address**
BITTERSWEET HERB FARM
Attn:  Managing Agent
635 MOHAWK TRAIL
SHELBURNE, MA 01370

Date(s) debt was incurred  2/2/2016
Last 4 digits of account number  5635

As of the petition filing date, the claim is: Check all that apply.    $162.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.138 | **Nonpriority creditor's name and mailing address**
Bixby & Co.
Attn:  Managing Agent
One Sea St. Place
Rockland, ME 04841

Date(s) debt was incurred  1/8/2016
Last 4 digits of account number  6105

As of the petition filing date, the claim is: Check all that apply.    $216.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.139 | **Nonpriority creditor's name and mailing address**
Black Mountain Chocolate Company
Attn:  Managing Agent
PO BOX 21673
Winston-Salem, NC 21673

Date(s) debt was incurred  4/28/2016
Last 4 digits of account number  8416

As of the petition filing date, the claim is: Check all that apply.    $144.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.140 | **Nonpriority creditor's name and mailing address**
Blackberry Farms
Attn:  Managing Agent
1471 West Millers Cove Road
Walland, TN 37886

Date(s) debt was incurred  2/1/2016
Last 4 digits of account number  1003

As of the petition filing date, the claim is: Check all that apply.    $1,046.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.141 | **Nonpriority creditor's name and mailing address**
Blau Niche LLC d.b.a. Bacon's Heir, LLC
Attn:  Managing Agent
860 Peachtree st NE
Suite 2203
Atlanta, GA 30308

Date(s) debt was incurred  1/22/2016
Last 4 digits of account number  6049

As of the petition filing date, the claim is: Check all that apply.    $314.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.142 | **Nonpriority creditor's name and mailing address**
BLiS Gourmet LLC
Attn:  Managing Agent
3759 Broadmoor Ave SE Suite D
Grand Rapids, MI 49512

Date(s) debt was incurred  12/14/2015
Last 4 digits of account number  6207

As of the petition filing date, the claim is: Check all that apply.    $962.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.

Case number (if known) _____

Name

| | | |
|---|---|---|
| **3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $513.00 |
| | Bloody Brando | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | 22 FRANCES ST | ☐ Disputed |
| | CHAPEL HILL, NC 27517 | |
| | **Date(s) debt was incurred** 5/2/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 5209 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $118.75 |
| | Blue Heaven Art | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | 894 Wooded Lake Drive | ☐ Disputed |
| | Apex, NC 27523 | |
| | **Date(s) debt was incurred** 2/24/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 6276 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $712.32 |
| | Blue Lotus Chai Co., LLC | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | PO BOX 5545 | ☐ Disputed |
| | Eugene, OR 97405 | |
| | **Date(s) debt was incurred** 1/8/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 6481 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $59.40 |
| | Boat Street Pickles LLC | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | 3131 Western Avenue, Suite 301 | ☐ Disputed |
| | Seattle, WA 98121 | |
| | **Date(s) debt was incurred** 2/2/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 8755 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $198.00 |
| | Bobbies Sweet Potato Biscuits | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | 2103 Lafayette | ☐ Disputed |
| | Greensboro, NC 27408 | |
| | **Date(s) debt was incurred** 3/22/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 6504 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $976.00 |
| | Bobo's Mountain Sugar | ☐ Contingent |
| | Attn: Managing Agent | ☐ Unliquidated |
| | 256 Dale Road | ☐ Disputed |
| | Weston, VT 05161 | |
| | **Date(s) debt was incurred** 12/17/2015 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 6522 | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $14,256.00 |
| | BODRUM GROUP | |
| | Attn: Managing Agent | ☐ Contingent |
| | 119 WEST 23RD STREET | ☐ Unliquidated |
| | SUITE 703 | ☐ Disputed |
| | NEW YORK, NY 10011 | |
| | **Date(s) debt was incurred** 2/18/2016 | **Basis for the claim:** _ |
| | **Last 4 digits of account number** 5521 | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    __Southern Season, Inc._____    Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $460.00 |

BODUM INC.
Attn: Managing Agent
601 W. 26TH ST.
SUITE 1250
NEW YORK, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/26/2016_
**Last 4 digits of account number** _1130_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $1,165.74 |

BOELTER BRANDS
Attn: Managing Agent
N22 W23685 RIDGEVIEW PKWY
WAUKESHA, WI 53188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/21/2016_
**Last 4 digits of account number** _8720_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $4,447.00 |

BOER BROTHERS HEATING & COOLING
Attn: Managing Agent
104 R NC HWY 54 WEST
UNIT 333
CARRBORO, NC 27510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/11/2016_
**Last 4 digits of account number** _1291_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $10,763.25 |

Bon Courage Enterprises, Inc.
Attn: Managing Agent
PO BOX 570
Chapel Hill, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/11/2016_
**Last 4 digits of account number** _7524_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $637.50 |

BONCEK IMAGES
Attn: Managing Agent
23 Marlow Drive
Apt A
Charleston, SC 29403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/15/2016_
**Last 4 digits of account number** _1619_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $1,137.20 |

Bone Doctors BBQ LLC
Attn: Managing Agent
718 Cargil Ln
Charlottesville, VA 22902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/11/2016_
**Last 4 digits of account number** _6023_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*  $5,786.41 |

BORDEN DAIRY CO. of SC, LLC
Attn: Managing Agent
29862 Network Place
Chicago, IL 60673-1298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/1/2016_
**Last 4 digits of account number** _8290_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
          Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.67 |

BORMIOLI ROCCO GLASS CO.,
Attn:  Managing Agent
41 MADISON AVE
17TH FLOOR
NEW YORK, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/9/2015

Basis for the claim: _

**Last 4 digits of account number**  1136

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.00 |

BORSARI FOOD COMPANY INC.
Attn:  Managing Agent
413 NORTH MAIN STREET
JAMESTOWN, NY 14701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/18/2016

Basis for the claim: _

**Last 4 digits of account number**  5386

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.80 |

Boston America Corp
Attn:  Managing Agent
55 Sixth Road
Unit 8
Woburn, MA 01801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/20/2015

Basis for the claim: _

**Last 4 digits of account number**  6212

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.00 |

BOSTON INTERNATIONAL,INC
Attn:  Managing Agent
210 GROVE STREET
FRANKLIN, MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/5/2016

Basis for the claim: _

**Last 4 digits of account number**  1125

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,483.00 |

BOSTON WAREHOUSE
Attn:  Managing Agent
59 DAVIS AVENUE
NORWOOD, MA 02062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/16/2016

Basis for the claim: _

**Last 4 digits of account number**  1140

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.50 |

BOTL
Attn:  Managing Agent
1045 DOVERCOURT ROAD
TORONTO ONTARIO CANADA M6H2X7

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/20/2016

Basis for the claim: _

**Last 4 digits of account number**  8933

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.40 |

Boulted Bread Company
Attn:  Managing Agent
614 W. South Street
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/14/2016

Basis for the claim: _

**Last 4 digits of account number**  6684

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.164**

**Nonpriority creditor's name and mailing address**
Bountiful Pantry
Attn: Managing Agent
P. O. Box 179
Nantucket, MA 02554

**Date(s) debt was incurred** 4/19/2016

**Last 4 digits of account number** 6774

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$624.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
BOURBON BARREL FOODS
Attn: Managing Agent
1201 STORY AVE
STE 175
LOUISVILLE, KY 40206

**Date(s) debt was incurred** 12/7/2015

**Last 4 digits of account number** 8882

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,395.30

---

**3.166**

**Nonpriority creditor's name and mailing address**
Boxcarr Handmade Cheese
Attn: Managing Agent
2207 Carr Store Rd
Cedar Grove, NC 27231

**Date(s) debt was incurred** 3/5/2016

**Last 4 digits of account number** 6689

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$647.65

---

**3.167**

**Nonpriority creditor's name and mailing address**
BOYAJIAN,INC.
Attn: Managing Agent
144 Will Drive
Canton, MA 02021

**Date(s) debt was incurred** 1/13/2016

**Last 4 digits of account number** 1097

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

**3.168**

**Nonpriority creditor's name and mailing address**
Bradford Watermelon Co.
Attn: Managing Agent
5275 Dubose Siding Rd
Sumter, SC 29153

**Date(s) debt was incurred** 4/28/2016

**Last 4 digits of account number** 6858

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$541.65

---

**3.169**

**Nonpriority creditor's name and mailing address**
Brands of Britain, LLC
Attn: Managing Agent
PO Box 2280
San Ramon, CA 94583

**Date(s) debt was incurred** 2/2/2016

**Last 4 digits of account number** 7407

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,565.12

---

**3.170**

**Nonpriority creditor's name and mailing address**
Branning Publishing
Attn: Managing Agent
312 Farnsleigh Ave.
Bluffton, SC 29910

**Date(s) debt was incurred** 5/10/2016

**Last 4 digits of account number** 1293

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$310.64

---

Debtor  Southern Season, Inc.
_____
Name                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $546.00 |

Brass Town Chocolate
Attn:  Managing Agent
2609 Philip Street
Winston-Salem, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/19/2015

**Basis for the claim:** _

Last 4 digits of account number  6156

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $2,044.89 |
|---|---|---|

BRASWELL FOOD CO.
Attn:  Managing Agent
PO BOX 485
STATESBORO, GA 30459

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/14/2015

**Basis for the claim:** _

Last 4 digits of account number  6261

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $878.00 |
|---|---|---|

Breathless Paper Co.
Attn:  Managing Agent
998 North Highland Ave
Atlanta, GA 30306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/4/2015

**Basis for the claim:** _

Last 4 digits of account number  9013

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $143.08 |
|---|---|---|

Breezy Spring LLC
Attn:  Managing Agent
4120 Staffordshire Drive
Lakeland, FL 33809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2016

**Basis for the claim:** _

Last 4 digits of account number  6436

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $3,631.14 |
|---|---|---|

BREVILLE
Attn:  Managing Agent
BOX 347286
Pittsburgh, PA 15251-4286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/8/2016

**Basis for the claim:** _

Last 4 digits of account number  8084

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $100.00 |
|---|---|---|

BRIAN ADORNETTO
Attn:  Managing Agent
1017 AUSTIN POND DRIVE
CARY, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/11/2016

**Basis for the claim:** _

Last 4 digits of account number  1165

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $14,720.00 |
|---|---|---|

Brian McMahon & Associates
Attn:  Managing Agent
25515 Goldenspring Dr
Dana Point, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/23/2016

**Basis for the claim:** _

Last 4 digits of account number  2629

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.
_____  Case number (if known) _____
      Name

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,645.12 |
|---|---|---|---|

**3.178**

Nonpriority creditor's name and mailing address
BRINKS CORPORATION
Attn:  Managing Agent
PO BOX 101031
ATLANTA, GA 30392-1031

Date(s) debt was incurred  3/31/2016

Last 4 digits of account number  0392

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,645.12

---

**3.179**

Nonpriority creditor's name and mailing address
BRITISH WHOLESALE IMPORTS
Attn:  Managing Agent
5711 CORSA AVENUE
WESTLAKE VILLAGE, CA 91362

Date(s) debt was incurred  9/30/2015

Last 4 digits of account number  7009

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$136.59

---

**3.180**

Nonpriority creditor's name and mailing address
BRONTO SOFTWARE, INC.
Attn:  Managing Agent
33344 Collection Center LLC
Chicago, IL 60693-0333

Date(s) debt was incurred  4/13/2016

Last 4 digits of account number  1266

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,400.00

---

**3.181**

Nonpriority creditor's name and mailing address
BROOKLYN BREW SHOP
Attn:  Managing Agent
170 TILLARY ST.
SUITE 308
NEW YORK, NY 11201

Date(s) debt was incurred  1/20/2016

Last 4 digits of account number  8769

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$909.00

---

**3.182**

Nonpriority creditor's name and mailing address
Brothers Brands Inc(schmidt Brothers)
Attn:  Managing Agent
15 Park Avenue
Westwood, NJ 07675

Date(s) debt was incurred  1/8/2016

Last 4 digits of account number  6638

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$926.68

---

**3.183**

Nonpriority creditor's name and mailing address
BROWN BROTHERS PLUMBING & HEATING
Attn:  Managing Agent
2820 ROXBORO ROAD
PO BOX 15668
DURHAM, NC 27704-0668

Date(s) debt was incurred  3/9/2016

Last 4 digits of account number  1294

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,075.97

---

**3.184**

Nonpriority creditor's name and mailing address
BROWNE  & CO.
Attn:  Managing Agent
788 Morris Turnpike
SUITE 202
Short Hills, NJ 07078

Date(s) debt was incurred  1/13/2016

Last 4 digits of account number  1175

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$7,037.89

---

Debtor  Southern Season, Inc.                                   Case number (if known) _____
        _____
        Name

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,192.21 |

**Nonpriority creditor's name and mailing address**
Brownwood Farms
Attn:  Managing Agent
6211 S. Railway Commons
Williamsburg, MI 49690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6768

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$1,192.21**

---

| 3.186 | **Nonpriority creditor's name and mailing address** | $792.00 |

**Nonpriority creditor's name and mailing address**
Bruer
Attn:  Managing Agent
340 Woodpecker Ridge
Santa Cruz, CA 95060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6844

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$792.00**

---

| 3.187 | **Nonpriority creditor's name and mailing address** | $608.40 |

**Nonpriority creditor's name and mailing address**
Bruks Bars
Attn:  Managing Agent
401 Hawthorne Ln
Suite 11-306
Charlotte, NC 28204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6583

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$608.40**

---

| 3.188 | **Nonpriority creditor's name and mailing address** | $187.20 |

**Nonpriority creditor's name and mailing address**
Brynn's Good Karma Foods
Attn:  Managing Agent
83 Wild Swan Lane
Southern Shores, NC 27949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 4852

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$187.20**

---

| 3.189 | **Nonpriority creditor's name and mailing address** | $7,524.00 |

**Nonpriority creditor's name and mailing address**
Bubo Handmade
Attn:  Managing Agent
1230A McAlpine Ave
Nashville, TN 37216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/10/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6587

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$7,524.00**

---

| 3.190 | **Nonpriority creditor's name and mailing address** | $1,123.86 |

**Nonpriority creditor's name and mailing address**
Buddha Teas
Attn:  Managing Agent
5145 Avenida Encinas Suite E
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/27/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6760

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$1,123.86**

---

| 3.191 | **Nonpriority creditor's name and mailing address** | $2,324.16 |

**Nonpriority creditor's name and mailing address**
BULL CITY BARBEQUE COMPAN
Attn:  Managing Agent
PO BOX 61087
DURHAM, NC 27715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/22/2015

**Basis for the claim:** _

**Last 4 digits of account number** 8166

Is the claim subject to offset? ■ No ☐ Yes

As of the petition filing date, the claim is: Check all that apply.    **$2,324.16**

Debtor **Southern Season, Inc.**
_____
Name

Case number *(if known)* _____

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$84.00**

Bunches & Bunches Ltd
Attn:  Managing Agent
1511 SE 3rd Avenue
Portland, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/18/2016

**Basis for the claim:** _

Last 4 digits of account number  6360

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,066.85**

Burleson Flower Farms
Attn:  Managing Agent
10327 Hwy 49 North
Mt. Pleasant, NC 28124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

**Basis for the claim:** _

Last 4 digits of account number  6946

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$330.00**

Burnt and Salty
Attn:  Managing Agent
1622 Cullowhee Circle
Mount Pleasant, SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/11/2016

**Basis for the claim:** _

Last 4 digits of account number  6808

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$576.00**

Bushwick Kitchen
Attn:  Managing Agent
133 Thames St. #3L
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/22/2016

**Basis for the claim:** _

Last 4 digits of account number  6806

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,441.72**

Butterfields Candy LLC
Attn:  Managing Agent
Payments to: 4441 Six Forks Rd.
Ste 106-213
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/4/2015

**Basis for the claim:** _

Last 4 digits of account number  1255

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$817.23**

Byrd Mill
Attn:  Managing Agent
PO BOX 1775
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/5/2016

**Basis for the claim:** _

Last 4 digits of account number  6193

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,729.00**

C & F ENTERPRISES INC
Attn:  Managing Agent
819 BLUE CRAB ROAD
NEWPORT NEWS, VA 23606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2016

**Basis for the claim:** _

Last 4 digits of account number  5403

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    Southern Season, Inc.

Name                                                                    Case number (if known) _____

---

**3.199**

**Nonpriority creditor's name and mailing address**
C.H. ROBINSON WORLDWIDE, INC
Attn:  Managing Agent
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

**Date(s) debt was incurred**  1/15/2016

**Last 4 digits of account number**  5480

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$185.00

---

**3.200**

**Nonpriority creditor's name and mailing address**
C.R. GIBSON COMPANY
Attn:  Managing Agent
PO BOX 8500
LOCKBOX 7896
PHILADELPHIA, PA 19178-7896

**Date(s) debt was incurred**  11/25/2015

**Last 4 digits of account number**  2400

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,951.30

---

**3.201**

**Nonpriority creditor's name and mailing address**
Cacao Atlanta
Attn:  Managing Agent
202 Pemalume Place NW
Atlanta, GA 30318

**Date(s) debt was incurred**  2/9/2016

**Last 4 digits of account number**  5241

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$359.00

---

**3.202**

**Nonpriority creditor's name and mailing address**
Cacao's Artisan Chocolate
Attn:  Managing Agent
438 Priestly St.
Charleston, SC 29412

**Date(s) debt was incurred**  1/8/2016

**Last 4 digits of account number**  5634

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,095.25

---

**3.203**

**Nonpriority creditor's name and mailing address**
CALDREA
Attn:  Managing Agent
Brandshop / Attn:Jenn Magdon
20 Constitution Blvd S
Shelton, CT 06484

**Date(s) debt was incurred**  2/1/2016

**Last 4 digits of account number**  6125

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$27.44

---

**3.204**

**Nonpriority creditor's name and mailing address**
Calissons
Attn:  Managing Agent
14 NE 1ST AVE, SUITE 501
Miami, FL 33132

**Date(s) debt was incurred**  3/22/2016

**Last 4 digits of account number**  6824

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,442.30

---

**3.205**

**Nonpriority creditor's name and mailing address**
CALLIE'S BISCUITS
Attn:  Managing Agent
PO BOX 21110
CHARLESTON, SC 29413

**Date(s) debt was incurred**  4/22/2016

**Last 4 digits of account number**  8735

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$144.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|--------|----|---|---|
| | Name | | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.20 |
|---|---|---|---|

Calypso Cards INC
Attn: Managing Agent
Rising Sun Mills, BH101
166 Valley Street
Providence, RI 02909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/10/2016

**Basis for the claim:** _

**Last 4 digits of account number** 0026

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.40 |
|---|---|---|---|

CAMERON DESIGNS
Attn: Managing Agent
701 Stoneybrook Dr
Sanford, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7486

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

Camino Coffee Roasters
Attn: Managing Agent
PO Box 20082
Charleston, SC 29413

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/22/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6825

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.83 |
|---|---|---|---|

Candy People
Attn: Managing Agent
660 N. Central Expressway
Suite 240
Plano, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/31/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6220

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.00 |
|---|---|---|---|

Cannizzaro Sauces
Attn: Managing Agent
5226 Seacroft Rd
Charlotte, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/10/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6560

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.66 |
|---|---|---|---|

CANTEEN-SHAFFNER
Attn: Managing Agent
1901 MARGARET ST
WINSTON SALEM, NC 27103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/29/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6319

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.52 |
|---|---|---|---|

CAPE COD POLISH COMPANY,
Attn: Managing Agent
348 HOKUM ROCK RD,.
P.O.BOX 2039
DENNIS, MA 02638-0052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2204

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Southern Season, Inc._____     Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,380.80 |
| | CAPE FEAR SPECIALTY FOODS <br> Attn: Managing Agent <br> 125 SOUTH KERR AVE <br> SUITE 5 <br> WILMINGTON, NC 28403 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _2/20/2016_ <br> **Last 4 digits of account number** _8547_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,856.00 |
| | Capital Bee Company <br> Attn: Managing Agent <br> 8 Half Moon River Court <br> Savannah, GA 31410 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _11/17/2015_ <br> **Last 4 digits of account number** _6621_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,457.06 |
| | CAPITAL FORD HILLSBOROUGH <br> Attn: Managing Agent <br> 350 S. CHURTON ST <br> HILLSBOROUGH, NC 27278 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _2/29/2016_ <br> **Last 4 digits of account number** _7278_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $255.00 |
| | CAPITAL SIGN SOLUTIONS <br> Attn: Managing Agent <br> 5800 McHines Place, Suite 110 <br> Raleigh, NC 27616 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _5/2/2016_ <br> **Last 4 digits of account number** _7616_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $6,440.05 |
| | Capri Blue <br> Attn: Managing Agent <br> 1010 Lynn Lane <br> Starkville, MS 39759 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _2/29/2016_ <br> **Last 4 digits of account number** _6794_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $140.40 |
| | Captain Foods <br> Attn: Managing Agent <br> PO Box 1158 <br> Edgewater, FL 32132 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _5/10/2016_ <br> **Last 4 digits of account number** _6861_ | **Is the claim subject to offset?** ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $140.00 |
| | Carolina Blade <br> Attn: Managing Agent <br> 1893 St. Julian Drive <br> Charleston, SC 29407 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ |
| | **Date(s) debt was incurred** _4/5/2016_ <br> **Last 4 digits of account number** _9407_ | **Is the claim subject to offset?** ■ No ☐ Yes |

Debtor __Southern Season, Inc._____     Case number (if known) _____
       Name

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $347.76 |

**Nonpriority creditor's name and mailing address**
CAROLINA CANDY
Attn: Managing Agent
1045 SOUTH KERR AVENUE
WILMINGTON, NC 28403

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/23/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _7474_

Is the claim subject to offset? ■ No ☐ Yes

$347.76

---

**Nonpriority creditor's name and mailing address**
Carolina Coaster Company
Attn: Managing Agent
2636 Seabrook Island Road
Seabrook Island, SC 29455

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/12/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _5021_

Is the claim subject to offset? ■ No ☐ Yes

3.221    $1,152.00

---

**Nonpriority creditor's name and mailing address**
CAROLINA CONTAINER
Attn: Managing Agent
PO BOX 2166
HIGH POINT, NC 27261

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/22/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _8792_

Is the claim subject to offset? ■ No ☐ Yes

3.222    $4,127.71

---

**Nonpriority creditor's name and mailing address**
Carolina Girl Cooks
Attn: Managing Agent
2607 Woodruff Rd Ste E
Simpsonville, SC 29681

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/26/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6575_

Is the claim subject to offset? ■ No ☐ Yes

3.223    $780.00

---

**Nonpriority creditor's name and mailing address**
Caroline Bretherton
Attn: Managing Agent
4005 Kismet Drive
Durham, NC 27705

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/4/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _CBRETHERTON_

Is the claim subject to offset? ■ No ☐ Yes

3.224    $150.00

---

**Nonpriority creditor's name and mailing address**
Caroline Gardner Inc
Attn: Managing Agent
PO BOX 3303
Bluffton, SC 29910

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/7/2015_

**Basis for the claim:** _

**Last 4 digits of account number** _5623_

Is the claim subject to offset? ■ No ☐ Yes

3.225    $420.00

---

**Nonpriority creditor's name and mailing address**
Caroline's Cakes, Inc.
Attn: Managing Agent
925 Beaumont Ave.
Spartanburg, SC 29303

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/10/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _7853_

Is the claim subject to offset? ■ No ☐ Yes

3.226    $1,270.00

Debtor    Southern Season, Inc.
_____     Case number (if known) _____
        Name

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,512.20 |
|---|---|---|---|

Carolyn's Handmade/The Orchards Gourmet
Attn: Managing Agent
P.O. BOX 444
Wrens, GA 30833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2015

Basis for the claim: _

Last 4 digits of account number  6458

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.05 |
|---|---|---|---|

CARRBORO COFFEE ROASTERS
Attn: Managing Agent
101 S GREENSBORO ST
CARRBORO, NC 27510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/3/2016

Basis for the claim: _

Last 4 digits of account number  8575

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

Carrboro Pizza Oven Corp
Attn: Managing Agent
200 N. Greensboro St Suite B-8
Carrboro, NC 27510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/22/2016

Basis for the claim: _

Last 4 digits of account number  6514

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.52 |
|---|---|---|---|

Carriage House Products, Inc.
Attn: Managing Agent
Attn: Thomas Daddio
5511 Lakeside Ave
Henrico, VA 23228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/3/2016

Basis for the claim: _

Last 4 digits of account number  6171

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.80 |
|---|---|---|---|

CASABELLA
Attn: Managing Agent
PO.BOX 8000
DEPT. 818
BUFFALO, NY 14267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/22/2015

Basis for the claim: _

Last 4 digits of account number  6768

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.00 |
|---|---|---|---|

CASAFINA
Attn: Managing Agent
301 FIELDS LANE
BREWSTER, NY 10509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2016

Basis for the claim: _

Last 4 digits of account number  5921

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,296.92 |
|---|---|---|---|

CASPARI
Attn: Managing Agent
99 COGWHEEL LANE
SEYMOUR, CT 06483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/23/2016

Basis for the claim: _

Last 4 digits of account number  5600

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Southern Season, Inc._____     Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |

3.234   **Nonpriority creditor's name and mailing address**

Cate & Levi
Attn: Managing Agent
300 Campbell Ave, Unit 113
CANADA

**Date(s) debt was incurred** _1/8/2016_

**Last 4 digits of account number** _9140_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$650.00

---

3.235   **Nonpriority creditor's name and mailing address**

CATSTUDIO PRESENTS
Attn: Managing Agent
1340 INDUSTRIAL AVENUE
SUITE A
PETALUMA, CA 94952

**Date(s) debt was incurred** _12/7/2015_

**Last 4 digits of account number** _7518_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,061.05

---

3.236   **Nonpriority creditor's name and mailing address**

Caviar & Caviar
Attn: Managing Agent
5527 North Nob Hill Road
Sunrise, FL 33351

**Date(s) debt was incurred** _2/3/2016_

**Last 4 digits of account number** _6216_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,510.36

---

3.237   **Nonpriority creditor's name and mailing address**

CB's Premium Nuts
Attn: Managing Agent
5684 NE MINDER RD
BUILDING F
Poulsbo, WA 98370

**Date(s) debt was incurred** _1/19/2016_

**Last 4 digits of account number** _6279_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59.85

---

3.238   **Nonpriority creditor's name and mailing address**

CE RENTAL
Attn: Managing Agent
801 W MORGAN ST
RALEIGH, NC 27603

**Date(s) debt was incurred** _4/4/2016_

**Last 4 digits of account number** _7603_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$224.19

---

3.239   **Nonpriority creditor's name and mailing address**

CECILIA CERASOLI
Attn: Managing Agent
4613 MARLBORO PLACE
NORTH CHARLESTON, SC 29405

**Date(s) debt was incurred** _5/2/2016_

**Last 4 digits of account number** _CCERASOLI_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

3.240   **Nonpriority creditor's name and mailing address**

Celias of Charleston
Attn: Managing Agent
4613 Marlboro Place
N. Charleston, SC 29405

**Date(s) debt was incurred** _4/13/2016_

**Last 4 digits of account number** _4968_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$381.60

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.241** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,785.64

Cellar Door Chocolates
Attn:  Managing Agent
1201 Story Ave #109
Louisville, KY 40206

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/23/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6715

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.242** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $52.56

CELTIC PASSIONS, LLC
Attn:  Managing Agent
35 Park Dr.
Nutley, NJ 07110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/17/2016

**Basis for the claim:** _

**Last 4 digits of account number**  2275

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,554.09

Chad's Carolina Corn
Attn:  Managing Agent
3800 Comanche Dr
Archdale, NC 27263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/14/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6154

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $633.00

Chaparral Gardens
Attn:  Managing Agent
16422 Morro Road
Atascadero, CA 93422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6096

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,372.77

Chapel Hill Creamery
Attn:  Managing Agent
615 Chapel Hill Creamery Rd
Chapel Hill, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6047

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,799.50

Chapel Hill Toffee
Attn:  Managing Agent
218 OLD FOREST CREEK DR.
CHAPEL HILL, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/31/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6945

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,775.00

CHAPEL HILL/DURHAM MAGAZINE
Attn:  Managing Agent
1777 Fordham Blvd
Ste 105
CHAPEL HILL, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/27/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1118

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Southern Season, Inc.**
_____
Name                                                Case number (if known) _____

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**3.248**
**Nonpriority creditor's name and mailing address**
CHAR CRUST CO.
Attn:  Managing Agent
3017 N. LINCOLN AVENUE
CHICAGO, IL 60657

**Date(s) debt was incurred**  4/18/2016
**Last 4 digits of account number**  2311

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$120.00

---

**3.249**
**Nonpriority creditor's name and mailing address**
Charbonnel English Chocolates
Attn:  Managing Agent
1714 Wilmington Ave
Richmond, VA 23227

**Date(s) debt was incurred**  12/14/2015
**Last 4 digits of account number**  1239

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$6,871.56

---

**3.250**
**Nonpriority creditor's name and mailing address**
Charles Chips
Attn:  Managing Agent
3535 Rote 66
Suite 2A
Neptune, NJ 07753

**Date(s) debt was incurred**  3/17/2016
**Last 4 digits of account number**  6695

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,952.12

---

**3.251**
**Nonpriority creditor's name and mailing address**
Charles Chocolate
Attn:  Managing Agent
Unknown

**Date(s) debt was incurred**  4/6/2016
**Last 4 digits of account number**  6837

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,325.70

---

**3.252**
**Nonpriority creditor's name and mailing address**
Charleston Artisan Cheesehouse
Attn:  Managing Agent
946 Orleans Rd. Unit G1
Charleston, SC 29407

**Date(s) debt was incurred**  2/19/2016
**Last 4 digits of account number**  6615

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$598.45

---

**3.253**
**Nonpriority creditor's name and mailing address**
Charleston Coffee Roasters Inc.
Attn:  Managing Agent
289 Huger St.
Charleston, SC 29403

**Date(s) debt was incurred**  3/16/2016
**Last 4 digits of account number**  2854

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,702.50

---

**3.254**
**Nonpriority creditor's name and mailing address**
Charleston Gourmet Burger Company
Attn:  Managing Agent
4206 Sawgrass Drive
Charleston, SC 29420

**Date(s) debt was incurred**  1/14/2016
**Last 4 digits of account number**  5261

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$57.48

---

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.20 |

Charleston Postcard Company, Inc.
Attn:  Managing Agent
182 Plymouth Avenue
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/14/2016

Basis for the claim: _

Last 4 digits of account number  6058

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,908.00 |

CHARLESTON TEA PLANTATION
Attn:  Managing Agent
6617 MAYBANK HWY
WADMALAW ISL, SC 29487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/11/2016

Basis for the claim: _

Last 4 digits of account number  8136

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,209.20 |

CHARLESTON WHOLESALE FLORIST
Attn:  Managing Agent
4931 RIVERS AVE BLDG 100
CHARLESTON, SC 29406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/17/2016

Basis for the claim: _

Last 4 digits of account number  9406

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $485.00 |

CHARLESTOWNE WINDOW CLEANING
Attn:  Managing Agent
1800 WILLIAM KENNERTY DR. 10A
CHARLESTON, SC 29407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim: _

Last 4 digits of account number  9407

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.00 |

Chef Belinda Spices, LLC
Attn:  Managing Agent
6 Mooney Court
Trenton, SC 29847

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2016

Basis for the claim: _

Last 4 digits of account number  6453

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |

Chef Sous LLC
Attn:  Managing Agent
P.O. Box 6567
Glen Allen, VA 23058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/7/2016

Basis for the claim: _

Last 4 digits of account number  6159

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,804.76 |

CHEF'N
Attn:  Managing Agent
830 FOURTH AVENUE S. STE 400
SEATTLE, WA 98134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/21/2015

Basis for the claim: _

Last 4 digits of account number  5393

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Southern Season, Inc.**
_____  Case number (if known) _____
Name

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $372.00 |
|---|---|---|---|

3.262  **Nonpriority creditor's name and mailing address**

CHEF'S PLANET
Attn:  Managing Agent
PO BOX 69
PETERSBURGH, NY 12138

**Date(s) debt was incurred** 2/26/2016

**Last 4 digits of account number** 5664

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$372.00

---

3.263  **Nonpriority creditor's name and mailing address**

CHEMEX
Attn:  Managing Agent
11 Veterans Drive
Chicopee, MA 01022

**Date(s) debt was incurred** 4/22/2016

**Last 4 digits of account number** 2130

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$982.85

---

3.264  **Nonpriority creditor's name and mailing address**

CHERCHIES LTD
Attn:  Managing Agent
967 Swedesford Road #410
Exton, PA 19341

**Date(s) debt was incurred** 2/4/2016

**Last 4 digits of account number** 2210

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$391.50

---

3.265  **Nonpriority creditor's name and mailing address**

CHERITH VALLEY GARDENS
Attn:  Managing Agent
4009 E. LOOP 820 S
STE B
FORT WORTH, TX 76119

**Date(s) debt was incurred** 12/11/2015

**Last 4 digits of account number** 2212

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$968.40

---

3.266  **Nonpriority creditor's name and mailing address**

CHEWYS RUGULACH
Attn:  Managing Agent
7795 Arjons Dr.
SAN DIEGO, CA 92126

**Date(s) debt was incurred** 4/11/2016

**Last 4 digits of account number** 2120

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$639.20

---

3.267  **Nonpriority creditor's name and mailing address**

Chilli Lab
Attn:  Managing Agent
587 Washington Avenue
Brooklyn, NY 11238

**Date(s) debt was incurred** 1/21/2016

**Last 4 digits of account number** 6786

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,194.75

---

3.268  **Nonpriority creditor's name and mailing address**

Chipz Happen
Attn:  Managing Agent
9545 Grossmont Summit Drive
La Mesa, CA 91941

**Date(s) debt was incurred** 1/28/2016

**Last 4 digits of account number** 6222

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

Debtor    Southern Season, Inc.
_____          Case number (if known)   _____
          Name

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $471.88 |

3.269  **Nonpriority creditor's name and mailing address**
Chocolate Chocolate Chocolate Company
Attn:  Managing Agent
5025 Pattison Ave
Saint Louis, MO 63110

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/29/2016
**Last 4 digits of account number**  6770

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$471.88

---

3.270  **Nonpriority creditor's name and mailing address**
CHOCOLATE SMILES INC
Attn:  Managing Agent
312 W CHATHAM STREET
CARY, NC 27511

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/4/2016
**Last 4 digits of account number**  2032

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$3,683.53

---

3.271  **Nonpriority creditor's name and mailing address**
CHOCOLOVE
Attn:  Managing Agent
P O BOX 18357
BOULDER, CO 80308-1357

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/30/2015
**Last 4 digits of account number**  2249

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$663.00

---

3.272  **Nonpriority creditor's name and mailing address**
Christopher Elbow Chocolates
Attn:  Managing Agent
1819 McGee Street
Kansas City, MO 64108

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/27/2016
**Last 4 digits of account number**  6122

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,945.80

---

3.273  **Nonpriority creditor's name and mailing address**
Christy Designs LLC
Attn:  Managing Agent
2797 NW CLEARWATER DRIVE
Suite 100
BEND, OR 97701

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/30/2016
**Last 4 digits of account number**  6011

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$982.00

---

3.274  **Nonpriority creditor's name and mailing address**
Chronicle Books
Attn:  Managing Agent
PO BOX 8828
JFK Station
BOSTON, MA 02114-8828

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/1/2016
**Last 4 digits of account number**  8235

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,192.97

---

3.275  **Nonpriority creditor's name and mailing address**
CiCi's Butterhorns
Attn:  Managing Agent
3385 S. Lucille Lane
Lafayette, CA 94549

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/24/2016
**Last 4 digits of account number**  6826

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

$523.00

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.276**

Nonpriority creditor's name and mailing address
Cirsea Ice Cream
Attn:  Managing Agent
874 Orleans Road Suite 2
Charleston, SC 29407

Date(s) debt was incurred  5/26/2016
Last 4 digits of account number  6866

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$864.00

**3.277**

Nonpriority creditor's name and mailing address
Cisse Baking & Cocoa (Experience Cisse)
Attn:  Managing Agent
129 Halstead Avenue Ste 205
Mamaroneck, NY 10543

Date(s) debt was incurred  1/5/2016
Last 4 digits of account number  6418

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$413.20

**3.278**

Nonpriority creditor's name and mailing address
CK PRODUCTS
Attn:  Managing Agent
6230 Innovation Blvd.
FORT WAYNE, IN 46818

Date(s) debt was incurred  1/31/2016
Last 4 digits of account number  5305

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$402.23

**3.279**

Nonpriority creditor's name and mailing address
CLAREY'S LIQUORS
Attn:  Managing Agent
Unknown

Date(s) debt was incurred  5/30/2016
Last 4 digits of account number  9464

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$888.45

**3.280**

Nonpriority creditor's name and mailing address
CLEAR CHANNEL BROADCASTING
Attn:  Managing Agent
PO BOX 402570
ATLANTA, GA 30384-2570

Date(s) debt was incurred  12/27/2015
Last 4 digits of account number  1120

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$5,729.00

**3.281**

Nonpriority creditor's name and mailing address
CLEARBROOK FARMS
Attn:  Managing Agent
3015 EAST KEMPER RD.
SHARONVILLE, OH 45241

Date(s) debt was incurred  5/13/2016
Last 4 digits of account number  2700

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,640.10

**3.282**

Nonpriority creditor's name and mailing address
CLEGG'S TERMITE & PEST CONTROL
Attn:  Managing Agent
PO BOX 3089
DURHAM, NC 27715

Date(s) debt was incurred  3/9/2016
Last 4 digits of account number  7715

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$138.00

Debtor **Southern Season, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19.45 |

**3.283**

**Nonpriority creditor's name and mailing address**
CLICK CLACK US INC.
Attn: Managing Agent
1139 S Sunnyslope Dr
Suite 200
Mt. Pleasant, WI 53406

**Date(s) debt was incurred** 4/4/2016

**Last 4 digits of account number** 2169

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$19.45

---

**3.284**

**Nonpriority creditor's name and mailing address**
Clif Family Winery
Attn: Managing Agent
1312 Vidovich Avenue
Saint Helena, CA 94574

**Date(s) debt was incurred** 3/8/2016

**Last 4 digits of account number** 6427

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$690.00

---

**3.285**

**Nonpriority creditor's name and mailing address**
CLIFF'S MEAT MARKET
Attn: Managing Agent
100 W. MAIN STREET
CARRBORO, NC 27510

**Date(s) debt was incurred** 2/22/2016

**Last 4 digits of account number** 2890

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$792.88

---

**3.286**

**Nonpriority creditor's name and mailing address**
CLOISTER HONEY LLC
Attn: Managing Agent
3818 WARRINGTON DR
CHARLOTTE, NC 28211

**Date(s) debt was incurred** 12/17/2015

**Last 4 digits of account number** 8936

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,232.48

---

**3.287**

**Nonpriority creditor's name and mailing address**
Coca-Cola Bottling Co., SC
Attn: Managing Agent
P.O. Box 751302
Charlotte, NC 28275-1302

**Date(s) debt was incurred** 1/14/2016

**Last 4 digits of account number** 5975

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,267.60

---

**3.288**

**Nonpriority creditor's name and mailing address**
Coca-Cola Refreshments (VA)
Attn: Managing Agent
2335 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**Date(s) debt was incurred** 3/8/2016

**Last 4 digits of account number** 6308

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$236.30

---

**3.289**

**Nonpriority creditor's name and mailing address**
COFFEE MASTERS MARKETING,
Attn: Managing Agent
P.O. BOX 460
SPRING GROVE, IL 60081

**Date(s) debt was incurred** 1/12/2016

**Last 4 digits of account number** 2035

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$543.50

---

Debtor  Southern Season, Inc.                                      Case number (if known) _____
        Name

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,384.48 |

**3.290**

**Nonpriority creditor's name and mailing address**
COLDKEEPERS, LLC
Attn:  Managing Agent
1100 SMITH AVE.
THOMASVILLE, GA 31792

Date(s) debt was incurred  3/11/2016
Last 4 digits of account number  7625

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,384.48

---

**3.291**

**Nonpriority creditor's name and mailing address**
Collegiate Kids Books, LLC
Attn:  Managing Agent
3956 2nd Street Drive NW
Hickory, NC 28601

Date(s) debt was incurred  12/2/2015
Last 4 digits of account number  6197

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$438.20

---

**3.292**

**Nonpriority creditor's name and mailing address**
COLUMBIA CAMERON VILLAGE, LLC
Attn:  Managing Agent
PO BOX 534243
Atlanta, GA 30353-4243

Date(s) debt was incurred  5/2/2016
Last 4 digits of account number  7605

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$14,224.77

---

**3.293**

**Nonpriority creditor's name and mailing address**
COMCAST - 7249
Attn:  Managing Agent
PO BOX 3005
SOUTHEASTERN, PA 19398-3005

Date(s) debt was incurred  5/2/2016
Last 4 digits of account number  7249

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$255.03

---

**3.294**

**Nonpriority creditor's name and mailing address**
COMFORT ENGINEERS, INC.
Attn:  Managing Agent
PO BOX 2955
DURHAM, NC 27715-2955

Date(s) debt was incurred  2/1/2016
Last 4 digits of account number  1298

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,339.57

---

**3.295**

**Nonpriority creditor's name and mailing address**
COMMERCIAL SERVICES, INC.
Attn:  Managing Agent
PO BOX 1307
MORRISVILLE, NC 27560

Date(s) debt was incurred  2/29/2016
Last 4 digits of account number  1300

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$654.30

---

**3.296**

**Nonpriority creditor's name and mailing address**
COMMON GROUND DISTRIBUTOR
Attn:  Managing Agent
115 FAIRVIEW RD
ASHEVILLE, NC 28803

Date(s) debt was incurred  1/21/2016
Last 4 digits of account number  8855

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$151.00

---

Debtor  Southern Season, Inc.                                    Case number (if known) _____
        _____
        Name

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |

COMMONWEALTH PUBLIC BROADCASTING
CORPORA
Attn: Managing Agent
23 SESAME STREET
RICHMOND, VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/1/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3235

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $468.00 |

COMPENDIUM INC
Attn: Managing Agent
2100 North Pacific Street
SEATTLE, WA 98103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/24/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7542

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,360.00 |

COMPONENT DESIGN NORTHWES
Attn: Managing Agent
P.O. BOX 10947
PORTLAND, OR 97210-0947

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2054

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.69 |

Conner Bottling Works LLC
Attn: Managing Agent
PO BOX 171
Newfields, NH 03856

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6527

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $283.00 |

COON ROCK FARM
Attn: Managing Agent
1021 Dimmocks Mill Road
Hillsborough, NC 27278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7278

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $790.70 |

Cooper's Mill, Inc.
Attn: Managing Agent
115 Crossroads Blvd.
P.O. Box 149
Bucyrus, OH 44820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6097

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $669.00 |

Copper Pot & Wooden Spoon LLC
Attn: Managing Agent
449 A Pigeon Street
Waynesville, NC 28786

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/12/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6841

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.304** | **Nonpriority creditor's name and mailing address**
CORK POPS, INC.
Attn: Managing Agent
7 COMMERCIAL BLVD
STE #3
NOVATO, CA 94949

**Date(s) debt was incurred** 1/4/2016
**Last 4 digits of account number** 5174

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$31.56

---

**3.305** | **Nonpriority creditor's name and mailing address**
CORKCICLE
Attn: Managing Agent
PO BOX 547965
ORLANDO, FL 32854

**Date(s) debt was incurred** 12/3/2015
**Last 4 digits of account number** 8851

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,998.58

---

**3.306** | **Nonpriority creditor's name and mailing address**
Cortazzo Foods LLC
Attn: Managing Agent
PO BOX 2721
Lancaster, PA 17608

**Date(s) debt was incurred** 4/17/2015
**Last 4 digits of account number** 6553

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$378.50

---

**3.307** | **Nonpriority creditor's name and mailing address**
COTTAGE LANE KITCHEN
Attn: Managing Agent
PO BOX 592
CHAPEL HILL, NC 27514

**Date(s) debt was incurred** 5/19/2016
**Last 4 digits of account number** 8948

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

**3.308** | **Nonpriority creditor's name and mailing address**
COUCKE
Attn: Managing Agent
22718 Criswell St
West Hills, CA 91307

**Date(s) debt was incurred** 4/18/2016
**Last 4 digits of account number** 6864

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$361.60

---

**3.309** | **Nonpriority creditor's name and mailing address**
COUNTER CULTURE COFFEE, I
Attn: Managing Agent
P.O. Box 890605
Charlotte, NC 28289-0605

**Date(s) debt was incurred** 11/16/2015
**Last 4 digits of account number** 2173

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$100,123.46

---

**3.310** | **Nonpriority creditor's name and mailing address**
COZZINI BROS., INC.
Attn: Managing Agent
350 HOWARD AVENUE
DES PLAINES, IL 60018

**Date(s) debt was incurred** 2/5/2016
**Last 4 digits of account number** 0018

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$784.75

---

Debtor  Southern Season, Inc.
     Name

Case number (if known) _____

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.50 |
|---|---|---|---|

**3.311**
Nonpriority creditor's name and mailing address
CREATIVE CANDLES LLC
Attn:  Managing Agent
3218 Roanoke Road
KANSAS CITY, MO 64111

Date(s) debt was incurred  12/22/2015
Last 4 digits of account number  7787

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,425.50

---

**3.312**
Nonpriority creditor's name and mailing address
CREATIVE CO-OP
Attn:  Managing Agent
DEPT CH 19841
PALATINE, IL 60055-9841

Date(s) debt was incurred  12/29/2015
Last 4 digits of account number  6680

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$16,864.32

---

**3.313**
Nonpriority creditor's name and mailing address
Cresent Moon Distributors
Attn:  Managing Agent
1161 Cainhoy Rd
Wando, SC 29492

Date(s) debt was incurred  4/8/2016
Last 4 digits of account number  6998

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,427.57

---

**3.314**
Nonpriority creditor's name and mailing address
CRIO,INC
Attn:  Managing Agent
1386 WEST 70 SOUTH
LINDON, UT 84042

Date(s) debt was incurred  3/8/2016
Last 4 digits of account number  8781

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,021.92

---

**3.315**
Nonpriority creditor's name and mailing address
Crisp Pickles LLC
Attn:  Managing Agent
210 Wakefiled Court
Hockessin, DE 19707

Date(s) debt was incurred  3/19/2016
Last 4 digits of account number  6757

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$650.00

---

**3.316**
Nonpriority creditor's name and mailing address
CROOKED CONDIMENTS
Attn:  Managing Agent
BARR FOODS
PO BOX 18002
ASHEVILLE, NC 28814

Date(s) debt was incurred  1/19/2016
Last 4 digits of account number  8825

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$324.00

---

**3.317**
Nonpriority creditor's name and mailing address
CRUDE BITTERS  & SODAS
Attn:  Managing Agent
517-A W. Cabarrus St
RALEIGH, NC 27603

Date(s) debt was incurred  12/9/2015
Last 4 digits of account number  6141

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,833.00

---

Debtor __Southern Season, Inc.__        Case number (if known) _____

    Name

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.88

Crunch Dynasty
Attn: Managing Agent
315 W Broad St
Richmond, VA 23220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/29/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6524_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $94.80

CUCINA ANTICA
Attn: Managing Agent
333 N. BEDFORD ROAD
SUITE 118
MT.KISCO, NY 10549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/25/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _7480_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $762.59

CUISINE PEREL
Attn: Managing Agent
1058 FACTORY STREET
RICHMOND, CA 94801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/16/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _2198_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,981.44

Culinary Collective
Attn: Managing Agent
12407 Mukilteo Speedway Ste b-245
Lynwood, WA 98087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/14/2015_

**Basis for the claim:** _

**Last 4 digits of account number** _6591_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,828.09

CUMMINS ATLANTIC
Attn: Managing Agent
P.O. BOX 7787
CHARLOTTE, NC 28241-7787

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/11/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _8273_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,828.09

CUMMINS ATLANTIC
Attn: Managing Agent
PO BOX 741295
ATLANTA, GA 30384-1295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/11/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _8273_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $644.79

CUPPOW
Attn: Managing Agent
9 Olive Square
Somerville, MA 02143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/19/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6611_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc.
_____  Case number (if known) _____
        Name

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,958.90 |

Custom Source
Attn: Managing Agent
Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/23/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6813

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,598.01 |

D'ARTAGNAN, INC.
Attn: Managing Agent
PO BOX 447
Union, NJ 07083-0447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3650

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $164.87 |

Dandelion Chocolate
Attn: Managing Agent
740 Valencia St.
San Francisco, CA 94110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/13/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1263

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.25 |

DANIEL VOGEL'S FLOWER
Attn: Managing Agent
4100 MT SINAI ROAD
DURHAM, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7705

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $319.20 |

Daprano & Co
Attn: Managing Agent
PO BOX 49228
Charlotte, NC 28277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2090

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $460.50 |

Dark Chocolate Imports (Marou)
Attn: Managing Agent
4412 Parklane Ct
Bloomfield Hills, MI 48304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/13/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6567

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $690.00 |

Dave's Coffee, LLC
Attn: Managing Agent
35 Walts Way
Narragansett, RI 02882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/8/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6351

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
              Name

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $626.40 |

**3.332**

Nonpriority creditor's name and mailing address
Dave's Homemade
Attn:  Managing Agent
4615 Center Blvd #3807
Long Island City, NY 11109

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  6120

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$626.40

---

**3.333**

Nonpriority creditor's name and mailing address
DE BUYER INC
Attn:  Managing Agent
4118 N. Nashville Ave.
Chicago, IL 60634

Date(s) debt was incurred  2/11/2016

Last 4 digits of account number  8182

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,913.98

---

**3.334**

Nonpriority creditor's name and mailing address
Deaf Mans Inc
Attn:  Managing Agent
2524 Panorama Terrace
Los Angeles, CA 90039

Date(s) debt was incurred  3/1/2016

Last 4 digits of account number  6644

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$166.56

---

**3.335**

Nonpriority creditor's name and mailing address
DeBrand Fine Chocolates
Attn:  Managing Agent
10105 Auburn Park Drive
Fort Wayne, IN 46825

Date(s) debt was incurred  12/23/2015

Last 4 digits of account number  5247

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$653.30

---

**3.336**

Nonpriority creditor's name and mailing address
DEE DEE'S GOURMET
Attn:  Managing Agent
PO BOX 11314
CHARLOTTE, NC 28220

Date(s) debt was incurred  12/29/2015

Last 4 digits of account number  8351

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,999.23

---

**3.337**

Nonpriority creditor's name and mailing address
DELUXE
Attn:  Managing Agent
PO BOX 742572
CINCINNATI, OH 45274-2572

Date(s) debt was incurred  4/8/2016

Last 4 digits of account number  5274

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$771.45

---

**3.338**

Nonpriority creditor's name and mailing address
Design Design Inc.
Attn:  Managing Agent
19 La Grave SE
Grand Rapids, MI 49503

Date(s) debt was incurred  12/14/2015

Last 4 digits of account number  5976

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,102.00

---

Debtor  Southern Season, Inc.
_____      Case number (if known) _____
       Name

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $362.60 |
|---|---|---|---|

**3.339** | **Nonpriority creditor's name and mailing address**
DESIGN IMPORTS INDIA
Attn:  Managing Agent
PO BOX 58410
SEATTLE, WA 98138

As of the petition filing date, the claim is: *Check all that apply.*                     $362.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/12/2016       **Basis for the claim:** _

**Last 4 digits of account number**  3071       Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**
DETHLEFSEN & BALK, INC
Attn:  Managing Agent
Unknown
1005 NORTH COMMONS DRIVE
AURORA, IL 60504

As of the petition filing date, the claim is: *Check all that apply.*                     $1,537.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/11/2016       **Basis for the claim:** _

**Last 4 digits of account number**  6991       Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address**
Dick Taylor Craft Chocolate
Attn:  Managing Agent
4 W 4th St.
Eureka, CA 95501

As of the petition filing date, the claim is: *Check all that apply.*                     $900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/2/2015       **Basis for the claim:** _

**Last 4 digits of account number**  6430       Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**
DILLON CANDY CO
Attn:  Managing Agent
19927 HWY 84 EAST
BOSTON, GA 31626

As of the petition filing date, the claim is: *Check all that apply.*                     $920.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/22/2016       **Basis for the claim:** _

**Last 4 digits of account number**  3018       Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
Dip & Scoop
Attn:  Managing Agent
113 West 74th St.
New York, NY 10023

As of the petition filing date, the claim is: *Check all that apply.*                     $984.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/16/2016       **Basis for the claim:** _

**Last 4 digits of account number**  6801       Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
DIVINE DELIGHTS
Attn:  Managing Agent
1250 HOLM ROAD
PETALUMA, CA 94954

As of the petition filing date, the claim is: *Check all that apply.*                     $988.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/11/2016       **Basis for the claim:** _

**Last 4 digits of account number**  3470       Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address**
Dixon Hughes Goodman LLP
Attn:  Managing Agent
PO BOX 602828
Charlotte, NC 28260-2828

As of the petition filing date, the claim is: *Check all that apply.*                     $39,971.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/28/2016       **Basis for the claim:** _

**Last 4 digits of account number**  8260       Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.346**

Nonpriority creditor's name and mailing address
Dizzy Byrds LLC
Attn:  Managing Agent
532 Saint Albans Way
Richmond, VA 23229

Date(s) debt was incurred  5/27/2016

Last 4 digits of account number  6260

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$228.00

---

**3.347**

Nonpriority creditor's name and mailing address
Dizzy Pig
Attn:  Managing Agent
8763 Virginia Meadows Drive
Manassas, VA 20109

Date(s) debt was incurred  10/2/2015

Last 4 digits of account number  6189

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$209.24

---

**3.348**

Nonpriority creditor's name and mailing address
Doc Crombie Sauces
Attn:  Managing Agent
1666A Marsh Harbor
Mount Pleasant, SC 29464

Date(s) debt was incurred  1/22/2016

Last 4 digits of account number  9035

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$698.52

---

**3.349**

Nonpriority creditor's name and mailing address
Dominion Arts Center/SMG Richmond
Attn:  Managing Agent
PO BOX 12066
Richmond, VA 23241

Date(s) debt was incurred  4/12/2016

Last 4 digits of account number  3241

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$498.30

---

**3.350**

Nonpriority creditor's name and mailing address
Dominion Virginia Power
Attn:  Managing Agent
P.O. Box 26543
Richmond, VA 23290-0001

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  3230

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,481.80

---

**3.351**

Nonpriority creditor's name and mailing address
Donostia Foods (Blue Planet Foods)
Attn:  Managing Agent
2409 River Woods Dr.
Naperville, IL 60565

Date(s) debt was incurred  12/8/2015

Last 4 digits of account number  6410

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,661.81

---

**3.352**

Nonpriority creditor's name and mailing address
DONSUEMOR
Attn:  Managing Agent
2080 NORTH LOOP ROAD
ALAMEDA, CA 94502

Date(s) debt was incurred  2/16/2016

Last 4 digits of account number  3039

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$573.16

---

Debtor  **Southern Season, Inc.**

Case number (if known) _____

Name

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,069.60 |

Dottie's Toffee
Attn:  Managing Agent
PO BOX 687
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1268

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $84.60 |

Double M Bakeshop
Attn:  Managing Agent
810 Ninth St
#446
Durham, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6719

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $807.84 |

DOUGLAS CROSS ENTERPRISES
Attn:  Managing Agent
2030 5TH AVENUE
SEATTLE, WA 98121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/4/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6143

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $285.25 |

Doux South Specialties
Attn:  Managing Agent
1579 Monroe Dr. NE,
Ste 426
Atlanta, GA 30324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6061

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,150.68 |

DPI Specialty Foods
Attn:  Managing Agent
1000 Prince Georges Boulevard
Upper Marlboro, MD 20774

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/5/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6368

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $421.45 |

DR. PETE'S
Attn:  Managing Agent
P.O. BOX 9
AILEY, GA 30410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/26/2016

**Basis for the claim:** _

**Last 4 digits of account number**  3660

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,990.00 |

Drink Tanks
Attn:  Managing Agent
1405 NW Commerce Ave. Ste 160
Bend, OR 97702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/4/2015

**Basis for the claim:** _

**Last 4 digits of account number**  4569

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.360** **Nonpriority creditor's name and mailing address**
Droga Chocolates
Attn:  Managing Agent
708 S Utah Valley Drive
Suite B
American Fork, UT 84003

**Date(s) debt was incurred**  3/16/2016

**Last 4 digits of account number**  5214

**As of the petition filing date, the claim is:** Check all that apply.            **$358.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**
DSC DESIGNS
Attn:  Managing Agent
2024 COKER AVE
CHARLESTON, SC 29412

**Date(s) debt was incurred**  4/15/2016

**Last 4 digits of account number**  5552

**As of the petition filing date, the claim is:** Check all that apply.            **$1,811.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.362** **Nonpriority creditor's name and mailing address**
Dulce Caramel Co
Attn:  Managing Agent
437 Thorndale  Court
Buffalo Grove, IL 60089

**Date(s) debt was incurred**  2/19/2016

**Last 4 digits of account number**  6342

**As of the petition filing date, the claim is:** Check all that apply.            **$276.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**
DULCET CUISINE,LLC
Attn:  Managing Agent
5331 SW Macadam Avenue,
Suite 258-421
Portland, OR 97239

**Date(s) debt was incurred**  3/7/2016

**Last 4 digits of account number**  7562

**As of the petition filing date, the claim is:** Check all that apply.            **$17.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**
DUNCAN PARNELL
Attn:  Managing Agent
PO BOX 35649
CHARLOTTE, NC 28235

**Date(s) debt was incurred**  2/8/2016

**Last 4 digits of account number**  1476

**As of the petition filing date, the claim is:** Check all that apply.            **$24,622.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** **Nonpriority creditor's name and mailing address**
Dura-Pack
Attn:  Managing Agent
7641 Holland Road
Taylor, MI 48180

**Date(s) debt was incurred**  1/4/2016

**Last 4 digits of account number**  8522

**As of the petition filing date, the claim is:** Check all that apply.            **$1,111.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**
DURALEX USA INC
Attn:  Managing Agent
802 CENTERPOINT BLVD
NEW CASTLE, DE 19720

**Date(s) debt was incurred**  1/25/2016

**Last 4 digits of account number**  8066

**As of the petition filing date, the claim is:** Check all that apply.            **$293.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      Southern Season, Inc.
_____            Case number (if known) _____
                Name

| | |
|---|---|

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,690.08**

Durham Coca-Cola Bottling
Attn:  Managing Agent
P.O. BOX 2627
DURHAM, NC 27715-2627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/4/2016

**Basis for the claim:** _

Last 4 digits of account number  7519

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120.00**

DURN GOOD INC.
Attn:  Managing Agent
P.O. BOX 1193
WAKE FOREST, NC 27588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/9/2016

**Basis for the claim:** _

Last 4 digits of account number  6431

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,176.40**

E3 Artisan
Attn:  Managing Agent
DBA: Ethereal Confections
113 S. Benton
Woodstock, IL 60098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2/2015

**Basis for the claim:** _

Last 4 digits of account number  6449

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$846.58**

EARTH & VINE PROVISIONS
Attn:  Managing Agent
5911 KING ROAD
PO BOX 1637
LOOMIS, CA 95650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/19/2016

**Basis for the claim:** _

Last 4 digits of account number  4053

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$875.60**

EAST INDIES COMPANY
Attn:  Managing Agent
7 KEYSTONE DRIVE
LEBANON, PA 17042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2016

**Basis for the claim:** _

Last 4 digits of account number  4024

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$642.50**

EastLand Food Corporation
Attn:  Managing Agent
8305 Stayton Drive
Suite C
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2016

**Basis for the claim:** _

Last 4 digits of account number  6132

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,591.00**

EastWest  Bottlers LLC
Attn:  Managing Agent
P.O. BOX  50251
AUSTIN, TX 78763

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/18/2015

**Basis for the claim:** _

Last 4 digits of account number  9127

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $71.47 |
|---|---|---|---|

Easy Tasty Magic Inc
Attn:  Managing Agent
231 West 29th Street
Suite 703
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/27/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6607

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,584.01 |
|---|---|---|---|

Eclat Chocolate
Attn:  Managing Agent
24 S. High Street
West Chester, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/1/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6063

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $321.10 |
|---|---|---|---|

ECOLAB
Attn:  Managing Agent
PO BOX 32027
New York, NY 10087-2027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 0087

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,370.00 |
|---|---|---|---|

EDGECRAFT CORPORATION
Attn:  Managing Agent
825 SOUTHWOOD ROAD
AVONDALE, PA 19311-9765

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/18/2016

**Basis for the claim:** _

**Last 4 digits of account number** 4400

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

EDIA, Inc.
Attn:  Managing Agent
PO BOX 18114
Charlotte, NC 28218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6428

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $705.17 |
|---|---|---|---|

Edison Grainery
Attn:  Managing Agent
7307 Edgewater Dr. Unit L
Oakland, CA 94621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/21/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6811

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,330.70 |
|---|---|---|---|

EDWARD DON & CO.
Attn:  Managing Agent
6255 Brookhollow Parkway
Norcross, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/2/2015

**Basis for the claim:** _

**Last 4 digits of account number** 2080

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|--------|----------------------|---|---------------------------|--|
| | Name | | | |

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,105.50

EDWARD DON & COMPANY
Attn:  Managing Agent
84 STEMMERS LANE
WESTAMPTON, NJ 08060

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/21/2015

**Basis for the claim:** _

**Last 4 digits of account number**  1605

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.99

EL IDEAL FOODS
Attn:  Managing Agent
4102 ATLANTIC AVE
RALEIGH, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8153

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $124.50

Elaine O'Neil Designs
Attn:  Managing Agent
226 S.BELLVUE AVE
HILLSBOROUGH, NC 27278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/6/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7969

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.83

ELAINE'S TOFFEE COMPANY
Attn:  Managing Agent
PO BOX 38
CLAYTON, CA 94517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8703

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,820.00

Ella B. Neighborhood Candles
Attn:  Managing Agent
9517 Monroe Rd
Suite C
Charlotte, NC 28270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6147

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00

ELLEN CLEVENGER-FIRLEY
Attn:  Managing Agent
2018  Tuscany Drive
Hillsborough, NC 27278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/5/2016

**Basis for the claim:** _

**Last 4 digits of account number**  ECLEVENGER

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.60

Ello Raw
Attn:  Managing Agent
410 Cutler Street
Raleigh, NC 27603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/8/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6827

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.
_____  Case number (if known) _____
Name

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.34 |

**3.388** Nonpriority creditor's name and mailing address
ELMWOOD INN FINE TEA
Attn:  Managing Agent
135 N Second St.
Danville, KY 40422

Date(s) debt was incurred  1/21/2016
Last 4 digits of account number  5908

As of the petition filing date, the claim is: Check all that apply.  **$779.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** Nonpriority creditor's name and mailing address
EMILY G'S
Attn:  Managing Agent
4514 CHAMBLEE-DUNWOODY RD
#138
DUNWOODY, GA 30338

Date(s) debt was incurred  1/19/2016
Last 4 digits of account number  8895

As of the petition filing date, the claim is: Check all that apply.  **$54.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** Nonpriority creditor's name and mailing address
Englewood United Methodist Church
Attn:  Managing Agent
Englewood United Methodist Church
PO Box 7128
Rocky Mount, NC 27804

Date(s) debt was incurred  3/16/2016
Last 4 digits of account number  6075

As of the petition filing date, the claim is: Check all that apply.  **$132.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** Nonpriority creditor's name and mailing address
EPIC Bar/Thunderbird Energetica
Attn:  Managing Agent
PO BOX 684581
Austin, TX 78768

Date(s) debt was incurred  10/5/2015
Last 4 digits of account number  6202

As of the petition filing date, the claim is: Check all that apply.  **$2,164.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** Nonpriority creditor's name and mailing address
EPICURE FOODS CORPORATION
Attn:  Managing Agent
Epicure Foods Corporation
PO BOX 69
MADISON, NJ 07940

Date(s) debt was incurred  6/26/2015
Last 4 digits of account number  4280

As of the petition filing date, the claim is: Check all that apply.  **$97.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** Nonpriority creditor's name and mailing address
Epicurean French Beverages
Attn:  Managing Agent
4470 Chamblee Dunwoody Rd
Suite 100
Atlanta, GA 30338

Date(s) debt was incurred  12/10/2015
Last 4 digits of account number  8529

As of the petition filing date, the claim is: Check all that apply.  **$935.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** Nonpriority creditor's name and mailing address
Ernest Packing Solutions
Attn:  Managing Agent
501 Innovation Avenue
Morrisville, NC 27560

Date(s) debt was incurred  4/15/2016
Last 4 digits of account number  0101

As of the petition filing date, the claim is: Check all that apply.  **$1,616.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.395**

**Nonpriority creditor's name and mailing address**
ESCAZU ARTISAN CHOC CO.
Attn: Managing Agent
936 Blount St
Raleigh, NC 27604

**Date(s) debt was incurred**  12/31/2015

**Last 4 digits of account number**  7279

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,031.26

---

**3.396**

**Nonpriority creditor's name and mailing address**
ESTES EXPRESS LINES
Attn: Managing Agent
PO BOX 25612
RICHMOND, VA 23260-5612

**Date(s) debt was incurred**  3/18/2016

**Last 4 digits of account number**  3260

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$240.83

---

**3.397**

**Nonpriority creditor's name and mailing address**
ETV Endowment of SC
Attn: Managing Agent
401 E. Kennedy St.
Suite B-1
Spartanburg, SC 29302

**Date(s) debt was incurred**  2/8/2016

**Last 4 digits of account number**  9302

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,260.00

---

**3.398**

**Nonpriority creditor's name and mailing address**
Euro Cuisine Inc
Attn: Managing Agent
6320 Clara Street
Bell Gardens, CA 90201

**Date(s) debt was incurred**  1/14/2016

**Last 4 digits of account number**  6200

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

**3.399**

**Nonpriority creditor's name and mailing address**
EURO USA
Attn: Managing Agent
44901 Falcon Place
Suite 104
STERLING, VA 20166

**Date(s) debt was incurred**  4/5/2016

**Last 4 digits of account number**  6460

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,334.49

---

**3.400**

**Nonpriority creditor's name and mailing address**
Europa Center, LLC
Attn: Managing Agent
c/o AVISION YOUNG
PO BOX 900002
Raleigh, NC 27675-9000

**Date(s) debt was incurred**  4/4/2016

**Last 4 digits of account number**  7675

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.401**

**Nonpriority creditor's name and mailing address**
EUROPEAN DESIGN IMPORTS
Attn: Managing Agent
25907 Detroit Rd
WESTLAKE, OH 44145

**Date(s) debt was incurred**  2/10/2016

**Last 4 digits of account number**  7396

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$868.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.402**

**Nonpriority creditor's name and mailing address**
EUROPEAN GIFT & HSWR
Attn: Managing Agent
514-16 SOUTH FIFTH AVENUE
MOUNT VERNON, NY 10550

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  4420

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$176.80

---

**3.403**

**Nonpriority creditor's name and mailing address**
EUROPEAN IMPORTS, LTD
Attn: Managing Agent
600 E. Brook Drive
Arlington Hts, IL 60005

Date(s) debt was incurred  2/8/2016

Last 4 digits of account number  4080

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,568.29

---

**3.404**

**Nonpriority creditor's name and mailing address**
EV Gifts
Attn: Managing Agent
200 S. Elliott Rd
Chapel Hill, NC 27514

Date(s) debt was incurred  4/6/2016

Last 4 digits of account number  6842

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,100.00

---

**3.405**

**Nonpriority creditor's name and mailing address**
Everette Lindsay Peterson
Attn: Managing Agent
313 Cooke St.
Raleigh, NC 27601

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  EPETERSON

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.406**

**Nonpriority creditor's name and mailing address**
EVERYTHING OUTSIDE
Attn: Managing Agent
3778 ST. ELLENS DRIVE
MT. PLEASANT, SC 29466

Date(s) debt was incurred  4/4/2016

Last 4 digits of account number  9466

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$400.00

---

**3.407**

**Nonpriority creditor's name and mailing address**
Faienceries De Gien
Attn: Managing Agent
78 Pl De La Victoire
GIEN  45500

Date(s) debt was incurred  12/9/2015

Last 4 digits of account number  6775

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$16,184.50

---

**3.408**

**Nonpriority creditor's name and mailing address**
Falling Bark Farm, LLC
Attn: Managing Agent
3645 Harry Byrd Highway
Berryville, VA 22611

Date(s) debt was incurred  6/7/2016

Last 4 digits of account number  6237

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$168.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.409**

Nonpriority creditor's name and mailing address
Fat Hen
Attn:  Managing Agent
3140 May Bank Hwy
Johns Island, SC 29455

Date(s) debt was incurred  10/15/2016

Last 4 digits of account number  6761

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$240.00

---

**3.410**

Nonpriority creditor's name and mailing address
Fat Toad Farm
Attn:  Managing Agent
787 Kibbee Road
Brookfield, VT 05036

Date(s) debt was incurred  12/14/2015

Last 4 digits of account number  6000

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$837.84

---

**3.411**

Nonpriority creditor's name and mailing address
Fawson and Hancock Foods, LLC
Attn:  Managing Agent
3302 Swetzer Rd Ste B
Loomis, CA 95650

Date(s) debt was incurred  11/19/2015

Last 4 digits of account number  6546

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,036.00

---

**3.412**

Nonpriority creditor's name and mailing address
FEDERAL EXPRESS -080
Attn:  Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

Date(s) debt was incurred  4/29/2016

Last 4 digits of account number  1576

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$36.00

---

**3.413**

Nonpriority creditor's name and mailing address
FEDERAL EXPRESS -905
Attn:  Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

Date(s) debt was incurred  4/29/2016

Last 4 digits of account number  1580

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$19.03

---

**3.414**

Nonpriority creditor's name and mailing address
FEDEX FREIGHT REGIONAL
Attn:  Managing Agent
PO BOX 223125
PITTSBURGH, PA 15251-2125

Date(s) debt was incurred  4/4/2016

Last 4 digits of account number  1581

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$6,666.05

---

**3.415**

Nonpriority creditor's name and mailing address
FERRELL INDUSTRIES, INC
Attn:  Managing Agent
136 E CHAPEL HILL STREET
DURHAM, NC 27701

Date(s) debt was incurred  2/1/2016

Last 4 digits of account number  5164

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$4,425.33

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
               Name

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $134.40 |
|---|---|---|---|

Fili-West Farms
Attn: Managing Agent
2298 Vance Rd
Vance, SC 29163

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/11/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6802

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $624.00 |
|---|---|---|---|

FINTECH.NET
Attn: Managing Agent
7702 WOODLAND CENTER BLVD, SUITE 50
TAMPA, FL 33614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/29/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1248

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

FIRE & FLAVOR GRILLING
Attn: Managing Agent
328 COMMERCE BLVD
SUITE 8
BOGART, GA 30622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7244

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $379.05 |
|---|---|---|---|

Firefly Books
Attn: Managing Agent
50 Staples Ave, Unit 1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/2/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6943

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,758.00 |
|---|---|---|---|

Firehook Of Virginia, Inc
Attn: Managing Agent
14701 Flint Lee Road
Suite G
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/11/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6253

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71.50 |
|---|---|---|---|

Fireside Coffee
Attn: Managing Agent
3239 Elms Rd
Swartz Creek, MI 48473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/11/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9029

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,169.11 |
|---|---|---|---|

First Source
Attn: Managing Agent
3612 La GRANGE PARKWAY
TOANO, VA 23168

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/16/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2160

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.423**

Nonpriority creditor's name and mailing address

Fisher's Popcorn Of Delaware, Inc
Attn:  Managing Agent
PO Box 3130
Ocean City, MD 21843

Date(s) debt was incurred  1/21/2016

Last 4 digits of account number  6209

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$294.00

---

**3.424**

Nonpriority creditor's name and mailing address

FITZ AND FLOYD
Attn:  Managing Agent
PO BOX 823437
PHILADELPHIA, PA 19182-3437

Date(s) debt was incurred  1/12/2016

Last 4 digits of account number  5252

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,080.93

---

**3.425**

Nonpriority creditor's name and mailing address

Five Points Baking Co , LLC
Attn:  Managing Agent
P.O. Box 17355
Raleigh, NC 27619

Date(s) debt was incurred  12/21/2015

Last 4 digits of account number  8422

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$561.00

---

**3.426**

Nonpriority creditor's name and mailing address

Floking Artisan Products
Attn:  Managing Agent
307 Tidal Rice Ct.
Charleston, SC 29492

Date(s) debt was incurred  3/17/2016

Last 4 digits of account number  9492

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$50.00

---

**3.427**

Nonpriority creditor's name and mailing address

Flying Olive Farms
Attn:  Managing Agent
6510 Chapel Hill Road
Raleigh, NC 27607

Date(s) debt was incurred  12/18/2015

Last 4 digits of account number  6563

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,504.49

---

**3.428**

Nonpriority creditor's name and mailing address

FOCUS PRODUCTS GROUP LLC
Attn:  Managing Agent
1818 Paysphere Circle
Chicago, IL 60674-1818

Date(s) debt was incurred  2/25/2016

Last 4 digits of account number  6060

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$423.04

---

**3.429**

Nonpriority creditor's name and mailing address

FOOD & VINE INC.
Attn:  Managing Agent
68 Coombs Street Suite I-2
Napa, CA 94559

Date(s) debt was incurred  1/25/2016

Last 4 digits of account number  5020

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$184.50

---

Debtor  **Southern Season, Inc.**
_____    Case number *(if known)* _____
Name

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,177.74 |

Food for the Soul
Attn:  Managing Agent
P. O. Box 30279
Charleston, SC 29417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/1/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8712

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $514.08 |

Forever B, LLC(Tom & Jenny's Candy)
Attn:  Managing Agent
714 Keystone Park Dr
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/11/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6659

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,252.20 |

FORTESSA
Attn:  Managing Agent
22601 Davis Dr
Sterling, VA 20164

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6825

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,311.90 |

Fortune Fish & Gourmet
Attn:  Managing Agent
1068 Thorndale Ave
Bensenville, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6812

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $476.00 |

FOSS GOURMET FOODS, LLC
Attn:  Managing Agent
901 NORTH TAYLOR STREET
WAKE FOREST, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/6/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7737

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |

FOSTERS SELLERS
Attn:  Managing Agent
2694 DURHAM-CHAPEL HILL
BLVD.
DURHAM, NC 27707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/19/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6002

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |

Four Elements
Attn:  Managing Agent
111 E. Walnut St
PO Box 10
North Freedom, WI 53951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/11/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6606

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.437** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,294.35

FOX RUN
Attn:  Managing Agent
1907 Stout Dr
IVYLAND, PA 18974

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/23/2015
**Last 4 digits of account number**  5130

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $405.00

Foxon Park Beverages Inc
Attn:  Managing Agent
103 Foxon Boulevard
East Haven, CT 06513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/25/2016
**Last 4 digits of account number**  6292

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,512.24

FRAN'S CHOCOLATES, LTD
Attn:  Managing Agent
5900 Airport Way South
SEATTLE, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/5/2016
**Last 4 digits of account number**  5023

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00

Freakers
Attn:  Managing Agent
1121 South Front St.
3rd Floor
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  8/31/2015
**Last 4 digits of account number**  9239

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,222.86

FRENCH BROAD CHOCOLATES
Attn:  Managing Agent
10 South Pack Square
ASHEVILLE, NC 28801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/7/2016
**Last 4 digits of account number**  8807

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,688.38

FRENCH FARM
Attn:  Managing Agent
916B West 23rd St.
Houston, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/14/2016
**Last 4 digits of account number**  5182

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $371.14

FRENCH FEAST INC
Attn:  Managing Agent
473 South Dean Street
Englewood, NJ 07631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/14/2016
**Last 4 digits of account number**  7755

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.444**

**Nonpriority creditor's name and mailing address**
FRENCH/ WEST/ VAUGHAN
Attn: Managing Agent
112 E.HARGETT STREET
RALEIGH, NC 27601

Date(s) debt was incurred  4/1/2016

Last 4 digits of account number  7601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$443.57

---

**3.445**

**Nonpriority creditor's name and mailing address**
FRESHPOINT
Attn: Managing Agent
203 Trans Air Drive
Morrisville, NC 27560

Date(s) debt was incurred  4/16/2016

Last 4 digits of account number  8283

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$37,038.52

---

**3.446**

**Nonpriority creditor's name and mailing address**
FRIELING USA
Attn: Managing Agent
PO BOX 890013
CHARLOTTE, NC 28289-0013

Date(s) debt was incurred  2/10/2016

Last 4 digits of account number  5660

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,898.00

---

**3.447**

**Nonpriority creditor's name and mailing address**
FROMI USA CORP % NATEXIS
Attn: Managing Agent
PRAMEX N A CORP
1251 AVE OF AMERICAS,34FL
NEW YORK, NY 10020

Date(s) debt was incurred  6/2/2016

Last 4 digits of account number  8831

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,170.73

---

**3.448**

**Nonpriority creditor's name and mailing address**
FRUIT OF THE BOOT, INC.
Attn: Managing Agent
5728 N.W. 27th PLACE
GAINESVILLE, FL 32606

Date(s) debt was incurred  12/8/2015

Last 4 digits of account number  5054

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$9,066.00

---

**3.449**

**Nonpriority creditor's name and mailing address**
FRUIT OF THE LAND PRODUCT
Attn: Managing Agent
1 PROMENADE CIRCLE
PO BOX 977
THORNHILL ONTARIO CANADA L4J8G7

Date(s) debt was incurred  2/4/2016

Last 4 digits of account number  8309

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$751.50

---

**3.450**

**Nonpriority creditor's name and mailing address**
Fruition Chocolate, Inc.
Attn: Managing Agent
3091 State Route 28
Shokan, NY 12481

Date(s) debt was incurred  1/8/2016

Last 4 digits of account number  7127

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$259.20

---

Debtor   __Southern Season, Inc._____     Case number *(if known)* _____
           Name

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,397.48 |

FSI Mechanical, Inc.
Attn:  Managing Agent
6518-B Old Wake Forest Rd.
Raleigh, NC 27616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/22/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __7616__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,380.84 |

FSW NC, LLC
Attn:  Managing Agent
6778 E NC 150 Hwy
Sherrills Ford, NC 28673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/1/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __8673__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,677.27 |

Full Ciricle
Attn:  Managing Agent
146 W 29th St. Suite 9W
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/31/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __6834__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.84 |

Fulton & Roark LLC
Attn:  Managing Agent
1711 Meadowbrook Drive
Winston-Salem, NC 27104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/7/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __6150__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $720.00 |

Funky Chunky, LLC
Attn:  Managing Agent
7452 West 78th Street
Edina, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/22/2015__

**Basis for the claim:**  _

Last 4 digits of account number  __6845__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $363.60 |

GALIL IMPORTING COMPANY
Attn:  Managing Agent
120 EILEEN WAY
SYOSSET, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/5/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __7696__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $976.64 |

GALLERIE II
Attn:  Managing Agent
819 BLUE CRAB ROAD
NEWPORT NEWS, VA 23606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __4/25/2016__

**Basis for the claim:**  _

Last 4 digits of account number  __5436__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.05 |
|---|---|---|---|

Garden Works/Star Kitchen and Home
Attn: Managing Agent
3680 SW 74th Ave.
OSCALA, FL 34474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2016

**Basis for the claim:** _

Last 4 digits of account number  4474

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,150.00 |
|---|---|---|---|

Gary Henderson
Attn: Managing Agent
1782 Autumnwood Drive
Mechanicsburg, PA 17055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/12/2016

**Basis for the claim:** _

Last 4 digits of account number  GHENDERSON

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123.36 |
|---|---|---|---|

Gary Poppins, LLC
Attn: Managing Agent
10929 Franklin Avenue
Franklin Park, IL 60131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

**Basis for the claim:** _

Last 4 digits of account number  6240

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $672.12 |
|---|---|---|---|

GENTLEWOODS FOOD, CO
Attn: Managing Agent
PO Box 1863
CARY, NC 27512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2016

**Basis for the claim:** _

Last 4 digits of account number  9043

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $324.00 |
|---|---|---|---|

Georgia Olive Farms
Attn: Managing Agent
PO BOX 245
LAKELAND, GA 31635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/4/2016

**Basis for the claim:** _

Last 4 digits of account number  8949

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,048.88 |
|---|---|---|---|

GIBBS SMITH PUBLISHER
Attn: Managing Agent
PO Box 667
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2016

**Basis for the claim:** _

Last 4 digits of account number  6342

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,110.75 |
|---|---|---|---|

GIFT WRAP COMPANY
Attn: Managing Agent
338 Industrial Blvd
Midway, GA 31320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/29/2016

**Basis for the claim:** _

Last 4 digits of account number  6008

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.465**

Nonpriority creditor's name and mailing address

Gillespie's Peanuts
Attn: Managing Agent
1901 East Home Avenue
Hartsville, SC 29550

Date(s) debt was incurred  12/23/2015

Last 4 digits of account number  8701

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$379.05

---

**3.466**

Nonpriority creditor's name and mailing address

GINNY O'S Inc.
Attn: Managing Agent
PO BOX 6475
RALEIGH, NC 27628

Date(s) debt was incurred  5/3/2016

Last 4 digits of account number  7827

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$211.00

---

**3.467**

Nonpriority creditor's name and mailing address

Girl Meets Dirt
Attn: Managing Agent
634 Minnow Creek Ln
Eastsound, WA 98245

Date(s) debt was incurred  1/26/2016

Last 4 digits of account number  6502

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$381.60

---

**3.468**

Nonpriority creditor's name and mailing address

Giuliana Imports
Attn: Managing Agent
3350 Walnut Street
Denver, CO 80205

Date(s) debt was incurred  3/21/2016

Last 4 digits of account number  6545

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$190.80

---

**3.469**

Nonpriority creditor's name and mailing address

GLERUP-REVERE CO
Attn: Managing Agent
P.O.BOX 80157
SEATTLE, WA 98108

Date(s) debt was incurred  4/8/2016

Last 4 digits of account number  6350

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$1,232.93

---

**3.470**

Nonpriority creditor's name and mailing address

Global Junction/Papabubble New York
Attn: Managing Agent
380 Broome Street
New York, NY 10013

Date(s) debt was incurred  12/14/2015

Last 4 digits of account number  8699

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$502.08

---

**3.471**

Nonpriority creditor's name and mailing address

GOLDEN MALTED
Attn: Managing Agent
4101 William Richardson Dr.
South Bend, IN 46628

Date(s) debt was incurred  3/2/2016

Last 4 digits of account number  6087

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$7,557.16

---

Debtor  **Southern Season, Inc.**                                    Case number (if known)  _____
         _____
         Name

| | |
|---|---|
| 3.472 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
Good Home Co.
Attn:  Managing Agent
133 Beekman St.
New York, NY 10038

Date(s) debt was incurred  **3/28/2016**

Last 4 digits of account number  **6819**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$7,056.00

---

**3.473**  **Nonpriority creditor's name and mailing address**
GOOD NIGHT CAROLINA LLC
Attn:  Managing Agent
220 ELIZABETH STREET, A-2
CHAPEL HILL, NC 27514

Date(s) debt was incurred  **4/8/2016**

Last 4 digits of account number  **8987**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$716.40

---

**3.474**  **Nonpriority creditor's name and mailing address**
GOODNESS GRACIE, INC
Attn:  Managing Agent
PO BOX 7701
WILMINGTON, NC 28406

Date(s) debt was incurred  **5/17/2016**

Last 4 digits of account number  **5138**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$689.40

---

**3.475**  **Nonpriority creditor's name and mailing address**
Gorilla
Attn:  Managing Agent
111 W. Jackson Blvd
Suite 300
Chicago, IL 60604

Date(s) debt was incurred  **4/8/2016**

Last 4 digits of account number  **0604**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$231,601.00

---

**3.476**  **Nonpriority creditor's name and mailing address**
Gosanko Chocolate
Attn:  Managing Agent
116 A Street Southeast
Auburn, WA 98002

Date(s) debt was incurred  **6/7/2016**

Last 4 digits of account number  **6392**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$277.32

---

**3.477**  **Nonpriority creditor's name and mailing address**
GOTHAM ARTISANAL
Attn:  Managing Agent
56-36 59th Street
Maspeth, NY 11378

Date(s) debt was incurred  **2/17/2016**

Last 4 digits of account number  **8992**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$769.50

---

**3.478**  **Nonpriority creditor's name and mailing address**
Gourmet Foods International
Attn:  Managing Agent
P.O.Box116585
ATLANTA, GA 30368-6585

Date(s) debt was incurred  **2/18/2016**

Last 4 digits of account number  **7176**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

$9,610.57

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,447.02 |
|---|---|---|---|

**3.479**

Nonpriority creditor's name and mailing address
GOURMET INTERNATIONAL INC
Attn: Managing Agent
6605 BROADMOOR AVE. SE
CALEDONIA, MI 49316

Date(s) debt was incurred  2/1/2016
Last 4 digits of account number  6434

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,447.02

---

**3.480**

Nonpriority creditor's name and mailing address
Gourmet Kitchen Works
Attn: Managing Agent
450 South Union Ave
Suite G
Springfield, MO 65802

Date(s) debt was incurred  12/10/2015
Last 4 digits of account number  5248

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,351.00

---

**3.481**

Nonpriority creditor's name and mailing address
GRACE TEA COMPANY
Attn: Managing Agent
14-A CRAIG ROAD
ACTON, MA 01720

Date(s) debt was incurred  5/25/2016
Last 4 digits of account number  6030

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$979.42

---

**3.482**

Nonpriority creditor's name and mailing address
Grainware
Attn: Managing Agent
CARLISLE
PO Box 41-1838
LOS ANGELES, CA 90041

Date(s) debt was incurred  1/11/2016
Last 4 digits of account number  6709

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,787.50

---

**3.483**

Nonpriority creditor's name and mailing address
GRANUM, INC.
Attn: Managing Agent
600 S BRANDON ST.
SEATTLE, WA 98108

Date(s) debt was incurred  2/1/2016
Last 4 digits of account number  6094

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$178.53

---

**3.484**

Nonpriority creditor's name and mailing address
Gray Squirrel Coffee Co
Attn: Managing Agent
118 Starlite Dr
Carrboro, NC 27510

Date(s) debt was incurred  4/22/2016
Last 4 digits of account number  6845

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,744.50

---

**3.485**

Nonpriority creditor's name and mailing address
Greasecycle LLC
Attn: Managing Agent
3900 COMMERCE PARK DRIVE
RALEIGH, NC 27610

Date(s) debt was incurred  2/25/2016
Last 4 digits of account number  7610

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$430.00

---

Debtor  Southern Season, Inc.

Case number (if known) _____

Name

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,764.12 |

**3.486**

Nonpriority creditor's name and mailing address

GREAT AMERICA FINANCIAL SVCS
Attn: Managing Agent
PO BOX 660831
DALLAS, TX 75266

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  1341

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,764.12

---

**3.487**

Nonpriority creditor's name and mailing address

Great San Saba River Pecan
Attn: Managing Agent
P.O. BOX 906
SAN SABA, TX 76877

Date(s) debt was incurred  1/29/2016

Last 4 digits of account number  8173

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$155.84

---

**3.488**

Nonpriority creditor's name and mailing address

Great Scot International Inc.
Attn: Managing Agent
8041 Arrowridge Blvd Unit I
Charlotte, NC 28273

Date(s) debt was incurred  2/12/2016

Last 4 digits of account number  5994

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,178.04

---

**3.489**

Nonpriority creditor's name and mailing address

GREEN & ACKERMAN BAKERY
Attn: Managing Agent
65 FRANKLIN AVE
BROOKLYN, NY 11205

Date(s) debt was incurred  3/8/2016

Last 4 digits of account number  8147

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$842.25

---

**3.490**

Nonpriority creditor's name and mailing address

GREEN GUARD FIRST AID & SAFETY
Attn: Managing Agent
4159 SHORELINE DR.
ST. LOUIS, MO 63045

Date(s) debt was incurred  1/20/2016

Last 4 digits of account number  1615

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$435.29

---

**3.491**

Nonpriority creditor's name and mailing address

Green Mountain Mustard, LLC
Attn: Managing Agent
162 Orchard Lane
Richmond, VT 05477

Date(s) debt was incurred  3/8/2016

Last 4 digits of account number  6402

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$92.88

---

**3.492**

Nonpriority creditor's name and mailing address

Green River Pickles
Attn: Managing Agent
33 Davis Hill Rd
Weaverville, NC 28787

Date(s) debt was incurred  1/15/2016

Last 4 digits of account number  6742

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$180.00

Debtor   Southern Season, Inc.
         _____        Case number (if known)  _____
         Name

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300.00 |
|---|---|---|---|

GREGORY PEST SOLUTIONS
Attn:  Managing Agent
PO BOX 6713
GREENVILLE, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  6/6/2016

**Basis for the claim:** _

**Last 4 digits of account number**  9607

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,987.35 |
|---|---|---|---|

Gregory Poole Equipment Company
Attn:  Managing Agent
Processing Center PO BOX 60457
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/15/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8260

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $364.88 |
|---|---|---|---|

Grey Ghost Bakery
Attn:  Managing Agent
1750 Signal Point Road
Suite 2A
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6014

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $328.80 |
|---|---|---|---|

GrowFoods Carolina
Attn:  Managing Agent
990 Morrison Drive
Charleston, SC 29403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/3/2016

**Basis for the claim:** _

**Last 4 digits of account number**  5750

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,730.48 |
|---|---|---|---|

GUGLHUPF BAKERY/PATISSERI
Attn:  Managing Agent
2706 DURHAM CHAPEL HILL BLVD
DURHAM, NC 27707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/7/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6074

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,400.00 |
|---|---|---|---|

GULFSTREAM COMMUNICATIONS
Attn:  Managing Agent
PO BOX 1794
MT PLEASANT, SC 29465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/19/2016

**Basis for the claim:** _

**Last 4 digits of account number**  9465

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,110.00 |
|---|---|---|---|

GUND INC.
Attn:  Managing Agent
26257 Network Pl
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6086

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.500**

**Nonpriority creditor's name and mailing address**
Gunther's Gourmet Groceries LLC
Attn: Managing Agent
9503 Skyview Drive
Richmond, VA 23229

**Date(s) debt was incurred** 3/14/2016

**Last 4 digits of account number** 6252

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,008.00

---

**3.501**

**Nonpriority creditor's name and mailing address**
Gustus Vitae Condiments
Attn: Managing Agent
3016 E Colorado Blvd
#70819
Pasadena, CA 91117

**Date(s) debt was incurred** 12/2/2015

**Last 4 digits of account number** 6025

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$866.40

---

**3.502**

**Nonpriority creditor's name and mailing address**
GUY PARKER'S OLD
Attn: Managing Agent
John Parker
PO BOX 13877
GREENSBORO, NC 27415

**Date(s) debt was incurred** 5/17/2016

**Last 4 digits of account number** 8553

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$124.80

---

**3.503**

**Nonpriority creditor's name and mailing address**
Haand Inc
Attn: Managing Agent
9473-B Perry Rd
Graham, NC 27253

**Date(s) debt was incurred** 2/29/2016

**Last 4 digits of account number** 6645

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,503.91

---

**3.504**

**Nonpriority creditor's name and mailing address**
Hachette Book Grp.
Attn: Managing Agent
PO BOX 8828
JFK STATION
BOSTON, MA 02114-8828

**Date(s) debt was incurred** 1/22/2016

**Last 4 digits of account number** 7015

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$604.79

---

**3.505**

**Nonpriority creditor's name and mailing address**
Haddon House
Attn: Managing Agent
PO BOX 907
MEDFORD, NJ 08055

**Date(s) debt was incurred** 3/8/2016

**Last 4 digits of account number** 7000

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$84,850.66

---

**3.506**

**Nonpriority creditor's name and mailing address**
HAEGER POTTERIES
Attn: Managing Agent
SEVEN MAIDEN LANE
DUNDEE, IL 60118

**Date(s) debt was incurred** 3/2/2016

**Last 4 digits of account number** 8408

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$216.00

---

Debtor  **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $580.60 |

HAGENSBORG CHOCOLATES LTD
Attn:  Managing Agent
3686 BONNEVILLE PL
UNIT 103
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/20/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8185

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,752.78 |

HALPERN'S
Attn:  Managing Agent
PO BOX 116421
ATLANTA, GA 30368-6421

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 0368

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $315.22 |

Hankerings LLC
Attn:  Managing Agent
11242 282nd Road
Arkansas City, KS 67005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/15/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6115

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,089.01 |

HARAM-CHRISTENSEN CORPORA
Attn:  Managing Agent
125 ASIA PLACE
CARLSTADT, NJ 07072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/22/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7036

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $618.25 |

HARBOR SWEETS
Attn:  Managing Agent
85 LEAVITT ST
Salem, MA 01970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7260

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $799.80 |

HARIBO OF AMERICA, INC
Attn:  Managing Agent
PO BOX 64738
BALTIMORE, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/16/2015

**Basis for the claim:** _

**Last 4 digits of account number** 7600

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,195.43 |

HARNEY & SONS,LTD.
Attn:  Managing Agent
5723 Route 22
Millerton, NY 12546

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7008

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Southern Season, Inc.**
<u> </u>
Name

Case number (if known) <u> </u>

| | | |
|---|---|---|
| 3.514 | **Nonpriority creditor's name and mailing address**<br>HAROLD IMPORT<br>Attn: Managing Agent<br>747 VASSAR AVE<br>LAKEWOOD, NJ 08701<br><br>**Date(s) debt was incurred** <u>1/19/2016</u><br>**Last 4 digits of account number** <u>7010</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $11,976.89 |
| 3.515 | **Nonpriority creditor's name and mailing address**<br>Harper Collins/William Morrow<br>Attn: Managing Agent<br>P.O. Box 360846<br>Pittsburgh, PA 15251<br><br>**Date(s) debt was incurred** <u>1/19/2016</u><br>**Last 4 digits of account number** <u>2052</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $119.21 |
| 3.516 | **Nonpriority creditor's name and mailing address**<br>Harper Macaw<br>Attn: Managing Agent<br>3160 Bladensburg Rd NE<br>Washington, DC 20018<br><br>**Date(s) debt was incurred** <u>4/19/2016</u><br>**Last 4 digits of account number** <u>6835</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $1,387.20 |
| 3.517 | **Nonpriority creditor's name and mailing address**<br>HARRIS ELECTRIC CO. OF VA., INC<br>Attn: Managing Agent<br>4910 W. CLAY STREET<br>RICHMOND, VA 23230<br><br>**Date(s) debt was incurred** <u>4/4/2016</u><br>**Last 4 digits of account number** <u>3230</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $174.72 |
| 3.518 | **Nonpriority creditor's name and mailing address**<br>HARRY BARKER INC<br>Attn: Managing Agent<br>4275 ARCO LANE<br>SUITE B<br>N. CHARLESTON, SC 29418<br><br>**Date(s) debt was incurred** <u>1/26/2016</u><br>**Last 4 digits of account number** <u>5443</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $3,349.00 |
| 3.519 | **Nonpriority creditor's name and mailing address**<br>Hatchup Katchup LLC<br>Attn: Managing Agent<br>P.O Box 9258<br>Santa Fe, NM 87504<br><br>**Date(s) debt was incurred** <u>2/29/2016</u><br>**Last 4 digits of account number** <u>6634</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $126.00 |
| 3.520 | **Nonpriority creditor's name and mailing address**<br>Haven's Candies<br>Attn: Managing Agent<br>87 County Road<br>Westbrook, ME 04092<br><br>**Date(s) debt was incurred** <u>1/3/2016</u><br>**Last 4 digits of account number** <u>6012</u> | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $37.30 |

Debtor **Southern Season, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.521 | **Nonpriority creditor's name and mailing address**<br>Health Warrior, Inc<br>Attn: Managing Agent<br>Health Warrior c/o Unisource Worldwide<br>1707 Summit Ave<br>Richmond, VA 23230<br><br>**Date(s) debt was incurred** 1/7/2016<br>**Last 4 digits of account number** 6182 | **As of the petition filing date, the claim is:** Check all that apply.    $864.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.522 | **Nonpriority creditor's name and mailing address**<br>Heide's Gourmet Inc.<br>Attn: Managing Agent<br>PO BOX 3022<br>Chapel Hill, NC 27515<br><br>**Date(s) debt was incurred** 1/11/2016<br>**Last 4 digits of account number** 8418 | **As of the petition filing date, the claim is:** Check all that apply.    $168.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.523 | **Nonpriority creditor's name and mailing address**<br>Hella Bitters<br>Attn: Managing Agent<br>C/O Jomaree Pinkard<br>333 East 119th Street, Unit 5C<br>New York, NY 10035<br><br>**Date(s) debt was incurred** 1/22/2016<br>**Last 4 digits of account number** 6448 | **As of the petition filing date, the claim is:** Check all that apply.    $295.78<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.524 | **Nonpriority creditor's name and mailing address**<br>Hellenic Farms LLC<br>Attn: Managing Agent<br>317 Cox St<br>Roselle, NJ 07203<br><br>**Date(s) debt was incurred** 2/10/2016<br>**Last 4 digits of account number** 6745 | **As of the petition filing date, the claim is:** Check all that apply.    $833.20<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.525 | **Nonpriority creditor's name and mailing address**<br>Henley<br>Attn: Managing Agent<br>1319 Howard Avenue<br>Burlingame, CA 94010<br><br>**Date(s) debt was incurred** 12/14/2015<br>**Last 4 digits of account number** 6133 | **As of the petition filing date, the claim is:** Check all that apply.    $377.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address**<br>Herbal Bliss<br>Attn: Managing Agent<br>820 Central Avenue<br>Summerville, SC 29483<br><br>**Date(s) debt was incurred** 11/23/2015<br>**Last 4 digits of account number** 6484 | **As of the petition filing date, the claim is:** Check all that apply.    $451.36<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.527 | **Nonpriority creditor's name and mailing address**<br>HERNAN<br>Attn: Managing Agent<br>C/O UC FACTORS<br>PO BOX 187<br>GLENDORA, CA 91740<br><br>**Date(s) debt was incurred** 2/16/2016<br>**Last 4 digits of account number** 8416 | **As of the petition filing date, the claim is:** Check all that apply.    $96.00<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

---

| 3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,853.85 |

Hester & Cook Design Group
Attn: Managing Agent
2728 Eugenia Ave. Suite 106
Nashville, TN 37211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6997

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $132.00 |

Hey Boo Jams
Attn: Managing Agent
5800 3rd St #1316
San Fransico, CA 94124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6641

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $372.00 |

High River Entertainment LLC
Attn: Managing Agent
24 Saber Drive
Kings Park, NY 11754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/30/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6248

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $256.08 |

HIGHLAND SUGARWORKS INC
Attn: Managing Agent
PO BOX 58
WILSON INDUSTRIAL PARK
WEBSTERVILLE, VT 05678

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5264

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $372.00 |

HIGHWAVE INC
Attn: Managing Agent
3301 West 5th St.
130
OXNARD, CA 93035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/16/2015

**Basis for the claim:** _

**Last 4 digits of account number** 7360

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $450.00 |

HimiHead Inc
Attn: Managing Agent
PO Box 1346
2219 Crescent Drive
Graham, NC 27253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/11/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6254

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $893.40 |

Hinsdale & Foster Provisions, LLC
Attn: Managing Agent
3400 W. Hospital Ave
Chamblee, GA 30341

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/15/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6066

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc.
_____          Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $545.99 |

3.535  **Nonpriority creditor's name and mailing address**

HOBART SERVICE
Attn:  Managing Agent
ITW FOOD EQUIPMENT GROUP LLC
PO BOX 2517
CAROL STREAM, IL 60132-2517

Date(s) debt was incurred  5/2/2016
Last 4 digits of account number  1312

**As of the petition filing date, the claim is:** Check all that apply.                               $545.99

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.536  **Nonpriority creditor's name and mailing address**

HOBART SERVICE
Attn:  Managing Agent
701 SOUTH RIDGE AVE
TROY, OH 45374

Date(s) debt was incurred  5/2/2016
Last 4 digits of account number  1312

**As of the petition filing date, the claim is:** Check all that apply.                               $545.99

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.537  **Nonpriority creditor's name and mailing address**

HogsHead LLC
Attn:  Managing Agent
9503 B. West Broad St.
Richmond, VA 23294

Date(s) debt was incurred  12/1/2015
Last 4 digits of account number  6446

**As of the petition filing date, the claim is:** Check all that apply.                               $31.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.538  **Nonpriority creditor's name and mailing address**

Holiday Inn I-64 West End Richmond
Attn:  Managing Agent
2000 Staples Mill Road
RIchmond, VA 23230

Date(s) debt was incurred  4/12/2016
Last 4 digits of account number  3230

**As of the petition filing date, the claim is:** Check all that apply.                               $6,793.03

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.539  **Nonpriority creditor's name and mailing address**

HOLLAND AMERICA FOOD CO
Attn:  Managing Agent
2755 28TH ST SW
GRAND RAPIDS, MI 49519

Date(s) debt was incurred  1/4/2016
Last 4 digits of account number  8449

**As of the petition filing date, the claim is:** Check all that apply.                               $4,192.01

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.540  **Nonpriority creditor's name and mailing address**

HOLLY HERRICK
Attn:  Managing Agent
631 Beaten Path
CHARLESTON, SC 29412

Date(s) debt was incurred  5/15/2016
Last 4 digits of account number  9401

**As of the petition filing date, the claim is:** Check all that apply.                               $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.541  **Nonpriority creditor's name and mailing address**

Holy Smoke Olive Oil
Attn:  Managing Agent
991 Summerall Rd.
Johns Island, SC 29455

Date(s) debt was incurred  12/14/2015
Last 4 digits of account number  5298

**As of the petition filing date, the claim is:** Check all that apply.                               $499.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.542**

**Nonpriority creditor's name and mailing address**
HOME INDUSTRIES
Attn:  Managing Agent
1037 QUAKER RIDGE ROAD
MEBANE, NC 27302

Date(s) debt was incurred  1/19/2016
Last 4 digits of account number  7300

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$361.20

---

**3.543**

**Nonpriority creditor's name and mailing address**
Horsetooth Hot Sauce LLC
Attn:  Managing Agent
832 E. Lincoln Ave
Fort Collins, CO 80524

Date(s) debt was incurred  5/23/2016
Last 4 digits of account number  6507

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$42.00

---

**3.544**

**Nonpriority creditor's name and mailing address**
Hot Cakes Molten Chocolate Cakery
Attn:  Managing Agent
200 W Mercer St
Suite 511
Seattle, WA 98119

Date(s) debt was incurred  12/14/2015
Last 4 digits of account number  6335

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$528.74

---

**3.545**

**Nonpriority creditor's name and mailing address**
HOUGHTON MIFFLIN
Attn:  Managing Agent
14046 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred  3/28/2015
Last 4 digits of account number  7076

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,106.43

---

**3.546**

**Nonpriority creditor's name and mailing address**
House of Dorchester
Attn:  Managing Agent
1712 Wilmington Ave
Richmond, VA 23227

Date(s) debt was incurred  1/18/2016
Last 4 digits of account number  6698

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,287.52

---

**3.547**

**Nonpriority creditor's name and mailing address**
Hubbard Peanut Company, Inc.
Attn:  Managing Agent
30275 Sycamore Avenue
Sedley, VA 23878

Date(s) debt was incurred  2/2/2016
Last 4 digits of account number  5990

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,947.30

---

**3.548**

**Nonpriority creditor's name and mailing address**
Hudson Henry Baking Company
Attn:  Managing Agent
221 Palmer County Lane
Palmyra, VA 22963

Date(s) debt was incurred  12/12/2015
Last 4 digits of account number  6241

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$924.00

---

Debtor　　Southern Season, Inc.　　　　　　　　　　　　　Case number (if known)　_____
　　　　　　　Name

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.80 |

**3.549** | **Nonpriority creditor's name and mailing address**
HUNT COUNTRY FOODS, INC.
Attn: Managing Agent
4559 Achilles Lane
Marshall, VA 20115

Date(s) debt was incurred  1/12/2016

Last 4 digits of account number  7079

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$217.80

---

**3.550** | **Nonpriority creditor's name and mailing address**
Huntington Kitchen
Attn: Managing Agent
3312 Thomas Rd
Raleigh, NC 27607-6744

Date(s) debt was incurred  1/15/2016

Last 4 digits of account number  1243

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$432.00

---

**3.551** | **Nonpriority creditor's name and mailing address**
Idaho Candy Company
Attn: Managing Agent
412 South 8th Street
Boise, ID 83702

Date(s) debt was incurred  1/14/2016

Last 4 digits of account number  6083

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$155.10

---

**3.552** | **Nonpriority creditor's name and mailing address**
iHeart Media
Attn: Managing Agent
PO BOX 402584
Atlanta, GA 30384-2584

Date(s) debt was incurred  1/10/2016

Last 4 digits of account number  0384

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$8,778.00

---

**3.553** | **Nonpriority creditor's name and mailing address**
ILLUME CANDLES
Attn: Managing Agent
NW 5550
PO BOX 1450
Minneapolis, MN 55485-5550

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  5289

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,989.62

---

**3.554** | **Nonpriority creditor's name and mailing address**
illy caffe North America, Inc.
Attn: Managing Agent
PO BOX 29917
New York, NY 10087

Date(s) debt was incurred  1/26/2016

Last 4 digits of account number  8300

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,585.24

---

**3.555** | **Nonpriority creditor's name and mailing address**
IMPORTIKA
Attn: Managing Agent
2200 BRIGHTON HENRIETTA TOWN LINE RD
ROCHESTER, NY 14623

Date(s) debt was incurred  2/5/2016

Last 4 digits of account number  5706

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,485.10

---

Debtor   Southern Season, Inc.                                    Case number (if known) _____
_____
         Name

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.80 |
|---|---|---|---|

**3.556** | **Nonpriority creditor's name and mailing address**
INBRU COFFEE FLAVORS
Attn:  Managing Agent
16205 WESTWOODS BUSINESS PARK
ST LOUIS, MO 63021

**Date(s) debt was incurred** 1/15/2016

**Last 4 digits of account number** 8910

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$220.80**

---

**3.557** | **Nonpriority creditor's name and mailing address**
INDEPENDENT WEEKLY (5005)/Indy Week
Attn:  Managing Agent
P.O. BOX 2690
DURHAM, NC 27715

**Date(s) debt was incurred** 3/30/2016

**Last 4 digits of account number** 1129

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,795.00**

---

**3.558** | **Nonpriority creditor's name and mailing address**
INDIA TREE GOURMET
Attn:  Managing Agent
5309 SHILSHOLE AVE
NW # 150
SEATTLE, WA 98107

**Date(s) debt was incurred** 2/22/2016

**Last 4 digits of account number** 8043

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,093.50**

---

**3.559** | **Nonpriority creditor's name and mailing address**
INLAND SEAFOOD
Attn:  Managing Agent
PO BOX 450669
ATLANTA, GA 31145

**Date(s) debt was incurred** 2/29/2016

**Last 4 digits of account number** 8002

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,277.34**

---

**3.560** | **Nonpriority creditor's name and mailing address**
Integrity Food Group
Attn:  Managing Agent
PO BOX A
West Point, VA 23181

**Date(s) debt was incurred** 12/3/2015

**Last 4 digits of account number** 6239

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,489.20**

---

**3.561** | **Nonpriority creditor's name and mailing address**
INTERFACE SECURITY SYSTEM/ WESTEC
Attn:  Managing Agent
8339 SOLUTIONS CTR
CHICAGO, IL 60677-8003

**Date(s) debt was incurred** 5/1/2016

**Last 4 digits of account number** 1279

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,713.05**

---

**3.562** | **Nonpriority creditor's name and mailing address**
INTERNATIONAL GOURMET FOO
Attn:  Managing Agent
7520-D FULLERTON RD
SPRINGFIELD, VA 22153

**Date(s) debt was incurred** 3/18/2016

**Last 4 digits of account number** 8032

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,651.82**

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.563** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55.00
--- | --- | --- | ---
INTERNATIONAL PAPER
Attn:  Managing Agent
PO BOX 644095
PITTSBURGH, PA 15264-4095

Date(s) debt was incurred  5/17/2016

Last 4 digits of account number  5264

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,392.44

INTERNATIONAL TEA IMPORTR
Attn:  Managing Agent
2140 Davie Ave
Commerce, CA 90040

Date(s) debt was incurred  11/25/2015

Last 4 digits of account number  8019

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,322.60

IPS Packaging
Attn:  Managing Agent
PO BOX 2009
Fountain Inn, SC 29644

Date(s) debt was incurred  4/18/2016

Last 4 digits of account number  IPS

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63.00

ISAAC JONES
Attn:  Managing Agent
447 TOWNSEND ROAD
HENDERSONVILLE, NC 28792

Date(s) debt was incurred  4/6/2016

Last 4 digits of account number  8792

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,182.75

iSi NORTH AMERICA, INC.
Attn:  Managing Agent
PO.BOX 828890
PHILADELPHIA, PA 19182-8890

Date(s) debt was incurred  1/25/2016

Last 4 digits of account number  8120

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,237.42

ISLAND PUBLICATIONS, INC
Attn:  Managing Agent
134 COLUMBUS ST
CHARLESTON, SC 29403

Date(s) debt was incurred  12/31/2015

Last 4 digits of account number  9403

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $175.00

Isley Lawn Service
Attn:  Managing Agent
2384 Olde Spring Ct.
Graham, NC 27253

Date(s) debt was incurred  5/30/2016

Last 4 digits of account number  7253

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.570** | **Nonpriority creditor's name and mailing address**
Italian Delights
Attn: Managing Agent
1400 Waterlily Court
Midlothian, VA 23114

Date(s) debt was incurred  12/20/2015

Last 4 digits of account number  6735

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$66.00

---

**3.571** | **Nonpriority creditor's name and mailing address**
ITALIAN FOODS CORPORATION
Attn: Managing Agent
7330 Chapel HIll Rd
Ste 102
Raleigh, NC 27607

Date(s) debt was incurred  12/4/2015

Last 4 digits of account number  6553

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,030.60

---

**3.572** | **Nonpriority creditor's name and mailing address**
ITALIAN PRODUCTS USA INC.
Attn: Managing Agent
29 Walnut Ave
Clark, NJ 07066

Date(s) debt was incurred  1/28/2016

Last 4 digits of account number  6169

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,597.02

---

**3.573** | **Nonpriority creditor's name and mailing address**
ITO EN NEW YORK
Attn: Managing Agent
20 Jay Street, Suite 530
Brooklyn, NY 11201

Date(s) debt was incurred  3/11/2016

Last 4 digits of account number  6390

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$419.56

---

**3.574** | **Nonpriority creditor's name and mailing address**
J & M FOODS
Attn: Managing Agent
9100 Frazier Pike
LITTLE ROCK, AR 72206

Date(s) debt was incurred  12/9/2015

Last 4 digits of account number  9340

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$493.20

---

**3.575** | **Nonpriority creditor's name and mailing address**
J J' s Sweets Cocomels
Attn: Managing Agent
PO Box 3312
Boulder, CO 80307

Date(s) debt was incurred  1/19/2016

Last 4 digits of account number  1266

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$529.68

---

**3.576** | **Nonpriority creditor's name and mailing address**
J K ADAMS CO
Attn: Managing Agent
1430 ROUTE 30
DORSET, VT 05251

Date(s) debt was incurred  3/29/2016

Last 4 digits of account number  9010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,301.50

---

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

---

**3.577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$260.40**
--- | --- | --- | ---

J&D's Foods, Inc.
Attn:  Managing Agent
PO BOX 3764
SEATTLE, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/11/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _7569_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$444.00**
--- | --- | --- | ---

J&W Farms
Attn:  Managing Agent
140 Myers Lane
Winchester, VA 22603

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/31/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6214_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$427.50**
--- | --- | --- | ---

J. Q. Dickinson Salt Works
Attn:  Managing Agent
300 Capitol St. Suite 1503
Charleston, WV 25301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/19/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6789_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$345.00**
--- | --- | --- | ---

JACCARD CORPORATION
Attn:  Managing Agent
70 Commerce Drive
Rochester, NY 14623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/26/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6054_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,981.50**
--- | --- | --- | ---

JACK BLACK
Attn:  Managing Agent
2025 W BELT LINE ROAD
STE 120
CARROLLTON, TX 75006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/22/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _8048_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,880.00**
--- | --- | --- | ---

Jack Rudy
Attn:  Managing Agent
164 Market Street, Suite 189
Charleston, SC 29401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/2/2015_

**Basis for the claim:** _

**Last 4 digits of account number** _6549_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,450.59**
--- | --- | --- | ---

Jacobsen Salt Co
Attn:  Managing Agent
602 SE SALMON
PORTLAND, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _12/30/2015_

**Basis for the claim:** _

**Last 4 digits of account number** _6301_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc.
_____   Case number *(if known)* _____
        Name

---

**3.584** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $648.00
| Jam Beverage Company LLC | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 1182 Sunbronze Ct | ☐ Disputed |
| John Island, SC 29455 | |
| **Date(s) debt was incurred** _1/26/2016_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _6539_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,974.39
| JAMES RIVER | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 11008 WASHINGTON HIGHWAY | ☐ Disputed |
| GLEN ALLEN, VA 23059 | |
| **Date(s) debt was incurred** _4/4/2016_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _3059_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $444.60
| Jar Goods | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 11 E Athens Ave | ☐ Disputed |
| Ardmore, PA 19003 | |
| **Date(s) debt was incurred** _1/3/2016_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _6771_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.88
| Jax Coconut Water | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 18-20 West 21st Street | ☐ Disputed |
| Suite 901 | |
| New York, NY 10010 | |
| **Date(s) debt was incurred** _2/1/2016_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _6456_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $51.24
| JCD Brands LLC DBA Start Sauce | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 151 Route 516 #730 | ☐ Disputed |
| Old Bridge, NJ 08857 | |
| **Date(s) debt was incurred** _1/6/2016_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _6009_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,219.47
| JELLY BELLY CANDY COMPANY | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| PO Box 742799 | ☐ Disputed |
| Los Angeles, CA 90074-2799 | |
| **Date(s) debt was incurred** _12/22/2015_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _5134_ | Is the claim subject to offset? ■ No  ☐ Yes |

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.78
| Jerry's Backyard Barbeque Sauces | ☐ Contingent |
| Attn:  Managing Agent | ☐ Unliquidated |
| 21338 Deodora Court | ☐ Disputed |
| South Chesterfield, VA 23803 | |
| **Date(s) debt was incurred** _12/28/2015_ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _6273_ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor __Southern Season, Inc._____          Case number (if known) _____
       Name

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

JESSICA LAUREL O'NEAL
Attn:  Managing Agent
1300 APPLING DRIVE #109
MOUNT PLEASANT, SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/23/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  9464

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,761.78 |
|---|---|---|---|

Jimbo's  Jumbos
Attn:  Managing Agent
P.O. Box 465
Edenton, NC 27932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/14/2015

**Basis for the claim:**  _

**Last 4 digits of account number**  8045

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $176.40 |
|---|---|---|---|

Jimbo's Lowcountry Foods, LLC
Attn:  Managing Agent
2672 Magnolia Woods Drive
Mt. Pleasant, SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/4/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  6102

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,411.20 |
|---|---|---|---|

JODY'S POPCORN
Attn:  Managing Agent
1160 MILLERS LANE
VIRGINIA BEACH, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/8/2015

**Basis for the claim:**  _

**Last 4 digits of account number**  8450

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,857.15 |
|---|---|---|---|

Joe Van Gogh
Attn:  Managing Agent
505 Meadowland Dr
Unit 101
Hillsborough, NC 27278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/22/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  9025

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $387.00 |
|---|---|---|---|

JOHN WM MACYS CHEESESTICK
Attn:  Managing Agent
80 KIPP AVE
ELMWOOD PARK, NJ 07407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/15/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  9150

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

Jordan Joseph
Attn:  Managing Agent
200 Gattis
Apt. 303
Chapel Hill, NC 27517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/28/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  JJOSEPH

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.

Case number *(if known)* _____

Name

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,541.62 |
|---|---|---|---|

JOSEPHJOSEPH, LTD.
Attn: Managing Agent
41 Madison Ave.
15th floor
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/23/2015

**Basis for the claim:** _

**Last 4 digits of account number** 7952

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

JOSHUA MAXIMILIAN KAST
Attn: Managing Agent
89 FEARRINGTON POST
PITTSBORO, NC 27312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/20/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1193

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.00 |
|---|---|---|---|

JULIA'S PANTRY
Attn: Managing Agent
7143 SIX FORKS RD.
#193
RALEIGH, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/10/2015

**Basis for the claim:** _

**Last 4 digits of account number** 8051

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,620.80 |
|---|---|---|---|

Juliska
Attn: Managing Agent
465 CANAL ST.
STAMFORD, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/21/2015

**Basis for the claim:** _

**Last 4 digits of account number** 6602

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $334.50 |
|---|---|---|---|

Jura Inc.
Attn: Managing Agent
20 Craig Rd
Montvale, NJ 07645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2224

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604.80 |
|---|---|---|---|

Just Cook Foods
Attn: Managing Agent
158 22ND AVE.
San Francisco, CA 94121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8425

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,142.00 |
|---|---|---|---|

Just Slate Company, Inc./ Selbrae House
Attn: Managing Agent
T/A The Just Slate Company
Midfield Road, Mitchelston Industrial Es
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5991

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.605**

**Nonpriority creditor's name and mailing address**
JUSTNEEM.COM
Attn: Managing Agent
203 N HARRISON AVE.
STE 130
CARY, NC 27513

**Date(s) debt was incurred** 1/16/2016
**Last 4 digits of account number** 8128

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,428.53

---

**3.606**

**Nonpriority creditor's name and mailing address**
K.L. KELLER IMPORTS
Attn: Managing Agent
5332 College Ave.
Ste 201
OAKLAND, CA 94618

**Date(s) debt was incurred** 12/18/2015
**Last 4 digits of account number** 0093

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,688.45

---

**3.607**

**Nonpriority creditor's name and mailing address**
Kalo Gluten Free
Attn: Managing Agent
119 CARLTON PARK DR.
STOKESDALE, NC 27357

**Date(s) debt was incurred** 1/5/2016
**Last 4 digits of account number** 5977

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$283.24

---

**3.608**

**Nonpriority creditor's name and mailing address**
Kathleen Hunter Photography
Attn: Managing Agent
302 Chatham Drive
Chapel Hill, NC 27516

**Date(s) debt was incurred** 2/13/2016
**Last 4 digits of account number** 6729

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$645.00

---

**3.609**

**Nonpriority creditor's name and mailing address**
Kavalierglass of North America
Attn: Managing Agent
1301 Brummel Avenue
Elk Grove, IL 60007

**Date(s) debt was incurred** 2/8/2016
**Last 4 digits of account number** 6106

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$76.88

---

**3.610**

**Nonpriority creditor's name and mailing address**
KeHe Distributors
Attn: Managing Agent
PO BOX 32082
New York, NY 10087-2082

**Date(s) debt was incurred** 2/18/2016
**Last 4 digits of account number** 1080

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$406.46

---

**3.611**

**Nonpriority creditor's name and mailing address**
Kestrel Growth Brands (Singing Dog)
Attn: Managing Agent
PO BOX 50042
Eugene, OR 97405

**Date(s) debt was incurred** 11/2/2015
**Last 4 digits of account number** 6377

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$23.80

---

Debtor __Southern Season, Inc.__      Case number *(if known)* _____

Name

| | |
|---|---|
| **3.612** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,432.50 |

Kevin Council
Attn:  Managing Agent
2421 Mossy Rock Rd
CHAPEL HILL, NC 27516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2015

**Basis for the claim:** _

Last 4 digits of account number  7955

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** **Nonpriority creditor's name and mailing address**

Kiawah Pretzel Company
Attn:  Managing Agent
5309 Mill View Court
Rockville, MD 20855

**As of the petition filing date, the claim is:** *Check all that apply.*    $236.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2016

**Basis for the claim:** _

Last 4 digits of account number  6513

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** **Nonpriority creditor's name and mailing address**

KIKKERLAND DESIGNS
Attn:  Managing Agent
PO Box 30892
New York, NY 10087-0892

**As of the petition filing date, the claim is:** *Check all that apply.*    $6,123.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/11/2016

**Basis for the claim:** _

Last 4 digits of account number  6899

Is the claim subject to offset? ■ No ☐ Yes

---

**3.615** **Nonpriority creditor's name and mailing address**

Killo Pest Control Company, Inc.
Attn:  Managing Agent
PO Box 26432
Raleigh, NC 27611

**As of the petition filing date, the claim is:** *Check all that apply.*    $135.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2016

**Basis for the claim:** _

Last 4 digits of account number  7611

Is the claim subject to offset? ■ No ☐ Yes

---

**3.616** **Nonpriority creditor's name and mailing address**

King Arthur Flour Company
Attn:  Managing Agent
62 Fogg Farm Road
White River Junction, VT 05001

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,391.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2015

**Basis for the claim:** _

Last 4 digits of account number  6576

Is the claim subject to offset? ■ No ☐ Yes

---

**3.617** **Nonpriority creditor's name and mailing address**

King Bean Coffee Roasters
Attn:  Managing Agent
3939 Dorchester Rd
North Charleston, SC 29405

**As of the petition filing date, the claim is:** *Check all that apply.*    $282.14

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/19/2016

**Basis for the claim:** _

Last 4 digits of account number  5698

Is the claim subject to offset? ■ No ☐ Yes

---

**3.618** **Nonpriority creditor's name and mailing address**

Kinto
Attn:  Managing Agent
8154 CHEMIN DEVONSHIRE
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*    $410.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2016

**Basis for the claim:** _

Last 4 digits of account number  6144

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.619 | **Nonpriority creditor's name and mailing address**<br>KITCHEN SUPPLY CO<br>Attn:  Managing Agent<br>7540 W. Roosevelt Rd<br>--Behind the Mall--<br>FOREST PARK, IL 60130-2030<br><br>**Date(s) debt was incurred**  2/5/2016<br>**Last 4 digits of account number**  0270 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $84.00 |
| 3.620 | **Nonpriority creditor's name and mailing address**<br>KITCHEN TABLE BAKERS<br>Attn:  Managing Agent<br>41 PRINCETON DR.<br>SYOSSET, NY 11791<br><br>**Date(s) debt was incurred**  3/31/2016<br>**Last 4 digits of account number**  7764 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $192.00 |
| 3.621 | **Nonpriority creditor's name and mailing address**<br>KITCHENAID, INC<br>Attn:  Managing Agent<br>PO BOX 88129<br>Chicago, IL 60695-1129<br><br>**Date(s) debt was incurred**  2/9/2016<br>**Last 4 digits of account number**  0006 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,058.36 |
| 3.622 | **Nonpriority creditor's name and mailing address**<br>KITCHENCUE<br>Attn:  Managing Agent<br>PO BOX 18989<br>DENVER, CO 80218-0989<br><br>**Date(s) debt was incurred**  4/11/2016<br>**Last 4 digits of account number**  7372 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |
| 3.623 | **Nonpriority creditor's name and mailing address**<br>Kitty Keller Designs LLC<br>Attn:  Managing Agent<br>416 N. Austin St<br>Seguin, TX 78155<br><br>**Date(s) debt was incurred**  3/14/2016<br>**Last 4 digits of account number**  6701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,180.00 |
| 3.624 | **Nonpriority creditor's name and mailing address**<br>Kiyasa Corporation<br>Attn:  Managing Agent<br>11621 Seven Springs Dr<br>Cuppertino, CA 95014<br><br>**Date(s) debt was incurred**  2/9/2016<br>**Last 4 digits of account number**  6711 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $589.00 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br>Klara's Gourmet Cookies<br>Attn:  Managing Agent<br>18 Railroad Street Suite 1 Floor 1<br>Lee, MA 01238<br><br>**Date(s) debt was incurred**  1/6/2016<br>**Last 4 digits of account number**  6447 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $366.12 |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page  91 of 183**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Southern Season, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.626**

**Nonpriority creditor's name and mailing address**
KLASSIC ELECTRICAL SERVICES INC
Attn:  Managing Agent
11312 US-15-501 N
Suite 107-156
CHAPEL HILL, NC 27517

**Date(s) debt was incurred**  3/29/2016
**Last 4 digits of account number**  1317

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,701.98

---

**3.627**

**Nonpriority creditor's name and mailing address**
KNOTA YANKEE
Attn:  Managing Agent
PO BOX 99635
Raleigh, NC 27624

**Date(s) debt was incurred**  1/5/2016
**Last 4 digits of account number**  1238

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$540.00

---

**3.628**

**Nonpriority creditor's name and mailing address**
KONTEK SYSTEMS, INC
Attn:  Managing Agent
318 HOLLAND ST MALL
PO BOX 3812
DURHAM, NC 27702

**Date(s) debt was incurred**  5/2/2016
**Last 4 digits of account number**  1486

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$54.83

---

**3.629**

**Nonpriority creditor's name and mailing address**
KOOKABURRA LIQUORICE CO.
Attn:  Managing Agent
14497 Fryelands Blvd SE
MONROE, WA 98272

**Date(s) debt was incurred**  1/7/2016
**Last 4 digits of account number**  5378

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$58.56

---

**3.630**

**Nonpriority creditor's name and mailing address**
KOPPER'S CHOCOLATE SPECIA
Attn:  Managing Agent
39 CLARKSON STREET
NEW YORK, NY 10014

**Date(s) debt was incurred**  5/17/2016
**Last 4 digits of account number**  0030

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,573.79

---

**3.631**

**Nonpriority creditor's name and mailing address**
KOTOBUKi TRADING
Attn:  Managing Agent
PO BOX 987
S.SAN FRANCISCO, CA 94083-0987

**Date(s) debt was incurred**  1/22/2016
**Last 4 digits of account number**  5533

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$876.25

---

**3.632**

**Nonpriority creditor's name and mailing address**
KRUPS
Attn:  Managing Agent
PO BOX 7247
PHILADELPHIA, PA 19170-7717

**Date(s) debt was incurred**  3/10/2016
**Last 4 digits of account number**  0040

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$365.88

---

Debtor  Southern Season, Inc.
_____    Case number (if known) _____
          Name

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $688.80 |

Kualli Foods
Attn:  Managing Agent
7235 Alexander Dr.
Dallas, TX 75214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/29/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6810

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60.00 |

KUHN RIKON CORPORATION
Attn:  Managing Agent
16 Digital Drive
Suite 220
Novato, CA 94949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/3/2016

**Basis for the claim:** _

**Last 4 digits of account number**  0320

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $135.36 |

Kuli Kuli Inc
Attn:  Managing Agent
P.O. Box 32097
Oakland, CA 94604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6603

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,564.50 |

L.TREMAIN, INC.
Attn:  Managing Agent
PO BOX 10728
Marina Del Rey, CA 90295

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/8/2015

**Basis for the claim:** _

**Last 4 digits of account number**  1084

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $208.20 |

La Bella Vita Bakery
Attn:  Managing Agent
11166 Broken Bit Lane
Ashland, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6372

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $270.00 |

LA CAFETIERE
Attn:  Managing Agent
PO BOX 4363
LISLE, IL 60532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/31/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7403

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,352.00 |

LA CREMA COFFEE COMPANY
Attn:  Managing Agent
9085 Sutton Place
Hamilton, NC 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8921

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
Name

---

**3.640**  **Nonpriority creditor's name and mailing address**
La Pavia(Top Note Tonic)
Attn:  Managing Agent
2018 S First St.
Milwaukee, WI 53207

Date(s) debt was incurred  2/19/2016
Last 4 digits of account number  6804

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$957.60

---

**3.641**  **Nonpriority creditor's name and mailing address**
LABELS DIRECT, INC
Attn:  Managing Agent
664 TRADE CENTER BLVD
CHESTERFIELD, MO 63005

Date(s) debt was incurred  4/1/2016
Last 4 digits of account number  7243

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,703.00

---

**3.642**  **Nonpriority creditor's name and mailing address**
LAFCO INC.
Attn:  Managing Agent
23 E. 4th St
7th Floor
NEW YORK, NY 10003

Date(s) debt was incurred  3/2/2016
Last 4 digits of account number  1016

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$264.50

---

**3.643**  **Nonpriority creditor's name and mailing address**
LAKE CHAMPLAIN CHOCOLATES
Attn:  Managing Agent
750 PINE STREET
BURLINGTON, VT 05401

Date(s) debt was incurred  12/22/2015
Last 4 digits of account number  1031

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$12,543.32

---

**3.644**  **Nonpriority creditor's name and mailing address**
LAKESIDE MILLS, INC.
Attn:  Managing Agent
PO BOX 230
RUTHERFORDTON, NC 28139

Date(s) debt was incurred  5/16/2016
Last 4 digits of account number  1160

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,608.60

---

**3.645**  **Nonpriority creditor's name and mailing address**
Lambrecht Gourmet, Inc
Attn:  Managing Agent
PO Box 262
Heber Springs, AR 72543

Date(s) debt was incurred  1/5/2016
Last 4 digits of account number  6230

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,635.00

---

**3.646**  **Nonpriority creditor's name and mailing address**
Lanier A. Calaway
Attn:  Managing Agent
1005 Castalia Dr.
Cary, NC 27513

Date(s) debt was incurred  5/31/2016
Last 4 digits of account number  LCALAWAY

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.647**

**Nonpriority creditor's name and mailing address**
LARK FINE FOODS
Attn:  Managing Agent
8 Scot's way
Essex, MA 01929

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  8522

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$778.60

---

**3.648**

**Nonpriority creditor's name and mailing address**
LARRY'S BEANS INC.
Attn:  Managing Agent
1507 GAVIN ST.
RALEIGH, NC 27608

Date(s) debt was incurred  4/13/2016

Last 4 digits of account number  7311

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,105.04

---

**3.649**

**Nonpriority creditor's name and mailing address**
Lathergy, LLC
Attn:  Managing Agent
38 Harlow St.
Worcester, MA 01605

Date(s) debt was incurred  3/29/2016

Last 4 digits of account number  6807

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,642.20

---

**3.650**

**Nonpriority creditor's name and mailing address**
LATTA'S EGG RANCH
Attn:  Managing Agent
1016  GOVERNOR BURKE RD
HILLSBOROUGH, NC 27278

Date(s) debt was incurred  4/18/2016

Last 4 digits of account number  6781

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,652.70

---

**3.651**

**Nonpriority creditor's name and mailing address**
Laughing Giraffe
Attn:  Managing Agent
3340 Mt. Diablo Blvd. Suite E
Lafayette, CA 94549

Date(s) debt was incurred  2/18/2016

Last 4 digits of account number  6731

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$483.66

---

**3.652**

**Nonpriority creditor's name and mailing address**
Lauri Jo's Southern Style Canning, LLC.
Attn:  Managing Agent
4428 US Hwy 319 N
Norman Park, GA 31771

Date(s) debt was incurred  10/8/2015

Last 4 digits of account number  6002

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,686.92

---

**3.653**

**Nonpriority creditor's name and mailing address**
LBB Imports
Attn:  Managing Agent
2015 S Acacia Court
Rancho Dominguez, CA 90220

Date(s) debt was incurred  3/4/2016

Last 4 digits of account number  6604

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$5,665.79

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.654**

**Nonpriority creditor's name and mailing address**
Le Bleu Central Distributors Inc
Attn: Managing Agent
PO Box 63
Advance, NC 27006

Date(s) debt was incurred  2/11/2016

Last 4 digits of account number  6613

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$70.00

---

**3.655**

**Nonpriority creditor's name and mailing address**
Le Cadeaux
Attn: Managing Agent
851 E 60th St
Los Angeles, CA 90001

Date(s) debt was incurred  11/2/2015

Last 4 digits of account number  5412

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$56.00

---

**3.656**

**Nonpriority creditor's name and mailing address**
Le Caramel
Attn: Managing Agent
1725 Gillespie Way Ste 105
El Cajon, CA 92020

Date(s) debt was incurred  4/21/2016

Last 4 digits of account number  6379

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$39.00

---

**3.657**

**Nonpriority creditor's name and mailing address**
Le Creuset of America
Attn: Managing Agent
P.O Box 277408
Atlanta, GA 30384-7408

Date(s) debt was incurred  4/21/2016

Last 4 digits of account number  7650

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$15,407.68

---

**3.658**

**Nonpriority creditor's name and mailing address**
LE GRAND CONFECTIONARY
Attn: Managing Agent
9255 Beatty Dr.
SACRAMENTO, CA 95826

Date(s) debt was incurred  2/9/2016

Last 4 digits of account number  8750

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,073.60

---

**3.659**

**Nonpriority creditor's name and mailing address**
LeCraw Engineering
Attn: Managing Agent
3475 Corporate Way
Suite A
Duluth, GA 30096

Date(s) debt was incurred  5/30/2016

Last 4 digits of account number  0096

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,600.00

---

**3.660**

**Nonpriority creditor's name and mailing address**
Lee-Moore Capital Company
Attn: Managing Agent
603 Carthage St.
Sanford, NC 27331

Date(s) debt was incurred  6/1/2016

Last 4 digits of account number  7331

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.661**

**Nonpriority creditor's name and mailing address**
LEKUE USA, Inc.
Attn:  Managing Agent
802 Centerpoint Blvd
New Castle, DE 19720

**Date(s) debt was incurred**  1/15/2016

**Last 4 digits of account number**  6050

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$162.00

---

**3.662**

**Nonpriority creditor's name and mailing address**
Les Cousins d'Amerique Ltd(Maison Boissi
Attn:  Managing Agent
1797 Princeton Place
Merrick, NY 11566

**Date(s) debt was incurred**  1/13/2016

**Last 4 digits of account number**  6667

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$636.00

---

**3.663**

**Nonpriority creditor's name and mailing address**
Let's Eat Unique, LLC
Attn:  Managing Agent
2131 McKinley Road NW
Atlanta, GA 30318

**Date(s) debt was incurred**  2/4/2016

**Last 4 digits of account number**  6093

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$273.00

---

**3.664**

**Nonpriority creditor's name and mailing address**
LETTIERI & CO., LTD.
Attn:  Managing Agent
120 Park Lane
Brisbane, CA 94005

**Date(s) debt was incurred**  5/2/2016

**Last 4 digits of account number**  1640

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$308.25

---

**3.665**

**Nonpriority creditor's name and mailing address**
LIHMIL INC
Attn:  Managing Agent
735 AINDENEER DRIVE
KERNERSVILLE, NC 27284

**Date(s) debt was incurred**  3/30/2016

**Last 4 digits of account number**  7284

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$8,114.99

---

**3.666**

**Nonpriority creditor's name and mailing address**
Lillie's Q
Attn:  Managing Agent
1856 W. North Ave.
Chicago, IL 60622

**Date(s) debt was incurred**  12/11/2015

**Last 4 digits of account number**  1262

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,997.48

---

**3.667**

**Nonpriority creditor's name and mailing address**
Limehouse Produce
Attn:  Managing Agent
P. O. Box 41370
Charleston, SC 29423

**Date(s) debt was incurred**  4/25/2016

**Last 4 digits of account number**  5321

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9,749.67

---

Debtor      Southern Season, Inc.
            _____                    Case number (if known)   _____
            Name

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.40 |
|---|---|---|---|

Little Belgians
Attn:  Managing Agent
29 Hill Road
Berkeley, CA 94708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/12/2016

Basis for the claim: _

Last 4 digits of account number  6758

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

Little, Brown, and Company
Attn:  Managing Agent
PO BOX 8828
JFK STATION
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/23/2016

Basis for the claim: _

Last 4 digits of account number  7234

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

Lizzard Associates LLC
Attn:  Managing Agent
71-18 Juniper Valley Road
Middle Village, NY 11379

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2016

Basis for the claim: _

Last 4 digits of account number  6519

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,341.74 |
|---|---|---|---|

LM RETAIL, LLC C/O GUMENICK
PROPERTIES
Attn:  Managing Agent
4901 LIBBIE MILL EAST BOULEVARD
RICHMOND, VA 23230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number  3226

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,837.76 |
|---|---|---|---|

LODGE MANUFACTURING CO.
Attn:  Managing Agent
P.O. BOX 380
SOUTH PITTSBURG, TN 37380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/12/2016

Basis for the claim: _

Last 4 digits of account number  5883

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,170.50 |
|---|---|---|---|

LOOFAH ART
Attn:  Managing Agent
381 BLAIR ROAD
AVENEL, NJ 07001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2015

Basis for the claim: _

Last 4 digits of account number  6453

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,286.90 |
|---|---|---|---|

Los Chileros de Nuevo Mexico
Attn:  Managing Agent
309 Industrial Ave NE
Albuquerque, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/16/2015

Basis for the claim: _

Last 4 digits of account number  5095

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.675** | Nonpriority creditor's name and mailing address

Louis Sherry Company LLC
Attn:  Managing Agent
4339 Rossevelt Blvd Ste 400
Jacksoonville, FL 32210

Date(s) debt was incurred  12/10/2015

Last 4 digits of account number  6533

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,023.23

---

**3.676** | Nonpriority creditor's name and mailing address

LOW COUNTRY GREASE SERVICE
Attn:  Managing Agent
525 HIDDEN BLVD
MOUNT PLEASANT, SC 29464

Date(s) debt was incurred  5/2/2016

Last 4 digits of account number  9464

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.677** | Nonpriority creditor's name and mailing address

LOWCOUNTRY PRODUCE
Attn:  Managing Agent
302 Carteret St
Beaufort, SC 29902

Date(s) debt was incurred  11/5/2015

Last 4 digits of account number  7607

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,303.52

---

**3.678** | Nonpriority creditor's name and mailing address

LOWCOUNTRY SHELLFISH, INC
Attn:  Managing Agent
7195 BRYHAWKE CIRCLE
CHARLESTON, SC 29418

Date(s) debt was incurred  4/5/2016

Last 4 digits of account number  W003

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$22,202.12

---

**3.679** | Nonpriority creditor's name and mailing address

LUCINDY WILLIS
Attn:  Managing Agent
410 CRYSTAL COVE LANE
YANCEYVILLE, NC 27379

Date(s) debt was incurred  5/29/2016

Last 4 digits of account number  1154

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.680** | Nonpriority creditor's name and mailing address

LUCKY DOG PUBLISHING
Attn:  Managing Agent
PO BOX 837
SULLIVAN'S ISLAND, SC 29482

Date(s) debt was incurred  1/17/2016

Last 4 digits of account number  9482

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.681** | Nonpriority creditor's name and mailing address

Lunatec, Inc.
Attn:  Managing Agent
7929 Silverton Ave, Ste 610
San Diego, CA 92126

Date(s) debt was incurred  1/8/2016

Last 4 digits of account number  7115

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$144.50

---

| | |
|---|---|
| Debtor | **Southern Season, Inc.** |
| | Name |

Case number (if known) _____

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $412.63
Lydia Inglett Publishing
Attn:  Managing Agent
301 Central Ave #181
Hilton Head Island, SC 29928

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/9/2016

**Basis for the claim:** _

Last 4 digits of account number  6856

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.80
Mad Hatter Foods, LLC
Attn:  Managing Agent
PO Box 4541
Charlottesville, VA 22905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/21/2016

**Basis for the claim:** _

Last 4 digits of account number  6263

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,183.83
MADELAINE
Attn:  Managing Agent
488 Madison Ave
Suite 800
NEW YORK, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2016

**Basis for the claim:** _

Last 4 digits of account number  2570

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
MADISON UNIVERSITY MALL/University Place
Attn:  Managing Agent
NW584305
PO BOX 1450
MINNEAPOLIS, MN 55485-5843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/11/2016

**Basis for the claim:** _

Last 4 digits of account number  1346

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $333.29
Madre Chocolate LLC
Attn:  Managing Agent
1150 Nuuanu Ave
Honolulu, HI 96817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/25/2016

**Basis for the claim:** _

Last 4 digits of account number  8407

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,120.64
Madyson's Marshmallows
Attn:  Managing Agent
2211 West South, Suite D
Heber, UT 84032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/30/2016

**Basis for the claim:** _

Last 4 digits of account number  6829

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,331.00
Maileg North America Inc.
Attn:  Managing Agent
1005 Mansell Rd.
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/2016

**Basis for the claim:** _

Last 4 digits of account number  5689

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Southern Season, Inc.
_____          Case number (if known) _____
         Name

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Nonpriority creditor's name and mailing address**
MAJANI KENYAN TEA
Attn:  Managing Agent
ATTN:  RONALD MUTAI
1745 BROADWAY, FL 17
NEW YORK, NY 10019-4642

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  8979

As of the petition filing date, the claim is: Check all that apply.     $150.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.690
Malvi Marshmallow Confections
Attn:  Managing Agent
2070 Clayburn Dr
Cumming, GA 30040

Date(s) debt was incurred  1/28/2016

Last 4 digits of account number  6663

As of the petition filing date, the claim is: Check all that apply.     $822.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.691
MAMA CORIE'S CONFECTIONS
Attn:  Managing Agent
101 ACCOLADE DR.
CARY, NC 27513

Date(s) debt was incurred  2/3/2016

Last 4 digits of account number  8783

As of the petition filing date, the claim is: Check all that apply.     $914.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.692
MAMA DIP'S KITCHEN
Attn:  Managing Agent
405 W. ROSEMARY STREET
CHAPEL HILL, NC 27516

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  2151

As of the petition filing date, the claim is: Check all that apply.     $226.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.693
MANICARETTI
Attn:  Managing Agent
5332 COLLEGE AVENUE
SUITE 200
OAKLAND, CA 94618

Date(s) debt was incurred  12/3/2015

Last 4 digits of account number  2920

As of the petition filing date, the claim is: Check all that apply.     $2,993.77

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.694
MANNING FULTON
Attn:  Managing Agent
PO BOX 20389
RALEIGH, NC 27619-0389

Date(s) debt was incurred  2/10/2016

Last 4 digits of account number  7619

As of the petition filing date, the claim is: Check all that apply.     $18,038.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Nonpriority creditor's name and mailing address**   3.695
MANNING FULTON
Attn:  Managing Agent
3605 GLENWOOD AVENUE
SUITE 500
RALEIGH, NC 27612

Date(s) debt was incurred  2/10/2016

Last 4 digits of account number  7619

As of the petition filing date, the claim is: Check all that apply.     $18,038.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  __Southern Season, Inc._____      Case number *(if known)* _____
          Name

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,293.75 |

3.696  **Nonpriority creditor's name and mailing address**
MAPLE VIEW FARMS
Attn:  Managing Agent
3109 DAIRYLAND ROAD
HILLSBOROUGH, NC 27278

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,293.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/28/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _8132_
Is the claim subject to offset? ☐ No  ☐ Yes

---

3.697  **Nonpriority creditor's name and mailing address**
MARCELO VILLASUSO
Attn:  Managing Agent
66 CAMEO COURT
CLAYTON, NC 27527

**As of the petition filing date, the claim is:** *Check all that apply.*    $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6/13/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _MVILLASUSO_
Is the claim subject to offset? ☐ No  ☐ Yes

---

3.698  **Nonpriority creditor's name and mailing address**
MARICH CONFECTIONERY CO
Attn:  Managing Agent
2101 BERT DRIVE
HOLLISTER, CA 95023-2562

**As of the petition filing date, the claim is:** *Check all that apply.*    $3,873.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/10/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _2580_
Is the claim subject to offset? ☐ No  ☐ Yes

---

3.699  **Nonpriority creditor's name and mailing address**
MARIPOSA
Attn:  Managing Agent
5 ELM STREET
MANCHESTER, MA 01944

**As of the petition filing date, the claim is:** *Check all that apply.*    $23.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/30/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _6103_
Is the claim subject to offset? ☐ No  ☐ Yes

---

3.700  **Nonpriority creditor's name and mailing address**
MARK T. WENDELL CO.
Attn:  Managing Agent
14-A Craig Rd.
Acton, MA 01742

**As of the petition filing date, the claim is:** *Check all that apply.*    $449.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/25/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _2121_
Is the claim subject to offset? ■ No  ☐ Yes

---

3.701  **Nonpriority creditor's name and mailing address**
Marlo's Bake Shop
Attn:  Managing Agent
1517 North Point St. ste 325
San Francisco, CA 94123

**As of the petition filing date, the claim is:** *Check all that apply.*    $370.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/14/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _6408_
Is the claim subject to offset? ■ No  ☐ Yes

---

3.702  **Nonpriority creditor's name and mailing address**
Marshall's Haute Sauce
Attn:  Managing Agent
4503 SE 67th Ave
Portland, OR 97206

**As of the petition filing date, the claim is:** *Check all that apply.*    $144.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/19/2016_
**Basis for the claim:** _

**Last 4 digits of account number** _6582_
Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.703** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00

Maruso LLC
Attn:  Managing Agent
224 Springhouse Lane
PITTSBURG, PN 15238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6016

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.704** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00

Mary D. Manilla
Attn:  Managing Agent
1611 A Pinecrest Rd
Charleston, SC 29407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** MMANILLA

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,046.25

Mary Lake -Thompson
Attn:  Managing Agent
2121 MONTGOMERY STREET
OROVILLE, CA 95965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/11/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8240

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.75

Mary Wessner Photography LLC
Attn:  Managing Agent
75 Delahow Street
Charleston, SC 29492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/13/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6624

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.707** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.16

MARYLAND CHINA CO
Attn:  Managing Agent
P.O. BOX 307
REISTERSTOWN, MD 21136-0307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2127

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.708** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.60

Masala Pop LLC
Attn:  Managing Agent
1640 SE 3rd Ave
Portland, OR 97214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6608

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.709** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.06

MASATOSHI TSUJIMURA
Attn:  Managing Agent
10800 SEPTEMBER COURT
RALEIGH, NC 27614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/1/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1206

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    

Debtor __Southern Season, Inc._____     Case number (if known) _____
        Name

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,595.50 |

**3.710**

**Nonpriority creditor's name and mailing address**
MASON CASH & COMPANY,LTD.
Attn: Managing Agent
1405 ROUTE 18
SUITE 200
OLD BRIDGE, NJ 08857

**Date(s) debt was incurred** _4/4/2016_
**Last 4 digits of account number** _2051_

**As of the petition filing date, the claim is:** Check all that apply.      **$2,595.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711**

**Nonpriority creditor's name and mailing address**
Mast Brothers Chocolates
Attn: Managing Agent
105A North 3rd St.
Brooklyn, NY 11249

**Date(s) debt was incurred** _1/11/2016_
**Last 4 digits of account number** _1256_

**As of the petition filing date, the claim is:** Check all that apply.      **$1,438.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712**

**Nonpriority creditor's name and mailing address**
Mati Inc.
Attn: Managing Agent
604 W Morgan St. #303
Durham, NC 27701

**Date(s) debt was incurred** _1/19/2016_
**Last 4 digits of account number** _6057_

**As of the petition filing date, the claim is:** Check all that apply.      **$315.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713**

**Nonpriority creditor's name and mailing address**
Mavea, LLC
Attn: Managing Agent
675 Tollgate Road
Suite G
Elgin, IL 60123

**Date(s) debt was incurred** _12/17/2015_
**Last 4 digits of account number** _6168_

**As of the petition filing date, the claim is:** Check all that apply.      **$336.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714**

**Nonpriority creditor's name and mailing address**
Mayana Chocolate Inc
Attn: Managing Agent
1319 Valley Rd, Suite 1
Spooner, WI 54801

**Date(s) debt was incurred** _5/4/2016_
**Last 4 digits of account number** _6510_

**As of the petition filing date, the claim is:** Check all that apply.      **$106.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715**

**Nonpriority creditor's name and mailing address**
MCCLURE'S PICKLES
Attn: Managing Agent
8201 ST. AUBIN
DETROIT, MI 48211

**Date(s) debt was incurred** _4/12/2016_
**Last 4 digits of account number** _8866_

**As of the petition filing date, the claim is:** Check all that apply.      **$384.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716**

**Nonpriority creditor's name and mailing address**
McCrea's Candies
Attn: Managing Agent
202 Neponset Valley Parkway
Hyde Park, MA 02136

**Date(s) debt was incurred** _3/4/2016_
**Last 4 digits of account number** _6817_

**As of the petition filing date, the claim is:** Check all that apply.      **$2,630.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc.

Case number (if known)

---

**3.717**

**Nonpriority creditor's name and mailing address**

McEVOY RANCH
Attn:  Managing Agent
P.O.BOX 341
PETALUMA, CA 94953-0341

Date(s) debt was incurred  3/1/2016

Last 4 digits of account number  2145

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$60.00

---

**3.718**

**Nonpriority creditor's name and mailing address**

MEDITERRANNEAN TREATS
Attn:  Managing Agent
PO Box 124
CARY, NC 27512

Date(s) debt was incurred  12/8/2015

Last 4 digits of account number  6890

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,170.00

---

**3.719**

**Nonpriority creditor's name and mailing address**

Meg Hillary Designs
Attn:  Managing Agent
15005 Ironwood Court
Eden Prairie, MN 55346

Date(s) debt was incurred  1/11/2016

Last 4 digits of account number  9120

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$456.00

---

**3.720**

**Nonpriority creditor's name and mailing address**

MELITTA
Attn:  Managing Agent
P.O. BOX 102986
ATLANTA, GA 30368-2986

Date(s) debt was incurred  3/29/2016

Last 4 digits of account number  2040

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$435.30

---

**3.721**

**Nonpriority creditor's name and mailing address**

Melvin's BBQ
Attn:  Managing Agent
PO Box 13419
Charleston, SC 29422

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  7168

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$47.00

---

**3.722**

**Nonpriority creditor's name and mailing address**

MEM TEA IMPORTS
Attn:  Managing Agent
49 ELM STREET
WATERTOWN, MA 02472

Date(s) debt was incurred  2/2/2016

Last 4 digits of account number  7613

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$403.90

---

**3.723**

**Nonpriority creditor's name and mailing address**

Men's Society/Portland
Attn:  Managing Agent
Churchyard
Long Sutton
ENGLAND

Date(s) debt was incurred  4/1/2016

Last 4 digits of account number  6840

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$10,894.88

---

Debtor **Southern Season, Inc.**
_____     Case number (if known) _____
Name

---

| 3.724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $78.00 |

Merfs Condiments
Attn:  Managing Agent
739 S. Krameria Street
Denver, CO 80224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/1/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6571

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,996.07 |

MeriMeri Inc
Attn:  Managing Agent
111 Anza BLVD
Suite 100
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/29/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6605

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,869.35 |

MESSERMEISTER
Attn:  Managing Agent
418 BRYANT CIRCLE
SUITE A
OJAI, CA 93023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/12/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6443

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $987.00 |

Metalace Art Ltd
Attn:  Managing Agent
3, Ha Alon Street
ISRAEL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/7/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6013

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $924.20 |

METROKANE
Attn:  Managing Agent
PO BOX 71933
Chicago, IL 60694-1933

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/17/2015

**Basis for the claim:** _

**Last 4 digits of account number**  2100

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,252.37 |

METROPOLITAN TEA COMPANY
Attn:  Managing Agent
60 INDUSTRIAL PARKWAY
SUITE 776
CHEEKTOWAGA, NY 14227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  2078

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,697.50 |

MIAMI GOURMET COFFEE DIST
Attn:  Managing Agent
3572 NW 50TH ST
MIAMI, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/15/2016

**Basis for the claim:** _

**Last 4 digits of account number**  2061

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Southern Season, Inc.__    Case number (if known) _____
Name

---

**3.731** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $907.23
MICHAEL ARAM INC
Attn:  Managing Agent
2102 83RD ST
NORTH BERGEN, NJ 07047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/28/2016

**Basis for the claim:** _

Last 4 digits of account number  8417

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $77.50
MICRO MEDIC
Attn:  Managing Agent
4021 STIRRUP CREEK DRIVE
SUITE 300
DURHAM, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2016

**Basis for the claim:** _

Last 4 digits of account number  7703

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,870.28
MICROPLANE/Grace Manufacturing
Attn:  Managing Agent
614 SR 247
RUSSELLVILLE, AR 72802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15/2016

**Basis for the claim:** _

Last 4 digits of account number  2158

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $228.00
MICROTHIN PRODUCTS, INC
Attn:  Managing Agent
661 FRONTIER WAY
BENSENVILLE, IL 60106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/12/2016

**Basis for the claim:** _

Last 4 digits of account number  6381

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,066.81
MIDWEST IMPORTERS
Attn:  Managing Agent
PO Box 529
Buffalo, NY 14240-0529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/8/2016

**Basis for the claim:** _

Last 4 digits of account number  2160

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00
MIGHTY QUINN LLC
Attn:  Managing Agent
1062 OLD GRAHAM RD
PITTSBORO, NC 27312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/22/2016

**Basis for the claim:** _

Last 4 digits of account number  1618

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.737** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $284.00
Mike's Hot Honey Inc
Attn:  Managing Agent
21-47 44th Drive
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/28/2016

**Basis for the claim:** _

Last 4 digits of account number  6520

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Southern Season, Inc.**

 Name

Case number *(if known)* _____

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $299.25 |
|---|---|---|---|

Mikesell's Potato Chip Company
Attn: Managing Agent
333 Leo Street
Dayton, OH 45404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/11/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6306_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $438.00 |
|---|---|---|---|

Mikuni Wild Harvest Inc
Attn: Managing Agent
18818 13th Place South
Sea Tac, WA 98148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/19/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6523_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $940.28 |
|---|---|---|---|

Milkboy Swiss Chocolates
Attn: Managing Agent
1412 Carroll St
Brooklyn, NY 11213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/7/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6593_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $587.51 |
|---|---|---|---|

Millcroft Farms Co
Attn: Managing Agent
140 Fox Drive
Stanley, VA 22851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/27/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6247_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $88.00 |
|---|---|---|---|

Miller's Mustard LLC
Attn: Managing Agent
139 Golfview Drive
Gibsonia, PA 15044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _5/23/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _6500_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $997.19 |
|---|---|---|---|

MINO'S
Attn: Managing Agent
735-A INDENEER DR
KERNERSVILLE, NC 27284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _3/15/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _7278_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,822.00 |
|---|---|---|---|

MIRCOM
Attn: Managing Agent
4575 WITMER INDUSTRIAL ESTATES
NIAGARA FALLS, NY 14305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/18/2016_

**Basis for the claim:** _

**Last 4 digits of account number** _1320_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Southern Season, Inc.
_____
       Name                                               Case number *(if known)*

---

**3.745** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$603.36**

Mise en Place Products
Attn: Managing Agent
6020 Parkway North Drive, Suite 1100
Cumming, GA 30040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/9/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6098

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

Miss Marjorie
Attn: Managing Agent
1412 E Union St
Seattle, WA 98122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/24/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6830

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,160.00**

MISSISSIPPI CHEESE STRAW
Attn: Managing Agent
741 E 8TH STREET
YAZOO CITY, MS 39194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/16/2015

**Basis for the claim:** _

**Last 4 digits of account number** 2076

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,038.20**

MISTER SNACKS
Attn: Managing Agent
PO BOX 988
500 CREEKSIDE DR
AMHERST, NY 14226-0988

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/8/2015

**Basis for the claim:** _

**Last 4 digits of account number** 2112

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,392.20**

MIYA COMPANY
Attn: Managing Agent
73 CHAMBERS BROOK ROAD
SOMERVILLE, NJ 08876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5588

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,569.55**

MODERN TWIST INC
Attn: Managing Agent
1465 Park Avenue
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8511

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.13**

Mole Hollow Candles
Attn: Managing Agent
PO BOX 223
208 Charlton Rd
Sturbridge, MA 01566

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/21/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6026

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $84.00 |

Molonay Tubilderborst Ketchup
Attn: Managing Agent
2140 East 7th Place A3N
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/1/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6088

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $324.00 |

MONACO BAKING (dba)
Attn: Managing Agent
PHENIX GOURMET LLC
14700 MARQUARDT AVENUE
SANTA FE SPRING, CA 90670-5125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/28/2015

**Basis for the claim:** _

**Last 4 digits of account number** 2135

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $106.80 |

Montebello Kitchens, LLC
Attn: Managing Agent
PO Box 5486
Charlottesville, VA 22905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/12/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6017

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $186.00 |

MOON DANCE BAKING INC
Attn: Managing Agent
625 MARTIN AVE #5
ROHNERT PARK, CA 94928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8415

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,910.35 |

MOONSTRUCK CHOCOLATIER
Attn: Managing Agent
6600 N Baltimore Ave.
PORTLAND, OR 97203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2114

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,275.00 |

Moore & Giles
Attn: Managing Agent
1081 Tannery Row
Forest, VA 24551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9125

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $416.04 |

Morris Kitchen
Attn: Managing Agent
30 Chester Court
Brooklyn, NY 11225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/6/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6618

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.759** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.00

MORRIS VISITOR PUBLICATIONS, LLC
Attn: Managing Agent
PO BOX 1584
AUGUSTA, GA 30903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2015

**Basis for the claim:** _

Last 4 digits of account number  1208

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.760** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,672.75

MORRISETTE PAPER CO
Attn: Managing Agent
P.O Box 890982
CHARLOTTE, NC 28289-0982

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/17/2015

**Basis for the claim:** _

Last 4 digits of account number  2029

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.761** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.40

Mothiana Ambrosia, LLC
Attn: Managing Agent
PO Box 111
Carrollton, VA 23314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/20/2016

**Basis for the claim:** _

Last 4 digits of account number  6188

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.762** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,828.57

MOTTAHEDEH & CO (JARS)
Attn: Managing Agent
5 CORPORATE DRIVE
CRANBURY, NJ 08512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/7/2015

**Basis for the claim:** _

Last 4 digits of account number  7086

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.763** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.84

Mrs. Ruth's Jams
Attn: Managing Agent
891 Neodak Rd
Apex, NC 27523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/8/2016

**Basis for the claim:** _

Last 4 digits of account number  6839

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.00

Mrs. Sassard's, LLC
Attn: Managing Agent
1061 Steelechase Lane
Hanahan, SC 29410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/6/2015

**Basis for the claim:** _

Last 4 digits of account number  6108

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.765** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.00

MU KITCHEN
Attn: Managing Agent
5310 W 23rd St
Suite 120
St Louis Park, MN 55416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2016

**Basis for the claim:** _

Last 4 digits of account number  6457

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,390.44 |
|---|---|---|---|

Mud Pie LLC
Attn:  Managing Agent
4893 Lewis Rd
SUITE  A
Stone Mountain, GA 30083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/12/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6034

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.00 |
|---|---|---|---|

MUIRHEAD
Attn:  Managing Agent
1040 Pennsylvania Ave
TRENTON, NJ 08638

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7734

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

Museum of Life and Science
Attn:  Managing Agent
433 W. Murray Ave
Durham, NC 27704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/1/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7704

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,590.00 |
|---|---|---|---|

MV'S Best Virginia Cocktail Peanuts
Attn:  Managing Agent
68 White St. #372 Suite 7
Red Bank, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/10/2015

**Basis for the claim:** _

**Last 4 digits of account number**  7456

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $417.60 |
|---|---|---|---|

My Grandma's of New England
Attn:  Managing Agent
PO BOX 278
BOSTON, MA 02137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/31/2016

**Basis for the claim:** _

**Last 4 digits of account number**  2065

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

NANCIE SUSAN MCDERMOTT
Attn:  Managing Agent
205 BLACK TIE LANE
CHAPEL HILL, NC 27514

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/3/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7514

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134.40 |
|---|---|---|---|

Nancy's Candy Company
Attn:  Managing Agent
PO BOX 800
Meadows of Dan, VA 24120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/19/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6543

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.773**

Nonpriority creditor's name and mailing address
Nar Gourmet, Inc.
Attn: Managing Agent
75 Hawthorne Village Road
Nashua, NH 03062

Date(s) debt was incurred  7/27/2015

Last 4 digits of account number  6011

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$750.80

---

**3.774**

Nonpriority creditor's name and mailing address
NASSAU CANDY
Attn: Managing Agent
Attn: Robin Godel
530 West John Street
HICKSVILLE, NY 11801

Date(s) debt was incurred  11/2/2015

Last 4 digits of account number  3031

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$930.11

---

**3.775**

Nonpriority creditor's name and mailing address
Natford USA LLC/ Franzese
Attn: Managing Agent
39555 Orchard Hill Place
Suite 600 PMB 600
Novi, MI 48375

Date(s) debt was incurred  11/20/2015

Last 4 digits of account number  6637

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$1,499.13

---

**3.776**

Nonpriority creditor's name and mailing address
NATHALIE DUPREE
Attn: Managing Agent
100 QUEEN STREET
CHARLESTON, SC 29401

Date(s) debt was incurred  6/5/2016

Last 4 digits of account number  NDUPREE

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$350.00

---

**3.777**

Nonpriority creditor's name and mailing address
NATIONAL BOOK NETWORK
Attn: Managing Agent
15200 NBN Way
Blue Ridge Summit, PA 17214

Date(s) debt was incurred  2/26/2016

Last 4 digits of account number  6196

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$763.73

---

**3.778**

Nonpriority creditor's name and mailing address
NC QUICK PASS
Attn: Managing Agent
200 SORRELL GROVE CHURCH ROAD
SUITE A
MORRISVILLE, NC 27560

Date(s) debt was incurred  4/9/2016

Last 4 digits of account number  7560

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$6.00

---

**3.779**

Nonpriority creditor's name and mailing address
NCC National Cable Communications
Attn: Managing Agent
PO BOX 3350
Boston, MA 02241

Date(s) debt was incurred  1/3/2016

Last 4 digits of account number  2241

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$13,191.15

---

Debtor  __Southern Season, Inc._____     Case number _(if known)_ _____
         Name

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $20,767.42 |
|---|---|---|---|

NELSON MULLINS
Attn:  Managing Agent
PO BOX 11070
COLUMBIA, SC 29211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _5/18/2016_

Basis for the claim: _

Last 4 digits of account number  _1441_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $3,116.53 |
|---|---|---|---|

Nespresso USA
Attn:  Managing Agent
PO BOX 2425
Carol Stream, IL 60132-2425

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _12/10/2015_

Basis for the claim: _

Last 4 digits of account number  _5629_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,200.79 |
|---|---|---|---|

Neuhaus Belgian Chocolate
Attn:  Managing Agent
120 Fairchild Ave
Plainview, NY 11803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _1/11/2016_

Basis for the claim: _

Last 4 digits of account number  _3040_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $413.04 |
|---|---|---|---|

NEW ENGLAND CRANBERRY CO.
Attn:  Managing Agent
82 Sanderson Avenue
Lynn, MA 10902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _1/8/2016_

Basis for the claim: _

Last 4 digits of account number  _3042_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $1,074.00 |
|---|---|---|---|

New Growth Designs
Attn:  Managing Agent
225 Martin Street
Greenville, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _3/2/2016_

Basis for the claim: _

Last 4 digits of account number  _6412_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $850.00 |
|---|---|---|---|

NEW METRO DESIGN LLC
Attn:  Managing Agent
338 THIRD AVENUE
DUNCANSVILLE, PA 16635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/10/2016_

Basis for the claim: _

Last 4 digits of account number  _7767_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $13,682.25 |
|---|---|---|---|

NEWS & OBSERVER, THE
Attn:  Managing Agent
PO BOX 3022
Livonia, MI 48151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/29/2016_

Basis for the claim: _

Last 4 digits of account number  _5330_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    Southern Season, Inc.
　　　　　Name                                                Case number (if known) _____

| 3.787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.60 |
|---|---|---|---|

Nicole's Nutty Goodness LLC
Attn:  Managing Agent
1750 Signal Point Rd
Unit 2B
Charleston, SC 29412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1264

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $613.00 |
|---|---|---|---|

NIELSEN-MASSEY VANILLAS
Attn:  Managing Agent
6521 Eagle Way
Chicago, IL 60678-1065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3140

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,062.00 |
|---|---|---|---|

No. 163 Designs
Attn:  Managing Agent
24 Mountain Rose Court
Simpsonville, SC 29681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7178

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,704.42 |
|---|---|---|---|

NORA FLEMING LLC
Attn:  Managing Agent
3 GRANT SQ
#104
HINSDALE, IL 60521

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8519

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,775.13 |
|---|---|---|---|

Nora Mill Granary
Attn:  Managing Agent
7107 S. Main St.
Helen, GA 30545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6798

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $47.76 |
|---|---|---|---|

NORDIC WARE
Attn:  Managing Agent
NW8657
PO BOX 1450
MINNEAPOLIS, MN 55485-8657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/3/2016

**Basis for the claim:** _

**Last 4 digits of account number** 3492

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,482.00 |
|---|---|---|---|

Norm's Farms
Attn:  Managing Agent
55 Frog Pond Rd
Pittsboro, NC 27312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/14/2015

**Basis for the claim:** _

**Last 4 digits of account number** 8424

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     Southern Season, Inc.
           _____          Case number (if known) _____
           Name

---

**3.794**   Nonpriority creditor's name and mailing address

NORPRO INC
Attn:  Managing Agent
2215 MERRILL CREEK PKWY
EVERETT, WA 98203

Date(s) debt was incurred  4/21/2016

Last 4 digits of account number  3070

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$88.50

---

**3.795**   Nonpriority creditor's name and mailing address

Notti, LLC
Attn:  Managing Agent
P.O. BOX 537
Glade Valley, NC 28672

Date(s) debt was incurred  2/22/2016

Last 4 digits of account number  6487

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$360.00

---

**3.796**   Nonpriority creditor's name and mailing address

NOW DESIGNS
Attn:  Managing Agent
2150 PEACE PORTAL WAY
BLAINE, WA 98230

Date(s) debt was incurred  12/8/2015

Last 4 digits of account number  3080

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$26,640.17

---

**3.797**   Nonpriority creditor's name and mailing address

NUCO2
Attn:  Managing Agent
PO BOX 9011
Stuart, FL 34995

Date(s) debt was incurred  3/1/2016

Last 4 digits of account number   NUCO

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$200.08

---

**3.798**   Nonpriority creditor's name and mailing address

NUNES FARMS
Attn:  Managing Agent
P.O. BOX 311
NEWMAN, CA 95360

Date(s) debt was incurred  12/21/2015

Last 4 digits of account number  3250

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$733.20

---

**3.799**   Nonpriority creditor's name and mailing address

Nuttyness LLC
Attn:  Managing Agent
655 12th Street #305
Oakland, CA 94607

Date(s) debt was incurred  4/4/2016

Last 4 digits of account number  8700

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$825.48

---

**3.800**   Nonpriority creditor's name and mailing address

Oat My Goodness
Attn:  Managing Agent
8516 Potomac School Terrace
Potomac, MD 20854

Date(s) debt was incurred  1/24/2016

Last 4 digits of account number  6169

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$312.00

---

Debtor    Southern Season, Inc.
_____          Case number (if known)  _____
             Name

| | | |
|---|---|---|
| 3.801 | **Nonpriority creditor's name and mailing address** | $223.13 |

OC Brands, LLC
Attn:  Managing Agent
282 Shear Hill Rd
Mahopac, NY 10541

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2015

Basis for the claim:  _

Last 4 digits of account number  8134

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.802 | **Nonpriority creditor's name and mailing address** | $142,374.34 |

OCEAN BOULEVARD PROPERTIES, LP
Attn:  Managing Agent
Unknown

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/29/2016

Basis for the claim:  _

Last 4 digits of account number  1347

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** | $1,192.42 |

OENOPHILIA, INC
Attn:  Managing Agent
PO BOX 1070
CHARLOTTE, NC 28201-1070

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/12/2016

Basis for the claim:  _

Last 4 digits of account number  4110

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.804 | **Nonpriority creditor's name and mailing address** | $163.46 |

OFFERO VESSELS
Attn:  Managing Agent
PO.BOX 1872
SARATOGA, WY 82331

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/11/2016

Basis for the claim:  _

Last 4 digits of account number  8956

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.805 | **Nonpriority creditor's name and mailing address** | $30,672.66 |

OFFIR Consulting LLC
Attn:  Managing Agent
12 Mary Jane Ln
Westport, CT 06880

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/25/2016

Basis for the claim:  _

Last 4 digits of account number  6880

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.806 | **Nonpriority creditor's name and mailing address** | $324.00 |

Ogre Enterprises LLC
Attn:  Managing Agent
1527 Sterling Road
Charlotte, NC 28209

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/31/2015

Basis for the claim:  _

Last 4 digits of account number  6040

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.807 | **Nonpriority creditor's name and mailing address** | $1,149.06 |

Ohio Stoneware
Attn:  Managing Agent
1107 MUSKINGUM AVE
ZANESVILLE, OH 43701

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/2016

Basis for the claim:  _

Last 4 digits of account number  6419

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  __Southern Season, Inc._____     Case number (if known) _____
        Name

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**3.808**

Nonpriority creditor's name and mailing address
OhmiGod Inc.
Attn: Managing Agent
41 Post Avenue
East Williston, NY 11596

Date(s) debt was incurred  3/23/2016
Last 4 digits of account number  6471

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$825.00

---

**3.809**

Nonpriority creditor's name and mailing address
OLD DOMINION FREIGHT LINE, INC
Attn: Managing Agent
PO BOX 198475
ATLANTA, GA 30384-8475

Date(s) debt was incurred  2/17/2016
Last 4 digits of account number  0384

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$110.77

---

**3.810**

Nonpriority creditor's name and mailing address
OLD DUTCH INTERNATIONAL,
Attn: Managing Agent
P.O. BOX 511
SADDLE BROOK, NJ 07663-0511

Date(s) debt was incurred  1/22/2016
Last 4 digits of account number  4040

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,198.61

---

**3.811**

Nonpriority creditor's name and mailing address
OLD MILL OF GUILFORD
Attn: Managing Agent
1340 NC 68 NORTH
OAK RIDGE, NC 27310

Date(s) debt was incurred  12/14/2015
Last 4 digits of account number  4310

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,320.40

---

**3.812**

Nonpriority creditor's name and mailing address
Old Nottingham, LLC
Attn: Managing Agent
PO Box 19312
Raleigh, NC 27619

Date(s) debt was incurred  4/26/2016
Last 4 digits of account number  6166

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$49.80

---

**3.813**

Nonpriority creditor's name and mailing address
OLD ORCHARD FOODS, LLC
Attn: Managing Agent
PO BOX 305
KERNERSVILLE, NC 27285

Date(s) debt was incurred  2/4/2016
Last 4 digits of account number  8342

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$137.70

---

**3.814**

Nonpriority creditor's name and mailing address
OLD SCHOOL BRAND
Attn: Managing Agent
28174 NC 24-27 HIGHWAY
ALBEMARLE, NC 28001

Date(s) debt was incurred  12/16/2015
Last 4 digits of account number  4007

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,595.40

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.815**

**Nonpriority creditor's name and mailing address**
Olde Colony Baking Corp
Attn: Managing Agent
519 Wando Lane
Mt. Pleasant, SC 29464

Date(s) debt was incurred  1/13/2016

Last 4 digits of account number  1261

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$5,479.38

---

**3.816**

**Nonpriority creditor's name and mailing address**
OLDE THOMPSON
Attn: Managing Agent
3250 CAMINO DEL SOL
OXNARD, CA 93030

Date(s) debt was incurred  3/24/2016

Last 4 digits of account number  4160

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$29.25

---

**3.817**

**Nonpriority creditor's name and mailing address**
OLISO RETAIL
Attn: Managing Agent
498 Alabama Street
San Francisco, CA 94110

Date(s) debt was incurred  4/12/2016

Last 4 digits of account number  7494

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$3,088.41

---

**3.818**

**Nonpriority creditor's name and mailing address**
Olive & Sinclair Chocolate Co.
Attn: Managing Agent
1628 FATHERLAND STREET
Nashville, TN 37206

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  1005

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$3,156.70

---

**3.819**

**Nonpriority creditor's name and mailing address**
Oliver Kita Chocolates
Attn: Managing Agent
18 West Market Street
Rhinebeck, NY 12572

Date(s) debt was incurred  1/1/2016

Last 4 digits of account number  6128

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$183.00

---

**3.820**

**Nonpriority creditor's name and mailing address**
One Canoe Two
Attn: Managing Agent
Unknown

Date(s) debt was incurred  4/6/2016

Last 4 digits of account number  6491

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$246.00

---

**3.821**

**Nonpriority creditor's name and mailing address**
ONE HUNDRED 80 DEGREES
Attn: Managing Agent
PO BOX 11387
ST PAUL, MN 55111-0387

Date(s) debt was incurred  2/5/2016

Last 4 digits of account number  7855

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

$6,841.98

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  __Southern Season, Inc._____     Case number *(if known)* _____
         Name

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,396.01 |
|---|---|---|---|

ONE SOURCE
Attn: Managing Agent
401 E. 124TH AVE
THORNTON, CO 80241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/9/2015

Basis for the claim: _

Last 4 digits of account number  7115

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $321.20 |
|---|---|---|---|

OnlineLabels.com
Attn: Managing Agent
2021 E. Lake Mary Blvd.
Sanford, FL 32773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/6/2016

Basis for the claim: _

Last 4 digits of account number  7771

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,046.60 |
|---|---|---|---|

OPEN TABLE INC.
Attn: Managing Agent
P.O. BOX 671198
Dallas, TX 75267-1198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/31/2016

Basis for the claim: _

Last 4 digits of account number  1275

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,763.36 |
|---|---|---|---|

ORANGE RECYCLING SERVICES, INC
Attn: Managing Agent
1010 E PETTIGREW ST
DURHAM, NC 27701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/18/2016

Basis for the claim: _

Last 4 digits of account number  1323

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $586.00 |
|---|---|---|---|

Orkin
Attn: Managing Agent
10813 MIDLOTHIAN TPKE
RICHMOND, VA 23235-4705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2/2016

Basis for the claim: _

Last 4 digits of account number  3235

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,410.03 |
|---|---|---|---|

OUR STATE NC
Attn: Managing Agent
PO BOX 4552
GREENSBORO, NC 27404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2016

Basis for the claim: _

Last 4 digits of account number  1132

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.45 |
|---|---|---|---|

Outer Banks Sea Salt
Attn: Managing Agent
112 Whisper Ln
Poplar Branch, NC 27965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2016

Basis for the claim: _

Last 4 digits of account number  6785

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
                    Name

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $527.76 |
|---|---|---|---|

OUTTA THE PARK EATS, INC
Attn:  Managing Agent
PO BOX 3422
CARY, NC 27519

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/17/2015

**Basis for the claim:**  _

**Last 4 digits of account number**  8171

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,129.41 |
|---|---|---|---|

OV ASSOCIATES, LLC/ DBA ST. JUDE FARM
Attn:  Managing Agent
474 WANDO PARK BLVD
SUITE 102
MT. PLEASANT, SC 29464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/11/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  1132

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,133.46 |
|---|---|---|---|

Owl's Brew
Attn:  Managing Agent
135 W. 29th St.
Suite 602
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/7/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  6087

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,894.12 |
|---|---|---|---|

OXMOOR HOUSE/Time Home Entertainment
Attn:  Managing Agent
PO Box 8828
Boston, MA 02114-8828

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/15/2015

**Basis for the claim:**  _

**Last 4 digits of account number**  1236

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,441.77 |
|---|---|---|---|

OXO International
Attn:  Managing Agent
PO Box 849920
DALLAS, TX 75284-9920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/21/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  4200

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $483.12 |
|---|---|---|---|

Pacific Beach Peanut Butter
Attn:  Managing Agent
8691 La Mesa Blvd
La Mesa, CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/1/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  6081

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $833.09 |
|---|---|---|---|

PACKAGE CRAFTERS INC
Attn:  Managing Agent
PO BOX 2563
HIGH POINT, NC 27261-2563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/22/2016

**Basis for the claim:**  _

**Last 4 digits of account number**  8795

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,725.04 |
|---|---|---|---|

**3.836** | **Nonpriority creditor's name and mailing address**
PACKAGES, INC
ATTN: Managing Agent
PO BOX 1065
DENTON, NC 27239

**As of the petition filing date, the claim is:** *Check all that apply.*    $29,725.04
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/7/2015
**Basis for the claim:** _

Last 4 digits of account number  6800
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address**
Paderno World Cuisine
Attn: Managing Agent
355 MICHELE PLACE
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:** *Check all that apply.*    $3,224.78
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2016
**Basis for the claim:** _

Last 4 digits of account number  6405
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address**
Palmetto Farms Mill and Mercantile LLC
Attn: Managing Agent
PO Box 672
Aynor, SC 29511

**As of the petition filing date, the claim is:** *Check all that apply.*    $324.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/2016
**Basis for the claim:** _

Last 4 digits of account number  6036
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address**
Palmetto Pepper Potions, LLC
Attn: Managing Agent
PO Box 6126
Forest Acres, SC 29260

**As of the petition filing date, the claim is:** *Check all that apply.*    $306.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2016
**Basis for the claim:** _

Last 4 digits of account number  9030
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address**
Palo Popcorn
Attn: Managing Agent
903 Forest Avenue
Sheboygan Falls, WI 53085

**As of the petition filing date, the claim is:** *Check all that apply.*    $338.40
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/12/2016
**Basis for the claim:** _

Last 4 digits of account number  6234
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address**
PANIER DES SENS INC.
Attn: Managing Agent
4960 NW 165th St
Suite B14-B15
MIAMI, FL 33014

**As of the petition filing date, the claim is:** *Check all that apply.*    $553.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2016
**Basis for the claim:** _

Last 4 digits of account number  8196
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address**
PAPER PRODUCTS DESIGN
Attn: Managing Agent
60 GALLI DRIVE, SUITE #1
NOVATO, CA 94949

**As of the petition filing date, the claim is:** *Check all that apply.*    $240.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/3/2016
**Basis for the claim:** _

Last 4 digits of account number  5126
Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Southern Season, Inc._____     Case number (if known) _____
      Name

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**3.843**

Nonpriority creditor's name and mailing address
Pappy & Company
Attn:  Managing Agent
413 Rolling Lane
Louisville, KY 40207

Date(s) debt was incurred  2/4/2016
Last 4 digits of account number  6739

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$600.00

---

**3.844**

Nonpriority creditor's name and mailing address
PAPYRUS-RECYCLED GREETING
Attn:  Managing Agent
ONE AMERICAN ROAD
CLEVELAND, OH 44144-2398

Date(s) debt was incurred  12/30/2015
Last 4 digits of account number  2560

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$82,901.06

---

**3.845**

Nonpriority creditor's name and mailing address
PARCEL MANAGEMENT AUDITING &
CONSULTING
Attn:  Managing Agent
312 Conklun ST
Farmingdale, NY 11735

Date(s) debt was incurred  3/14/2016
Last 4 digits of account number  1747

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$21,025.53

---

**3.846**

Nonpriority creditor's name and mailing address
PASTA SHOPPE, LLC THE
Attn:  Managing Agent
P.O. BOX 159245
NASHVILLE, TN 37215

Date(s) debt was incurred  4/19/2016
Last 4 digits of account number  5123

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$363.00

---

**3.847**

Nonpriority creditor's name and mailing address
PAT WINSTON
Attn:  Managing Agent
120 FEATHERWOOD HOLLOW
ATHENS, GA 30601

Date(s) debt was incurred  1/12/2016
Last 4 digits of account number  8727

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,115.70

---

**3.848**

Nonpriority creditor's name and mailing address
Pate Dawson
Attn:  Managing Agent
P O BOX 538338
Atlanta, GA 30353-8338

Date(s) debt was incurred  3/11/2016
Last 4 digits of account number  8990

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$72,122.40

---

**3.849**

Nonpriority creditor's name and mailing address
Pathway Art Cards
Attn:  Managing Agent
6901 Out-Of-Bounds Drive
Charlotte, NC 28210

Date(s) debt was incurred  4/27/2016
Last 4 digits of account number  9010

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$697.50

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Southern Season, Inc.**

Case number (*if known*) _____

Name

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,079.41 |
|---|---|---|---|

Peachey's Fine Foods
Attn:  Managing Agent
306 Longhorn Rd
Hephzibah, GA 30815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/18/2016

**Basis for the claim:** _

Last 4 digits of account number  6562

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,764.36 |
|---|---|---|---|

PEANUT ROASTER
Attn:  Managing Agent
PO BOX 2218
SANDUSKY, OH 44871

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/2016

**Basis for the claim:** _

Last 4 digits of account number  5170

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $33.00 |
|---|---|---|---|

Peg's Salt
Attn:  Managing Agent
8354 Brooksville Road
Greenwood, VA 22943

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2016

**Basis for the claim:** _

Last 4 digits of account number  6424

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,793.00 |
|---|---|---|---|

Peggy Forsyth, CPA
Attn:  Managing Agent
2020 West Main Street
Suite 300
Durham, NC 27705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2016

**Basis for the claim:** _

Last 4 digits of account number  7705

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,865.78 |
|---|---|---|---|

PEGGY ROSE'S PEPPER JELLY
Attn:  Managing Agent
PO Box 32240
Raleigh, NC 27622

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/19/2016

**Basis for the claim:** _

Last 4 digits of account number  8082

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,263.60 |
|---|---|---|---|

PELICAN BAY LTD
Attn:  Managing Agent
150 DOUGLAS AVE
DUNEDIN, FL 34698-7908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/2016

**Basis for the claim:** _

Last 4 digits of account number  5370

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $180.00 |
|---|---|---|---|

Pendleton International
Attn:  Managing Agent
4107 Alexandria Dr. #B
Austin, TX 78749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/21/2016

**Basis for the claim:** _

Last 4 digits of account number  2518

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.857**

Nonpriority creditor's name and mailing address
Pennacook Peppers LLC
Attn: Managing Agent
2207 Wake Forest Street
Virginia Beach, VA 23451

Date(s) debt was incurred  5/3/2016

Last 4 digits of account number  6293

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$437.04

---

**3.858**

Nonpriority creditor's name and mailing address
PEPPER CREEK FARMS
Attn: Managing Agent
1002 SW ARD STREET
LAWTON, OK 73505

Date(s) debt was incurred  1/5/2016

Last 4 digits of account number  7362

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,067.40

---

**3.859**

Nonpriority creditor's name and mailing address
Perfect 10 Distribution LLC
Attn: Managing Agent
337 Elizabeth St, Suite B
Atlanta, GA 30307

Date(s) debt was incurred  5/4/2015

Last 4 digits of account number  6699

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$831.08

---

**3.860**

Nonpriority creditor's name and mailing address
Peridot Press, LLC
Attn: Managing Agent
PO Box 361
Oxford, MS 38655

Date(s) debt was incurred  3/29/2016

Last 4 digits of account number  5101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$3,266.00

---

**3.861**

Nonpriority creditor's name and mailing address
Permit Solutions
Attn: Managing Agent
P.O. Box 2694
Cumming, GA 30028

Date(s) debt was incurred  3/29/2016

Last 4 digits of account number  0028

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$1,873.12

---

**3.862**

Nonpriority creditor's name and mailing address
PERSEUS BOOK GROUP
Attn: Managing Agent
15636 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  1/19/2016

Last 4 digits of account number  5600

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$473.20

---

**3.863**

Nonpriority creditor's name and mailing address
Petit Sweet
Attn: Managing Agent
7850 Sunfield Circle #106
Raleigh, NC 27617

Date(s) debt was incurred  4/28/2016

Last 4 digits of account number  6781

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

$472.40

---

Debtor  Southern Season, Inc.

Case number (if known)  _____

Name

---

**3.864**

**Nonpriority creditor's name and mailing address**
PEZ CANDY, INC.
Attn:  Managing Agent
PO BOX 30087
NEW YORK, NY 10087-0087

**Date(s) debt was incurred**  2/10/2016
**Last 4 digits of account number**  7610

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,256.76

---

**3.865**

**Nonpriority creditor's name and mailing address**
PFS SALES
Attn:  Managing Agent
PO BOX 33255
RALEIGH, NC 27636

**Date(s) debt was incurred**  12/17/2015
**Last 4 digits of account number**  7370

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,249.94

---

**3.866**

**Nonpriority creditor's name and mailing address**
PHAIDON
Attn:  Managing Agent
P.O. Box 8828
JFK Station
Boston, MA 02114-8828

**Date(s) debt was incurred**  1/12/2016
**Last 4 digits of account number**  7470

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,485.87

---

**3.867**

**Nonpriority creditor's name and mailing address**
PHICKLES
Attn:  Managing Agent
180 Atkinson Dr.
ATHENS, GA 30606

**Date(s) debt was incurred**  11/30/2015
**Last 4 digits of account number**  8883

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$91.40

---

**3.868**

**Nonpriority creditor's name and mailing address**
Pickled Pink Foods LLC
Attn:  Managing Agent
625 West Crossville Road
Suite 104
Roswell, GA 30075

**Date(s) debt was incurred**  2/8/2016
**Last 4 digits of account number**  6369

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$285.60

---

**3.869**

**Nonpriority creditor's name and mailing address**
Pickled Silly, LLC
Attn:  Managing Agent
2001 North Ave
Richmond, VA 23222

**Date(s) debt was incurred**  3/28/2016
**Last 4 digits of account number**  6059

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$378.00

---

**3.870**

**Nonpriority creditor's name and mailing address**
PIEDMONT CANDY CO
Attn:  Managing Agent
P.O. BOX 1722
LEXINGTON, NC 27292

**Date(s) debt was incurred**  6/7/2016
**Last 4 digits of account number**  5007

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$46.80

---

Debtor  Southern Season, Inc.
        _____          Case number (if known) _____
        Name

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.00 |
|---|---|---|---|

pietro de marco imports
Attn:  Managing Agent
1185 SAW MILL RIVER ROAD
SUITE 4
YONKERS, NY 10710-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/20/2016

**Basis for the claim:** _

**Last 4 digits of account number**  3759

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.00 |
|---|---|---|---|

Pig Whistle LLC
Attn:  Managing Agent
PO Box 3213
Chapel Hill, NC 27515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6765

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $392.40 |
|---|---|---|---|

PIONEER PLASTICS, INC.
Attn:  Managing Agent
P.O. BOX 6
DIXON, KY 42409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  9440

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.00 |
|---|---|---|---|

PITNEY BOWES  -719
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1257

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,250.90 |
|---|---|---|---|

PITNEY BOWES - 6068
Attn:  Managing Agent
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1582

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,811.87 |
|---|---|---|---|

PITNEY BOWES -446
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1255

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464.36 |
|---|---|---|---|

PITNEY BOWES -640
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number**  1256

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
Name

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.50 |

**3.878** Nonpriority creditor's name and mailing address
PLANT PRO FARMS,INC
Attn: Managing Agent
1314 Dowling Rd
Raleigh, NC 27610

As of the petition filing date, the claim is: *Check all that apply.*     **$42.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/4/2016

**Basis for the claim:** _

Last 4 digits of account number  7523

Is the claim subject to offset? ■ No ☐ Yes

---

**3.879** Nonpriority creditor's name and mailing address
PLUTO'S CARIBBEAN BLISS
Attn: Managing Agent
P.O. BOX 802
CARRBORO, NC 27510

As of the petition filing date, the claim is: *Check all that apply.*     **$602.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/10/2016

**Basis for the claim:** _

Last 4 digits of account number  5054

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880** Nonpriority creditor's name and mailing address
POINTCLICK TECHNOLOGIES
Attn: Managing Agent
4030 WAKE FOREST ROAD
SUITE 300
RALEIGH, NC 27609

As of the petition filing date, the claim is: *Check all that apply.*     **$3,220.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/1/2016

**Basis for the claim:** _

Last 4 digits of account number  1276

Is the claim subject to offset? ■ No ☐ Yes

---

**3.881** Nonpriority creditor's name and mailing address
POK POK SOM
Attn: Managing Agent
1222 SE Gideon St.
Portland, OR 97202

As of the petition filing date, the claim is: *Check all that apply.*     **$225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/5/2016

**Basis for the claim:** _

Last 4 digits of account number  1237

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** Nonpriority creditor's name and mailing address
POP Gourmet Popcorn
Attn: Managing Agent
13400 Interurban Ave. S
Tukwila, WA 98168

As of the petition filing date, the claim is: *Check all that apply.*     **$132.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/6/2016

**Basis for the claim:** _

Last 4 digits of account number  8417

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** Nonpriority creditor's name and mailing address
Porzio's Pizzeria Sauce
Attn: Managing Agent
1025 Riverland Woods Place Unit 807
Charleston, SC 29412

As of the petition filing date, the claim is: *Check all that apply.*     **$446.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/3/2016

**Basis for the claim:** _

Last 4 digits of account number  6655

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** Nonpriority creditor's name and mailing address
POSH NOSH IMPORTS
Attn: Managing Agent
1 JACOBUS AVE
S KEARNY, NJ 07032

As of the petition filing date, the claim is: *Check all that apply.*     **$644.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/19/2016

**Basis for the claim:** _

Last 4 digits of account number  5492

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Southern Season, Inc. _____  Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $69.00 |

Potomac Chocolate Company LLC
Attn:  Managing Agent
2516 Pembroke Ct.
Woodbridge, VA 22192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  5/16/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6017

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $156.00 |

POTTER'S FINE FOODS LLC
Attn:  Managing Agent
100 S BALDWIN
STE 101
MADISON, WI 53703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8859

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $1,595.80 |

PREPARA
Attn:  Managing Agent
247 CENTRE ST
4TH FLOOR
NEW YORK, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/21/2015

**Basis for the claim:** _

**Last 4 digits of account number**  7557

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $456.92 |

Pretzel Perfection
Attn:  Managing Agent
215 E. Reserve Street #101
Vancouver, WA 98661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number**  5992

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $162.00 |

Prissy Plates
Attn:  Managing Agent
PO Box 17105
Raleigh, NC 27619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6854

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $519.57 |

PRODIGAL FARM
Attn:  Managing Agent
4720 BAHAMA RD
ROUGEMONT, NC 27572

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/16/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8798

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $4,696.40 |

ProFish
Attn:  Managing Agent
1900 FENWICK STREET NE
WASHINGTON, DC 20002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  0002

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor __Southern Season, Inc._____    Case number *(if known)* _____
  Name

| 3.892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,712.01 |

3.892
**Nonpriority creditor's name and mailing address**
Progress Printing Plus
Attn: Managing Agent
2677 Waterlick Road
Lynchburg, VA 24502-4861

Date(s) debt was incurred  _3/9/2016_
Last 4 digits of account number  _6702_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$9,712.01

---

3.893
**Nonpriority creditor's name and mailing address**
PROGRESSIVE INTERNATIONAL
Attn: Managing Agent
PO.BOX 911615
DENVER, CO 80291-1615

Date(s) debt was incurred  _4/19/2016_
Last 4 digits of account number  _5120_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,934.44

---

3.894
**Nonpriority creditor's name and mailing address**
Provisionaire & Co.
Attn: Managing Agent
155 W. 68th St #611
New York, NY 10023

Date(s) debt was incurred  _1/4/2016_
Last 4 digits of account number  _6198_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$349.20

---

3.895
**Nonpriority creditor's name and mailing address**
PSP USA INC
Attn: Managing Agent
9814 W. Foster Ave
Rosemont, IL 60018

Date(s) debt was incurred  _4/25/2016_
Last 4 digits of account number  _8109_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$8,637.00

---

3.896
**Nonpriority creditor's name and mailing address**
PUR Gum
Attn: Managing Agent
23 Kodiak Crescent
CANADA

Date(s) debt was incurred  _1/20/2016_
Last 4 digits of account number  _6196_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$830.04

---

3.897
**Nonpriority creditor's name and mailing address**
Put Ups LLC Chef & the Farmer
Attn: Managing Agent
120 W Gordon St
Kinston, NC 28501

Date(s) debt was incurred  _5/16/2016_
Last 4 digits of account number  _6067_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,903.00

---

3.898
**Nonpriority creditor's name and mailing address**
Q SQUARED DESIGN LLC
Attn: Managing Agent
41 Madison Ave.
7th FLoor
NEW YORK, NY 10010

Date(s) debt was incurred  _1/14/2016_
Last 4 digits of account number  _8501_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$548.00

---

Debtor  Southern Season, Inc.
        _____
        Name                                          Case number (if known) _____

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $157.68
Quality Frozen Foods, Inc
Attn: Managing Agent
1663 62nd Street
Brooklyn, NY 11204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/27/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6754

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $303.00
Que South LLC
Attn: Managing Agent
5115- B Unicon DR
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7943

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,197.64
QUEEN CITY PASTRY
Attn: Managing Agent
137 SPEEDWAY LANE
MOORESVILLE, NC 28117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2/2016

**Basis for the claim:** _

**Last 4 digits of account number** 5451

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00
Quench Products Inc.
Attn: Managing Agent
1539 Franklin Avenue
2nd Floor
Mineola, NY 11501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/14/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9500

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,168.00
Quiddity & Pearls
Attn: Managing Agent
1003 Oak Tree Drive
Chapel Hill, NC 27517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6452

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $560.40
QUINCE & APPLE
Attn: Managing Agent
100 S BALDWIN
ST 307
MADISON, WI 53703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/10/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8912

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,808.75
QUOTABLE CARDS
Attn: Managing Agent
611 BROADWAY, SUITE 615
NEW YORK, NY 10012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/14/2015

**Basis for the claim:** _

**Last 4 digits of account number** 5943

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 131 of 183

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.906** Nonpriority creditor's name and mailing address
R & M INTERNATIONAL CORP
Attn: Managing Agent
6250 Kellers Church Road
Pipersville, PA 18947

Date(s) debt was incurred  1/3/2016
Last 4 digits of account number  7770

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$72.00

---

**3.907** Nonpriority creditor's name and mailing address
R.C. BIGELOW, INC.
Attn: Managing Agent
PO.BOX 416779
BOSTON, MA 02241-6779

Date(s) debt was incurred  2/18/2016
Last 4 digits of account number  7295

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$334.80

---

**3.908** Nonpriority creditor's name and mailing address
Raaka Chocolate
Attn: Managing Agent
64 Seabring Street
Brooklyn, NY 11231

Date(s) debt was incurred  1/11/2016
Last 4 digits of account number  8401

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$504.08

---

**3.909** Nonpriority creditor's name and mailing address
Rabbit Creek Gourmet
Attn: Managing Agent
903 N. Broadway
P.O. BOX 1059
Louisburg, KS 66053

Date(s) debt was incurred  2/29/2016
Last 4 digits of account number  6095

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$216.20

---

**3.910** Nonpriority creditor's name and mailing address
RADIANT SYSTEMS
Attn: Managing Agent
Attn: Tracy - CSS Quarterly
6060 PRIMACY PKWY, Suite 460
MEMPHIS, TN 38119

Date(s) debt was incurred  4/15/2016
Last 4 digits of account number  1448

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,206.30

---

**3.911** Nonpriority creditor's name and mailing address
RANCHO GORDO
Attn: Managing Agent
1924 YAJOME ST
NAPA, CA 94559

Date(s) debt was incurred  1/28/2016
Last 4 digits of account number  8864

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$650.89

---

**3.912** Nonpriority creditor's name and mailing address
Red Clay Hot Sauce
Attn: Managing Agent
164 Market St.
#134
Charleston, SC 29401

Date(s) debt was incurred  1/16/2016
Last 4 digits of account number  6505

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$558.00

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
            Name

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668.16 |

**3.913**

Nonpriority creditor's name and mailing address
Red Dot Kitchen
Attn: Managing Agent
77 S. 28th Street
San Jose, CA 95116

Date(s) debt was incurred  2/17/2016

Last 4 digits of account number  6805

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$668.16**

---

**3.914**

Nonpriority creditor's name and mailing address
RED LIGHT CHOCOLATES
Attn: Managing Agent
290 FOREST GLEN DRIVE
PITTSBORO, NC 27312

Date(s) debt was incurred  4/5/2016

Last 4 digits of account number  8548

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,326.47**

---

**3.915**

Nonpriority creditor's name and mailing address
RED ROCKER CANDY
Attn: Managing Agent
PO BOX 1135
Troy, VA 22974

Date(s) debt was incurred  12/7/2015

Last 4 digits of account number  6191

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$959.00**

---

**3.916**

Nonpriority creditor's name and mailing address
Red Rooster Coffee Company
Attn: Managing Agent
PO Box 155
Wake Forest, NC 27588

Date(s) debt was incurred  2/5/2016

Last 4 digits of account number  9034

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.917**

Nonpriority creditor's name and mailing address
Redstone Foods, Inc
Attn: Managing Agent
1434 Patton Place, Suite #106
Carrollton, TX 75007

Date(s) debt was incurred  10/15/2015

Last 4 digits of account number  6297

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$584.70**

---

**3.918**

Nonpriority creditor's name and mailing address
Refresh Glass, LLC
Attn: Managing Agent
941 S. Park Ln.
Tempe, AZ 85281

Date(s) debt was incurred  1/28/2016

Last 4 digits of account number  6464

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$516.00**

---

**3.919**

Nonpriority creditor's name and mailing address
REGENCY OFFICE PRODUCTS, LLC
Attn: Managing Agent
8024 GLENWOOD AVE
SUITE 200
RALEIGH, NC 27612

Date(s) debt was incurred  3/11/2016

Last 4 digits of account number  1607

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,727.96**

---

Debtor **Southern Season, Inc.**

Name

Case number (if known) _____

---

| | |
|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address** |

Reginald's Homemade
Attn: Managing Agent
613 FAIRSTEAD RD
MANAKIN SABOT, VA 23103

Date(s) debt was incurred  5/18/2016

Last 4 digits of account number  6181

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| | |
|---|---|
| 3.921 | **Nonpriority creditor's name and mailing address** |

REPUBLIC OF TEA
Attn: Managing Agent
PO BOX 843410
KANSAS CITY, MO 64184-3410

Date(s) debt was incurred  4/18/2016

Last 4 digits of account number  7690

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,677.44

---

| | |
|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** |

Resonant Paperworks LLC
Attn: Managing Agent
1104 N. Greensboro St. Apt. 8
Carrboro, NC 27510

Date(s) debt was incurred  11/30/2015

Last 4 digits of account number  6728

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$580.00

---

| | |
|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address** |

RESTAURANT TECHNOLOGIES, INC
Attn: Managing Agent
12962 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  0693

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,976.90

---

| | |
|---|---|
| 3.924 | **Nonpriority creditor's name and mailing address** |

REVOLUTION TEA
Attn: Managing Agent
5080 N. 40th St
SUITE 340
PHOENIX, AZ 85018

Date(s) debt was incurred  1/19/2016

Last 4 digits of account number  5967

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$993.84

---

| | |
|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address** |

RICHARDSON BRANDS CO
Attn: Managing Agent
101 ERIE BLVD
CANAJOHARIE, NY 13317

Date(s) debt was incurred  2/11/2016

Last 4 digits of account number  6968

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$323.48

---

| | |
|---|---|
| 3.926 | **Nonpriority creditor's name and mailing address** |

RICHMOND REFRIGERATION SERVICE, INC.
Attn: Managing Agent
10984 RICHARDSON ROAD
ASHLAND, VA 23005

Date(s) debt was incurred  5/2/2016

Last 4 digits of account number  3005

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,653.80

---

Debtor   Southern Season, Inc.
        _____        Case number (if known)   _____
        Name

| | | |
|---|---|---|
| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,830.63 |

3.927
**Nonpriority creditor's name and mailing address**
RICHMOND TIMES-DISPATCH
Attn:  Managing Agent
PO BOX 27775
RICHMOND, VA 23261-7775

Date(s) debt was incurred  5/1/2016

Last 4 digits of account number  3261

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$9,830.63

---

3.928
**Nonpriority creditor's name and mailing address**
Ricky Moore
Attn:  Managing Agent
1460 Gray Bluff Trail
Chapel Hill, NC 27517

Date(s) debt was incurred  5/16/2016

Last 4 digits of account number  7517

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$150.00

---

3.929
**Nonpriority creditor's name and mailing address**
RICOH USA  341
Attn:  Managing Agent
PO BOX 740540
ATLANTA, GA 30374-0540

Date(s) debt was incurred  5/6/2016

Last 4 digits of account number  1259

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,756.26

---

3.930
**Nonpriority creditor's name and mailing address**
RIEDEL CRYSTAL OF AMERICA
Attn:  Managing Agent
95 Mayfield Ave
Edison, NJ 08837

Date(s) debt was incurred  11/18/2015

Last 4 digits of account number  7031

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$758.10

---

3.931
**Nonpriority creditor's name and mailing address**
RISHI TEA
Attn:  Managing Agent
185 S. 33rd Court
MILWAUKEE, WI 53208

Date(s) debt was incurred  1/5/2016

Last 4 digits of account number  5171

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$5,199.61

---

3.932
**Nonpriority creditor's name and mailing address**
Ritchie Hill Bakery, Inc.
Attn:  Managing Agent
230 Eastover Drive
Concord, NC 28025

Date(s) debt was incurred  2/18/2016

Last 4 digits of account number  6119

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$210.00

---

3.933
**Nonpriority creditor's name and mailing address**
Robinhood Provisions, LLC
Attn:  Managing Agent
11026 Air Park Road
Ashland, VA 23005

Date(s) debt was incurred  4/4/2016

Last 4 digits of account number  6340

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,088.04

---

Debtor    Southern Season, Inc.
        Name

Case number (if known)

---

**3.934** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$827.25**

ROGERS INTERNATIONAL LIMI
Attn: Managing Agent
10 Dana St. Suite 301
PORTLAND, ME 04101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number** 7037

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$144.00**

ROOST
Attn: Managing Agent
200 Gate Five Road
Suite 116
Sausalito, CA 94965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/4/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6106

Is the claim subject to offset? ■ No ☐ Yes

---

**3.936** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,255.50**

Root Candles
Attn: Managing Agent
PO Box 706
623 West Liberty Street
Medina, OH 44258-0706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/22/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6195

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$329.00**

Rooter-Man
Attn: Managing Agent
PO BOX 30098
Charleston, SC 29417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/15/2016

**Basis for the claim:** _

**Last 4 digits of account number** 9417

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$420.00**

Roots and Branches
Attn: Managing Agent
P. O. Box 6702
Asheville, NC 28816

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 1002

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$641.00**

ROSANNA IMPORTS, INC
Attn: Managing Agent
6755 East Marginal Way South
Building B
SEATTLE, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2/2015

**Basis for the claim:** _

**Last 4 digits of account number** 7640

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$396.00**

Roselli Foods
Attn: Managing Agent
139 Tom Hunter Road
Pilot Mountain, NC 27041

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6497

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.941** | **Nonpriority creditor's name and mailing address**
ROSLE USA CORP.
Attn:  Managing Agent
802 CENTERPOIINT BLVD
NEW CASTLE, DE 19720

Date(s) debt was incurred  12/28/2015
Last 4 digits of account number  7596

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,125.00

---

**3.942** | **Nonpriority creditor's name and mailing address**
ROSY RINGS INC
Attn:  Managing Agent
3795 E 38th Ave
DENVER, CO 80205

Date(s) debt was incurred  3/18/2016
Last 4 digits of account number  8017

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,731.14

---

**3.943** | **Nonpriority creditor's name and mailing address**
ROTHSCHILD'S BERRY FARM
Attn:  Managing Agent
L2623
COLUMBUS, OH 43260-2623

Date(s) debt was incurred  2/1/2016
Last 4 digits of account number  7591

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$27.00

---

**3.944** | **Nonpriority creditor's name and mailing address**
RSVP INTERNATIONAL, INC.
Attn:  Managing Agent
4435 COLORADO AVE S
SEATTLE, WA 98134

Date(s) debt was incurred  2/8/2016
Last 4 digits of account number  7410

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,067.00

---

**3.945** | **Nonpriority creditor's name and mailing address**
Ruger LLC
Attn:  Managing Agent
4207 Bradley Lane
Chevy Chase, MD 20815

Date(s) debt was incurred  12/28/2015
Last 4 digits of account number  6121

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$374.40

---

**3.946** | **Nonpriority creditor's name and mailing address**
Rummo USA INC
Attn:  Managing Agent
C/O RSM McGladrey Inc
501 N. 44th St. #300
Phoenix, AZ 85008-6536

Date(s) debt was incurred  12/14/2015
Last 4 digits of account number  6573

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,390.00

---

**3.947** | **Nonpriority creditor's name and mailing address**
Russell's Bromeliads
Attn:  Managing Agent
15100 Lost Lake Road
Clermont, FL 34711

Date(s) debt was incurred  3/3/2016
Last 4 digits of account number  6396

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$814.26

---

Debtor    Southern Season, Inc.
_____    Case number *(if known)* _____
          Name

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,558.00 |

Rustic Bakery Inc.
Attn:  Managing Agent
3902 Cypress Drive
Petaluma, CA 94954

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/17/2015

**Basis for the claim:** _

**Last 4 digits of account number**  6384

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,874.99 |

RUTH HUNT CANDY CO
Attn:  Managing Agent
PO BOX 265
MOUNT STERLING, KY 40353

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/5/2016

**Basis for the claim:** _

**Last 4 digits of account number**  5119

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $269.46 |

RYLAND, PETERS & SMALL
Attn:  Managing Agent
PO BOX 1539
FORT LEE, NJ 07024-1539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/21/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7599

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $463.00 |

SABATINO TARTUFI
Attn:  Managing Agent
135 Front Avenue
West Haven, CT 06516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/30/2015

**Basis for the claim:** _

**Last 4 digits of account number**  7377

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $598.92 |

SAGAFORM INC
Attn:  Managing Agent
901 Lincoln Dr. West
Suite 304
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/18/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7971

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $996.70 |

SAHADI
Attn:  Managing Agent
4215 1st Avenue
BROOKLYN, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/2/2015

**Basis for the claim:** _

**Last 4 digits of account number**  8220

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,049.64 |

Salem Baking Company
Attn:  Managing Agent
PO Box 890950
Charlotte, NC 28289

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/3/2016

**Basis for the claim:** _

**Last 4 digits of account number**  3690

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.955**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.80 |
|---|---|---|
| Salliest Greatest<br>Attn: Managing Agent<br>164 Haigler Circle<br>Cameron, SC 29030 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/30/2015 | Basis for the claim: _ | |
| Last 4 digits of account number  8412 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.956**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.70 |
|---|---|---|
| Salt Traders (Didi Davis Food, LLC)<br>Attn: Managing Agent<br>PO Box 56<br>Ipswich, MA 01938 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/5/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  6480 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.957**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,895.67 |
|---|---|---|
| SALTER HOUSEWARES/TAYLOR<br>Attn: Managing Agent<br>P.O.BOX 3144<br>BOSTON, MA 02241-3144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  11/30/2015 | Basis for the claim: _ | |
| Last 4 digits of account number  8204 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.958**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|
| Sarabella's Southern Sauces, LLC<br>Attn: Managing Agent<br>64 Saint Andrews Place<br>Jackson, MS 39211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/27/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  6160 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.959**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.00 |
|---|---|---|
| SARAH & MICHAEL'S FARM<br>Attn: Managing Agent<br>1927 SNOW HILL ROAD<br>DURHAM, NC 27712 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/31/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  7712 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.960**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|
| Sarah N' Dippity LLC<br>Attn: Managing Agent<br>2120 Bell Tower Dr.<br>Crownsville, MD 00071-1946 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  1/15/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  6454 | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.961**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|
| SASSAFRAS FORK FARM<br>Attn: Managing Agent<br>639 US HIGHWAY 158<br>Rougemont, NC 27572 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/11/2016 | Basis for the claim: _ | |
| Last 4 digits of account number  7572 | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.962** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $340.56
SATISFY YOUR SOUL
Attn: Managing Agent
1183 UNIVERSITY DR    ST
BURLINGTON, NC 27215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/10/2016
**Last 4 digits of account number** 8480

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,679.40
SAVANNAH BEE COMPANY
Attn: Managing Agent
211 Johnny Mercer Blvd.
SAVANNAH, GA 31410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/15/2015
**Last 4 digits of account number** 7719

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $693.00
Savory Pie Company, Inc (Z Crackers)
Attn: Managing Agent
215 Stratford Road
Brooklyn, NY 11218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/25/2016
**Last 4 digits of account number** 6313

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $60.00
Savour This Kitchen
Attn: Managing Agent
6031 Venice Boulevard
Venice, CA 90034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/23/2016
**Last 4 digits of account number** 6581

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.00
Sawdust Wood Co., LLC
Attn: Managing Agent
1163 Marquis Road
North Charleston, SC 29405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/10/2016
**Last 4 digits of account number** 6529

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.00
SCANWOOD
Attn: Managing Agent
485 HURRICANE LN
WILLISTON, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2/2016
**Last 4 digits of account number** 8225

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,214.90
SCHINDLER ELEVATOR CORPORATION
Attn: Managing Agent
P.O. BOX 93050
CHICAGO, IL 60673-3050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/1/2016
**Last 4 digits of account number** 1452

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
          Name

---

**3.969** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $603.30
| SCHOTT CORPORATION | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 22601 DAVIS DR | ☐ Disputed |
| STERLING, VA 20164-4471 | |
| Date(s) debt was incurred  3/23/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  8530 | Is the claim subject to offset? ■ No ☐ Yes |

**3.970** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,526.30
| SCHUBERT NURSERY, INC. | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| P.O. Box 1451 | ☐ Disputed |
| SALINAS, CA 93902 | |
| Date(s) debt was incurred  2/29/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  7194 | Is the claim subject to offset? ■ No ☐ Yes |

**3.971** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.00
| Scratch & Grain | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 16285 SW 85th Avenue #406 | ☐ Disputed |
| Portland, OR 97224 | |
| Date(s) debt was incurred  12/10/2015 | **Basis for the claim:** _ |
| Last 4 digits of account number  6477 | Is the claim subject to offset? ■ No ☐ Yes |

**3.972** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $180.00
| Scratch Baking, LLC | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 111 Orange St. | ☐ Disputed |
| Durham, NC 27701 | |
| Date(s) debt was incurred  2/29/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  6796 | Is the claim subject to offset? ■ No ☐ Yes |

**3.973** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.00
| Sea Love Sea Salt Company | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 16 Oceanic St | ☐ Disputed |
| Wrightsville Beach, NC 28480 | |
| Date(s) debt was incurred  1/7/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  6535 | Is the claim subject to offset? ■ No ☐ Yes |

**3.974** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,425.00
| Seabags | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 24 Custom House Wharf | ☐ Disputed |
| Portland, ME 04101 | |
| Date(s) debt was incurred  5/31/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  6590 | Is the claim subject to offset? ■ No ☐ Yes |

**3.975** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00
| SEAN FOWLER | ☐ Contingent |
| Attn: Managing Agent | ☐ Unliquidated |
| 2204 BELAIRE AVE | ☐ Disputed |
| RALEIGH, NC 27608 | |
| Date(s) debt was incurred  5/26/2016 | **Basis for the claim:** _ |
| Last 4 digits of account number  7608 | Is the claim subject to offset? ■ No ☐ Yes |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.976** Nonpriority creditor's name and mailing address
Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road N.E., Ste 900
Atlanta, GA 30326-1382

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.977** Nonpriority creditor's name and mailing address
Seka Hills
Attn:  Managing Agent
PO Box 18
Brooks, CA 95606

Date(s) debt was incurred  1/22/2016

Last 4 digits of account number  6790

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$414.00

---

**3.978** Nonpriority creditor's name and mailing address
SELETTI North America Inc.
Attn:  Managing Agent
Soho Building
110 Greene Street, Suite 1109
New York, NY 10012

Date(s) debt was incurred  1/12/2016

Last 4 digits of account number  6116

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,229.50

---

**3.979** Nonpriority creditor's name and mailing address
Selma Good Company (Mama's Cookies)
Attn:  Managing Agent
P.O. BOX 101
Selma, AL 36701

Date(s) debt was incurred  1/19/2016

Last 4 digits of account number  6473

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.980** Nonpriority creditor's name and mailing address
Sen Cha Naturals
Attn:  Managing Agent
104 N Union Ave.
Los Angeles, CA 90026

Date(s) debt was incurred  1/18/2016

Last 4 digits of account number  9024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$221.40

---

**3.981** Nonpriority creditor's name and mailing address
Serendipity Confections
Attn:  Managing Agent
304 S. 2nd St
Laramie, WY 82070

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  8419

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$682.50

---

**3.982** Nonpriority creditor's name and mailing address
Seychelles Soap Company
Attn:  Managing Agent
PO Box 3781
Pinehurst, NC 28374

Date(s) debt was incurred  1/17/2016

Last 4 digits of account number  1251

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$390.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.983**

**Nonpriority creditor's name and mailing address**
SFOGLINI
Attn: Managing Agent
630 Flushing Ave, 2nd Floor
Brooklyn, NY 11206

Date(s) debt was incurred  2/18/2016

Last 4 digits of account number  6800

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,994.50

---

**3.984**

**Nonpriority creditor's name and mailing address**
SHERATON CHAPEL HILL HOTEL
Attn: Managing Agent
ONE EUROPA DRIVE
CHAPEL HILL, NC 27517

Date(s) debt was incurred  2/19/2016

Last 4 digits of account number  7517

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,046.21

---

**3.985**

**Nonpriority creditor's name and mailing address**
SHERI CASTLE
Attn: Managing Agent
574 Woodbury
Pittsboro, NC 27312

Date(s) debt was incurred  5/5/2016

Last 4 digits of account number  1221

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$950.00

---

**3.986**

**Nonpriority creditor's name and mailing address**
Shine Water/Doctor Drinks LLC
Attn: Managing Agent
P O Box 331272
Nashville, TN 37203

Date(s) debt was incurred  1/8/2016

Last 4 digits of account number  6784

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.987**

**Nonpriority creditor's name and mailing address**
Shiraleah, LLC
Attn: Managing Agent
4258 North Knox Avenue
Chicago, IL 60641

Date(s) debt was incurred  2/3/2016

Last 4 digits of account number  8206

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$860.50

---

**3.988**

**Nonpriority creditor's name and mailing address**
Shire City Herbals (Fire Cider)
Attn: Managing Agent
115 Wendell Avenue
Pittsfield, MA 01201

Date(s) debt was incurred  4/26/2016

Last 4 digits of account number  6382

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$312.00

---

**3.989**

**Nonpriority creditor's name and mailing address**
Shop Sauce
Attn: Managing Agent
703 South Bickett Boulevard
Louisburg, NC 27549

Date(s) debt was incurred  11/20/2015

Last 4 digits of account number  7013

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$644.40

---

Debtor   Southern Season, Inc.
_____   Case number (if known) _____
         Name

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

Short Stack Editions
Attn:  Managing Agent
PO BOX 5593
New York, NY 10185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/16/2016

Basis for the claim: _____

Last 4 digits of account number  6625

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
|---|---|---|---|

Shorty's Breading Company LLC
Attn:  Managing Agent
10291 Green Bay Road
Rice, VA 23966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/4/2016

Basis for the claim: _____

Last 4 digits of account number  6223

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.37 |
|---|---|---|---|

Sid Wainer & Son, Inc
Attn:  Managing Agent
2301 Purchase Street
New Bedford, MA 02746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/9/2016

Basis for the claim: _____

Last 4 digits of account number  8133

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,176.60 |
|---|---|---|---|

SIEGE CHEMICAL COMPANY
Attn:  Managing Agent
6340 VIA TIERRA
BOCA RATON, FL 33433

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/29/2016

Basis for the claim: _____

Last 4 digits of account number  8137

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.28 |
|---|---|---|---|

SIGNATURE CHOCOLATES
Attn:  Managing Agent
166 Norseman Street
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2016

Basis for the claim: _____

Last 4 digits of account number  7531

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.16 |
|---|---|---|---|

Silver State Foods Inc.
Attn:  Managing Agent
P.O. Box 115005
Denver, CO 80211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/26/2016

Basis for the claim: _____

Last 4 digits of account number  6406

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

Simple & Crisp Inc
Attn:  Managing Agent
420 S. Massachusetts St
Seattle, WA 98134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/4/2016

Basis for the claim: _____

Last 4 digits of account number  6537

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Southern Season, Inc._____   Case number (if known) _____
      Name

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,739.64 |
|---|---|---|---|

SIMPLEX GRINNELL
Attn:  Managing Agent
DEPT. CH 10320
PALATINE, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/9/2016

**Basis for the claim:** _

**Last 4 digits of account number**  0055

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $754.55 |
|---|---|---|---|

SIMPLY FRESH, INC
Attn:  Managing Agent
4711 HOPE VALLEY RD
PMB #120
DURHAM, NC 27707

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  3/29/2016

**Basis for the claim:** _

**Last 4 digits of account number**  7019

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $240.00 |
|---|---|---|---|

Sir Charles Gourmet Sauces
Attn:  Managing Agent
P. O. Box 8506
Greensboro, NC 27419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/29/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6951

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $124.00 |
|---|---|---|---|

SKILLET FOOD PRODUCTS LLC
Attn:  Managing Agent
1408 E UNION ST
SEATTLE, WA 98122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/1/2016

**Basis for the claim:** _

**Last 4 digits of account number**  8829

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $870.76 |
|---|---|---|---|

Slingshot Coffee Co
Attn:  Managing Agent
1420 Brookside Dr
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/25/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6764

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $164.00 |
|---|---|---|---|

Sloane Ranger
Attn:  Managing Agent
1237 SE Indian Street Suite 101
Stuart, FL 34997

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/28/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6795

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $297.00 |
|---|---|---|---|

Small Batch Granola
Attn:  Managing Agent
53B Manchester Valley Rd.
Manchester Center, VT 05255

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2/19/2016

**Basis for the claim:** _

**Last 4 digits of account number**  6744

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

SMITH'S ADDRESSING MACHINE
SERVICES, INC
Attn:  Managing Agent
151 TECHNOLOGY DRIVE
GARNER, NC 27529

**Date(s) debt was incurred**  1/29/2016

**Last 4 digits of account number**  7529

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,084.82

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

Smither Family Kitchen LLC
Attn:  Managing Agent
5535 Memorial Dr
Suite F #604
Houston, TX 77007

**Date(s) debt was incurred**  1/4/2016

**Last 4 digits of account number**  6052

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$836.50

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

Smithey Ironware
Attn:  Managing Agent
125 Wappoo Creek Dr - Bldg E
STE 101B
Charleston, SC 29412

**Date(s) debt was incurred**  3/31/2016

**Last 4 digits of account number**  6823

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,040.00

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

SMUDGE INK
Attn:  Managing Agent
50 TERMINAL ST
BLDG 2, 2ND FLOOR
CHARLESTOWN, MA 02129

**Date(s) debt was incurred**  1/19/2016

**Last 4 digits of account number**  7742

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$225.00

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

Soberdough LLC
Attn:  Managing Agent
5515 Edmondson Pike
Ste. 121
Nashville, TN 37211

**Date(s) debt was incurred**  1/18/2016

**Last 4 digits of account number**  6488

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$163.80

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

SONITROL SECURITY SYSTEMS
Attn:  Managing Agent
4455 TILE DRIVE
CHARLESTON, SC 29405

**Date(s) debt was incurred**  5/1/2016

**Last 4 digits of account number**  1615

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,376.07

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

SONOMA SYRUP COMPANY
Attn: Managing Agent
PO BOX 819
SONOMA, CA 95476

**Date(s) debt was incurred** 2/18/2016

**Last 4 digits of account number** 6548

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$618.81

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

Sorry Robots LLC (GIR)
Attn: Managing Agent
114 West 27th Street #4S
New York, NY 10001

**Date(s) debt was incurred** 1/20/2016

**Last 4 digits of account number** 6672

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,600.32

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

SOURCE ATLANTIQUE (if you care)
Attn: Managing Agent
140 sylvan avenue
ENGLEWOOD CLIFF, NJ 07632

**Date(s) debt was incurred** 3/16/2016

**Last 4 digits of account number** 8015

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$782.46

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

Southeastern Freight Lines, Inc.
Attn: Managing Agent
PO BOX 100104
Columbia, SC 29202-3104

**Date(s) debt was incurred** 4/4/2016

**Last 4 digits of account number** 9202

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$60.00

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

SOUTHEASTERN PAPER CO
Attn: Managing Agent
P.O. BOX 890672
Charlotte, NC 28289

**Date(s) debt was incurred** 3/10/2016

**Last 4 digits of account number** 8320

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$77,857.97

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

SOUTHERN BRIDE & GROOM
Attn: Managing Agent
PO BOX 61114
DURHAM, NC 27705

**Date(s) debt was incurred** 2/3/2016

**Last 4 digits of account number** 1137

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$675.00

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

Southern Culture Artisan Foods, Inc.
Attn: Managing Agent
251 RIO CIRCLE
Decatur, GA 30030

**Date(s) debt was incurred** 1/26/2016

**Last 4 digits of account number** 7628

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$201.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 7**

**Nonpriority creditor's name and mailing address**
SOUTHERN LABEL SERVICES
Attn: Managing Agent
7504 Chouder Lane
WAKE FOREST, NC 27587

**Date(s) debt was incurred** 1/6/2016

**Last 4 digits of account number** 7384

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,119.01

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
Southern Smoke BBQ of NC
Attn: Managing Agent
241 N. INGOLD AVE
Garland, NC 28441

**Date(s) debt was incurred** 5/10/2016

**Last 4 digits of account number** 6771

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$141.00

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
Southern Sweets Honey
Attn: Managing Agent
PO.BOX 61052.
JACKSONVILLE, FL 32236

**Date(s) debt was incurred** 2/23/2016

**Last 4 digits of account number** 2584

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$232.00

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
Southern Twist Cocktail Co LLC
Attn: Managing Agent
9 Mariner's Cay Dr
Folly Beach, SC 29439

**Date(s) debt was incurred** 3/2/2016

**Last 4 digits of account number** 6733

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$414.00

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
SOUTHWEST SPECIALTY FOOD
Attn: Managing Agent
700 N. BULLARD AVE
GOODYEAR, AZ 85338

**Date(s) debt was incurred** 3/16/2016

**Last 4 digits of account number** 8044

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$119.70

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
SPARQ
Attn: Managing Agent
901 SOUTH JASON STREET
UNIT B
DENVER, CO 80223

**Date(s) debt was incurred** 12/8/2015

**Last 4 digits of account number** 8901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,357.53

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
SPARTINA 449
Attn: Managing Agent
10 HUNTER RD
HILTON HEAD, SC 29906

**Date(s) debt was incurred** 9/6/2015

**Last 4 digits of account number** 7936

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$56.50

---

**3.102 4**

**Nonpriority creditor's name and mailing address**
SPECIALTY COFFEE ASSOC OF AMERICA
Attn: Managing Agent
117 W 4TH STREET, SUITE 300
SANTA ANA, CA 92701

**Date(s) debt was incurred** 2/1/2016

**Last 4 digits of account number** 1374

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$210.00

---

**3.102 5**

**Nonpriority creditor's name and mailing address**
Spello Group LLC(MiiR)
Attn: Managing Agent
2151 N Northlake Way, Ste 211
Seattle, WA 98013

**Date(s) debt was incurred** 5/23/2016

**Last 4 digits of account number** 6690

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$639.04

---

**3.102 6**

**Nonpriority creditor's name and mailing address**
Spice Society LLC
Attn: Managing Agent
1 Santa Maria Ct.
Greenville, SC 29609

**Date(s) debt was incurred** 1/4/2016

**Last 4 digits of account number** 6401

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$831.60

---

**3.102 7**

**Nonpriority creditor's name and mailing address**
Spicemode
Attn: Managing Agent
2010 W. Fulton Street #F-262
Chicago, IL 60612

**Date(s) debt was incurred** 2/23/2016

**Last 4 digits of account number** 6809

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$623.70

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
SSAC Capital
301 Laurel Hill Road
Chapel Hill, NC 27514

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$10,070,000.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
ST MARTIN'S PRESS
Attn: Managing Agent
PO BOX 930668
Atlanta, GA 31193

**Date(s) debt was incurred** 12/22/2015

**Last 4 digits of account number** 8910

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Is the claim subject to offset?** ■ No  ☐ Yes

$280.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 149 of 183

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
STAPLES
Attn: Managing Agent
DEPT 82 - 0003188372
PO BOX 9020
DES MOINES, IA 50368-9020

Date(s) debt was incurred  2/12/2016

Last 4 digits of account number  7778

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,765.29

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
STAPLES BUSINESS ADVANTAGE
Attn: Managing Agent
DEPT. ATL
P.O. BOX 405386
ATLANTA, GA 30384-5386

Date(s) debt was incurred  12/4/2015

Last 4 digits of account number  1594

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,366.41

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
Staples Technology Solutions
Attn: Managing Agent
PO BOX 95230
Chicago, IL 60694

Date(s) debt was incurred  2/8/2016

Last 4 digits of account number  0694

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$179.96

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
STAUB/HENCKELS
Attn: Managing Agent
Church Street Station
PO BOX 4523
New York, NY 10261-4523

Date(s) debt was incurred  11/30/2015

Last 4 digits of account number  6808

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$14,844.25

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
Steel String Brewery
Attn: Managing Agent
106 S. Greensboro St
Carrboro, NC 27510

Date(s) debt was incurred  6/2/2016

Last 4 digits of account number  6848

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$52.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**
Steelite International USA, Inc
Attn: Managing Agent
154 Keystone Drive
New Castle, PA 16105

Date(s) debt was incurred  2/15/2016

Last 4 digits of account number  6375

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,685.99

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Southern Season, Inc.
_____
Name                                                        Case number (if known) _____

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $616.50 |

STEVEN SMITH TEAMAKER
Attn: Managing Agent
1626 NW THURMAN
PORTLAND, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/17/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8477

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $602.58 |

STICKY FINGERS BAKERIES
Attn: Managing Agent
P.O. BOX 8128
SPOKANE, WA 99203-0128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/18/2016

**Basis for the claim:** _

**Last 4 digits of account number** 8107

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $412.50 |

Sticky Toffee Pudding Co
Attn: Managing Agent
1313 West 9 1/2 St
Austin, TX 78703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6516

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,269.78 |

Sticky's Desserts by Demand
Attn: Managing Agent
3849 Hanoverian Dr.
Awendaw, SC 29429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/26/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6836

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $120.00 |

Still There/Shine On
Attn: Managing Agent
12115 Creek Tum Drive
Charlotte, NC 28278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/19/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6437

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,824.40 |

Stocked, LLC
Attn: Managing Agent
1507 NW 61st Street Apt C
Seattle, WA 98107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2/2016

**Basis for the claim:** _

**Last 4 digits of account number** 6376

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,496.33 |

STOCKTON GRAHAM & CO.
Attn: Managing Agent
PO BOX 90545
RALEIGH, NC 27675

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/23/2016

**Basis for the claim:** _

**Last 4 digits of account number** 2187

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 3**

**Nonpriority creditor's name and mailing address**
STONEWALL KITCHEN LTD.
Attn: Managing Agent
STONEWALL LANE
YORK, ME 03909

Date(s) debt was incurred  1/6/2016
Last 4 digits of account number  8147

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,105.35

---

**3.104 4**

**Nonpriority creditor's name and mailing address**
Stony Brook Wholehearted Foods, LLC
Attn: Managing Agent
500 Technology Farm Drive
Geneva, NY 14456

Date(s) debt was incurred  5/4/2016
Last 4 digits of account number  6085

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$88.00

---

**3.104 5**

**Nonpriority creditor's name and mailing address**
Straw Propeller Gourmet Foods
Attn: Managing Agent
725 SW UMATILLA AVE
Redmond, OR 97756

Date(s) debt was incurred  2/2/2016
Last 4 digits of account number  6554

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$147.60

---

**3.104 6**

**Nonpriority creditor's name and mailing address**
Strawberry Hill Grand Delights
Attn: Managing Agent
264 Common Street
Watertown, MA 02472

Date(s) debt was incurred  11/22/2015
Last 4 digits of account number  6574

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$214.56

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
STRAWBERRY PATCH
Attn: Managing Agent
PO BOX 52404
ATLANTA, GA 30355-0404

Date(s) debt was incurred  12/29/2015
Last 4 digits of account number  8201

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$720.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
Stuart and Co.
Attn: Managing Agent
1610 Bathgate Ave.
Bronx, NY 10457

Date(s) debt was incurred  6/6/2016
Last 4 digits of account number  6859

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$874.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104**
**9**

**Nonpriority creditor's name and mailing address**

Stumptown Coffee Roasters
Attn: Managing Agent
100 SE Salmon St
Portland, OR 97214

Date(s) debt was incurred  12/7/2015

Last 4 digits of account number  6650

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,694.47

---

**3.105**
**0**

**Nonpriority creditor's name and mailing address**

Style Weekly
Attn: Managing Agent
PO BOX 826526
PHILADELPHIA, PA 19182-6526

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number  3224

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,497.00

---

**3.105**
**1**

**Nonpriority creditor's name and mailing address**

Sugimoto America
Attn: Managing Agent
2738 152nd Ave
NE Bldg 5
Redmond, WA 98052

Date(s) debt was incurred  5/10/2016

Last 4 digits of account number  6130

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$512.60

---

**3.105**
**2**

**Nonpriority creditor's name and mailing address**

Sully's Specialty Foods
Attn: Managing Agent
1837-A Villa Maison
Mt. Pleasant, SC 29464

Date(s) debt was incurred  3/25/2016

Last 4 digits of account number  6176

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$126.00

---

**3.105**
**3**

**Nonpriority creditor's name and mailing address**

Sunny's Texas Beef
Attn: Managing Agent
1899 N. FM 52
Weatherford, TX 76088

Date(s) debt was incurred  1/5/2016

Last 4 digits of account number  4521

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$117.00

---

**3.105**
**4**

**Nonpriority creditor's name and mailing address**

Sunray Farms Inc(Arrowhead Farms)
Attn: Managing Agent
224 W. 30th Street, Thirteenth Floor
New York, NY 10001

Date(s) debt was incurred  2/18/2016

Last 4 digits of account number  6714

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,080.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
Sunshine Beverages, LLC
Attn: Managing Agent
PO Box 20151
Winston-Salem, NC 27101

**Date(s) debt was incurred** 2/29/2016
**Last 4 digits of account number** 5972

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$144.00

---

**3.105 6**

**Nonpriority creditor's name and mailing address**
SUSAN HEARN
Attn: Managing Agent
1837 Abernathy Trail
BURLINGTON, NC 27215

**Date(s) debt was incurred** 5/14/2016
**Last 4 digits of account number** 1223

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$300.00

---

**3.105 7**

**Nonpriority creditor's name and mailing address**
SUSAN RICE TRUFFLES PROD
Attn: Managing Agent
220 MIDLAND ROAD
PINEHURST, NC 28374

**Date(s) debt was incurred** 2/16/2016
**Last 4 digits of account number** 7856

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$398.48

---

**3.105 8**

**Nonpriority creditor's name and mailing address**
Sushi Now!
Attn: Managing Agent
254 Potrero St.
Santa Cruz, CA 95060

**Date(s) debt was incurred** 1/3/2016
**Last 4 digits of account number** 6030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$487.80

---

**3.105 9**

**Nonpriority creditor's name and mailing address**
Suss Sweets LLC
Attn: Managing Agent
5 Columbia Ave
Nashua, NH 03064

**Date(s) debt was incurred** 1/4/2016
**Last 4 digits of account number** 6609

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$556.00

---

**3.106 0**

**Nonpriority creditor's name and mailing address**
SUSTAINABLE SOURCING, LLC
Attn: Managing Agent
HIMALA SALT
1375 Boardman St.
Sheffield, MA 01257

**Date(s) debt was incurred** 12/22/2015
**Last 4 digits of account number** 7993

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$502.65

---

Debtor  Southern Season, Inc.

Name

Case number *(if known)*

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

Sweet Charleston Designs LLC
Attn:  Managing Agent
103 Cooke Street
Charleston, SC 29492

**Date(s) debt was incurred**  1/27/2016

**Last 4 digits of account number**  6041

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

Sweet Corn Tortilla Chips Inc
Attn:  Managing Agent
124 Seven Mile Drive
Ithaca, NY 14850

**Date(s) debt was incurred**  2/19/2016

**Last 4 digits of account number**  6734

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.106 3**

**Nonpriority creditor's name and mailing address**

SWEET JANE'S INC.
Attn:  Managing Agent
4823 MEADOW DRIVE/SUITE 2
DURHAM, NC 27713

**Date(s) debt was incurred**  9/16/2015

**Last 4 digits of account number**  8145

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,600.32

---

**3.106 4**

**Nonpriority creditor's name and mailing address**

SWEET JUBILEE GOURMET
Attn:  Managing Agent
273 MULBERRY DR
SUITE 14
MECHANICSBURG, PA 17050

**Date(s) debt was incurred**  3/23/2016

**Last 4 digits of account number**  8963

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,885.90

---

**3.106 5**

**Nonpriority creditor's name and mailing address**

SWEET NEECY
Attn:  Managing Agent
P O Box 4713
Chapel Hill, NC 27515

**Date(s) debt was incurred**  2/11/2016

**Last 4 digits of account number**  8169

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$420.00

---

**3.106 6**

**Nonpriority creditor's name and mailing address**

SWEET SHOP USA
Attn:  Managing Agent
1316 INDUSTRIAL RD
MT. PLEASANT, TX 75455

**Date(s) debt was incurred**  4/4/2016

**Last 4 digits of account number**  8713

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$535.40

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.106.7**

**Nonpriority creditor's name and mailing address**

Sweet Sour Salty Inc.
Attn:  Managing Agent
PO BOX 7147
Richmond, VA 23221

**Date(s) debt was incurred** 11/12/2015

**Last 4 digits of account number** 6307

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$250.50

---

**3.106.8**

**Nonpriority creditor's name and mailing address**

Sweeteeth
Attn:  Managing Agent
EVO Craft Bakery
1075 E. Montague Ave.
N. Charleston, SC 29405

**Date(s) debt was incurred** 2/3/2016

**Last 4 digits of account number** 1249

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$519.00

---

**3.106.9**

**Nonpriority creditor's name and mailing address**

Sweets By Shayda Co.
Attn:  Managing Agent
304 Otmoor Ln
Cary, NC 27519

**Date(s) debt was incurred** 2/1/2016

**Last 4 digits of account number** 6601

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,400.00

---

**3.107.0**

**Nonpriority creditor's name and mailing address**

Sweetworks Confections, LLC
Attn:  Managing Agent
3500 GENESEE STREET
BUFFALO, NY 14225

**Date(s) debt was incurred** 2/29/2016

**Last 4 digits of account number** 8078

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$244.50

---

**3.107.1**

**Nonpriority creditor's name and mailing address**

SWISSMAR IMPORTS INC.
Attn:  Managing Agent
6391 WALMORE RD.
NIAGARA FALLS, NY 14304

**Date(s) debt was incurred** 1/14/2016

**Last 4 digits of account number** 8095

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,711.70

---

**3.107.2**

**Nonpriority creditor's name and mailing address**

Sydney Hale LLC
Attn:  Managing Agent
17302 Simmons Road
Purcellville, VA 20132

**Date(s) debt was incurred** 12/10/2015

**Last 4 digits of account number** 6243

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$546.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    Southern Season, Inc.
_____    Case number (if known)  _____
Name

| 3.107 | | | |
|---|---|---|---|

**3.107 3**

**Nonpriority creditor's name and mailing address**
Systems Contractors, Inc.
Attn:  Managing Agent
PO BOX 16023
Greensboro, NC 27416

**Date(s) debt was incurred**  4/4/2016

**Last 4 digits of account number**  7416

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$951.78

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
TABOR ESPRESSO CORPORATIO
Attn:  Managing Agent
505-A CORNERSTONE CT
HILLSBOROUGH, NC 27278

**Date(s) debt was incurred**  2/24/2016

**Last 4 digits of account number**  7080

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,148.40

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
TAG/TRADE ASSOCIATES
Attn:  Managing Agent
900 West Bliss Street
CHICAGO, IL 60642-4242

**Date(s) debt was incurred**  1/3/2016

**Last 4 digits of account number**  9000

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,137.32

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
TAKEYA USA
Attn:  Managing Agent
214 5th St
#204
Huntington Beach, CA 92648

**Date(s) debt was incurred**  1/15/2016

**Last 4 digits of account number**  8189

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$420.00

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
TAO OF TEA
Attn:  Managing Agent
3430 SOUTHEAST BELMONT ST
PORTLAND, OR 97214

**Date(s) debt was incurred**  1/8/2016

**Last 4 digits of account number**  9097

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
TASTEWORKS
Attn:  Managing Agent
1334 CREEKSIDE DR
CANADA

**Date(s) debt was incurred**  1/4/2016

**Last 4 digits of account number**  7962

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$318.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
TAYLOR BUSINESS PRODUCTS
Attn:  Managing Agent
PO BOX 681
ROXBORO, NC 27573

**Date(s) debt was incurred**  2/18/2016
**Last 4 digits of account number**  8803

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$334.43

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
TEA FORTE INC
Attn:  Managing Agent
23 BRADFORD STREET
CONCORD, MA 01742

**Date(s) debt was incurred**  4/3/2016
**Last 4 digits of account number**  5760

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$273.00

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
TEA SPOT INC., THE
Attn:  Managing Agent
4699 NAUTILUS CT.
SUITE 403
BOULDER, CO 80301

**Date(s) debt was incurred**  1/22/2016
**Last 4 digits of account number**  8292

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$64.24

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
TEA TANGENT
Attn:  Managing Agent
3716 ROUTE 737
KEMPTON, PA 19529

**Date(s) debt was incurred**  2/29/2016
**Last 4 digits of account number**  8982

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$324.00

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
teapigs US LLC
Attn:  Managing Agent
PO BOX 200438
Pittsburgh, PA 15251-0438

**Date(s) debt was incurred**  2/23/2016
**Last 4 digits of account number**  6354

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,374.00

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
TEAS ETC
Attn:  Managing Agent
480 TALL PINES RD
SUITE C
WEST PALM BEACH, FL 33413

**Date(s) debt was incurred**  1/4/2016
**Last 4 digits of account number**  8941

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$719.84

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.108 5**

**Nonpriority creditor's name and mailing address**

TECH-24
Attn:  Managing Agent
5256 Eisenhower Ave.
Alexandria, VA 22304

**Date(s) debt was incurred**  4/4/2016

**Last 4 digits of account number**  2304

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$650.72

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

Technivorm - Moccamaster USA Inc
Attn:  Managing Agent
150 North Michigan Avenue
Suite 1950
Chicago, IL 60601

**Date(s) debt was incurred**  10/26/2015

**Last 4 digits of account number**  6266

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$662.88

---

**3.108 7**

**Nonpriority creditor's name and mailing address**

Terlato Kitchen, LLC
Attn:  Managing Agent
2401 Waukegan Rd
Bannockburn, IL 60015

**Date(s) debt was incurred**  2/18/2016

**Last 4 digits of account number**  6755

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$604.80

---

**3.108 8**

**Nonpriority creditor's name and mailing address**

TERRAPIN RIDGE
Attn:  Managing Agent
1212 S. Myrtle Ave
Clearwater, FL 33756

**Date(s) debt was incurred**  12/8/2015

**Last 4 digits of account number**  9047

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,224.42

---

**3.108 9**

**Nonpriority creditor's name and mailing address**

Texas Hill Country Olive Company
Attn:  Managing Agent
2530 W. Fitzhugh Rd
Dripping Springs, TX 78620

**Date(s) debt was incurred**  1/4/2016

**Last 4 digits of account number**  6772

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$276.00

---

**3.109 0**

**Nonpriority creditor's name and mailing address**

Texas Rangers Foods
Attn:  Managing Agent
2120 E Hildebrand
San Antonio, TX 78209

**Date(s) debt was incurred**  10/26/2015

**Last 4 digits of account number**  9061

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$448.75

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     

| Debtor | Southern Season, Inc. | Case number (if known) | |
|--------|----------------------|------------------------|--|
| | Name | | |

**3.109**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.20 |
|---|---|---|
| The American Cookie Cutter Co. | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 112B Quality Lane | ☐ Disputed | |
| Rutland, VT 05701 | | |
| **Date(s) debt was incurred**  1/19/2016 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  6010 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,404.11 |
|---|---|---|
| THE BLAKEMERE COMPANY LLC | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| AMANDA FISHER | ☐ Disputed | |
| 2448 SPRINGVIEW TRAIL | | |
| CHAPEL HILL, NC 27514 | | |
| **Date(s) debt was incurred**  4/18/2016 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  8877 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.85 |
|---|---|---|
| THE BREAD SHOP (PBS) | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| PO BOX 1267 | ☐ Disputed | |
| PITTSBORO, NC 27312 | | |
| **Date(s) debt was incurred**  2/16/2016 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  8873 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $752.82 |
|---|---|---|
| The Canadian Birch Company Limited | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| Box 283 | ☐ Disputed | |
| CANADA | | |
| **Date(s) debt was incurred**  12/29/2015 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  6652 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,223.00 |
|---|---|---|
| THE CHARLESTON CITY PAPER | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 1049 B MORRISON DRIVE | ☐ Disputed | |
| CHARLESTON, SC 29403 | | |
| **Date(s) debt was incurred**  12/30/2015 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  9403 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $837.00 |
|---|---|---|
| The Chocolate Publishing (Shay's Choco.) | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| Shay's Chocolate | ☐ Disputed | |
| 4130 Menlo Drive | | |
| Baltimore, MD 21215 | | |
| **Date(s) debt was incurred**  1/3/2016 | **Basis for the claim:** _ | |
| **Last 4 digits of account number**  6378 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
The Crispery Of Virginia LLC
Attn:  Managing Agent
2728 Sterling Point Drive
Portsmouth, VA 23703

**Date(s) debt was incurred**  12/22/2015
**Last 4 digits of account number**  6227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,487.28

---

**3.109 8**

**Nonpriority creditor's name and mailing address**
The Draft Doctor
Attn:  Managing Agent
PO BOX 9054
Richmond, VA 23225

**Date(s) debt was incurred**  5/2/2016
**Last 4 digits of account number**  3225

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$278.42

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
The Essential Table, LLC
Attn:  Managing Agent
256 Parkway Street
Winchester, VA 22601

**Date(s) debt was incurred**  1/6/2016
**Last 4 digits of account number**  6294

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$432.60

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
The Fine Cheese Co.
Attn:  Managing Agent
P. O. Box 1554
Lynnwood, WA 98046

**Date(s) debt was incurred**  2/4/2016
**Last 4 digits of account number**  6842

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,664.80

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
The Flavors of Lonato
Attn:  Managing Agent
1092 W Atlanta Street, Suite 300
Marietta, GA 30060

**Date(s) debt was incurred**  10/22/2015
**Last 4 digits of account number**  5980

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.70

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
The Frosted Baker
Attn:  Managing Agent
1350 Tri State Parkway
Suite #126/128
Gurnee, IL 60031

**Date(s) debt was incurred**  4/20/2016
**Last 4 digits of account number**  6713

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,903.00

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110
3**

**Nonpriority creditor's name and mailing address**

The Golden Rabbit II, Inc
Attn: Managing Agent
PO BOX 100065
ARLINGTON, VA 22210

**Date(s) debt was incurred** 2/28/2016
**Last 4 digits of account number** 6088

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,809.43

---

**3.110
4**

**Nonpriority creditor's name and mailing address**

The Gourmet Farm Girl LLC
Attn: Managing Agent
2160 Berlin Station Rd
Delaware, OH 43015

**Date(s) debt was incurred** 1/14/2016
**Last 4 digits of account number** 6676

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,820.16

---

**3.110
5**

**Nonpriority creditor's name and mailing address**

The Gracious Gourmet
Attn: Managing Agent
PO BOX 218
BRIDGEWATER, CT 06752

**Date(s) debt was incurred** 2/1/2016
**Last 4 digits of account number** 7790

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$515.05

---

**3.110
6**

**Nonpriority creditor's name and mailing address**

The Green Heart Project Inc
Attn: Managing Agent
124 Magnolia Ave
Charleston, SC 29403

**Date(s) debt was incurred** 2/23/2016
**Last 4 digits of account number** 6737

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$391.59

---

**3.110
7**

**Nonpriority creditor's name and mailing address**

The Hilton Head Popcorn Company
Attn: Managing Agent
2509 CLEMENTS FERRY ROAD
CHARLESTON, SC 29492

**Date(s) debt was incurred** 1/25/2016
**Last 4 digits of account number** 0015

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$159.00

---

**3.110
8**

**Nonpriority creditor's name and mailing address**

The Jam Stand
Attn: Managing Agent
630 Flushing Ave, 8th floor
Brooklyn, NY 11206

**Date(s) debt was incurred** 1/29/2016
**Last 4 digits of account number** 6065

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$312.00

---

Debtor    Southern Season, Inc.                                    Case number (if known) _____
                Name

---

**3.110 9**

Nonpriority creditor's name and mailing address

The Looma Project
Attn: Managing Agent
201 Howell St.
100B
Chapel Hill, NC 27514

Date(s) debt was incurred  4/15/2016

Last 4 digits of account number  7514

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,250.00

---

**3.111 0**

Nonpriority creditor's name and mailing address

THE MCTAVISH COMPANY, INC
Attn: Managing Agent
10234 N.E. GLISAN
PORTLAND, OR 97220

Date(s) debt was incurred  1/14/2016

Last 4 digits of account number  5603

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,204.36

---

**3.111 1**

Nonpriority creditor's name and mailing address

THE MOTHERVINE
Attn: Managing Agent
AMY ODOM
111 BUENA VISTA WAY
CHAPEL HILL, NC 27514

Date(s) debt was incurred  2/20/2016

Last 4 digits of account number  8892

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$496.16

---

**3.111 2**

Nonpriority creditor's name and mailing address

The Olive Oil Factory LLC
Attn: Managing Agent
2445 S Watney Way Ste D
Fairfield, CA 95433

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  6709

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,011.00

---

**3.111 3**

Nonpriority creditor's name and mailing address

The Peanut Shop of Williamsburg
Attn: Managing Agent
8012 Hankins Industrial Park Road
Toano, VA 23168

Date(s) debt was incurred  5/2/2016

Last 4 digits of account number  6289

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$21,669.96

---

**3.111 4**

Nonpriority creditor's name and mailing address

THE POST AND COURIER
Attn: Managing Agent
DEPARTMENT # 400
134 COLUMBUS ST.
Charleston, SC 29403

Date(s) debt was incurred  4/30/2016

Last 4 digits of account number  1222

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,845.22

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111
5**

**Nonpriority creditor's name and mailing address**

THE ROY HOUFF COMPANY
Attn:  Managing Agent
2414 ANNISTON ST.
RICHMOND, VA 23223

**Date(s) debt was incurred**  5/2/2016

**Last 4 digits of account number**  3223

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$2,615.55

---

**3.111
6**

**Nonpriority creditor's name and mailing address**

The Salty Road
Attn:  Managing Agent
20 Grand Avenue Suite 404
Brooklyn, NY 11205

**Date(s) debt was incurred**  1/15/2016

**Last 4 digits of account number**  6076

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$627.00

---

**3.111
7**

**Nonpriority creditor's name and mailing address**

The Saucey Sauce Company Inc.
Attn:  Managing Agent
5 EAST 22nd STREET
SUITE 14P
New York, NY 10010

**Date(s) debt was incurred**  3/22/2016

**Last 4 digits of account number**  6089

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$350.00

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

The Select Group, LLC
Attn:  Managing Agent
PO BOX # 203657
Dallas, TX 75320-3657

**Date(s) debt was incurred**  3/30/2016

**Last 4 digits of account number**  5320

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$10,334.70

---

**3.111
9**

**Nonpriority creditor's name and mailing address**

The Truck Farm, LLC
Attn:  Managing Agent
645 South Alameda
Las Cruces, NM 88005

**Date(s) debt was incurred**  4/25/2016

**Last 4 digits of account number**  6359

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$102.42

---

**3.112
0**

**Nonpriority creditor's name and mailing address**

The Two Little Guys Company
Attn:  Managing Agent
PO Box 43255
Upper Montclair, NJ 07043

**Date(s) debt was incurred**  12/21/2015

**Last 4 digits of account number**  6218

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

$1,057.97

---

Debtor **Southern Season, Inc.**
_____
Name

Case number _(if known)_ _____

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
THE ULTIMATE SOFTWARE GROUP, INC
Attn:  Managing Agent
PO BOX 930953
ATLANTA, GA 31193-0953

**Date(s) debt was incurred**  12/30/2015

**Last 4 digits of account number**  3326

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$43,833.25

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
The Vermont Hay Company LLC
Attn:  Managing Agent
257 Collier Rd
Greensboro, VT 05841

**Date(s) debt was incurred**  1/19/2016

**Last 4 digits of account number**  6594

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$714.00

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
THE WARRELL CORPORATION
Attn:  Managing Agent
3036 SOLUTIONS CENTER
CHICAGO, IL 60677-3000

**Date(s) debt was incurred**  1/5/2016

**Last 4 digits of account number**  7208

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,041.29

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
THEO CHOCOLATE
Attn:  Managing Agent
3400 PHINNEY AVE, N.
SEATTLE, WA 98103

**Date(s) debt was incurred**  4/20/2016

**Last 4 digits of account number**  7210

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$33.80

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
Theobroma Chocolates LLC
Attn:  Managing Agent
34 34th St., 4th Floor
Brooklyn, NY 11232

**Date(s) debt was incurred**  1/25/2016

**Last 4 digits of account number**  6639

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$565.35

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
Theos Olive Oil
Attn:  Managing Agent
38 Chinquapin Road
Pinehurst, NC 28374

**Date(s) debt was incurred**  1/5/2016

**Last 4 digits of account number**  6158

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,222.00

---

**3.112 7**

**Nonpriority creditor's name and mailing address**
Think Food Products
Attn:  Managing Agent
717 D St. NW 6th Floor
Washington, DC 20004

**Date(s) debt was incurred**  11/5/2015

**Last 4 digits of account number**  5879

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,576.28

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Southern Season, Inc.                                     Case number (if known) _____
_____
Name

| | |
|---|---|

**3.112 8**

**Nonpriority creditor's name and mailing address**
THOMAS GOURMET FOODS
Attn:  Managing Agent
P.O. BOX 8822
GREENSBORO, NC 27419

**Date(s) debt was incurred**  1/5/2016

**Last 4 digits of account number**  9340

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,088.64

---

**3.112 9**

**Nonpriority creditor's name and mailing address**
THOMPSON BRANDS
Attn:  Managing Agent
80 SOUTH VINE ST
MERIDEN, CT 06451

**Date(s) debt was incurred**  5/18/2016

**Last 4 digits of account number**  9180

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$38.12

---

**3.113 0**

**Nonpriority creditor's name and mailing address**
Three Juiced Bootleggers Inc.
Attn:  Managing Agent
8121 Riesling Drive
Kernersville, NC 27284

**Date(s) debt was incurred**  3/1/2016

**Last 4 digits of account number**  6357

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$54.00

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
Three Spice, Inc.
Attn:  Managing Agent
8211 Hiawatha Circle
Eden Prairie, MN 55347-1542

**Date(s) debt was incurred**  2/1/2016

**Last 4 digits of account number**  0203

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$89.00

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
THYMES LIMITED
Attn:  Managing Agent
629 Ninth Street SE
MINNEAPOLIS, MN 55414

**Date(s) debt was incurred**  3/23/2016

**Last 4 digits of account number**  9011

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,847.50

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
Tiger Nuts Inc.
Attn:  Managing Agent
21 Carroll Street
Newburgh, NY 12550

**Date(s) debt was incurred**  2/4/2016

**Last 4 digits of account number**  8427

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$623.04

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.113 4**

**Nonpriority creditor's name and mailing address**
Time Warner Cable Media, Inc
Attn:  Managing Agent
PO Box 27908
New York, NY 10087

**Date(s) debt was incurred** 12/27/2015
**Last 4 digits of account number** 0087

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$22,274.25

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
Timolino Ltd dba Aktive Lifestyle Inc.
Attn:  Managing Agent
9621 Irvine Center Dr.
Irvine, CA 92618

**Date(s) debt was incurred** 1/8/2016
**Last 4 digits of account number** 5861

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,039.45

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
tinfoods
Attn:  Managing Agent
412 Pacific Street #3
Brooklyn, NY 11217

**Date(s) debt was incurred** 3/22/2016
**Last 4 digits of account number** 6822

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$576.00

---

**3.113 7**

**Nonpriority creditor's name and mailing address**
TODDY PRODUCTS
Attn:  Managing Agent
1225 Red Cedar Circle
Unit C
Ft. Collins, CO 80524

**Date(s) debt was incurred** 1/8/2016
**Last 4 digits of account number** 9160

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$311.00

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
Toms Moms Syrups
Attn:  Managing Agent
PO BOX 230321
Centerville, VA 20120

**Date(s) debt was incurred** 12/18/2015
**Last 4 digits of account number** 6190

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$663.00

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
Tonewood Maple
Attn:  Managing Agent
301 Glen View Road
Waitsfield, VT 05673

**Date(s) debt was incurred** 1/5/2016
**Last 4 digits of account number** 6482

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$353.28

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
          Name

| 3.114 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.00 |
|---|---|---|---|

TONYA'S
Attn: Managing Agent
PO BOX 3344
CHAPEL HILL, NC 27517

Date(s) debt was incurred  4/6/2016
Last 4 digits of account number  7889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $555.00 |
|---|---|---|---|

TOPS MALIBU
Attn: Managing Agent
P. O. Box 2673
Eugene, OR 97402

Date(s) debt was incurred  1/29/2016
Last 4 digits of account number  9139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.80 |
|---|---|---|---|

TORIE & HOWARD
Attn: Managing Agent
143 WEST ST SUITE 121C
NEW MILLFORD, CA 06776

Date(s) debt was incurred  1/14/2016
Last 4 digits of account number  8850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $522.59 |
|---|---|---|---|

TOTALLY BAMBOO
Attn: Managing Agent
1810 Diamond St.
San Marcos, CA 92078

Date(s) debt was incurred  3/29/2016
Last 4 digits of account number  5910

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,342.67 |
|---|---|---|---|

Town Talk
Attn: Managing Agent
21935 Hwy E
Grant City, MO 64456

Date(s) debt was incurred  3/7/2016
Last 4 digits of account number  9012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $142.50 |
|---|---|---|---|

TRACO MANUFACTURING
Attn: Managing Agent
620 SOUTH 1325 WEST
OREM, UT 84058

Date(s) debt was incurred  3/15/2016
Last 4 digits of account number  8264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

Tribucha
Attn: Managing Agent
4512 Revere Dr.
Raleigh, NC 27609

Date(s) debt was incurred  5/19/2016
Last 4 digits of account number  6865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Southern Season, Inc.
_____  Case number (if known) _____
Name

| 3.114 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TROPICAL NUT & FRUIT
Attn:  Managing Agent
PO BOX 740209
Dept # 40375
Atlanta, GA 30374-0209

Date(s) debt was incurred  2/23/2016

Last 4 digits of account number  9050

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$2,834.14

---

| 3.114 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TRUBEE HONEY
Attn:  Managing Agent
2000 MALLORY LANE
SUITE 130-277
FRANKLIN, TN 37037

Date(s) debt was incurred  1/6/2016

Last 4 digits of account number  8894

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$164.00

---

| 3.114 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

True Brands
Attn:  Managing Agent
154 N. 35th St.
Seattle, WA 98103

Date(s) debt was incurred  1/11/2016

Last 4 digits of account number  6614

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$17,342.65

---

| 3.115 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Trumps
Attn:  Managing Agent
646 Powell St
CANADA

Date(s) debt was incurred  4/26/2016

Last 4 digits of account number  8528

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$50.00

---

| 3.115 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

TRYEH INC.
Attn:  Managing Agent
1456 63rd Street
Emeryville, CA 94608

Date(s) debt was incurred  1/11/2016

Last 4 digits of account number  2214

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$1,231.97

---

| 3.115 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Tstix, LLC
Attn:  Managing Agent
3120 W. Carefree Hwy
Suite 1-534
Phoenix, AZ 85085

Date(s) debt was incurred  1/7/2016

Last 4 digits of account number  9022

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

$287.28

---

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

---

| 3.115 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $860.50 |
| TWENTY DEGREES CHOCOLATES | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 2820 SELWYN AVE. | ☐ Disputed | |
| STE 160 | | |
| CHARLOTTE, NC 28209 | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  4/25/2016 | | |
| **Last 4 digits of account number**  8834 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,440.00 |
| Twine & Twig LLC | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 2746 Picardy Place | ☐ Disputed | |
| Charlotte, NC 28209 | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  6/10/2016 | | |
| **Last 4 digits of account number**  6489 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,230.60 |
| TWINING NORTH AMERICA | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| P.O. BOX 414599 | ☐ Disputed | |
| BOSTON, MA 02241-4599 | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  1/11/2016 | | |
| **Last 4 digits of account number**  6040 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,773.50 |
| Typhoon Homewares | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 900 Merchants Concourse Suite 211 | ☐ Disputed | |
| Westbury, NY 11590 | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  4/4/2016 | | |
| **Last 4 digits of account number**  6832 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,781.46 |
| U Konserve | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 7030 East Fifth Avenue, Suite 2 | ☐ Disputed | |
| Scottsdale, AZ 85251 | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  2/25/2016 | | |
| **Last 4 digits of account number**  6183 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $324.00 |
| U.S. ACRYLIC, INC. | ☐ Contingent | |
| Attn:  Managing Agent | ☐ Unliquidated | |
| 1320 Harris Road | ☐ Disputed | |
| Libertyville, IL 60048 | | |
| | **Basis for the claim:** _ | |
| **Date(s) debt was incurred**  4/3/2016 | | |
| **Last 4 digits of account number**  0022 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.115 9**

**Nonpriority creditor's name and mailing address**
UNC GENERAL ALUMNI ASSOCIATION
Attn:  Managing Agent
PO BOX 660
CHAPEL HILL, NC 27514-0660

**Date(s) debt was incurred**  3/31/2016
**Last 4 digits of account number**  1142

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,915.00

---

**3.116 0**

**Nonpriority creditor's name and mailing address**
UNC PRESS
Attn:  Managing Agent
116 S BOUNDARY ST
CHAPEL HILL, NC 27514

**Date(s) debt was incurred**  3/14/2016
**Last 4 digits of account number**  0010

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,120.41

---

**3.116 1**

**Nonpriority creditor's name and mailing address**
Undone Chocolate
Attn:  Managing Agent
1369 New York Ave NE
Washington, DC 20002

**Date(s) debt was incurred**  3/30/2016
**Last 4 digits of account number**  6828

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$529.00

---

**3.116 2**

**Nonpriority creditor's name and mailing address**
United Natural Foods
Attn:  Managing Agent
P O Box 706
Keene, NH 03431

**Date(s) debt was incurred**  5/2/2016
**Last 4 digits of account number**  5658

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$570.23

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
University of Texas Press
Attn:  Managing Agent
PO BOX 7819
Austin, TX 78713

**Date(s) debt was incurred**  12/15/2015
**Last 4 digits of account number**  4750

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$1,414.33

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
UP WITH PAPER
Attn:  Managing Agent
6049 HI TEK COURT
MASON, OH 45040

**Date(s) debt was incurred**  11/5/2015
**Last 4 digits of account number**  6800

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,336.40

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
Up With Paper Luxe
Attn:  Managing Agent
6049 Hi-Tek Court
Mason, OH 45040

**Date(s) debt was incurred**  2/24/2016
**Last 4 digits of account number**  6815

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$4,320.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Southern Season, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
Upchurch Chocolate
Attn: Managing Agent
935 West Grace St.
Richmond, VA 23220

**Date(s) debt was incurred** 1/21/2016
**Last 4 digits of account number** 6788

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$306.00

---

**3.116 7**

**Nonpriority creditor's name and mailing address**
UPS FREIGHT
Attn: Managing Agent
PO BOX 650690
Dallas, TX 75265-0690

**Date(s) debt was incurred** 2/29/2016
**Last 4 digits of account number** 1567

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$7,537.76

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
UPS Supply Chain Solutions, Inc.
Attn: Managing Agent
28013 Network Place
Chicago, IL 60673-1280

**Date(s) debt was incurred** 4/18/2016
**Last 4 digits of account number** 0673

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3.36

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
Urban Agrarian Publishing Group
Attn: Managing Agent
2822 St. Johns Drive
Murfreesboro, TN 37129

**Date(s) debt was incurred** 6/14/2016
**Last 4 digits of account number** 6747

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$351.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
URBAN OVEN
Attn: Managing Agent
2431 N. Arizona Ave. #4
Chandler, AZ 85225

**Date(s) debt was incurred** 12/3/2015
**Last 4 digits of account number** 7769

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$627.00

---

**3.117 1**

**Nonpriority creditor's name and mailing address**
URBANI TRUFFLES
Attn: Managing Agent
10 WESTEND AVE
NEW YORK, NY 10023

**Date(s) debt was incurred** 3/10/2016
**Last 4 digits of account number** 0004

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,195.16

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117 2**

**Nonpriority creditor's name and mailing address**
VACU VIN
Attn: Managing Agent
PO BOX 890482
Charlotte, NC 28289-0482

**Date(s) debt was incurred** 2/4/2016

**Last 4 digits of account number** 6307

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$381.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**
Valine's Famous LLC
Attn: Managing Agent
4703 Sylvan Drive
Columbia, SC 29206

**Date(s) debt was incurred** 2/28/2016

**Last 4 digits of account number** 6619

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$143.40

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
VANTAGE POINT
Attn: Managing Agent
PO BOX 1589
FUQUAY VARINA, NC 27526

**Date(s) debt was incurred** 2/1/2016

**Last 4 digits of account number** 1396

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,209.25

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
Vapur
Attn: Managing Agent
PO Box 16727
Irvine, CA 92623-6727

**Date(s) debt was incurred** 3/2/2016

**Last 4 digits of account number** 8326

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$359.40

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
VARILEASE FINANCE, INC.
Attn: Managing Agent
6340 SOUTH 3000 EAST
SUITE 400
SALT LAKE CITY, UT 84121

**Date(s) debt was incurred** 6/1/2016

**Last 4 digits of account number** 1342

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
Vegetable Kingdom
Attn: Managing Agent
PO BOX 41
Sheldon, SC 29941

**Date(s) debt was incurred** 12/3/2015

**Last 4 digits of account number** 1258

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,170.40

---

Debtor **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

| 3.117 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Vela Farms
Attn:  Managing Agent
2810 River Rd.
Victoria, TX 77905

**Date(s) debt was incurred** 1/7/2016

**Last 4 digits of account number** 8562

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$492.00**

---

| 3.117 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

VENUS WAFERS, INC
Attn:  Managing Agent
100 RESEARCH ROAD
SOUTH SHORE INDUSTRIAL PARK
HINGHAM, MA 02043

**Date(s) debt was incurred** 5/27/2016

**Last 4 digits of account number** 1410

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$371.76**

---

| 3.118 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Verdant Kitchen
Attn:  Managing Agent
1745 Corporate Dr
Suite 215
Norcross, GA 30093

**Date(s) debt was incurred** 1/7/2016

**Last 4 digits of account number** 6666

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$637.00**

---

| 3.118 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Verizon - 8895
Attn:  Managing Agent
PO BOX 660720
Dallas, TX 75266-0720

**Date(s) debt was incurred** 5/7/2016

**Last 4 digits of account number** 7526

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$134.48**

---

| 3.118 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Vermont Signature Sauces
Attn:  Managing Agent
P.O. BOX 667
Saxtons River, VT 05154

**Date(s) debt was incurred** 3/17/2016

**Last 4 digits of account number** 6407

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$47.88**

---

| 3.118 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

Victoria Amory & Co. LLC
Attn:  Managing Agent
PO BOX 4432
Greenwich, CT 06831

**Date(s) debt was incurred** 5/24/2016

**Last 4 digits of account number** 6367

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$88.90**

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118**
**4**

**Nonpriority creditor's name and mailing address**

VICTORIA GOURMET
Attn: Managing Agent
17 A Gill St.
UNIT 4
WOBURN, MA 01801

Date(s) debt was incurred  1/5/2016

Last 4 digits of account number  5830

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,025.63

---

**3.118**
**5**

**Nonpriority creditor's name and mailing address**

VICTORINOX SWISS ARMY
Attn: Managing Agent
PO BOX 845362
Boston, MA 02284-5362

Date(s) debt was incurred  12/11/2015

Last 4 digits of account number  7854

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$5,298.65

---

**3.118**
**6**

**Nonpriority creditor's name and mailing address**

Videri Chocolate Factory
Attn: Managing Agent
327  W Davie St
Suite 100
Raleigh, NC 27601

Date(s) debt was incurred  12/2/2015

Last 4 digits of account number  1265

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$2,286.00

---

**3.118**
**7**

**Nonpriority creditor's name and mailing address**

VIETRI
Attn: Managing Agent
PO BOX 600018
RALEIGH, NC 27675-6018

Date(s) debt was incurred  4/11/2016

Last 4 digits of account number  1150

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$7,835.25

---

**3.118**
**8**

**Nonpriority creditor's name and mailing address**

Vintage Bee Inc.
Attn: Managing Agent
4020 Stirrup Creek Dr
Ste 109
Durham, NC 27703

Date(s) debt was incurred  4/6/2016

Last 4 digits of account number  8708

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$1,829.27

---

**3.118**
**9**

**Nonpriority creditor's name and mailing address**

Virginia Artesian Bottling Company
Attn: Managing Agent
4300 Spring Run Road
Mechanicsville, VA 23116

Date(s) debt was incurred  3/21/2016

Last 4 digits of account number  6265

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

$72.48

---

Debtor **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
VIRGINIA CHUTNEY COMPANY
Attn:  Managing Agent
113 A Aileen Rd
Flint Hill, VA 22627

**Date(s) debt was incurred**  2/5/2016
**Last 4 digits of account number**  7615

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,317.72

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
VIRGINIA DINER INC.
Attn:  Managing Agent
322 W MAIN ST
WAKEFIELD, VA 23888

**Date(s) debt was incurred**  12/8/2015
**Last 4 digits of account number**  8976

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,163.86

---

**3.119 2**

**Nonpriority creditor's name and mailing address**
VITA-MIX
Attn:  Managing Agent
8615 USHER ROAD
CLEVELAND, OH 44138-2103

**Date(s) debt was incurred**  1/14/2016
**Last 4 digits of account number**  5300

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$9,590.07

---

**3.119 3**

**Nonpriority creditor's name and mailing address**
VP COFFEE, INC
Attn:  Managing Agent
117 SOUTH CHATHAM AVE
SILER CITY, NC 27344

**Date(s) debt was incurred**  5/4/2016
**Last 4 digits of account number**  7344

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$39.76

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
W & P Designs LLC
Attn:  Managing Agent
86 South 1st Street, Unit 4B
Brooklyn, NY 11249

**Date(s) debt was incurred**  5/12/2016
**Last 4 digits of account number**  1247

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,526.00

---

**3.119 5**

**Nonpriority creditor's name and mailing address**
W.W. NORTON & COMPANY
Attn:  Managing Agent
500 FIFTH AVE
NEW YORK, NY 10110

**Date(s) debt was incurred**  12/22/2015
**Last 4 digits of account number**  7097

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$420.00

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
WA IMPORTS, INC.
Attn:  Managing Agent
9804 Main Street
Hebron, IL 60034

**Date(s) debt was incurred**  1/25/2016
**Last 4 digits of account number**  6073

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$766.97

---

Debtor    Southern Season, Inc.
_____    Case number (if known) _____
          Name

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $637.50 |

**3.119 7**

**Nonpriority creditor's name and mailing address**

WADE CERAMICS
Attn:  Managing Agent
900 Merchants Concourse
Suite 211
Westbury, NY 11590

**Date(s) debt was incurred**  2/26/2016
**Last 4 digits of account number**  8103

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$637.50

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

WAECHTERSBACH
Attn:  Managing Agent
P. O. BOX 790343
ST. LOUIS, MO 63179-0343

**Date(s) debt was incurred**  3/22/2016
**Last 4 digits of account number**  2010

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$483.39

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

Walker Feed Co
Attn:  Managing Agent
PO BOx 90810
Nashville, TN 37209

**Date(s) debt was incurred**  1/11/2016
**Last 4 digits of account number**  6614

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$288.00

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF VIRGINIA, INC
Attn:  Managing Agent
PO BOX 13648
PHILADELPHIA, PA 19101-3648

**Date(s) debt was incurred**  5/2/2016
**Last 4 digits of account number**  9101

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$3,479.45

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

Waterdog Farms
Attn:  Managing Agent
904 Terry Rd.
Hurdle Mills, NC 27541

**Date(s) debt was incurred**  1/5/2016
**Last 4 digits of account number**  4081

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$240.00

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

WAYCO HAMS
Attn:  Managing Agent
P.O. BOX 841
508 NORTH WILLIAM ST
GOLDSBORO, NC 27530

**Date(s) debt was incurred**  3/21/2016
**Last 4 digits of account number**  2460

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$974.40

---

Debtor __Southern Season, Inc._____    Case number (if known) _____
       Name

| 3.120<br>3 | **Nonpriority creditor's name and mailing address**<br>WB Kitchen (Ona)<br>Attn:  Managing Agent<br>1905 Lorraine Dr.<br>Fort Collins, CO 80524 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $419.04 |
|---|---|---|---|
| | **Date(s) debt was incurred** _2/23/2016_<br>**Last 4 digits of account number** _6803_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>4 | **Nonpriority creditor's name and mailing address**<br>WHALEY FOODSERVICE<br>Attn:  Managing Agent<br>PO BOX 615<br>LEXINGTON, SC 29071 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,296.51 |
|---|---|---|---|
| | **Date(s) debt was incurred** _5/2/2016_<br>**Last 4 digits of account number** _1282_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>5 | **Nonpriority creditor's name and mailing address**<br>WHITE COFFEE CORP.<br>Attn:  Managing Agent<br>P. O. BOX 5189<br>LONG ISLAND CIT, NY 11105 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,462.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _3/8/2016_<br>**Last 4 digits of account number** _2050_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>6 | **Nonpriority creditor's name and mailing address**<br>Whitley Peanut Factory, Inc<br>Attn:  Managing Agent<br>PO Box 647<br>Hayes, VA 23072 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,637.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _5/12/2016_<br>**Last 4 digits of account number** _6267_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>7 | **Nonpriority creditor's name and mailing address**<br>Whodini Sisters, LLC<br>Attn:  Managing Agent<br>P.O. Box 4789<br>Santa Rosa Beach, FL 32459 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _5/13/2016_<br>**Last 4 digits of account number** _6112_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>8 | **Nonpriority creditor's name and mailing address**<br>WHOLLY COW ICE CREAM<br>Attn:  Managing Agent<br>1553 CAROLINA JASMINE RD<br>MT PLEASANT, SC 29464 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $448.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _2/12/2016_<br>**Last 4 digits of account number** _9464_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.120<br>9 | **Nonpriority creditor's name and mailing address**<br>Wildcard Sauces<br>Attn:  Managing Agent<br>2627 Asher View Ct<br>Raleigh, NC 27606 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $357.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _2/15/2016_<br>**Last 4 digits of account number** _6455_ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.121 0**

**Nonpriority creditor's name and mailing address**
WILLA'S SHORTBREAD
Attn:  Managing Agent
1249 Northgate Bus Pkwy
Suite 1
Madison, TN 37115

**Date(s) debt was incurred**  4/6/2016
**Last 4 digits of account number**  8540

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
WILLOW SPECIALTIES
Attn:  Managing Agent
EASTSIDE BUS. CTR.,34 CLI
BATAVIA, NY 14020-2821

**Date(s) debt was incurred**  11/3/2015
**Last 4 digits of account number**  2150

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59,587.30

---

**3.121 2**

**Nonpriority creditor's name and mailing address**
WILTON ARMETALE
Attn:  Managing Agent
PO BOX 782573
Philadelphia, PA 19178

**Date(s) debt was incurred**  3/15/2016
**Last 4 digits of account number**  2053

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$220.41

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
WINDSTREAM/HOSTED SOL/Tierpoint
Attn:  Managing Agent
12444 Powerscourt Dr
Suite 450
St Louis, MO 63131

**Date(s) debt was incurred**  5/1/2016
**Last 4 digits of account number**  1280

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,025.56

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
Wize Monkey
Attn:  Managing Agent
221-181 Keefer Pl
Vancouver BC CANADA V68 6C1

**Date(s) debt was incurred**  1/20/2016
**Last 4 digits of account number**  6688

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$191.76

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
WMF AMERICAS INC.
Attn:  Managing Agent
3512 FAITH CHURCH RD
INDIAN TRAIL, NC 28079

**Date(s) debt was incurred**  1/7/2016
**Last 4 digits of account number**  5450

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,086.67

---

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.121 6**

**Nonpriority creditor's name and mailing address**
Wondermade LLC
Attn: Managing Agent
417 S Sanford Avenue
Sanford, IL 32771

**Date(s) debt was incurred** 5/17/2016
**Last 4 digits of account number** 6485

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$223.00

---

**3.121 7**

**Nonpriority creditor's name and mailing address**
WOODARD & CHARLES
Attn: Managing Agent
17 Barstow Road
Suite 309
Great Neck, NY 11021

**Date(s) debt was incurred** 2/8/2016
**Last 4 digits of account number** 2130

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$238.00

---

**3.121 8**

**Nonpriority creditor's name and mailing address**
Woodblock Chocolate
Attn: Managing Agent
1236 SE Oak St
Portland, OR 97214

**Date(s) debt was incurred** 1/20/2016
**Last 4 digits of account number** 6540

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$332.00

---

**3.121 9**

**Nonpriority creditor's name and mailing address**
WOODLAND FOODS
Attn: Managing Agent
2972 Momentum Place
Chicago, IL 60689

**Date(s) debt was incurred** 6/2/2016
**Last 4 digits of account number** 5335

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.01

---

**3.122 0**

**Nonpriority creditor's name and mailing address**
Woody Handmade
Attn: Managing Agent
4729 State Park Rd
Travelers Rest, SC 29690

**Date(s) debt was incurred** 3/11/2016
**Last 4 digits of account number** 5000

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$3,207.30

---

**3.122 1**

**Nonpriority creditor's name and mailing address**
WORKMAN PUBLISHING
Attn: Managing Agent
225 VARICK STREET
9TH FLOOR
NEW YORK, NY 10014-4381

**Date(s) debt was incurred** 1/15/2016
**Last 4 digits of account number** 2180

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$770.49

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Southern Season, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

Wuju Hot Sauce
Attn: Managing Agent
2321 Pennsylvania Ave
Philadelphia, PA 19130

**Date(s) debt was incurred** 1/25/2016
**Last 4 digits of account number** 6791

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$126.24

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

WUNC 91.5/ NORTH CAROLINA PUBLIC RADIO
Attn: Managing Agent
120 Friday Center Drive
Chapel Hill, NC 27517

**Date(s) debt was incurred** 2/1/2016
**Last 4 digits of account number** 1149

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,580.00

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

WUSTHOF-TRIDENT OF AMERIC
Attn: Managing Agent
PO BOX 448
HAWTHORNE, NY 10532-0448

**Date(s) debt was incurred** 1/6/2016
**Last 4 digits of account number** 2560

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$39,251.80

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

Yawp LLC
Attn: Managing Agent
P. O. Box 336
Morrisville, NC 27560

**Date(s) debt was incurred** 1/12/2016
**Last 4 digits of account number** 8414

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$59.80

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

York Properties
Attn: Managing Agent
2108 Clark Ave
Raleigh, NC 27605

**Date(s) debt was incurred** 4/4/2016
**Last 4 digits of account number** 7605

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,244.19

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

Zack Wiggins Designs, LLC
Attn: Managing Agent
1601 Kenan Street NW
Wilson, NC 27893

**Date(s) debt was incurred** 3/16/2016
**Last 4 digits of account number** 6145

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$183.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Southern Season, Inc.**
_____
Name

Case number (if known) _____

---

| 3.122 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Zia Pia LLC
Attn:  Managing Agent
500 Pecan Ave
Charlotte, NC 28204

**Date(s) debt was incurred**  11/24/2015

**Last 4 digits of account number**  6564

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,548.30

---

| 3.122 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Zingerman's Candy Manufactory Inc
Attn:  Managing Agent
3711 Plaza Dr
Ann Arbor, MI 48108

**Date(s) debt was incurred**  1/4/2016

**Last 4 digits of account number**  6534

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$171.20

---

| 3.123 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Zlicious
Attn:  Managing Agent
P.O. Box 69744
West Hollywood, CA 90069

**Date(s) debt was incurred**  1/18/2016

**Last 4 digits of account number**  6003

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$618.00

---

| 3.123 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ZOJIRUSHI AMERICA CORP.
Attn:  Managing Agent
19310 Pacific Gateway Drive
Suite 101
Torrance, CA 90502-1031

**Date(s) debt was incurred**  1/26/2016

**Last 4 digits of account number**  5006

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,105.53

---

| 3.123 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ZOKU HOME LLC
Attn:  Managing Agent
720 MONROE ST
SUITE C405
HOBOKEN, NJ 07030

**Date(s) debt was incurred**  4/14/2016

**Last 4 digits of account number**  8518

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,003.00

---

| 3.123 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Zukali
Attn:  Managing Agent
3733 Sassafras Ct.
McKinney, TX 75070

**Date(s) debt was incurred**  12/2/2015

**Last 4 digits of account number**  6422

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$415.80

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  Southern Season, Inc.
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 13,740,184.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 13,740,184.65 |

**Fill in this information to identify the case:**

Debtor name    Southern Season, Inc.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Contract - Master Service Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Accelerando<br>Attn: Managing Agent<br>1589 Skeet Club Road<br>Suite 102<br>High Point, NC 27265 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Contract - Landscaping<br><br>State the term remaining<br><br>List the contract number of any government contract | Arbor Enterprises, Inc.<br>Attn: Managing Agent<br>PO Box 1429<br>Pittsboro, NC 27312 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Contract - Payment Gateway Service Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Authorize.net<br>Attn: Managing Agent<br>PO BOX 8999<br>San Francisco, CA 94128-8999 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Contract - Commercial service & Maint. Agreement<br><br>State the term remaining<br><br>List the contract number of any government contract | Berkeley<br>Attn: Managing Agent<br>5915 Loftis Rd<br>Hanahan, SC 29406 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  Southern Season, Inc.
    First Name      Middle Name      Last Name

Case number (if known)



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service - Cash Deposits to Bank | |
|---|---|---|---|
| | State the term remaining | | Brinks Corporation<br>Attn:  Managing Agent<br>PO Box 101031<br>Atlanta, GA 30392-1031 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Display Ad Contract | |
|---|---|---|---|
| | State the term remaining | | Carolina Alumni Review<br>Attn:  Managing Agent |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Insertion Ad | |
|---|---|---|---|
| | State the term remaining | | Chapel Hill & Durham Magazine<br>Attn:  Managing Agent<br>190 Finley Gold Course Road<br>Chapel Hill, NC 27517 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Taste 2016 | |
|---|---|---|---|
| | State the term remaining | | Chapel Hill Magazine<br>Attn:  Managing Agent<br>400 Market St.<br>Chapel Hill, NC 27516 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Weekly Ad | |
|---|---|---|---|
| | State the term remaining | | Charleston City Paper<br>Attn:  Managing Agent<br>1049 B Morrison Drive<br>Charleston, SC 29403 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Web Ad | |
|---|---|---|---|
| | State the term remaining | | Charleston Magazine<br>Attn:  Managing Agent |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1  Southern Season, Inc.
  First Name   Middle Name   Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Print Ad | |
| | State the term remaining | | Charleston Magazine |
| | List the contract number of any government contract | | Attn: Managing Agent |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Pest Control Service Agreement | |
| | State the term remaining | | Clegg |
| | List the contract number of any government contract | | Attn: Managing Agent PO BOX 3089 Durham, NC 27715 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
| | State the term remaining | | Columbia Cameron Village |
| | List the contract number of any government contract | | Attn: Managing Agent PO BOX 534243 Atlanta, GA 30353-4243 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| | State the term remaining | | Comcast Business |
| | List the contract number of any government contract | | Attn: Managing Agent PO BOX 3005 Southeastern, PA 19398-3005 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| | State the term remaining | | Comfort Engineers |
| | List the contract number of any government contract | | Attn: Managing Agent PO BOX 2955 Durham, NC 27715-2955 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| | | | CPI Security Attn: Managing Agent 5150 McCrimmon Pkwy Suite 401 Morrisville, NC 27560 |

Official Form 206G   **Schedule G: Executory Contracts and Unexpired Leases**   Page 3 of 13

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  Southern Season, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| | | | |
|---|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Backup Generator/Contingency Plan Agreement | |
| | State the term remaining | | Cummins Atlantic Attn: Managing Agent PO Box 7787 Charlotte, NC 28241 |
| | List the contract number of any government contract | | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| | State the term remaining | | Digital Benefit Advisors Attn: Managing Agent |
| | List the contract number of any government contract | | |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Auditors | |
| | State the term remaining | | Dixon Hughes Attn: Managing Agent PO Box 602828 Charlotte, NC 28260-2828 |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Music Service Agreement | |
| | State the term remaining | | Dynamic Media Attn: Managing Agent 38283 Mound Road Sterling Heights, MI 48310 |
| | List the contract number of any government contract | | |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Airtime in exchange for Merchandise/Services | |
| | State the term remaining | | ECIV/WCIV Radio Attn: Managing Agent 110 Technology Dr Asheville, NC 28803 |
| | List the contract number of any government contract | | |

Debtor 1  Southern Season, Inc.

    First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing |
| State the term remaining | ETV Radio Broadcast |
| List the contract number of any government contract | Attn: Managing Agent<br>1041 George Rogers Blvd<br>Columbia, SC 29201 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing |
| State the term remaining | ETV Radio Broadcast |
| List the contract number of any government contract | Attn: Managing Agent<br>1041 George Rogers Blvd<br>Columbia, SC 29201 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | Lease - Property |
| State the term remaining | Europa Center |
| List the contract number of any government contract | Attn: Managing Agent<br>PO BOX 900002<br>Raleigh, NC 27675-9000 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Wine/Beer Payment Service Agreement |
| State the term remaining | FinTech<br>Attn: Managing Agent |
| List the contract number of any government contract | 7702 Woodland Center Blvd<br>Suite 50<br>Tampa, FL 33614 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Managed Services Agreement - Website Redesign |
| State the term remaining | Gorilla<br>Attn: Managing Agent |
| List the contract number of any government contract | 111 W. Jackson Blvd.<br>Suite 300<br>Chicago, IL 60604 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Equip/Product Supply Agreement |
| State the term remaining | Great America Financial Svcs (Canan/Xero)<br>Attn: Managing Agent |
| List the contract number of any | PO BOX 660831<br>Dallas, TX 75266 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1 Southern Season, Inc.                                                Case number *(if known)* _____
     First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract _____ | _____ |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Gregory Pest Control |
| | List the contract number of any government contract | | Attn: Managing Agent<br>PO BOX 6713<br>Greenville, SC 29607 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
|---|---|---|---|
| | State the term remaining | | Gumenick |
| | List the contract number of any government contract | | Attn: Managing Agent<br>4901 LIBBIE MILL EAST BOULEVARD<br>Richmond, VA 23230 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Howell's |
| | List the contract number of any government contract | | Attn: Managing Agent<br>11216 Air Park Road<br>Ashland, VA 23005 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing | |
|---|---|---|---|
| | State the term remaining | | Indy Weekly |
| | List the contract number of any government contract | | Attn: Managing Agent<br>PO BOX 2690<br>Durham, NC 27715 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Master Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Integritive, Inc. |
| | List the contract number of any government contract | | Attn: Managing Agent<br>120 Coxe Ave<br>Asheville, NC 28801 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Feature in Best Chefs! | Island Magazine<br>Attn: Managing Agent |
|---|---|---|---|

Debtor 1  Southern Season, Inc.

|  | | |
|---|---|---|
| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract  _____

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Moultrie News & MN Digital | |
|---|---|---|---|
| | State the term remaining | | Island Publications Attn: Managing Agent |
| | List the contract number of any government contract | | 134 Columbus St Charleston, SC 29403 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Atlanta Construction/Design | |
|---|---|---|---|
| | State the term remaining | | LeCraw Engineering Attn: Managing Agent 3475 Corporate Way Suite A |
| | List the contract number of any government contract | | Duluth, GA 30096 |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
|---|---|---|---|
| | State the term remaining | | Lee-Moore Capital Company Attn: Managing Agent |
| | List the contract number of any government contract | | 603 Carthage St. Sanford, NC 27331 |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
|---|---|---|---|
| | State the term remaining | | Madison University Mall Attn: Managing Agent NW584305 |
| | List the contract number of any government contract | | PO BOX 1450 Minneapolis, MN 55485-5843 |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Mircom Attn: Managing Agent |
| | List the contract number of any government contract | | 4575 Witmer Industrial Estates Niagara Falls, NY 14305 |

Debtor 1  Southern Season, Inc.                                                          Case number (if known) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — Contract - Marketing - Annual Contract Amount

State the term remaining

List the contract number of any government contract

N&O
Attn: Managing Agent
PO BOX 3033
Raleigh, NC 27602

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — Contract - Equip/Product Supply Agreement

State the term remaining

List the contract number of any government contract

NuCO2
Attn: Managing Agent
2800 SE market Place
Stuart, FL 34997

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — Lease - Property

State the term remaining

List the contract number of any government contract

Ocean Blvd Properties
Attn: Managing Agent
PO BOX 607
Charleston, SC 29401

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — Contract - Consulting Agreement

State the term remaining

List the contract number of any government contract

OFFIR Consulting
Attn: Managing Agent
12 Mary Jane Ln
Westport, CT 06880

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — Contract - Service Agreement

State the term remaining

List the contract number of any government contract

Open Table
Attn: Managing Agent
PO BOX 49322
San Jose, CA 95161-9322

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — Contract - Marketing - Newsletter - Email Sponsorship

State the term remaining

List the contract number of any

Our State
Attn: Managing Agent
PO BOX 4552
Greensboro, NC 27404

Debtor 1  Southern Season, Inc.
    First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    government contract

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Sponsorship | |
|---|---|---|---|
| | State the term remaining | | Our State |
| | List the contract number of any government contract | | Attn:  Managing Agent<br>PO BOX 4552<br>Greensboro, NC 27404 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - NC Recipes Deditorial | |
|---|---|---|---|
| | State the term remaining | | Our State |
| | List the contract number of any government contract | | Attn:  Managing Agent<br>PO BOX 4552<br>Greensboro, NC 27404 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Video | |
|---|---|---|---|
| | State the term remaining | | Our State |
| | List the contract number of any government contract | | Attn:  Managing Agent<br>PO BOX 4552<br>Greensboro, NC 27404 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Food Providor | |
|---|---|---|---|
| | State the term remaining | | Pate Dawson |
| | List the contract number of any government contract | | Attn:  Managing Agent<br>PO BOX 26801<br>Greensboro, NC 27429-6801 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Atlanta Construction/Design | |
|---|---|---|---|
| | State the term remaining | | Pellicano Construction |
| | List the contract number of any government contract | | Attn:  Managing Agent<br>990 Hammonds Drive NE<br>Building 100, Suite 970<br>Atlanta, GA 30328 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
|---|---|---|---|
| | | | Pitney Bowes<br>Attn:  Managing Agent<br>PO BOX 371874<br>Pittsburgh, PA 15250-7874 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  Southern Season, Inc.

|  | | |
|---|---|---|
| First Name | Middle Name | Last Name |

Case number (if known) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract          _____

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Atlanta Construction/Design | |
|---|---|---|---|
| | State the term remaining | | Place Maker Design |
| | | | Attn: Managing Agent |
| | List the contract number of any government contract | | 4300 Paces Ferry Road SE Suite 357 Atlanta, GA 30339 |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - TV Ad | |
|---|---|---|---|
| | State the term remaining | | Plaid Penguin/Comcast Spotlight |
| | | | Attn: Managing Agent |
| | List the contract number of any government contract | | 1512B Camden Road Charlotte, NC 28203 |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Managed Services Agreement | |
|---|---|---|---|
| | State the term remaining | | PointClick |
| | | | Attn: Managing Agent |
| | List the contract number of any government contract | | 4030 Wake Forest Road Suite 300 Raleigh, NC 27609 |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
|---|---|---|---|
| | State the term remaining | | Power Ferry Square |
| | | | Attn: Managing Agent |
| | List the contract number of any government contract | | 11 Cotswolds Court Arden, NC 28704 |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Managed Print Services Program | |
|---|---|---|---|
| | State the term remaining | | Regency Office Producst, LLC |
| | | | Attn: Managing Agent |
| | List the contract number of any government contract | | 8024 Glenwood Ave Suite 200 Raleigh, NC 27612 |

---

Debtor 1  Southern Season, Inc.

   First Name       Middle Name       Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing | |
| State the term remaining | | Richmond Magazine<br>Attn:  Managing Agent<br>2201 West Broad St.<br>Suite 105<br>Richmond, VA 23220 |
| List the contract number of any government contract | | |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest | Lease - Property | |
| State the term remaining | | River Place Holdings, LLC<br>Attn:  Managing Agent<br>450 Meeting Street<br>Charleston, SC 29403 |
| List the contract number of any government contract | | |
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| State the term remaining | | Simplex Grinnell<br>Attn:  Managing Agent<br>Dept. CH 10320<br>Palatine, IL 60055-0320 |
| List the contract number of any government contract | | |
| **2.59.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | |
| State the term remaining | | Sonitrol<br>Attn:  Managing Agent<br>4455 Tile Drive<br>Charleston, SC 29405 |
| List the contract number of any government contract | | |
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Digital - Monthly | |
| State the term remaining | | Style Weekly<br>Attn:  Managing Agent<br>24 East 3rd St.<br>Richmond, VA 23224 |
| List the contract number of any government contract | | |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest | Contract - Food Providor | |
| State the term remaining | | Sysco<br>Attn:  Managing Agent<br>PO BOX 129<br>Selma, NC 27576-9105 |
| List the contract number of any | | |

Debtor 1  Southern Season, Inc.
    First Name      Middle Name      Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Atlanta Construction/Design | |
| | State the term remaining | | Terracon Consultants, Inc. Attn:  Managing Agent 2105 Newpoint Place Suite 600 Lawrenceville, GA 30043 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Payroll Service Agreement | |
| | State the term remaining | | UltiPro Attn:  Managing Agent PO BOX 930953 Atlanta, GA 31193-0953 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Professional Services | |
| | State the term remaining | | UPS Professional Services, Inc. Attn:  Managing Agent 28013 Network Place Chicago, IL 60673-1280 |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Equipment Lease to Buy | |
| | State the term remaining | | Varilease Finance Attn:  Managing Agent 6340 South 3000 East Suite 400 Salt Lake City, UT 84121 |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing | |
| | State the term remaining | | Walter Attn:  Managing Agent |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service Agreement | Waste Management Attn:  Managing Agent 1405 Gordon Ave Richmond, VA 23224-6917 |

Debtor 1  Southern Season, Inc.                                    Case number *(if known)*
_____                     _____
First Name      Middle Name      Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing - Radio Ad |
|---|---|---|
|  | State the term remaining | WCVE Public Radio |
|  | List the contract number of any government contract | Attn: Managing Agent |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Service - IT Hosted Solutions |
|---|---|---|
|  | State the term remaining | Windstream/Paetec Attn: Managing Agent |
|  | List the contract number of any government contract | PO BOX 9001013 Louisville, KY 40290 |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Payment Processing Service Agreement |
|---|---|---|
|  | State the term remaining | WorldPay Attn: Managing Agent |
|  | List the contract number of any government contract | 600 Morgan Falls Road Atlanta, GA 30350 |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Contract - Marketing |
|---|---|---|
|  | State the term remaining | WUNC Radio Attn: Managing Agent |
|  | List the contract number of any government contract | 120 Friday Center Drive Chapel Hill, NC 27517 |

**Fill in this information to identify the case:**

Debtor name    Southern Season, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| Name | Mailing Address | Name | Check all schedules that apply: |
|------|-----------------|------|----------------------------------|
| 2.1 | Southern Season Acquisition Corporation | 100 Europa Drive, Suite 101 Chapel Hill, NC 27517 | Summit Bridge | ☑ D ___2.1___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  Southern Season, Inc.

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From  1/01/2016 to Filing Date | ■ Operating a business ☐ Other  _____ | $8,093,275.00 |
   | For prior year: From  1/01/2015 to 12/31/2015 | ■ Operating a business ☐ Other  _____ | $29,588,144.00 |
   | For year before that: From  1/01/2014 to 12/31/2014 | ■ Operating a business ☐ Other  _____ | $31,690,109.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor    Southern Season, Inc.                                    Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Summit Bridge National Investments, LLC<br>c/o KeyBank Real Estate Capital<br>895 Central Avenue, Suite 660<br>Cincinnati, OH 45202 | 3/29/16,<br>4/13/16,<br>4/21/16,<br>5/4/16,<br>6/6/16,<br>6/14/16 | $293,095.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Varilease Finance, Inc.<br>Attn:  Managing Agent<br>6340 South 3000 East, Suite 400<br>Salt Lake City, UT 84121 | 4/1/16, 5/2/16 | $69,123.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. See Attachment | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Montrose Capital<br>Attn:  Managing Agent<br>insider | 6/9/16 | $15,500.00 | furniture |
| 4.2. Tryon Capital<br>Attn:  Managing Agent<br>100 Europa Drive, Suite 455<br>Chapel Hill, NC 27517<br>insider | 12/3/15;<br>3/9/16,<br>3/18/16 | $17,905.00 | travel |
| 4.3. Carrboro Capital Corporation, LLC<br>Attn:  Managing Agent<br>1215 Environ Way<br>Chapel Hill, NC 27517<br>insider | 9/24/15,<br>4/1/16,<br>4/11/16,<br>5/2/16, 6/1/16 | $29,214.00 | furniture and rent |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Southern Season, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Little Sisters of the Poor<br>Attn:  Managing Agent<br>1503 Michaels Road<br>Henrico, VA 23229-4822 | donations from Richmond Store | 4/26/16 | $24,040.00 |
| | **Recipients relationship to debtor**<br>none | | | |
| 9.2. | Little Sisters of the Poor<br>Attn:  Managing Agent<br>1503 Michaels Road<br>Henrico, VA 23229-4822 | food from Southerly-Richmond Restaurant when closing | 4/11/16 | $5,000.00 |
| | **Recipients relationship to debtor**<br>none | | | |
| 9.3. | Bobbi Owen | prize of meats auction | 2/14/16 | $2,800.00 |
| | **Recipients relationship to debtor**<br>customer | | | |
| 9.4. | Bobbi Owen | inventory clean up at DC | 4/30/15 | $7,000.00 |
| | **Recipients relationship to debtor**<br>customer | | | |

Debtor    Southern Season, Inc.                                    Case number *(if known)*

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Northen Blue, LLP 1414 Raleigh Road, Suite 435 Chapel Hill, NC 27517 | Retainer and Ch 11 filing fees | 6/24/2016 | $28,432.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Hutson Law Office PO Drawer 2252-A Durham, NC 27702 | Retainer | 6/24/2016 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

Debtor    Southern Season, Inc.               Case number *(if known)* _____

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

      ☐ No Go to Part 10.
      ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| BB&T 401k | EIN: 56-1116698, 46-1781821,<br>45-1770076 |

Has the plan been terminated?

■ No
☐ Yes

      ☐ No Go to Part 10.
      ■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| John Hancock 401k | EIN: 56-1116698, 46-1781821,<br>45-1770076 |

Has the plan been terminated?

■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    Southern Season, Inc.        Case number *(if known)* _____

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Certus Bank | XXXX-2841 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/7/15 | $0.00 |
| 18.2. | Certus Bank | XXXX-2833 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/5/15 | $0.00 |
| 18.3. | Certus Bank | XXXX-7742 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/5/15 | $0.00 |
| 18.4. | Certus Bank | XXXX-2890 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/5/15 | $0.00 |
| 18.5. | Certus Bank | XXXX-2866 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/2/15 | $0.00 |
| 18.6. | Certus Bank | XXXX-3632 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/5/15 | $0.00 |
| 18.7. | Certus Bank | XXXX-7660 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/5/15 | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __Southern Season, Inc.__                                    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.8. | Certus Bank | XXXX-2908 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/2/15 | $0.00 |
| 18.9. | Certus Bank | XXXX-7759 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/2/15 | $0.00 |
| 18.10. | Certus Bank | XXXX-2874 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/7/15 | $0.00 |
| 18.11. | Certus Bank | XXXX-2882 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/6/15 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Southern Season, Inc.                                    Case number *(if known)*

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Chris Warfford | 10/2014-present |
| 26a.2. | Lynn Furgurson | 2011-present |
| 26a.3. | Jamie Gillan | 10/2012-present |

Debtor    Southern Season, Inc.                                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4. Lauren Parker | 10/2013-present |
| 26a.5. Michele Thompson | 7/2014-present |
| 26a.6. Kara Redfern | 7/2014-1/2016 |
| 26a.7. Lisa Walton | 1/2015-5/2015 |
| 26a.8. Neal Jones | 1/2014-7/2014 |
| 26a.9. Lisa Ciampa | 8/2013-6/2014 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Dixon Hughes Goodman, LLP<br>Attn: Managing Agent<br>2501 Blue Ridge Road, Suite 500<br>Raleigh, NC 27607 | 11/2014-present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Dixon Hughes Goodman, LLP<br>Attn: Managing Agent<br>2501 Blue Ridge Road, Suite 500<br>Raleigh, NC 27607 | |
| 26c.2. Grant Thornton, LLP<br>Attn: Managing Agent<br>4140 Park Lake Avenue, Suite 130<br>Raleigh, NC 27612 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Certus Bank<br>2 West Washington Street, Suite 700<br>Greenville, SC 29601 |
| 26d.2. SunTrust Bank<br>512 S. Mangum Street, 3rd Floor<br>Durham, NC 27701 |

Debtor  Southern Season, Inc.                                    Case number *(if known)*

| Name and address |
|---|
| 26d.3.  SummitBridge National Investments, LLC<br>c/o KeyBank Real Estate Capital<br>895 Central Avenue, Suite 660<br>Cincinnati, OH 45202 |
| 26d.4.  BB&T Services<br>Research Triangle Region<br>P O Box 890635<br>Charlotte, NC 28289-0635 |
| 26d.5.  American Express |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TC Capital Fund, LLC | 100 Europa Drive, Suite 455<br>Chapel Hill, NC 27517 | Shareholder in holding company, Southern Season Acquisition Corporation | 16% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Southern Season Investment Fund, LLC | Attn:  Managing Agent<br>100 Europa Drive, Suite 455<br>Chapel Hill, NC 27517 | Shareholder in holding company, Southern Season Acquisition Corporation | 43% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SSAC Capital, LLC | Attn:  Managing Agent<br>100 Europa Drive, Suite 455<br>Chapel Hill, NC 27517 | Shareholder in holding company, Southern Season Acquisition Corporation | 42% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Southern Season Acquisition Corporation | 100 Europa Drive, Suite 101<br>Chapel Hill, NC 27514 | Sole Shareholder (Holding Company) | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

Debtor    Southern Season, Inc.                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Payments over $6,425 within 90 days pre-petition (aggregate payments shown)**

| | |
|---|---|
| A BETTER IMAGE PRINTING | 8,843.55 |
| A&B Construction | 11,157.24 |
| ABC Orange County | 7,714.50 |
| ACCELERANDO | 11,119.63 |
| Advintage Distributing - SC | 11,336.03 |
| Advintage Distributing of North Carolina - GP | 215.64 |
| Advintage of North Carolina | 17,005.16 |
| ALL-CLAD METALCRAFTERS IN | 15,169.78 |
| ALSCO - CHARLESTON | 4,342.64 |
| ALSCO - VIRGINIA | 1,681.92 |
| ALSCO-DURHAM | 8,474.62 |
| ALSCO-RALEIGH | 154.33 |
| AMERICAN EXPRESS | 32,145.30 |
| AMERICAN EXPRESS - 2016 | 540.00 |
| AMERICAN EXPRESS GREEN | 200,951.57 |
| ASHER'S | 9,264.38 |
| Ben Arnold Dist.-Corporate #1 | 8,557.47 |
| Bon Courage Enterprises, Inc. | 13,532.47 |
| Bordeaux Fine & Rare | 8,066.68 |
| Brian McMahon & Associates | 14,950.00 |
| Bubo Handmade | 8,060.00 |
| Carolina Coaster Company | 6,480.00 |
| CAROLINA CONTAINER | 20,970.55 |
| CAROLINA GAS COMPANY | 6,668.65 |
| CARRBORO CAPITAL CORPORATION, LLC | 8,000.00 |
| Cavalier Produce | 27,102.13 |
| Chapel Hill Toffee | 6,513.00 |
| CHARLESTON COUTNY | 9,034.71 |
| CITY OF RICHMOND | 8,685.45 |
| COLUMBIA CAMERON VILLAGE, LLC | 26,502.42 |
| COUNTER CULTURE COFFEE, I | 25,696.43 |
| County of Henrico, Virginia | 6,358.94 |
| COUNTY OF HENRICO-DEPT.P.UTILITIES | 2,767.97 |
| CRABTREE & EVELYN | 7,038.23 |
| D'ARTAGNAN, INC. | 8,252.39 |
| DESIREE SACHDEVA | 11,200.00 |
| Dixon Hughes Goodman LLP | 16,319.00 |
| Dominion Virginia Power | 15,412.33 |
| Duke Energy - 3194 | 482.95 |
| Duke Energy - 3747 | 178.56 |
| Duke Energy - 6071 | 1,029.25 |
| DUKE ENERGY -817 | 36,043.92 |
| DUKE ENERGY-907 | 14,575.06 |
| DUNCAN PARNELL | 9,286.62 |
| Ella B. Neighborhood Candles | 14,474.50 |
| EMPIRE | 26,370.94 |
| EURO USA | 12,961.92 |
| Europa Center, LLC | 62,556.84 |
| EVAN GWYN | 9,571.58 |

| | |
|---|---|
| First Source | 37,432.58 |
| FREEDOM BEVERAGE COMPANY | 10,912.27 |
| FRENCH/ WEST/ VAUGHAN | 24,602.00 |
| FRESHPOINT | 73,676.90 |
| FRIELING USA | 6,798.50 |
| GRAPEVINE DISTRIBUTORS | 10,007.63 |
| Grapevine Distributors - SC | 107.88 |
| Haddon  House | 35,011.20 |
| HALPERN'S | 7,887.93 |
| HANOVER INSURANCE GROUP | 27,403.30 |
| HAW RIVER WINE MAN - NC | 17,616.05 |
| Hester & Cook Design Group | 8,831.05 |
| INTERNATIONAL GOURMET FOO | 9,194.22 |
| Juliska | 6,556.50 |
| Lee-Moore Capital Company | 158,626.59 |
| LIHMIL INC | 8,239.23 |
| Limehouse Produce | 18,143.88 |
| LM RETAIL, LLC C/O GUMENICK PROPERTIES | 441,875.84 |
| LOWCOUNTRY SHELLFISH, INC | 32,834.80 |
| MADISON UNIVERSITY MALL LLC | 39,734.14 |
| MADISON UNIVERSITY MALL/University Place | 138,470.94 |
| MANNING FULTON | 18,038.80 |
| MARICH CONFECTIONERY CO | 20,032.77 |
| MICRO MEDIC | 16,947.55 |
| Midtown Land Partners, LLC | 443,033.67 |
| MIMS DISTRIBUTING CO, INC | 10,217.72 |
| Montrose Capital, LLC | 15,500.00 |
| MORRISETTE PAPER CO | 26,731.27 |
| MUTUAL DISTRIBUTING COMPA | 19,677.74 |
| MUTUAL OF OMAHA | 40,199.49 |
| NC DEPT OF REVENUE | 237,838.54 |
| NOW DESIGNS | 9,255.83 |
| OCEAN BOULEVARD PROPERTIES, LP | 69,687.17 |
| OCEAN SOUTH IMPORTERS | 15,029.04 |
| OFFIR Consulting LLC | 38,091.07 |
| OPEN TABLE INC. | 9,539.21 |
| OUR STATE NC | 10,000.00 |
| PARCEL MANAGEMENT AUDITING & CONSULTING | 6,606.86 |
| Pate Dawson | 40,280.71 |
| Peachtree Data | 6,755.00 |
| Peggy Forsyth, CPA | 6,793.00 |
| Place Maker Design | 16,324.17 |
| PSNC ENERGY - 0182 | 1,793.58 |
| PSNC ENERGY -7303 | 4,511.13 |
| PSNC ENERGY -9423 | 1,578.71 |
| RESTAURANT TECHNOLOGIES, INC | 7,809.69 |
| RICHMOND MAGAZINE | 16,800.00 |
| RICHMOND TIMES-DISPATCH | 7,255.76 |
| River Place Holdings, LLC | 25,228.16 |
| Salem Baking Company | 13,441.68 |

| | |
|---|---|
| SC DEPARTMENT OF REVENUE | 86,357.62 |
| SCE&G - 2402 | 12,558.36 |
| SCE&G - 3373 | 20,086.76 |
| Signarama of Asheville | 8,126.96 |
| SOUTHEASTERN PAPER CO | 23,547.09 |
| Southern Wine and Spirits | 10,603.31 |
| STARNET INSURANCE COMPANY | 21,032.29 |
| STOCKTON GRAHAM & CO. | 14,429.83 |
| SummitBridge National Investments IV LLC | 93,095.15 |
| SYSCO FOOD SERVICE | 302,217.79 |
| The Country Vintner - SC | 6,694.56 |
| The Country Vintner of Virginia | 1,794.71 |
| THE COUNTRY VINTNER, INC. - NC | 31,874.62 |
| The Frosted Baker | 8,529.75 |
| THE ROY HOUFF COMPANY | 14,972.33 |
| TRYON | 16,107.70 |
| UNITED HEALTHCARE | 213,136.30 |
| UPS 0Y3V17 | 1,296.43 |
| UPS A387R9 | 8,831.47 |
| UPS A655T5 | 35,925.48 |
| UPS FREIGHT | 16,250.61 |
| UPS R2832A | 37,284.31 |
| UPS R35V94 | 96.85 |
| UPS SUPPLY CHAIN SOLUTIONS | 2,768.39 |
| UPS Y886R1 | 123.32 |
| VA DEPT OF REVENUE | 59,120.42 |
| VARILEASE FINANCE, INC. | 103,683.78 |
| VIETRI | 8,369.08 |
| WILLOW SPECIALTIES | 6,800.00 |
| WINDSTREAM/HOSTED SOL/Tierpoint | 8,057.15 |
| WINDSTREAM/PAETEC | 27,097.61 |
| WINE WITHOUT BORDERS | 10,545.15 |
| WORLDPAY | 99,795.88 |
| Grand | 4,373,990.06 |

Debtor    Southern Season, Inc.        Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 24, 2016

/s/ Clay Hammer                   Clay Hammer
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Southern Season, Inc.                                    Case No. _____
                                    Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Southern Season Acquisition Corporation<br>100 Europa Drive, Suite 101<br>Chapel Hill, NC 27517 | | | Sole Shareholder (Holding Company) |
| Southern Season Investment Fund, LLC<br>Attn:  Managing Agent<br>100 Europa Drive<br>Suite 455<br>Chapel Hill, NC 27517 | Common | 4776.123656 | Interest in Holding Company |
| SSAC Capital, LLC<br>Attn:  Managing Agent<br>100 Europa Drive<br>Suite 455<br>Chapel Hill, NC 27517 | Preferred | 4675.147982 | Interest in Holding Company |
| TC Capital Fund, LLC<br>Attn:  Managnig Agent<br>100 Europa Drive<br>Suite 455<br>Chapel Hill, NC 27517 | Common | 1778.682292 | Interest in Holding Company |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 24, 2016                        Signature    /s/ Clay Hammer
                                                        Clay Hammer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Southern Season, Inc.                         Case No. _____

                                    Debtor(s)           Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 24, 2016                        /s/ Clay Hammer
                                             Clay Hammer/CEO
                                             Signer/Title

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


(Ateco) August Thomsen Corp
Attn: Managing Agent
36 Sea Cliff Avenue
Glen Cove, NY 11542-3699


1 in 6 Snacks
Attn: Managing Agent
PO Box 10893
Raleigh, NC 27605


123 GLUTEN FREE
Attn: Managing Agent
125 ORANGE TREE DR
ORANGE, OH 44022


17th Street Distributing
Attn: Managing Agent
7144 Weddington Road Suite 160
Concord, NC 28027


980 Group LLC
Attn: Managing Agent
179 Civitas st
Mt. Pleasant, SC 29464


9th Letter Press
Attn: Managing Agent
976 N. Orange Ave. Unit C
Winter Park, FL 32789

A & B American Style, LLC
Attn: Managing Agent
c/o John Pompay
PO Box 5593
New York, NY 10185


A & M Paper and Printing
Attn: Managing Agent
4122 Bennett Memorial Rd
Suite 108
Durham, NC 27705


A BETTER IMAGE PRINTING
Attn: Managing Agent
1709 LEGION RD
SUITE 100
CHAPEL HILL, NC 27517


A Couple of Squares Inc
Attn: Managing Agent
501B Nightingale Avenue
London ONTARIO CANADA N5W4C4


A Specialty Box
Attn: Managing Agent
12437 E. 60th St
Tulsa, OK 74146


A&M OFFICE SUPPLIES, INC
Attn: Managing Agent
4122 BENNETT MEMORIAL ROAD
SUITE 108
DURHAM, NC 27705


ABC PIE CO
Attn: Managing Agent
503 EAST FRANKLIN STREET
RALEIGH, NC 27604


ABRAMS-STEWART TABORI/CH
Attn: Managing Agent
PO BOX 8828
JFK Station
Boston, MA 02114-8828

```
ABSOLUTE FIRE AND SAFETY, LLC
Attn: Managing Agent
130 HUNTER VILLAGE DRIVE
STE: C
IRMO, SC 29063


Abuelita Mexican Foods
Attn: Managing Agent
9209 Enterprise Court
Manassas, VA 20111


Acalli Chocolate LLC
Attn: Managing Agent
2505 Whitney Ave
Gretna, LA 70056


ACCELERANDO
Attn: Managing Agent
1589 Skeet Club Road Ste 102
High Point, NC 27265


Accelerando
Attn: Managing Agent
1589 Skeet Club Road
Suite 102
High Point, NC 27265


ACCELERANDO, INC
Attn: Managing Agent
1589 SKEET CLUB ROAD
SUITE 102
HIGH POINT, NC 27265


ACCENT DECOR INC
Attn: Managing Agent
P.O. BOX 531845
LOCKBOX
ATLANTA, GA 30353-1845


ACTIVE TECHNOLOGY SOLUTIONS, INC
Attn: Managing Agent
108 PENNSYLVANIA AVENUE
VIRGINIA BEACH, VA 23462
```

ADAGIO TEAS
Attn: Managing Agent
170 Kipp Ave
Bldg 28-1
Elmwood Park, NJ 07407


Adams Apple
Attn: Managing Agent
112 Barnacle Cir
Lexington, SC 29072


Addison Ross Ltd
Attn: Managing Agent
Berwick Road
Wooler Industrial Estate
NORTHUMBERLAND


Addition Industries
Attn: Managing Agent
708 S Homer St
Seattle, WA 98108


ADRO INTERNATIONAL, INC.
Attn: Managing Agent
1142 EAST 5 TH STREET
BROOKLYN, NY 11230


Advintage Distributing of North Carolina
Attn: Managing Agent
2121 Atlantic Ave
Raleigh, NC 27604


AEROBIE
Attn: Managing Agent
744 SAN ANTONIO RD # 15
PALO ALTO, CA 94303


AIRGAS NATIONAL CARBONATION
Attn: Managing Agent
PO BOX 602792
Charlotte, NC 28260-2792


AJIRI TEA COMPANY, LLC
Attn: Managing Agent
PO BOX 244
UPPER BLK EDDY, PA 18972

ALADDIN INDUSTRIES, LLC
Attn: Managing Agent
NW 6186 PO.BOX 1450
MINNEAPOLIS, MN 55485-6186


ALBERT USTER IMPORTS INC
Attn: Managing Agent
P.O. BOX 770
GAITHERSBURG, MD 20877-2601


Alexander Hitt
Attn: Managing Agent
9418 Perry Rd.
Graham, NC 27253


Alfred Lane
Attn: Managing Agent
1658 N. Milwaukee Ave Ste 536
Chicago, IL 60647


Alice's Pantry Treasures LLC
Attn: Managing Agent
8 Carsons Corner
Louisa, VA 23093


All Natural Distributors
Attn: Managing Agent
6 Perry Drive Unit B
Foxboro, MA 02035


ALL-CLAD METALCRAFTERS IN
Attn: Managing Agent
5 WOOD HOLLOW ROAD
PARSIPPANY, NJ 07054


Allen Reed Company (Chic Wrap)
Attn: Managing Agent
23823 Malibu Road Suite 50275
Malibu, CA 90265


Allison's Candies
Attn: Managing Agent
780 Birchmont Rd Unit #11
CANADA

Alma Chocolate LLC
Attn: Managing Agent
1311 SE 7th Ave
Suite 103
Portland, OR 97214


ALMO CORP(De Longhi America, Inc)
Attn: Managing Agent
2709 COMMERCE WAY
PHILADELPHIA, PA 19154


ALOHA FROM OREGON
Attn: Managing Agent
PO BOX 42077
EUGENE, OR 97404-0571


ALSCO - CHARLESTON
Attn: Managing Agent
4921 CHATEAU AVE
CHARLESTON, SC 29405


ALSCO-DURHAM
Attn: Managing Agent
PO BOX 3594
DURHAM, NC 27702


ALSCO-RALEIGH
Attn: Managing Agent
3301 Hillsborough St
Raleigh, NC 27607


Amana Woolen Mill
Attn: Managing Agent
800 48th Ave.
PO Box 189
Amana, IA 52203


Amanda Cushman
Attn: Managing Agent
1639 Marion Ave
Durham, NC 27705


Amelioron Corporation
Attn: Managing Agent
1301 Odyssey drive apt k
Durham, NC 27713

America's Best Nut Company, LLC
Attn: Managing Agent
3041 North Church Street
Rocky Mount, NC 27804


AMERICAN EXPRESS GREEN
Attn: Attn: Managing Agent
Unknown


American Gra-Frutti, LLC (Marilyn's GF)
Attn: Managing Agent
1007 Mansell Road Suite D
Roswell, GA 30076


AMERICAN PARTY RENTALS
Attn: Managing Agent
3633 S ALSTON AVE
DURHAM, NC 27713


AMERICAN SPOON FOODS
Attn: Managing Agent
PO BOX 566
PETOSKY, MI 49770


Amoretti/Noushig Inc.
Attn: Managing Agent
451 Lombard Street
Oxnard, CA 93030


AMUSEMINTS/FIDO'S COOKIES
Attn: Managing Agent
2660 WALNUT STREET
DENVER, CO 80205-2231


ANGEL UPHOLSTERY
Attn: Managing Agent
STAR POINT CENTER
CHAPEL HILL, NC 27517


ANGUS BARN
Attn: Managing Agent
9401 GLENWOOD AVE
RALEIGH, NC 27617

Ankarsrum/BBI Wholesale
Attn: Managing Agent
305 Bell Park Drive
Woodstock, GA 30188


AnnaB's Gluten Free LLC
Attn: Managing Agent
10198 Summer Hill Road
Mechanicsville, VA 23116


Apex Food Company
Attn: Managing Agent
1821 Grande Maison Dr.
Apex, NC 27502


APPLE MILL
Attn: Managing Agent
1345 OZONE DR
P.O. BOX 293
SALUDA, NC 28773


Appomattox River Peanut Company, Inc
Attn: Managing Agent
424 South 15th Street
Hopewell, VA 23860


Arbor Enterprises, Inc.
Attn: Managing Agent
P.O. Box 1429
Pittsboro, NC 27312


Arbor Enterprises, Inc.
Attn: Managing Agent
PO Box 1429
Pittsboro, NC 27312


ARCHER DATA SYSTEM, INC
Attn: Managing Agent
104R NC HWY 54 WEST 196
Carrboro, NC 27510


ARCHIPELAGO BOTANICALS
Attn: Managing Agent
PO BOX 1036
Charlotte, NC 28201-1036

ARCTIC AIR INC
Attn: Managing Agent
PO BOX 1161
SUMMERVILLE, SC 29484


ARISTON SPECIALTIES, LLC
Attn: Managing Agent
PO BOX 306
BLOOMFIELD, CT 06002


Arlette O'Rourke
Attn: Managing Agent
1284 Fort Dr.
Hanahan, SC 29410


Aroma Ridge Inc/Wicked Jacks Tavern
Attn: Managing Agent
1831 West Oak Parkway Ste C
Marietta, GA 30062


AROMATIQUE
Attn: Managing Agent
P.O. BOX 6000
HEBER SPRINGS, AR 72543-1500


Art by George Roberts
Attn: Managing Agent
200 River Landing Drive A307
Charleston, SC 29492


ARTE ITALICA
Attn: Managing Agent
PO BOX 9426
UNIONDALE, NY 11555-9426


ARTICHOKE KITCHEN
Attn: Managing Agent
P.O. BOX 159
HAMILTON, NC 27840


Artisan Books
Attn: Managing Agent
225 Varick St.
New York, NY 10014

ARWAY CONFECTIONS
Attn: Managing Agent
333 Lexington Drive
Buffalo Grove, IL 60089


ASA SELECTION INC.
Attn: Managing Agent
1860 RENAISSANCE BLVD
STURTEVANT, WI 53177


ASCAP
Attn: Managing Agent
21678 NETWORK PLACE
CHICAGO, IL 60673-1216


ASHER'S
Attn: Managing Agent
PO BOX 64377
SOUDERTON, PA 18964-0377


ASHMAN DISTRIBUTING CO
Attn: Managing Agent
P.O. BOX 1068
SEAPINES STATION
VIRGINIA BEACH, VA 23451


Ashter Baking Company LLC
Attn: Managing Agent
1003 Lennoxville Road
Beaufort, NC 28516


ASKINOSIE
Attn: Managing Agent
514 E. COMMERCIAL St.
SPRINGFIELD, MO 65803


ASPEN BAY
Attn: Managing Agent
PO Box 1446
STARKVILLE, MS 39760


Atkinsons Millling Co, Inc.
Attn: Managing Agent
95 ATKINSON MILL ROAD
SELMA, NC 27576

AUGUST KITCHEN
Attn: Managing Agent
PO BOX 54
ARMONK, NY 10504


AUNT SALLY'S PRALINE SHOP
Attn: Managing Agent
750 St. Charles Ave
NEW ORLEANS, LA 70130


Authorize.net
Attn: Managing Agent
PO BOX 8999
San Francisco, CA 94128-8999


B & R CLASSICS
Attn: Managing Agent
56 OLD FIELD RD
HUNTINGTON, NY 11743


B. Shackman Company
Attn: Managing Agent
P.O. Box 247
Galesburg, MI 49053


B.R.COHN OLIVE OIL CO
Attn: Managing Agent
Vintage Wine Estates
205 Concourse Blvd
Santa Rosa, CA 95403


B.T.McELRATH CHOCOLATIER
Attn: Managing Agent
2010 EAST HENNEPIN AVE. #48
MINNEAPOLIS, MN 55413


Babb-A-Q
Attn: Managing Agent
929 Central Park Circle
Davidson, NC 28036


Baby Needs Inc/Elegant Baby
Attn: Managing Agent
605 Cameron St
P.O. Drawer 2197
Burlington, NC 27216-2197

Bacci Chocolate Design Inc (CB Stuffers)
Attn: Managing Agent
17 Columbia Street
Swampscott, MA 01907


Backyard Safari Company
Attn: Managing Agent
303 Campbell Road
Covington, GA 30014


Bakers Peanuts
Attn: Managing Agent
101 Baker Rd.
Roxobel, NC 27872


BAKINS VENTURES, FANPANS
Attn: Managing Agent
1638 Kinsmon Lane
Marietta, GA 30062


Balsamo's Family Kitchen LLC
Attn: Managing Agent
4374 George Frye Circle
Dale City, VA 22193


BAMBU, LLC
Attn: Managing Agent
901 SE Oak St.
Suite 102
Portland, OR 97214


Bandar Foods, LLC
Attn: Managing Agent
82 Ramona Ave
San Francisco, CA 94103


Barr Co.
Attn: Managing Agent
715 Hanley Industrial Ct.
St. Louis, MO 63144


BARRON'S
Attn: Managing Agent
250 WIRELESS BOULEVARD
HAUPPAUGE, NY 11788-3917

BASCOM FAMILY FARM
Attn: Managing Agent
56 SUGAR HOUSE RD
ALSTEAD, NH 03602


Batista and Williamson, Inc.
Attn: Managing Agent
PO.BOX 1088
Morrisville, NC 27560


Batistini USA LLC
Attn: Managing Agent
PO Box 1457
Clemmons, NC 27012


BAUDELAIRE
Attn: Managing Agent
265 OLD HOMESTEAD HWY
SWANZEY, NH 03446


BAY BEYOND INC.
Attn: Managing Agent
BAY BEYOND INC
29368 ATLANTIC DRIVE
MELFA, VA 23410


Beach Season
Attn: Managing Agent
500 Westminster Circle
Greenville, NC 27858


Bear Branch Milling Company
Attn: Managing Agent
PO BOX 2003
Shallotte, NC 28459


BEE HOUSE
Attn: Managing Agent
325 South Maple Ave. #5
South San Francisco, CA 94080


Bee's Knees Food Co
Attn: Managing Agent
924 West Wolfram Street #2
Chicago, IL 60657

Beer Kissed Baking Co.
Attn: Managing Agent
2133 Lewis Avenue
Arcata, CA 95521


BELGIUMS CHOCOLATE SOURCE
Attn: Managing Agent
480 ADAMS STREET, SUITE 202
MILTON, MA 02186


Bell Buckle Country Store
Attn: Managing Agent
2630 Nashville Hwy
Farmington, TN 37091


BELLA CUCINA ARTFUL FOOD
Attn: Managing Agent
1870 MURPHY AVE.
ATLANTA, GA 30310


Bellocq
Attn: Managing Agent
37 Greenpoint Ave
#A1A
Brooklyn, NY 11222


Benny T's Vesta
Attn: Managing Agent
315 Glen Abbey Drive
Cary, NC 27513


Bentley Drinkware
Attn: Managing Agent
142 Shady Lane
Perryville, AR 72126


BERARD
Attn: Managing Agent
788 Morris Turnpike
suite 202
Short Hills, NJ 07078


Berkeley
Attn: Managing Agent
5915 Loftis Rd
Hanahan, SC 29406

Berta's Bread
Attn: Managing Agent
3 Barre Street
Charleston, SC 29401


BERTIE COUNTY PEANUTS
Attn: Managing Agent
217 US 13 NORTH
WINDSOR, NC 27983


Best Logistics
Attn: Managing Agent
PO Box 336
Kernersville, NC 27285-0336


BEST MANUFACTURERS, INC.
Attn: Managing Agent
P.O BOX 20091
PORTLAND, OR 97220


Best Name Badges
Attn: Managing Agent
1700 NW 65th Ave, Suite 4
Plantation, FL 33313


BETSY'S GOURMET BAKERY
Attn: Managing Agent
P.O. BOX 111
CHATTANOOGA, TN 37401


Better Off Spread
Attn: Managing Agent
75 Jackson Street, Suite 1F
Brooklyn, NY 11211


Betty Jane's Sweet Delights, Inc
Attn: Managing Agent
344 Maple Avenue, West
#144
Vienna, VA 22180


Beverly Dyer
Attn: Managing Agent
CATS AND DOGS OF CHAPEL HILL
11 BALTHROPE PLACE
CHAPEL HILL, NC 27517

Bevs & Bites, LLC
Attn: Managing Agent
2913 Selwyn Avenue
Charlotte, NC 28209


BIALETTI CAFFE.ITALIA
Attn: Managing Agent
9409 Buffalo Ave.
Rancho Cucamonga, CA 91730


BIEDERMANN & SONS INC
Attn: Managing Agent
PO BOX 8407
190 NORTHFIELD ROAD
NORTHFIELD, IL 60093


Biena, LLC
Attn: Managing Agent
119 Braintree Street
Suite 409
Boston, MA 02134


BIG & FINE FOOD COMPANY
Attn: Managing Agent
PO BOX 99471
RALEIGH, NC 27624


Big Country Gourmet
Attn: Managing Agent
P O Box 37311
Raleigh, NC 27627


BIG SPOON ROASTERS
Attn: Managing Agent
4517 Hillsborough Road
101-B
DURHAM, NC 27705


BioImport LLC
Attn: Managing Agent
Glen Cove Rd 313
Carle Place, NY 11514

Bissell Maple Farm
Attn: Managing Agent
3741 Highley Road
P.O. BOX 284
Rock Creek, OH 44084


BISSINGER'S CHOCOLATE
Attn: Managing Agent
1600 N Broadway
ST LOUIS, MO 63102


BITTERSWEET HERB FARM
Attn: Managing Agent
635 MOHAWK TRAIL
SHELBURNE, MA 01370


Bixby & Co.
Attn: Managing Agent
One Sea St. Place
Rockland, ME 04841


Black Mountain Chocolate Company
Attn: Managing Agent
PO BOX 21673
Winston-Salem, NC 21673


Blackberry Farms
Attn: Managing Agent
1471 West Millers Cove Road
Walland, TN 37886


Blau Niche LLC d.b.a. Bacon's Heir, LLC
Attn: Managing Agent
860 Peachtree st NE
Suite 2203
Atlanta, GA 30308


BLiS Gourmet LLC
Attn: Managing Agent
3759 Broadmoor Ave SE Suite D
Grand Rapids, MI 49512


Bloody Brando
Attn: Managing Agent
22 FRANCES ST
CHAPEL HILL, NC 27517

Blue Heaven Art
Attn: Managing Agent
894 Wooded Lake Drive
Apex, NC 27523


Blue Lotus Chai Co., LLC
Attn: Managing Agent
PO BOX 5545
Eugene, OR 97405


Boat Street Pickles LLC
Attn: Managing Agent
3131 Western Avenue, Suite 301
Seattle, WA 98121


Bobbies Sweet Potato Biscuits
Attn: Managing Agent
2103 Lafayette
Greensboro, NC 27408


Bobo's Mountain Sugar
Attn: Managing Agent
256 Dale Road
Weston, VT 05161


BODRUM GROUP
Attn: Managing Agent
119 WEST 23RD STREET
SUITE 703
NEW YORK, NY 10011


BODUM INC.
Attn: Managing Agent
601 W. 26TH ST.
SUITE 1250
NEW YORK, NY 10001


BOELTER BRANDS
Attn: Managing Agent
N22 W23685 RIDGEVIEW PKWY
WAUKESHA, WI 53188


BOER BROTHERS HEATING & COOLING
Attn: Managing Agent
104 R NC HWY 54 WEST
UNIT 333
CARRBORO, NC 27510

Bon Courage Enterprises, Inc.
Attn: Managing Agent
PO BOX 570
Chapel Hill, NC 27514


BONCEK IMAGES
Attn: Managing Agent
23 Marlow Drive
Apt A
Charleston, SC 29403


Bone Doctors BBQ LLC
Attn: Managing Agent
718 Cargil Ln
Charlottesville, VA 22902


BORDEN DAIRY CO. of SC, LLC
Attn: Managing Agent
29862 Network Place
Chicago, IL 60673-1298


BORMIOLI ROCCO GLASS CO.,
Attn: Managing Agent
41 MADISON AVE
17TH FLOOR
NEW YORK, NY 10010


BORSARI FOOD COMPANY INC.
Attn: Managing Agent
413 NORTH MAIN STREET
JAMESTOWN, NY 14701


Boston America Corp
Attn: Managing Agent
55 Sixth Road
Unit 8
Woburn, MA 01801


BOSTON INTERNATIONAL,INC
Attn: Managing Agent
210 GROVE STREET
FRANKLIN, MA 02038


BOSTON WAREHOUSE
Attn: Managing Agent
59 DAVIS AVENUE
NORWOOD, MA 02062

BOTL
Attn: Managing Agent
1045 DOVERCOURT ROAD
TORONTO ONTARIO CANADA M6H2X7


Boulted Bread Company
Attn: Managing Agent
614 W. South Street
Raleigh, NC 27603


Bountiful Pantry
Attn: Managing Agent
P. O. Box 179
Nantucket, MA 02554


BOURBON BARREL FOODS
Attn: Managing Agent
1201 STORY AVE
STE 175
LOUISVILLE, KY 40206


Boxcarr Handmade Cheese
Attn: Managing Agent
2207 Carr Store Rd
Cedar Grove, NC 27231


BOYAJIAN,INC.
Attn: Managing Agent
144 Will Drive
Canton, MA 02021


Bradford Watermelon Co.
Attn: Managing Agent
5275 Dubose Siding Rd
Sumter, SC 29153


Brands of Britain, LLC
Attn: Managing Agent
PO Box 2280
San Ramon, CA 94583


Branning Publishing
Attn: Managing Agent
312 Farnsleigh Ave.
Bluffton, SC 29910

Brass Town Chocolate
Attn: Managing Agent
2609 Philip Street
Winston-Salem, NC 27103


BRASWELL FOOD CO.
Attn: Managing Agent
PO BOX 485
STATESBORO, GA 30459


Breathless Paper Co.
Attn: Managing Agent
998 North Highland Ave
Atlanta, GA 30306


Breezy Spring LLC
Attn: Managing Agent
4120 Staffordshire Drive
Lakeland, FL 33809


BREVILLE
Attn: Managing Agent
BOX 347286
Pittsburgh, PA 15251-4286


BRIAN ADORNETTO
Attn: Managing Agent
1017 AUSTIN POND DRIVE
CARY, NC 27519


Brian McMahon & Associates
Attn: Managing Agent
25515 Goldenspring Dr
Dana Point, CA 92629


BRINKS CORPORATION
Attn: Managing Agent
PO BOX 101031
ATLANTA, GA 30392-1031


BRITISH WHOLESALE IMPORTS
Attn: Managing Agent
5711 CORSA AVENUE
WESTLAKE VILLAGE, CA 91362

BRONTO SOFTWARE, INC.
Attn: Managing Agent
33344 Collection Center LLC
Chicago, IL 60693-0333


BROOKLYN BREW SHOP
Attn: Managing Agent
170 TILLARY ST.
SUITE 308
NEW YORK, NY 11201


Brothers Brands Inc(schmidt Brothers)
Attn: Managing Agent
15 Park Avenue
Westwood, NJ 07675


BROWN BROTHERS PLUMBING & HEATING
Attn: Managing Agent
2820 ROXBORO ROAD
PO BOX 15668
DURHAM, NC 27704-0668


BROWNE  & CO.
Attn: Managing Agent
788 Morris Turnpike
SUITE 202
Short Hills, NJ 07078


Brownwood Farms
Attn: Managing Agent
6211 S. Railway Commons
Williamsburg, MI 49690


Bruer
Attn: Managing Agent
340 Woodpecker Ridge
Santa Cruz, CA 95060


Bruks Bars
Attn: Managing Agent
401 Hawthorne Ln
Suite 11-306
Charlotte, NC 28204

Brynn's Good Karma Foods
Attn: Managing Agent
83 Wild Swan Lane
Southern Shores, NC 27949


Bubo Handmade
Attn: Managing Agent
1230A McAlpine Ave
Nashville, TN 37216


Buddha Teas
Attn: Managing Agent
5145 Avenida Encinas Suite E
Carlsbad, CA 92008


BULL CITY BARBEQUE COMPAN
Attn: Managing Agent
PO BOX 61087
DURHAM, NC 27715


Bunches & Bunches Ltd
Attn: Managing Agent
1511 SE 3rd Avenue
Portland, OR 97214


Burleson Flower Farms
Attn: Managing Agent
10327 Hwy 49 North
Mt. Pleasant, NC 28124


Burnt and Salty
Attn: Managing Agent
1622 Cullowhee Circle
Mount Pleasant, SC 29464


Bushwick Kitchen
Attn: Managing Agent
133 Thames St. #3L
Brooklyn, NY 11237


Butterfields Candy LLC
Attn: Managing Agent
Payments to: 4441 Six Forks Rd.
Ste 106-213
Raleigh, NC 27609

Byrd Mill
Attn: Managing Agent
PO BOX 1775
Ashland, VA 23005


C & F ENTERPRISES INC
Attn: Managing Agent
819 BLUE CRAB ROAD
NEWPORT NEWS, VA 23606


C.H. ROBINSON WORLDWIDE, INC
Attn: Managing Agent
PO BOX 9121
MINNEAPOLIS, MN 55480-9121


C.R. GIBSON COMPANY
Attn: Managing Agent
PO BOX 8500
LOCKBOX 7896
PHILADELPHIA, PA 19178-7896


Cacao Atlanta
Attn: Managing Agent
202 Pemalume Place NW
Atlanta, GA 30318


Cacao's Artisan Chocolate
Attn: Managing Agent
438 Priestly St.
Charleston, SC 29412


CALDREA
Attn: Managing Agent
Brandshop / Attn:Jenn Magdon
20 Constitution Blvd S
Shelton, CT 06484


Calissons
Attn: Managing Agent
14 NE 1ST AVE, SUITE 501
Miami, FL 33132


CALLIE'S BISCUITS
Attn: Managing Agent
PO BOX 21110
CHARLESTON, SC 29413

Calypso Cards INC
Attn:  Managing Agent
Rising Sun Mills, BH101
166 Valley Street
Providence, RI 02909


CAMERON DESIGNS
Attn:  Managing Agent
701 Stoneybrook Dr
Sanford, NC 27330


Camino Coffee Roasters
Attn:  Managing Agent
PO Box 20082
Charleston, SC 29413


Candy People
Attn:  Managing Agent
660 N. Central Expressway
Suite 240
Plano, TX 75074


Cannizzaro Sauces
Attn:  Managing Agent
5226 Seacroft Rd
Charlotte, NC 28210


CANTEEN-SHAFFNER
Attn:  Managing Agent
1901 MARGARET ST
WINSTON SALEM, NC 27103


CAPE COD POLISH COMPANY,
Attn:  Managing Agent
348 HOKUM ROCK RD,.
P.O.BOX 2039
DENNIS, MA 02638-0052


CAPE FEAR SPECIALTY FOODS
Attn:  Managing Agent
125 SOUTH KERR AVE
SUITE 5
WILMINGTON, NC 28403

Capital Bee Company
Attn: Managing Agent
8 Half Moon River Court
Savannah, GA 31410


CAPITAL FORD HILLSBOROUGH
Attn: Managing Agent
350 S. CHURTON ST
HILLSBOROUGH, NC 27278


CAPITAL SIGN SOLUTIONS
Attn: Managing Agent
5800 McHines Place, Suite 110
Raleigh, NC 27616


Capri Blue
Attn: Managing Agent
1010 Lynn Lane
Starkville, MS 39759


Captain Foods
Attn: Managing Agent
PO Box 1158
Edgewater, FL 32132


Carolina Alumni Review
Attn: Managing Agent


Carolina Blade
Attn: Managing Agent
1893 St. Julian Drive
Charleston, SC 29407


CAROLINA CANDY
Attn: Managing Agent
1045 SOUTH KERR AVENUE
WILMINGTON, NC 28403


Carolina Coaster Company
Attn: Managing Agent
2636 Seabrook Island Road
Seabrook Island, SC 29455

CAROLINA CONTAINER
Attn: Managing Agent
PO BOX 2166
HIGH POINT, NC 27261


Carolina Girl Cooks
Attn: Managing Agent
2607 Woodruff Rd Ste E
Simpsonville, SC 29681


Caroline Bretherton
Attn: Managing Agent
4005 Kismet Drive
Durham, NC 27705


Caroline Gardner Inc
Attn: Managing Agent
PO BOX 3303
Bluffton, SC 29910


Caroline's Cakes, Inc.
Attn: Managing Agent
925 Beaumont Ave.
Spartanburg, SC 29303


Carolyn's Handmade/The Orchards Gourmet
Attn: Managing Agent
P.O. BOX 444
Wrens, GA 30833


CARRBORO COFFEE ROASTERS
Attn: Managing Agent
101 S GREENSBORO ST
CARRBORO, NC 27510


Carrboro Pizza Oven Corp
Attn: Managing Agent
200 N. Greensboro St Suite B-8
Carrboro, NC 27510


Carriage House Products, Inc.
Attn: Managing Agent
Attn: Thomas Daddio
5511 Lakeside Ave
Henrico, VA 23228

CASABELLA
Attn: Managing Agent
PO.BOX 8000
DEPT. 818
BUFFALO, NY 14267


CASAFINA
Attn: Managing Agent
301 FIELDS LANE
BREWSTER, NY 10509


CASPARI
Attn: Managing Agent
99 COGWHEEL LANE
SEYMOUR, CT 06483


Cate & Levi
Attn: Managing Agent
300 Campbell Ave, Unit 113
CANADA


CATSTUDIO PRESENTS
Attn: Managing Agent
1340 INDUSTRIAL AVENUE
SUITE A
PETALUMA, CA 94952


Caviar & Caviar
Attn: Managing Agent
5527 North Nob Hill Road
Sunrise, FL 33351


CB's Premium Nuts
Attn: Managing Agent
5684 NE MINDER RD
BUILDING F
Poulsbo, WA 98370


CE RENTAL
Attn: Managing Agent
801 W MORGAN ST
RALEIGH, NC 27603


CECILIA CERASOLI
Attn: Managing Agent
4613 MARLBORO PLACE
NORTH CHARLESTON, SC 29405

Celias of Charleston
Attn: Managing Agent
4613 Marlboro Place
N. Charleston, SC 29405


Cellar Door Chocolates
Attn: Managing Agent
1201 Story Ave #109
Louisville, KY 40206


CELTIC PASSIONS, LLC
Attn: Managing Agent
35 Park Dr.
Nutley, NJ 07110


Chad's Carolina Corn
Attn: Managing Agent
3800 Comanche Dr
Archdale, NC 27263


Chaparral Gardens
Attn: Managing Agent
16422 Morro Road
Atascadero, CA 93422


Chapel Hill & Durham Magazine
Attn: Managing Agent
190 Finley Gold Course Road
Chapel Hill, NC 27517


Chapel Hill Creamery
Attn: Managing Agent
615 Chapel Hill Creamery Rd
Chapel Hill, NC 27516


Chapel Hill Magazine
Attn: Managing Agent
400 Market St.
Chapel Hill, NC 27516


Chapel Hill Toffee
Attn: Managing Agent
218 OLD FOREST CREEK DR.
CHAPEL HILL, NC 27514

```
CHAPEL HILL/DURHAM MAGAZINE
Attn: Managing Agent
1777 Fordham Blvd
Ste 105
CHAPEL HILL, NC 27514


CHAR CRUST CO.
Attn: Managing Agent
3017 N. LINCOLN AVENUE
CHICAGO, IL 60657


Charbonnel English Chocolates
Attn: Managing Agent
1714 Wilmington Ave
Richmond, VA 23227


Charles Chips
Attn: Managing Agent
3535 Rote 66
Suite 2A
Neptune, NJ 07753


Charles Chocolate
Attn: Managing Agent
Unknown


Charleston Artisan Cheesehouse
Attn: Managing Agent
946 Orleans Rd. Unit G1
Charleston, SC 29407


Charleston City Paper
Attn: Managing Agent
1049 B Morrison Drive
Charleston, SC 29403


Charleston Coffee Roasters Inc.
Attn: Managing Agent
289 Huger St.
Charleston, SC 29403


Charleston Gourmet Burger Company
Attn: Managing Agent
4206 Sawgrass Drive
Charleston, SC 29420
```

Charleston Magazine
Attn: Managing Agent


Charleston Postcard Company, Inc.
Attn: Managing Agent
182 Plymouth Avenue
Charleston, SC 29412


CHARLESTON TEA PLANTATION
Attn: Managing Agent
6617 MAYBANK HWY
WADMALAW ISL, SC 29487


CHARLESTON WHOLESALE FLORIST
Attn: Managing Agent
4931 RIVERS AVE BLDG 100
CHARLESTON, SC 29406


CHARLESTOWNE WINDOW CLEANING
Attn: Managing Agent
1800 WILLIAM KENNERTY DR. 10A
CHARLESTON, SC 29407


Chef Belinda Spices, LLC
Attn: Managing Agent
6 Mooney Court
Trenton, SC 29847


Chef Sous LLC
Attn: Managing Agent
P.O. Box 6567
Glen Allen, VA 23058


CHEF'N
Attn: Managing Agent
830 FOURTH AVENUE S. STE 400
SEATTLE, WA 98134


CHEF'S PLANET
Attn: Managing Agent
PO BOX 69
PETERSBURGH, NY 12138

CHEMEX
Attn: Managing Agent
11 Veterans Drive
Chicopee, MA 01022


CHERCHIES LTD
Attn: Managing Agent
967 Swedesford Road #410
Exton, PA 19341


CHERITH VALLEY GARDENS
Attn: Managing Agent
4009 E. LOOP 820 S
STE B
FORT WORTH, TX 76119


CHEWYS RUGULACH
Attn: Managing Agent
7795 Arjons Dr.
SAN DIEGO, CA 92126


Chilli Lab
Attn: Managing Agent
587 Washington Avenue
Brooklyn, NY 11238


Chipz Happen
Attn: Managing Agent
9545 Grossmont Summit Drive
La Mesa, CA 91941


Chocolate Chocolate Chocolate Company
Attn: Managing Agent
5025 Pattison Ave
Saint Louis, MO 63110


CHOCOLATE SMILES INC
Attn: Managing Agent
312 W CHATHAM STREET
CARY, NC 27511


CHOCOLOVE
Attn: Managing Agent
P O BOX 18357
BOULDER, CO 80308-1357

Christopher Elbow Chocolates
Attn: Managing Agent
1819 McGee Street
Kansas City, MO 64108


Christy Designs LLC
Attn: Managing Agent
2797 NW CLEARWATER DRIVE
Suite 100
BEND, OR 97701


Chronicle Books
Attn: Managing Agent
PO BOX 8828
JFK Station
BOSTON, MA 02114-8828


CiCi's Butterhorns
Attn: Managing Agent
3385 S. Lucille Lane
Lafayette, CA 94549


Cirsea Ice Cream
Attn: Managing Agent
874 Orleans Road Suite 2
Charleston, SC 29407


Cisse Baking & Cocoa (Experience Cisse)
Attn: Managing Agent
129 Halstead Avenue Ste 205
Mamaroneck, NY 10543


CK PRODUCTS
Attn: Managing Agent
6230 Innovation Blvd.
FORT WAYNE, IN 46818


CLAREY'S LIQUORS
Attn: Managing Agent
Unknown


CLEAR CHANNEL BROADCASTING
Attn: Managing Agent
PO BOX 402570
ATLANTA, GA 30384-2570

CLEARBROOK FARMS
Attn: Managing Agent
3015 EAST KEMPER RD.
SHARONVILLE, OH 45241


Clegg
Attn: Managing Agent
PO BOX 3089
Durham, NC 27715


CLEGG'S TERMITE & PEST CONTROL
Attn: Managing Agent
PO BOX 3089
DURHAM, NC 27715


CLICK CLACK US INC.
Attn: Managing Agent
1139 S Sunnyslope Dr
Suite 200
Mt. Pleasant, WI 53406


Clif Family Winery
Attn: Managing Agent
1312 Vidovich Avenue
Saint Helena, CA 94574


CLIFF'S MEAT MARKET
Attn: Managing Agent
100 W. MAIN STREET
CARRBORO, NC 27510


CLOISTER HONEY LLC
Attn: Managing Agent
3818 WARRINGTON DR
CHARLOTTE, NC 28211


Coca-Cola Bottling Co., SC
Attn: Managing Agent
P.O. Box 751302
Charlotte, NC 28275-1302


Coca-Cola Refreshments (VA)
Attn: Managing Agent
2335 PAYSPHERE CIRCLE
CHICAGO, IL 60674

COFFEE MASTERS MARKETING,
Attn: Managing Agent
P.O. BOX 460
SPRING GROVE, IL 60081


COLDKEEPERS, LLC
Attn: Managing Agent
1100 SMITH AVE.
THOMASVILLE, GA 31792


Collegiate Kids Books, LLC
Attn: Managing Agent
3956 2nd Street Drive NW
Hickory, NC 28601


Columbia Cameron Village
Attn: Managing Agent
PO BOX 534243
Atlanta, GA 30353-4243


COLUMBIA CAMERON VILLAGE, LLC
Attn: Managing Agent
PO BOX 534243
Atlanta, GA 30353-4243


COMCAST - 7249
Attn: Managing Agent
PO BOX 3005
SOUTHEASTERN, PA 19398-3005


Comcast Business
Attn: Managing Agent
PO BOX 3005
Southeastern, PA 19398-3005


Comfort Engineers
Attn: Managing Agent
PO BOX 2955
Durham, NC 27715-2955


COMFORT ENGINEERS, INC.
Attn: Managing Agent
PO BOX 2955
DURHAM, NC 27715-2955

COMMERCIAL SERVICES, INC.
Attn: Managing Agent
PO BOX 1307
MORRISVILLE, NC 27560


COMMON GROUND DISTRIBUTOR
Attn: Managing Agent
115 FAIRVIEW RD
ASHEVILLE, NC 28803


COMMONWEALTH PUBLIC BROADCASTING CORPORA
Attn: Managing Agent
23 SESAME STREET
RICHMOND, VA 23235


COMPENDIUM INC
Attn: Managing Agent
2100 North Pacific Street
SEATTLE, WA 98103


COMPONENT DESIGN NORTHWES
Attn: Managing Agent
P.O. BOX 10947
PORTLAND, OR 97210-0947


Conner Bottling Works LLC
Attn: Managing Agent
PO BOX 171
Newfields, NH 03856


COON ROCK FARM
Attn: Managing Agent
1021 Dimmocks Mill Road
Hillsborough, NC 27278


Cooper's Mill, Inc.
Attn: Managing Agent
115 Crossroads Blvd.
P.O. Box 149
Bucyrus, OH 44820


Copper Pot & Wooden Spoon LLC
Attn: Managing Agent
449 A Pigeon Street
Waynesville, NC 28786

CORK POPS, INC.
Attn: Managing Agent
7 COMMERCIAL BLVD
STE #3
NOVATO, CA 94949


CORKCICLE
Attn: Managing Agent
PO BOX 547965
ORLANDO, FL 32854


Cortazzo Foods LLC
Attn: Managing Agent
PO BOX 2721
Lancaster, PA 17608


COTTAGE LANE KITCHEN
Attn: Managing Agent
PO BOX 592
CHAPEL HILL, NC 27514


COUCKE
Attn: Managing Agent
22718 Criswell St
West Hills, CA 91307


COUNTER CULTURE COFFEE, I
Attn: Managing Agent
P.O. Box 890605
Charlotte, NC 28289-0605


COZZINI BROS., INC.
Attn: Managing Agent
350 HOWARD AVENUE
DES PLAINES, IL 60018


CPI Security
Attn: Managing Agent
5150 McCrimmon Pkwy
Suite 401
Morrisville, NC 27560


CREATIVE CANDLES LLC
Attn: Managing Agent
3218 Roanoke Road
KANSAS CITY, MO 64111

CREATIVE CO-OP
Attn: Managing Agent
DEPT CH 19841
PALATINE, IL 60055-9841


Cresent Moon Distributors
Attn: Managing Agent
1161 Cainhoy Rd
Wando, SC 29492


CRIO,INC
Attn: Managing Agent
1386 WEST 70 SOUTH
LINDON, UT 84042


Crisp Pickles LLC
Attn: Managing Agent
210 Wakefiled Court
Hockessin, DE 19707


CROOKED CONDIMENTS
Attn: Managing Agent
BARR FOODS
PO BOX 18002
ASHEVILLE, NC 28814


CRUDE BITTERS  & SODAS
Attn: Managing Agent
517-A W. Cabarrus St
RALEIGH, NC 27603


Crunch Dynasty
Attn: Managing Agent
315 W Broad St
Richmond, VA 23220


CUCINA ANTICA
Attn: Managing Agent
333 N. BEDFORD ROAD
SUITE 118
MT.KISCO, NY 10549


CUISINE PEREL
Attn: Managing Agent
1058 FACTORY STREET
RICHMOND, CA 94801

Culinary Collective
Attn: Managing Agent
12407 Mukilteo Speedway Ste b-245
Lynwood, WA 98087


CUMMINS ATLANTIC
Attn: Managing Agent
P.O. BOX 7787
CHARLOTTE, NC 28241-7787


CUMMINS ATLANTIC
Attn: Managing Agent
PO BOX 741295
ATLANTA, GA 30384-1295


Cummins Atlantic
Attn: Managing Agent
PO Box 7787
Charlotte, NC 28241


CUPPOW
Attn: Managing Agent
9 Olive Square
Somerville, MA 02143


Custom Source
Attn: Managing Agent
Unknown


D'ARTAGNAN, INC.
Attn: Managing Agent
PO BOX 447
Union, NJ 07083-0447


Dandelion Chocolate
Attn: Managing Agent
740 Valencia St.
San Francisco, CA 94110


DANIEL VOGEL'S FLOWER
Attn: Managing Agent
4100 MT SINAI ROAD
DURHAM, NC 27705

Daprano & Co
Attn: Managing Agent
PO BOX 49228
Charlotte, NC 28277


Dark Chocolate Imports (Marou)
Attn: Managing Agent
4412 Parklane Ct
Bloomfield Hills, MI 48304


Dave's Coffee, LLC
Attn: Managing Agent
35 Walts Way
Narragansett, RI 02882


Dave's Homemade
Attn: Managing Agent
4615 Center Blvd #3807
Long Island City, NY 11109


DE BUYER INC
Attn: Managing Agent
4118 N. Nashville Ave.
Chicago, IL 60634


Deaf Mans Inc
Attn: Managing Agent
2524 Panorama Terrace
Los Angeles, CA 90039


DeBrand Fine Chocolates
Attn: Managing Agent
10105 Auburn Park Drive
Fort Wayne, IN 46825


DEE DEE'S GOURMET
Attn: Managing Agent
PO BOX 11314
CHARLOTTE, NC 28220


DELUXE
Attn: Managing Agent
PO BOX 742572
CINCINNATI, OH 45274-2572

Design Design Inc.
Attn: Managing Agent
19 La Grave SE
Grand Rapids, MI 49503


DESIGN IMPORTS INDIA
Attn: Managing Agent
PO BOX 58410
SEATTLE, WA 98138


DETHLEFSEN & BALK, INC
Attn: Managing Agent
Unknown
1005 NORTH COMMONS DRIVE
AURORA, IL 60504


Dick Taylor Craft Chocolate
Attn: Managing Agent
4 W 4th St.
Eureka, CA 95501


Digital Benefit Advisors
Attn: Managing Agent


DILLON CANDY CO
Attn: Managing Agent
19927 HWY 84 EAST
BOSTON, GA 31626


Dip & Scoop
Attn: Managing Agent
113 West 74th St.
New York, NY 10023


DIVINE DELIGHTS
Attn: Managing Agent
1250 HOLM ROAD
PETALUMA, CA 94954


Dixon Hughes
Attn: Managing Agent
PO Box 602828
Charlotte, NC 28260-2828

Dixon Hughes Goodman LLP
Attn: Managing Agent
PO BOX 602828
Charlotte, NC 28260-2828

Dizzy Byrds LLC
Attn: Managing Agent
532 Saint Albans Way
Richmond, VA 23229

Dizzy Pig
Attn: Managing Agent
8763 Virginia Meadows Drive
Manassas, VA 20109

Doc Crombie Sauces
Attn: Managing Agent
1666A Marsh Harbor
Mount Pleasant, SC 29464

Dominion Arts Center/SMG Richmond
Attn: Managing Agent
PO BOX 12066
Richmond, VA 23241

Dominion Virginia Power
Attn: Managing Agent
P.O. Box 26543
Richmond, VA 23290-0001

Donostia Foods (Blue Planet Foods)
Attn: Managing Agent
2409 River Woods Dr.
Naperville, IL 60565

DONSUEMOR
Attn: Managing Agent
2080 NORTH LOOP ROAD
ALAMEDA, CA 94502

Dottie's Toffee
Attn: Managing Agent
PO BOX 687
Spartanburg, SC 29304

```
Double M Bakeshop
Attn: Managing Agent
810 Ninth St
#446
Durham, NC 27705


DOUGLAS CROSS ENTERPRISES
Attn: Managing Agent
2030 5TH AVENUE
SEATTLE, WA 98121


Doux South Specialties
Attn: Managing Agent
1579 Monroe Dr. NE,
Ste 426
Atlanta, GA 30324


DPI Specialty Foods
Attn: Managing Agent
1000 Prince Georges Boulevard
Upper Marlboro, MD 20774


DR. PETE'S
Attn: Managing Agent
P.O. BOX 9
AILEY, GA 30410


Drink Tanks
Attn: Managing Agent
1405 NW Commerce Ave. Ste 160
Bend, OR 97702


Droga Chocolates
Attn: Managing Agent
708 S Utah Valley Drive
Suite B
American Fork, UT 84003


DSC DESIGNS
Attn: Managing Agent
2024 COKER AVE
CHARLESTON, SC 29412


Dulce Caramel Co
Attn: Managing Agent
437 Thorndale Court
Buffalo Grove, IL 60089
```

DULCET CUISINE,LLC
Attn: Managing Agent
5331 SW Macadam Avenue,
Suite 258-421
Portland, OR 97239


DUNCAN PARNELL
Attn: Managing Agent
PO BOX 35649
CHARLOTTE, NC 28235


Dura-Pack
Attn: Managing Agent
7641 Holland Road
Taylor, MI 48180


DURALEX USA INC
Attn: Managing Agent
802 CENTERPOINT BLVD
NEW CASTLE, DE 19720


Durham Coca-Cola Bottling
Attn: Managing Agent
P.O. BOX 2627
DURHAM, NC 27715-2627


DURN GOOD INC.
Attn: Managing Agent
P.O. BOX 1193
WAKE FOREST, NC 27588


Dynamic Media
Attn: Managing Agent
38283 Mound Road
Sterling Heights, MI 48310


E3 Artisan
Attn: Managing Agent
DBA: Ethereal Confections
113 S. Benton
Woodstock, IL 60098


EARTH & VINE PROVISIONS
Attn: Managing Agent
5911 KING ROAD
PO BOX 1637
LOOMIS, CA 95650

EAST INDIES COMPANY
Attn: Managing Agent
7 KEYSTONE DRIVE
LEBANON, PA 17042


EastLand Food Corporation
Attn: Managing Agent
8305 Stayton Drive
Suite C
Jessup, MD 20794


EastWest  Bottlers LLC
Attn: Managing Agent
P.O. BOX 50251
AUSTIN, TX 78763


Easy Tasty Magic Inc
Attn: Managing Agent
231 West 29th Street
Suite 703
New York, NY 10001


ECIV/WCIV Radio
Attn: Managing Agent
110 Technology Dr
Asheville, NC 28803


Eclat Chocolate
Attn: Managing Agent
24 S. High Street
West Chester, PA 19382


ECOLAB
Attn: Managing Agent
PO BOX 32027
New York, NY 10087-2027


EDGECRAFT CORPORATION
Attn: Managing Agent
825 SOUTHWOOD ROAD
AVONDALE, PA 19311-9765


EDIA, Inc.
Attn: Managing Agent
PO BOX 18114
Charlotte, NC 28218

Edison Grainery
Attn: Managing Agent
7307 Edgewater Dr. Unit L
Oakland, CA 94621


EDWARD DON & CO.
Attn: Managing Agent
6255 Brookhollow Parkway
Norcross, GA 30071


EDWARD DON & COMPANY
Attn: Managing Agent
84 STEMMERS LANE
WESTAMPTON, NJ 08060


EL IDEAL FOODS
Attn: Managing Agent
4102 ATLANTIC AVE
RALEIGH, NC 27604


Elaine O'Neil Designs
Attn: Managing Agent
226 S.BELLVUE AVE
HILLSBOROUGH, NC 27278


ELAINE'S TOFFEE COMPANY
Attn: Managing Agent
PO BOX 38
CLAYTON, CA 94517


Ella B. Neighborhood Candles
Attn: Managing Agent
9517 Monroe Rd
Suite C
Charlotte, NC 28270


ELLEN CLEVENGER-FIRLEY
Attn: Managing Agent
2018 Tuscany Drive
Hillsborough, NC 27278


Ello Raw
Attn: Managing Agent
410 Cutler Street
Raleigh, NC 27603

ELMWOOD INN FINE TEA
Attn: Managing Agent
135 N Second St.
Danville, KY 40422


EMILY G'S
Attn: Managing Agent
4514 CHAMBLEE-DUNWOODY RD
#138
DUNWOODY, GA 30338


Englewood United Methodist Church
Attn: Managing Agent
Englewood United Methodist Church
PO Box 7128
Rocky Mount, NC 27804


EPIC Bar/Thunderbird Energetica
Attn: Managing Agent
PO BOX 684581
Austin, TX 78768


EPICURE FOODS CORPORATION
Attn: Managing Agent
Epicure Foods Corporation
PO BOX 69
MADISON, NJ 07940


Epicurean French Beverages
Attn: Managing Agent
4470 Chamblee Dunwoody Rd
Suite 100
Atlanta, GA 30338


Ernest Packing Solutions
Attn: Managing Agent
501 Innovation Avenue
Morrisville, NC 27560


ESCAZU ARTISAN CHOC CO.
Attn: Managing Agent
936 Blount St
Raleigh, NC 27604

ESTES EXPRESS LINES
Attn: Managing Agent
PO BOX 25612
RICHMOND, VA 23260-5612


ETV Endowment of SC
Attn: Managing Agent
401 E. Kennedy St.
Suite B-1
Spartanburg, SC 29302


ETV Radio Broadcast
Attn: Managing Agent
1041 George Rogers Blvd
Columbia, SC 29201


Euro Cuisine Inc
Attn: Managing Agent
6320 Clara Street
Bell Gardens, CA 90201


EURO USA
Attn: Managing Agent
44901 Falcon Place
Suite 104
STERLING, VA 20166


Europa Center
Attn: Managing Agent
PO BOX 900002
Raleigh, NC 27675-9000


Europa Center, LLC
Attn: Managing Agent
c/o AVISION YOUNG
PO BOX 900002
Raleigh, NC 27675-9000


EUROPEAN DESIGN IMPORTS
Attn: Managing Agent
25907 Detroit Rd
WESTLAKE, OH 44145


EUROPEAN GIFT & HSWR
Attn: Managing Agent
514-16 SOUTH FIFTH AVENUE
MOUNT VERNON, NY 10550

EUROPEAN IMPORTS, LTD
Attn: Managing Agent
600 E. Brook Drive
Arlington Hts, IL 60005


EV Gifts
Attn: Managing Agent
200 S. Elliott Rd
Chapel Hill, NC 27514


Everette Lindsay Peterson
Attn: Managing Agent
313 Cooke St.
Raleigh, NC 27601


EVERYTHING OUTSIDE
Attn: Managing Agent
3778 ST. ELLENS DRIVE
MT. PLEASANT, SC 29466


Faienceries De Gien
Attn: Managing Agent
78 Pl De La Victoire
GIEN 45500


Falling Bark Farm, LLC
Attn: Managing Agent
3645 Harry Byrd Highway
Berryville, VA 22611


Fat Hen
Attn: Managing Agent
3140 May Bank Hwy
Johns Island, SC 29455


Fat Toad Farm
Attn: Managing Agent
787 Kibbee Road
Brookfield, VT 05036


Fawson and Hancock Foods, LLC
Attn: Managing Agent
3302 Swetzer Rd Ste B
Loomis, CA 95650

FEDERAL EXPRESS -080
Attn: Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FEDERAL EXPRESS -905
Attn: Managing Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FEDEX FREIGHT REGIONAL
Attn: Managing Agent
PO BOX 223125
PITTSBURGH, PA 15251-2125


FERRELL INDUSTRIES, INC
Attn: Managing Agent
136 E CHAPEL HILL STREET
DURHAM, NC 27701


Fili-West Farms
Attn: Managing Agent
2298 Vance Rd
Vance, SC 29163


FinTech
Attn: Managing Agent
7702 Woodland Center Blvd
Suite 50
Tampa, FL 33614


FINTECH.NET
Attn: Managing Agent
7702 WOODLAND CENTER BLVD, SUITE 50
TAMPA, FL 33614


FIRE & FLAVOR GRILLING
Attn: Managing Agent
328 COMMERCE BLVD
SUITE 8
BOGART, GA 30622


Firefly Books
Attn: Managing Agent
50 Staples Ave, Unit 1
CANADA

Firehook Of Virginia, Inc
Attn: Managing Agent
14701 Flint Lee Road
Suite G
Chantilly, VA 20151


Fireside Coffee
Attn: Managing Agent
3239 Elms Rd
Swartz Creek, MI 48473


First Source
Attn: Managing Agent
3612 La GRANGE PARKWAY
TOANO, VA 23168


Fisher's Popcorn Of Delaware, Inc
Attn: Managing Agent
PO Box 3130
Ocean City, MD 21843


FITZ AND FLOYD
Attn: Managing Agent
PO BOX 823437
PHILADELPHIA, PA 19182-3437


Five Points Baking Co , LLC
Attn: Managing Agent
P.O. Box 17355
Raleigh, NC 27619


Floking Artisan Products
Attn: Managing Agent
307 Tidal Rice Ct.
Charleston, SC 29492


Flying Olive Farms
Attn: Managing Agent
6510 Chapel Hill Road
Raleigh, NC 27607


FOCUS PRODUCTS GROUP LLC
Attn: Managing Agent
1818 Paysphere Circle
Chicago, IL 60674-1818

FOOD & VINE INC.
Attn: Managing Agent
68 Coombs Street Suite I-2
Napa, CA 94559


Food for the Soul
Attn: Managing Agent
P. O. Box 30279
Charleston, SC 29417


Forever B, LLC(Tom & Jenny's Candy)
Attn: Managing Agent
714 Keystone Park Dr
Morrisville, NC 27560


FORTESSA
Attn: Managing Agent
22601 Davis Dr
Sterling, VA 20164


Fortune Fish & Gourmet
Attn: Managing Agent
1068 Thorndale Ave
Bensenville, IL 60106


FOSS GOURMET FOODS, LLC
Attn: Managing Agent
901 NORTH TAYLOR STREET
WAKE FOREST, NC 27587


FOSTERS SELLERS
Attn: Managing Agent
2694 DURHAM-CHAPEL HILL
BLVD.
DURHAM, NC 27707


Four Elements
Attn: Managing Agent
111 E. Walnut St
PO Box 10
North Freedom, WI 53951


FOX RUN
Attn: Managing Agent
1907 Stout Dr
IVYLAND, PA 18974

Foxon Park Beverages Inc
Attn: Managing Agent
103 Foxon Boulevard
East Haven, CT 06513


FRAN'S CHOCOLATES, LTD
Attn: Managing Agent
5900 Airport Way South
SEATTLE, WA 98108


Freakers
Attn: Managing Agent
1121 South Front St.
3rd Floor
Wilmington, NC 28401


FRENCH BROAD CHOCOLATES
Attn: Managing Agent
10 South Pack Square
ASHEVILLE, NC 28801


FRENCH FARM
Attn: Managing Agent
916B West 23rd St.
Houston, TX 77008


FRENCH FEAST INC
Attn: Managing Agent
473 South Dean Street
Englewood, NJ 07631


FRENCH/ WEST/ VAUGHAN
Attn: Managing Agent
112 E.HARGETT STREET
RALEIGH, NC 27601


FRESHPOINT
Attn: Managing Agent
203 Trans Air Drive
Morrisville, NC 27560


FRIELING USA
Attn: Managing Agent
PO BOX 890013
CHARLOTTE, NC 28289-0013

FROMI USA CORP % NATEXIS
Attn: Managing Agent
PRAMEX N A CORP
1251 AVE OF AMERICAS,34FL
NEW YORK, NY 10020


FRUIT OF THE BOOT, INC.
Attn: Managing Agent
5728 N.W. 27th PLACE
GAINESVILLE, FL 32606


FRUIT OF THE LAND PRODUCT
Attn: Managing Agent
1 PROMENADE CIRCLE
PO BOX 977
THORNHILL ONTARIO CANADA L4J8G7


Fruition Chocolate, Inc.
Attn: Managing Agent
3091 State Route 28
Shokan, NY 12481


FSI Mechanical, Inc.
Attn: Managing Agent
6518-B Old Wake Forest Rd.
Raleigh, NC 27616


FSW NC, LLC
Attn: Managing Agent
6778 E NC 150 Hwy
Sherrills Ford, NC 28673


Full Ciricle
Attn: Managing Agent
146 W 29th St. Suite 9W
New York, NY 10001


Fulton & Roark LLC
Attn: Managing Agent
1711 Meadowbrook Drive
Winston-Salem, NC 27104


Funky Chunky, LLC
Attn: Managing Agent
7452 West 78th Street
Edina, MN 55439

GALIL IMPORTING COMPANY
Attn: Managing Agent
120 EILEEN WAY
SYOSSET, NY 11791


GALLERIE II
Attn: Managing Agent
819 BLUE CRAB ROAD
NEWPORT NEWS, VA 23606


Garden Works/Star Kitchen and Home
Attn: Managing Agent
3680 SW 74th Ave.
OSCALA, FL 34474


Gary Henderson
Attn: Managing Agent
1782 Autumnwood Drive
Mechanicsburg, PA 17055


Gary Poppins, LLC
Attn: Managing Agent
10929 Franklin Avenue
Franklin Park, IL 60131


GENTLEWOODS FOOD, CO
Attn: Managing Agent
PO Box 1863
CARY, NC 27512


Georgia Olive Farms
Attn: Managing Agent
PO BOX 245
LAKELAND, GA 31635


GIBBS SMITH PUBLISHER
Attn: Managing Agent
PO Box 667
Layton, UT 84041


GIFT WRAP COMPANY
Attn: Managing Agent
338 Industrial Blvd
Midway, GA 31320

Gillespie's Peanuts
Attn: Managing Agent
1901 East Home Avenue
Hartsville, SC 29550


GINNY O'S Inc.
Attn: Managing Agent
PO BOX 6475
RALEIGH, NC 27628


Girl Meets Dirt
Attn: Managing Agent
634 Minnow Creek Ln
Eastsound, WA 98245


Giuliana Imports
Attn: Managing Agent
3350 Walnut Street
Denver, CO 80205


GLERUP-REVERE CO
Attn: Managing Agent
P.O.BOX 80157
SEATTLE, WA 98108


Global Junction/Papabubble New York
Attn: Managing Agent
380 Broome Street
New York, NY 10013


GOLDEN MALTED
Attn: Managing Agent
4101 William Richardson Dr.
South Bend, IN 46628


Good Home Co.
Attn: Managing Agent
133 Beekman St.
New York, NY 10038


GOOD NIGHT CAROLINA LLC
Attn: Managing Agent
220 ELIZABETH STREET, A-2
CHAPEL HILL, NC 27514

GOODNESS GRACIE, INC
Attn: Managing Agent
PO BOX 7701
WILMINGTON, NC 28406


Gorilla
Attn: Managing Agent
111 W. Jackson Blvd
Suite 300
Chicago, IL 60604


Gorilla
Attn: Managing Agent
111 W. Jackson Blvd.
Suite 300
Chicago, IL 60604


Gosanko Chocolate
Attn: Managing Agent
116 A Street Southeast
Auburn, WA 98002


GOTHAM ARTISANAL
Attn: Managing Agent
56-36 59th Street
Maspeth, NY 11378


Gourmet Foods International
Attn: Managing Agent
P.O.Box116585
ATLANTA, GA 30368-6585


GOURMET INTERNATIONAL INC
Attn: Managing Agent
6605 BROADMOOR AVE. SE
CALEDONIA, MI 49316


Gourmet Kitchen Works
Attn: Managing Agent
450 South Union Ave
Suite G
Springfield, MO 65802


GRACE TEA COMPANY
Attn: Managing Agent
14-A CRAIG ROAD
ACTON, MA 01720

Grainware
Attn: Managing Agent
CARLISLE
PO Box 41-1838
LOS ANGELES, CA 90041


GRANUM, INC.
Attn: Managing Agent
600 S BRANDON ST.
SEATTLE, WA 98108


Gray Squirrel Coffee Co
Attn: Managing Agent
118 Starlite Dr
Carrboro, NC 27510


Greasecycle LLC
Attn: Managing Agent
3900 COMMERCE PARK DRIVE
RALEIGH, NC 27610


GREAT AMERICA FINANCIAL SVCS
Attn: Managing Agent
PO BOX 660831
DALLAS, TX 75266


Great America Financial Svcs (Canan/Xero
Attn: Managing Agent
PO BOX 660831
Dallas, TX 75266


Great San Saba River Pecan
Attn: Managing Agent
P.O. BOX 906
SAN SABA, TX 76877


Great Scot International Inc.
Attn: Managing Agent
8041 Arrowridge Blvd Unit I
Charlotte, NC 28273


GREEN & ACKERMAN BAKERY
Attn: Managing Agent
65 FRANKLIN AVE
BROOKLYN, NY 11205

GREEN GUARD FIRST AID & SAFETY
Attn: Managing Agent
4159 SHORELINE DR.
ST. LOUIS, MO 63045


Green Mountain Mustard, LLC
Attn: Managing Agent
162 Orchard Lane
Richmond, VT 05477


Green River Pickles
Attn: Managing Agent
33 Davis Hill Rd
Weaverville, NC 28787


Gregory Pest Control
Attn: Managing Agent
PO BOX 6713
Greenville, SC 29607


GREGORY PEST SOLUTIONS
Attn: Managing Agent
PO BOX 6713
GREENVILLE, SC 29607


Gregory Poole Equipment Company
Attn: Managing Agent
Processing Center PO BOX 60457
Charlotte, NC 28260


Grey Ghost Bakery
Attn: Managing Agent
1750 Signal Point Road
Suite 2A
Charleston, SC 29412


GrowFoods Carolina
Attn: Managing Agent
990 Morrison Drive
Charleston, SC 29403


GUGLHUPF BAKERY/PATISSERI
Attn: Managing Agent
2706 DURHAM CHAPEL HILL BLVD
DURHAM, NC 27707

GULFSTREAM COMMUNICATIONS
Attn: Managing Agent
PO BOX 1794
MT PLEASANT, SC 29465


Gumenick
Attn: Managing Agent
4901 LIBBIE MILL EAST BOULEVARD
Richmond, VA 23230


GUND INC.
Attn: Managing Agent
26257 Network Pl
Chicago, IL 60673


Gunther's Gourmet Groceries LLC
Attn: Managing Agent
9503 Skyview Drive
Richmond, VA 23229


Gustus Vitae Condiments
Attn: Managing Agent
3016 E Colorado Blvd
#70819
Pasadena, CA 91117


GUY PARKER'S OLD
Attn: Managing Agent
John Parker
PO BOX 13877
GREENSBORO, NC 27415


Haand Inc
Attn: Managing Agent
9473-B Perry Rd
Graham, NC 27253


Hachette Book Grp.
Attn: Managing Agent
PO BOX 8828
JFK STATION
BOSTON, MA 02114-8828


Haddon  House
Attn: Managing Agent
PO BOX 907
MEDFORD, NJ 08055

HAEGER POTTERIES
Attn: Managing Agent
SEVEN MAIDEN LANE
DUNDEE, IL 60118


HAGENSBORG CHOCOLATES LTD
Attn: Managing Agent
3686 BONNEVILLE PL
UNIT 103
CANADA


HALPERN'S
Attn: Managing Agent
PO BOX 116421
ATLANTA, GA 30368-6421


Hankerings LLC
Attn: Managing Agent
11242 282nd Road
Arkansas City, KS 67005


HARAM-CHRISTENSEN CORPORA
Attn: Managing Agent
125 ASIA PLACE
CARLSTADT, NJ 07072


HARBOR SWEETS
Attn: Managing Agent
85 LEAVITT ST
Salem, MA 01970


HARIBO OF AMERICA, INC
Attn: Managing Agent
PO BOX 64738
BALTIMORE, MD 21264


HARNEY & SONS,LTD.
Attn: Managing Agent
5723 Route 22
Millerton, NY 12546


HAROLD IMPORT
Attn: Managing Agent
747 VASSAR AVE
LAKEWOOD, NJ 08701

Harper Collins/William Morrow
Attn: Managing Agent
P.O. Box 360846
Pittsburgh, PA 15251


Harper Macaw
Attn: Managing Agent
3160 Bladensburg Rd NE
Washington, DC 20018


HARRIS ELECTRIC CO. OF VA., INC
Attn: Managing Agent
4910 W. CLAY STREET
RICHMOND, VA 23230


HARRY BARKER INC
Attn: Managing Agent
4275 ARCO LANE
SUITE B
N. CHARLESTON, SC 29418


Hatchup Katchup LLC
Attn: Managing Agent
P.O Box 9258
Santa Fe, NM 87504


Haven's Candies
Attn: Managing Agent
87 County Road
Westbrook, ME 04092


Health Warrior, Inc
Attn: Managing Agent
Health Warrior c/o Unisource Worldwide
1707 Summit Ave
Richmond, VA 23230


Heide's Gourmet Inc.
Attn: Managing Agent
PO BOX 3022
Chapel Hill, NC 27515


Hella Bitters
Attn: Managing Agent
C/O Jomaree Pinkard
333 East 119th Street, Unit 5C
New York, NY 10035

Hellenic Farms LLC
Attn: Managing Agent
317 Cox St
Roselle, NJ 07203


Henley
Attn: Managing Agent
1319 Howard Avenue
Burlingame, CA 94010


Herbal Bliss
Attn: Managing Agent
820 Central Avenue
Summerville, SC 29483


HERNAN
Attn: Managing Agent
C/O UC FACTORS
PO BOX 187
GLENDORA, CA 91740


Hester & Cook Design Group
Attn: Managing Agent
2728 Eugenia Ave. Suite 106
Nashville, TN 37211


Hey Boo Jams
Attn: Managing Agent
5800 3rd St #1316
San Fransico, CA 94124


High River Entertainment LLC
Attn: Managing Agent
24 Saber Drive
Kings Park, NY 11754


HIGHLAND SUGARWORKS INC
Attn: Managing Agent
PO BOX 58
WILSON INDUSTRIAL PARK
WEBSTERVILLE, VT 05678


HIGHWAVE INC
Attn: Managing Agent
3301 West 5th St.
130
OXNARD, CA 93035

HimiHead Inc
Attn: Managing Agent
PO Box 1346
2219 Crescent Drive
Graham, NC 27253


Hinsdale & Foster Provisions, LLC
Attn: Managing Agent
3400 W. Hospital Ave
Chamblee, GA 30341


HOBART SERVICE
Attn: Managing Agent
ITW FOOD EQUIPMENT GROUP LLC
PO BOX 2517
CAROL STREAM, IL 60132-2517


HOBART SERVICE
Attn: Managing Agent
701 SOUTH RIDGE AVE
TROY, OH 45374


HogsHead LLC
Attn: Managing Agent
9503 B. West Broad St.
Richmond, VA 23294


Holiday Inn I-64 West End Richmond
Attn: Managing Agent
2000 Staples Mill Road
RIchmond, VA 23230


HOLLAND AMERICA FOOD CO
Attn: Managing Agent
2755 28TH ST SW
GRAND RAPIDS, MI 49519


HOLLY HERRICK
Attn: Managing Agent
631 Beaten Path
CHARLESTON, SC 29412


Holy Smoke Olive Oil
Attn: Managing Agent
991 Summerall Rd.
Johns Island, SC 29455

HOME INDUSTRIES
Attn: Managing Agent
1037 QUAKER RIDGE ROAD
MEBANE, NC 27302


Horsetooth Hot Sauce LLC
Attn: Managing Agent
832 E. Lincoln Ave
Fort Collins, CO 80524


Hot Cakes Molten Chocolate Cakery
Attn: Managing Agent
200 W Mercer St
Suite 511
Seattle, WA 98119


HOUGHTON MIFFLIN
Attn: Managing Agent
14046 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


House of Dorchester
Attn: Managing Agent
1712 Wilmington Ave
Richmond, VA 23227


Howell's
Attn: Managing Agent
11216 Air Park Road
Ashland, VA 23005


Hubbard Peanut Company, Inc.
Attn: Managing Agent
30275 Sycamore Avenue
Sedley, VA 23878


Hudson Henry Baking Company
Attn: Managing Agent
221 Palmer County Lane
Palmyra, VA 22963


HUNT COUNTRY FOODS, INC.
Attn: Managing Agent
4559 Achilles Lane
Marshall, VA 20115

Huntington Kitchen
Attn: Managing Agent
3312 Thomas Rd
Raleigh, NC 27607-6744


Idaho Candy Company
Attn: Managing Agent
412 South 8th Street
Boise, ID 83702


iHeart Media
Attn: Managing Agent
PO BOX 402584
Atlanta, GA 30384-2584


ILLUME CANDLES
Attn: Managing Agent
NW 5550
PO BOX 1450
Minneapolis, MN 55485-5550


illy caffe North America, Inc.
Attn: Managing Agent
PO BOX 29917
New York, NY 10087


IMPORTIKA
Attn: Managing Agent
2200 BRIGHTON HENRIETTA TOWN LINE RD
ROCHESTER, NY 14623


INBRU COFFEE FLAVORS
Attn: Managing Agent
16205 WESTWOODS BUSINESS PARK
ST LOUIS, MO 63021


INDEPENDENT WEEKLY (5005)/Indy Week
Attn: Managing Agent
P.O. BOX 2690
DURHAM, NC 27715


INDIA TREE GOURMET
Attn: Managing Agent
5309 SHILSHOLE AVE
NW # 150
SEATTLE, WA 98107

Indy Weekly
Attn: Managing Agent
PO BOX 2690
Durham, NC 27715


INLAND SEAFOOD
Attn: Managing Agent
PO BOX 450669
ATLANTA, GA 31145


Integritive, Inc.
Attn: Managing Agent
120 Coxe Ave
Asheville, NC 28801


Integrity Food Group
Attn: Managing Agent
PO BOX A
West Point, VA 23181


INTERFACE SECURITY SYSTEM/ WESTEC
Attn: Managing Agent
8339 SOLUTIONS CTR
CHICAGO, IL 60677-8003


INTERNATIONAL GOURMET FOO
Attn: Managing Agent
7520-D FULLERTON RD
SPRINGFIELD, VA 22153


INTERNATIONAL PAPER
Attn: Managing Agent
PO BOX 644095
PITTSBURGH, PA 15264-4095


INTERNATIONAL TEA IMPORTR
Attn: Managing Agent
2140 Davie Ave
Commerce, CA 90040


IPS Packaging
Attn: Managing Agent
PO BOX 2009
Fountain Inn, SC 29644

ISAAC JONES
Attn: Managing Agent
447 TOWNSEND ROAD
HENDERSONVILLE, NC 28792


iSi NORTH AMERICA, INC.
Attn: Managing Agent
PO.BOX 828890
PHILADELPHIA, PA 19182-8890


Island Magazine
Attn: Managing Agent


Island Publications
Attn: Managing Agent
134 Columbus St
Charleston, SC 29403


ISLAND PUBLICATIONS, INC
Attn: Managing Agent
134 COLUMBUS ST
CHARLESTON, SC 29403


Isley Lawn Service
Attn: Managing Agent
2384 Olde Spring Ct.
Graham, NC 27253


Italian Delights
Attn: Managing Agent
1400 Waterlily Court
Midlothian, VA 23114


ITALIAN FOODS CORPORATION
Attn: Managing Agent
7330 Chapel HIll Rd
Ste 102
Raleigh, NC 27607


ITALIAN PRODUCTS USA INC.
Attn: Managing Agent
29 Walnut Ave
Clark, NJ 07066

ITO EN NEW YORK
Attn: Managing Agent
20 Jay Street, Suite 530
Brooklyn, NY 11201


J & M FOODS
Attn: Managing Agent
9100 Frazier Pike
LITTLE ROCK, AR 72206


J J' s Sweets Cocomels
Attn: Managing Agent
PO Box 3312
Boulder, CO 80307


J K ADAMS CO
Attn: Managing Agent
1430 ROUTE 30
DORSET, VT 05251


J&D's Foods, Inc.
Attn: Managing Agent
PO BOX 3764
SEATTLE, WA 98124


J&W Farms
Attn: Managing Agent
140 Myers Lane
Winchester, VA 22603


J. Q. Dickinson Salt Works
Attn: Managing Agent
300 Capitol St. Suite 1503
Charleston, WV 25301


JACCARD CORPORATION
Attn: Managing Agent
70 Commerce Drive
Rochester, NY 14623


JACK BLACK
Attn: Managing Agent
2025 W BELT LINE ROAD
STE 120
CARROLLTON, TX 75006

Jack Rudy
Attn: Managing Agent
164 Market Street, Suite 189
Charleston, SC 29401


Jacobsen Salt Co
Attn: Managing Agent
602 SE SALMON
PORTLAND, OR 97214


Jam Beverage Company LLC
Attn: Managing Agent
1182 Sunbronze Ct
John Island, SC 29455


JAMES RIVER
Attn: Managing Agent
11008 WASHINGTON HIGHWAY
GLEN ALLEN, VA 23059


Jar Goods
Attn: Managing Agent
11 E Athens Ave
Ardmore, PA 19003


Jax Coconut Water
Attn: Managing Agent
18-20 West 21st Street
Suite 901
New York, NY 10010


JCD Brands LLC DBA Start Sauce
Attn: Managing Agent
151 Route 516 #730
Old Bridge, NJ 08857


JELLY BELLY CANDY COMPANY
Attn: Managing Agent
PO Box 742799
Los Angeles, CA 90074-2799


Jerry's Backyard Barbeque Sauces
Attn: Managing Agent
21338 Deodora Court
South Chesterfield, VA 23803

JESSICA LAUREL O'NEAL
Attn: Managing Agent
1300 APPLING DRIVE #109
MOUNT PLEASANT, SC 29464


Jimbo's Jumbos
Attn: Managing Agent
P.O. Box 465
Edenton, NC 27932


Jimbo's Lowcountry Foods, LLC
Attn: Managing Agent
2672 Magnolia Woods Drive
Mt. Pleasant, SC 29464


JODY'S POPCORN
Attn: Managing Agent
1160 MILLERS LANE
VIRGINIA BEACH, VA 23451


Joe Van Gogh
Attn: Managing Agent
505 Meadowland Dr
Unit 101
Hillsborough, NC 27278


JOHN WM MACYS CHEESESTICK
Attn: Managing Agent
80 KIPP AVE
ELMWOOD PARK, NJ 07407


Jordan Joseph
Attn: Managing Agent
200 Gattis
Apt. 303
Chapel Hill, NC 27517


JOSEPHJOSEPH, LTD.
Attn: Managing Agent
41 Madison Ave.
15th floor
New York, NY 10010


JOSHUA MAXIMILIAN KAST
Attn: Managing Agent
89 FEARRINGTON POST
PITTSBORO, NC 27312

JULIA'S PANTRY
Attn: Managing Agent
7143 SIX FORKS RD.
#193
RALEIGH, NC 27615


Juliska
Attn: Managing Agent
465 CANAL ST.
STAMFORD, CT 06902


Jura Inc.
Attn: Managing Agent
20 Craig Rd
Montvale, NJ 07645


Just Cook Foods
Attn: Managing Agent
158 22ND AVE.
San Francisco, CA 94121


Just Slate Company, Inc./ Selbrae House
Attn: Managing Agent
T/A The Just Slate Company
Midfield Road, Mitchelston Industrial Es
UNITED KINGDOM


JUSTNEEM.COM
Attn: Managing Agent
203 N HARRISON AVE.
STE 130
CARY, NC 27513


K.L. KELLER IMPORTS
Attn: Managing Agent
5332 College Ave.
Ste 201
OAKLAND, CA 94618


Kalo Gluten Free
Attn: Managing Agent
119 CARLTON PARK DR.
STOKESDALE, NC 27357

Kathleen Hunter Photography
Attn: Managing Agent
302 Chatham Drive
Chapel Hill, NC 27516


Kavalierglass of North America
Attn: Managing Agent
1301 Brummel Avenue
Elk Grove, IL 60007


KeHe Distributors
Attn: Managing Agent
PO BOX 32082
New York, NY 10087-2082


Kestrel Growth Brands (Singing Dog)
Attn: Managing Agent
PO BOX 50042
Eugene, OR 97405


Kevin Council
Attn: Managing Agent
2421 Mossy Rock Rd
CHAPEL HILL, NC 27516


Kiawah Pretzel Company
Attn: Managing Agent
5309 Mill View Court
Rockville, MD 20855


KIKKERLAND DESIGNS
Attn: Managing Agent
PO Box 30892
New York, NY 10087-0892


Killo Pest Control Company, Inc.
Attn: Managing Agent
PO Box 26432
Raleigh, NC 27611


King Arthur Flour Company
Attn: Managing Agent
62 Fogg Farm Road
White River Junction, VT 05001

King Bean Coffee Roasters
Attn: Managing Agent
3939 Dorchester Rd
North Charleston, SC 29405


Kinto
Attn: Managing Agent
8154 CHEMIN DEVONSHIRE
CANADA


KITCHEN SUPPLY CO
Attn: Managing Agent
7540 W. Roosevelt Rd
--Behind the Mall--
FOREST PARK, IL 60130-2030


KITCHEN TABLE BAKERS
Attn: Managing Agent
41 PRINCETON DR.
SYOSSET, NY 11791


KITCHENAID, INC
Attn: Managing Agent
PO BOX 88129
Chicago, IL 60695-1129


KITCHENCUE
Attn: Managing Agent
PO BOX 18989
DENVER, CO 80218-0989


Kitty Keller Designs LLC
Attn: Managing Agent
416 N. Austin St
Seguin, TX 78155


Kiyasa Corporation
Attn: Managing Agent
11621 Seven Springs Dr
Cuppertino, CA 95014


Klara's Gourmet Cookies
Attn: Managing Agent
18 Railroad Street Suite 1 Floor 1
Lee, MA 01238

KLASSIC ELECTRICAL SERVICES INC
Attn: Managing Agent
11312 US-15-501 N
Suite 107-156
CHAPEL HILL, NC 27517

KNOTA YANKEE
Attn: Managing Agent
PO BOX 99635
Raleigh, NC 27624

KONTEK SYSTEMS, INC
Attn: Managing Agent
318 HOLLAND ST MALL
PO BOX 3812
DURHAM, NC 27702

KOOKABURRA LIQUORICE CO.
Attn: Managing Agent
14497 Fryelands Blvd SE
MONROE, WA 98272

KOPPER'S CHOCOLATE SPECIA
Attn: Managing Agent
39 CLARKSON STREET
NEW YORK, NY 10014

KOTOBUKi TRADING
Attn: Managing Agent
PO BOX 987
S.SAN FRANCISCO, CA 94083-0987

KRUPS
Attn: Managing Agent
PO BOX 7247
PHILADELPHIA, PA 19170-7717

Kualli Foods
Attn: Managing Agent
7235 Alexander Dr.
Dallas, TX 75214

KUHN RIKON CORPORATION
Attn: Managing Agent
16 Digital Drive
Suite 220
Novato, CA 94949

Kuli Kuli Inc
Attn: Managing Agent
P.O. Box 32097
Oakland, CA 94604


L.TREMAIN, INC.
Attn: Managing Agent
PO BOX 10728
Marina Del Rey, CA 90295


La Bella Vita Bakery
Attn: Managing Agent
11166 Broken Bit Lane
Ashland, VA 23005


LA CAFETIERE
Attn: Managing Agent
PO BOX 4363
LISLE, IL 60532


LA CREMA COFFEE COMPANY
Attn: Managing Agent
9085 Sutton Place
Hamilton, NC 45011


La Pavia(Top Note Tonic)
Attn: Managing Agent
2018 S First St.
Milwaukee, WI 53207


LABELS DIRECT, INC
Attn: Managing Agent
664 TRADE CENTER BLVD
CHESTERFIELD, MO 63005


LAFCO INC.
Attn: Managing Agent
23 E. 4th St
7th Floor
NEW YORK, NY 10003


LAKE CHAMPLAIN CHOCOLATES
Attn: Managing Agent
750 PINE STREET
BURLINGTON, VT 05401

LAKESIDE MILLS, INC.
Attn: Managing Agent
PO BOX 230
RUTHERFORDTON, NC 28139


Lambrecht Gourmet, Inc
Attn: Managing Agent
PO Box 262
Heber Springs, AR 72543


Lanier A. Calaway
Attn: Managing Agent
1005 Castalia Dr.
Cary, NC 27513


LARK FINE FOODS
Attn: Managing Agent
8 Scot's way
Essex, MA 01929


LARRY'S BEANS INC.
Attn: Managing Agent
1507 GAVIN ST.
RALEIGH, NC 27608


Lathergy, LLC
Attn: Managing Agent
38 Harlow St.
Worcester, MA 01605


LATTA'S EGG RANCH
Attn: Managing Agent
1016 GOVERNOR BURKE RD
HILLSBOROUGH, NC 27278


Laughing Giraffe
Attn: Managing Agent
3340 Mt. Diablo Blvd. Suite E
Lafayette, CA 94549


Lauri Jo's Southern Style Canning, LLC.
Attn: Managing Agent
4428 US Hwy 319 N
Norman Park, GA 31771

LBB Imports
Attn: Managing Agent
2015 S Acacia Court
Rancho Dominguez, CA 90220


Le Bleu Central Distributors Inc
Attn: Managing Agent
PO Box 63
Advance, NC 27006


Le Cadeaux
Attn: Managing Agent
851 E 60th St
Los Angeles, CA 90001


Le Caramel
Attn: Managing Agent
1725 Gillespie Way Ste 105
El Cajon, CA 92020


Le Creuset of America
Attn: Managing Agent
P.O Box 277408
Atlanta, GA 30384-7408


LE GRAND CONFECTIONARY
Attn: Managing Agent
9255 Beatty Dr.
SACRAMENTO, CA 95826


LeCraw Engineering
Attn: Managing Agent
3475 Corporate Way
Suite A
Duluth, GA 30096


Lee-Moore Capital Company
Attn: Managing Agent
603 Carthage St.
Sanford, NC 27331


LEKUE USA, Inc.
Attn: Managing Agent
802 Centerpoint Blvd
New Castle, DE 19720

Les Cousins d'Amerique Ltd(Maison Boissi
Attn: Managing Agent
1797 Princeton Place
Merrick, NY 11566


Let's Eat Unique, LLC
Attn: Managing Agent
2131 McKinley Road NW
Atlanta, GA 30318


LETTIERI & CO., LTD.
Attn: Managing Agent
120 Park Lane
Brisbane, CA 94005


LIHMIL INC
Attn: Managing Agent
735 AINDENEER DRIVE
KERNERSVILLE, NC 27284


Lillie's Q
Attn: Managing Agent
1856 W. North Ave.
Chicago, IL 60622


Limehouse Produce
Attn: Managing Agent
P. O. Box 41370
Charleston, SC 29423


Little Belgians
Attn: Managing Agent
29 Hill Road
Berkeley, CA 94708


Little, Brown, and Company
Attn: Managing Agent
PO BOX 8828
JFK STATION
Boston, MA 02114


Lizzard Associates LLC
Attn: Managing Agent
71-18 Juniper Valley Road
Middle Village, NY 11379

LM RETAIL, LLC C/O GUMENICK PROPERTIES
Attn: Managing Agent
4901 LIBBIE MILL EAST BOULEVARD
RICHMOND, VA 23230


LODGE MANUFACTURING CO.
Attn: Managing Agent
P.O. BOX 380
SOUTH PITTSBURG, TN 37380


LOOFAH ART
Attn: Managing Agent
381 BLAIR ROAD
AVENEL, NJ 07001


Los Chileros de Nuevo Mexico
Attn: Managing Agent
309 Industrial Ave NE
Albuquerque, NM 87107


Louis Sherry Company LLC
Attn: Managing Agent
4339 Rossevelt Blvd Ste 400
Jacksoonville, FL 32210


LOW COUNTRY GREASE SERVICE
Attn: Managing Agent
525 HIDDEN BLVD
MOUNT PLEASANT, SC 29464


LOWCOUNTRY PRODUCE
Attn: Managing Agent
302 Carteret St
Beaufort, SC 29902


LOWCOUNTRY SHELLFISH, INC
Attn: Managing Agent
7195 BRYHAWKE CIRCLE
CHARLESTON, SC 29418


LUCINDY WILLIS
Attn: Managing Agent
410 CRYSTAL COVE LANE
YANCEYVILLE, NC 27379

LUCKY DOG PUBLISHING
Attn: Managing Agent
PO BOX 837
SULLIVAN'S ISLAND, SC 29482


Lunatec, Inc.
Attn: Managing Agent
7929 Silverton Ave, Ste 610
San Diego, CA 92126


Lydia Inglett Publishing
Attn: Managing Agent
301 Central Ave #181
Hilton Head Island, SC 29928


Mad Hatter Foods, LLC
Attn: Managing Agent
PO Box 4541
Charlottesville, VA 22905


MADELAINE
Attn: Managing Agent
488 Madison Ave
Suite 800
NEW YORK, NY 10022


Madison University Mall
Attn: Managing Agent
NW584305
PO BOX 1450
Minneapolis, MN 55485-5843


MADISON UNIVERSITY MALL/University Place
Attn: Managing Agent
NW584305
PO BOX 1450
MINNEAPOLIS, MN 55485-5843


Madre Chocolate LLC
Attn: Managing Agent
1150 Nuuanu Ave
Honolulu, HI 96817


Madyson's Marshmallows
Attn: Managing Agent
2211 West South, Suite D
Heber, UT 84032

Maileg North America Inc.
Attn: Managing Agent
1005 Mansell Rd.
Roswell, GA 30076


MAJANI KENYAN TEA
Attn: Managing Agent
ATTN: RONALD MUTAI
1745 BROADWAY, FL 17
NEW YORK, NY 10019-4642


Malvi Marshmallow Confections
Attn: Managing Agent
2070 Clayburn Dr
Cumming, GA 30040


MAMA CORIE'S CONFECTIONS
Attn: Managing Agent
101 ACCOLADE DR.
CARY, NC 27513


MAMA DIP'S KITCHEN
Attn: Managing Agent
405 W. ROSEMARY STREET
CHAPEL HILL, NC 27516


MANICARETTI
Attn: Managing Agent
5332 COLLEGE AVENUE
SUITE 200
OAKLAND, CA 94618


MANNING FULTON
Attn: Managing Agent
PO BOX 20389
RALEIGH, NC 27619-0389


MANNING FULTON
Attn: Managing Agent
3605 GLENWOOD AVENUE
SUITE 500
RALEIGH, NC 27612


MAPLE VIEW FARMS
Attn: Managing Agent
3109 DAIRYLAND ROAD
HILLSBOROUGH, NC 27278

MARCELO VILLASUSO
Attn: Managing Agent
66 CAMEO COURT
CLAYTON, NC 27527


MARICH CONFECTIONERY CO
Attn: Managing Agent
2101 BERT DRIVE
HOLLISTER, CA 95023-2562


MARIPOSA
Attn: Managing Agent
5 ELM STREET
MANCHESTER, MA 01944


MARK T. WENDELL CO.
Attn: Managing Agent
14-A Craig Rd.
Acton, MA 01742


Marlo's Bake Shop
Attn: Managing Agent
1517 North Point St. ste 325
San Francisco, CA 94123


Marshall's Haute Sauce
Attn: Managing Agent
4503 SE 67th Ave
Portland, OR 97206


Maruso LLC
Attn: Managing Agent
224 Springhouse Lane
PITTSBURG, PN 15238


Mary D. Manilla
Attn: Managing Agent
1611 A Pinecrest Rd
Charleston, SC 29407


Mary Lake -Thompson
Attn: Managing Agent
2121 MONTGOMERY STREET
OROVILLE, CA 95965

Mary Wessner Photography LLC
Attn: Managing Agent
75 Delahow Street
Charleston, SC 29492


MARYLAND CHINA CO
Attn: Managing Agent
P.O. BOX 307
REISTERSTOWN, MD 21136-0307


Masala Pop LLC
Attn: Managing Agent
1640 SE 3rd Ave
Portland, OR 97214


MASATOSHI TSUJIMURA
Attn: Managing Agent
10800 SEPTEMBER COURT
RALEIGH, NC 27614


MASON CASH & COMPANY,LTD.
Attn: Managing Agent
1405 ROUTE 18
SUITE 200
OLD BRIDGE, NJ 08857


Mast Brothers Chocolates
Attn: Managing Agent
105A North 3rd St.
Brooklyn, NY 11249


Mati Inc.
Attn: Managing Agent
604 W Morgan St. #303
Durham, NC 27701


Mavea, LLC
Attn: Managing Agent
675 Tollgate Road
Suite G
Elgin, IL 60123


Mayana Chocolate Inc
Attn: Managing Agent
1319 Valley Rd, Suite 1
Spooner, WI 54801

```
MCCLURE'S PICKLES
Attn: Managing Agent
8201 ST. AUBIN
DETROIT, MI 48211


McCrea's Candies
Attn: Managing Agent
202 Neponset Valley Parkway
Hyde Park, MA 02136


McEVOY RANCH
Attn: Managing Agent
P.O.BOX 341
PETALUMA, CA 94953-0341


MEDITERRANNEAN TREATS
Attn: Managing Agent
PO Box 124
CARY, NC 27512


Meg Hillary Designs
Attn: Managing Agent
15005 Ironwood Court
Eden Prairie, MN 55346


MELITTA
Attn: Managing Agent
P.O. BOX 102986
ATLANTA, GA 30368-2986


Melvin's BBQ
Attn: Managing Agent
PO Box 13419
Charleston, SC 29422


MEM TEA IMPORTS
Attn: Managing Agent
49 ELM STREET
WATERTOWN, MA 02472


Men's Society/Portland
Attn: Managing Agent
Churchyard
Long Sutton
ENGLAND
```

Merfs Condiments
Attn: Managing Agent
739 S. Krameria Street
Denver, CO 80224


MeriMeri Inc
Attn: Managing Agent
111 Anza BLVD
Suite 100
Burlingame, CA 94010


MESSERMEISTER
Attn: Managing Agent
418 BRYANT CIRCLE
SUITE A
OJAI, CA 93023


Metalace Art Ltd
Attn: Managing Agent
3, Ha Alon Street
ISRAEL


METROKANE
Attn: Managing Agent
PO BOX 71933
Chicago, IL 60694-1933


METROPOLITAN TEA COMPANY
Attn: Managing Agent
60 INDUSTRIAL PARKWAY
SUITE 776
CHEEKTOWAGA, NY 14227


MIAMI GOURMET COFFEE DIST
Attn: Managing Agent
3572 NW 50TH ST
MIAMI, FL 33142


MICHAEL ARAM INC
Attn: Managing Agent
2102 83RD ST
NORTH BERGEN, NJ 07047

MICRO MEDIC
Attn: Managing Agent
4021 STIRRUP CREEK DRIVE
SUITE 300
DURHAM, NC 27703


MICROPLANE/Grace Manufacturing
Attn: Managing Agent
614 SR 247
RUSSELLVILLE, AR 72802


MICROTHIN PRODUCTS, INC
Attn: Managing Agent
661 FRONTIER WAY
BENSENVILLE, IL 60106


MIDWEST IMPORTERS
Attn: Managing Agent
PO Box 529
Buffalo, NY 14240-0529


MIGHTY QUINN LLC
Attn: Managing Agent
1062 OLD GRAHAM RD
PITTSBORO, NC 27312


Mike's Hot Honey Inc
Attn: Managing Agent
21-47 44th Drive
Long Island City, NY 11101


Mikesell's Potato Chip Company
Attn: Managing Agent
333 Leo Street
Dayton, OH 45404


Mikuni Wild Harvest Inc
Attn: Managing Agent
18818 13th Place South
Sea Tac, WA 98148


Milkboy Swiss Chocolates
Attn: Managing Agent
1412 Carroll St
Brooklyn, NY 11213

Millcroft Farms Co
Attn: Managing Agent
140 Fox Drive
Stanley, VA 22851


Miller's Mustard LLC
Attn: Managing Agent
139 Golfview Drive
Gibsonia, PA 15044


MINO'S
Attn: Managing Agent
735-A INDENEER DR
KERNERSVILLE, NC 27284


MIRCOM
Attn: Managing Agent
4575 WITMER INDUSTRIAL ESTATES
NIAGARA FALLS, NY 14305


Mise en Place Products
Attn: Managing Agent
6020 Parkway North Drive, Suite 1100
Cumming, GA 30040


Miss Marjorie
Attn: Managing Agent
1412 E Union St
Seattle, WA 98122


MISSISSIPPI CHEESE STRAW
Attn: Managing Agent
741 E 8TH STREET
YAZOO CITY, MS 39194


MISTER SNACKS
Attn: Managing Agent
PO BOX 988
500 CREEKSIDE DR
AMHERST, NY 14226-0988


MIYA COMPANY
Attn: Managing Agent
73 CHAMBERS BROOK ROAD
SOMERVILLE, NJ 08876

MODERN TWIST INC
Attn: Managing Agent
1465 Park Avenue
Emeryville, CA 94608


Mole Hollow Candles
Attn: Managing Agent
PO BOX 223
208 Charlton Rd
Sturbridge, MA 01566


Molonay Tubilderborst Ketchup
Attn: Managing Agent
2140 East 7th Place A3N
Los Angeles, CA 90021


MONACO BAKING (dba)
Attn: Managing Agent
PHENIX GOURMET LLC
14700 MARQUARDT AVENUE
SANTA FE SPRING, CA 90670-5125


Montebello Kitchens, LLC
Attn: Managing Agent
PO Box 5486
Charlottesville, VA 22905


MOON DANCE BAKING INC
Attn: Managing Agent
625 MARTIN AVE #5
ROHNERT PARK, CA 94928


MOONSTRUCK CHOCOLATIER
Attn: Managing Agent
6600 N Baltimore Ave.
PORTLAND, OR 97203


Moore & Giles
Attn: Managing Agent
1081 Tannery Row
Forest, VA 24551


Morris Kitchen
Attn: Managing Agent
30 Chester Court
Brooklyn, NY 11225

MORRIS VISITOR PUBLICATIONS, LLC
Attn: Managing Agent
PO BOX 1584
AUGUSTA, GA 30903


MORRISETTE PAPER CO
Attn: Managing Agent
P.O Box 890982
CHARLOTTE, NC 28289-0982


Mothiana Ambrosia, LLC
Attn: Managing Agent
PO Box 111
Carrollton, VA 23314


MOTTAHEDEH & CO (JARS)
Attn: Managing Agent
5 CORPORATE DRIVE
CRANBURY, NJ 08512


Mrs. Ruth's Jams
Attn: Managing Agent
891 Neodak Rd
Apex, NC 27523


Mrs. Sassard's, LLC
Attn: Managing Agent
1061 Steelechase Lane
Hanahan, SC 29410


MU KITCHEN
Attn: Managing Agent
5310 W 23rd St
Suite 120
St Louis Park, MN 55416


Mud Pie LLC
Attn: Managing Agent
4893 Lewis Rd
SUITE A
Stone Mountain, GA 30083


MUIRHEAD
Attn: Managing Agent
1040 Pennsylvania Ave
TRENTON, NJ 08638

Museum of Life and Science
Attn: Managing Agent
433 W. Murray Ave
Durham, NC 27704


MUTUAL OF OMAHA
Attn: Managing Agent
PO BOX 2147
OMAHA, NE 68103-2147


MV'S Best Virginia Cocktail Peanuts
Attn: Managing Agent
68 White St. #372 Suite 7
Red Bank, NJ 07701


My Grandma's of New England
Attn: Managing Agent
PO BOX 278
BOSTON, MA 02137


N&O
Attn: Managing Agent
PO BOX 3033
Raleigh, NC 27602


NANCIE SUSAN MCDERMOTT
Attn: Managing Agent
205 BLACK TIE LANE
CHAPEL HILL, NC 27514


Nancy's Candy Company
Attn: Managing Agent
PO BOX 800
Meadows of Dan, VA 24120


Nar Gourmet, Inc.
Attn: Managing Agent
75 Hawthorne Village Road
Nashua, NH 03062


NASSAU CANDY
Attn: Managing Agent
Attn: Robin Godel
530 West John Street
HICKSVILLE, NY 11801

Natford USA LLC/ Franzese
Attn: Managing Agent
39555 Orchard Hill Place
Suite 600 PMB 600
Novi, MI 48375

NATHALIE DUPREE
Attn: Managing Agent
100 QUEEN STREET
CHARLESTON, SC 29401

NATIONAL BOOK NETWORK
Attn: Managing Agent
15200 NBN Way
Blue Ridge Summit, PA 17214

NC QUICK PASS
Attn: Managing Agent
200 SORRELL GROVE CHURCH ROAD
SUITE A
MORRISVILLE, NC 27560

NCC National Cable Communications
Attn: Managing Agent
PO BOX 3350
Boston, MA 02241

NELSON MULLINS
Attn: Managing Agent
PO BOX 11070
COLUMBIA, SC 29211

Nespresso USA
Attn: Managing Agent
PO BOX 2425
Carol Stream, IL 60132-2425

Neuhaus Belgian Chocolate
Attn: Managing Agent
120 Fairchild Ave
Plainview, NY 11803

NEW ENGLAND CRANBERRY CO.
Attn: Managing Agent
82 Sanderson Avenue
Lynn, MA 10902

New Growth Designs
Attn: Managing Agent
225 Martin Street
Greenville, NC 27834


NEW METRO DESIGN LLC
Attn: Managing Agent
338 THIRD AVENUE
DUNCANSVILLE, PA 16635


NEWS & OBSERVER, THE
Attn: Managing Agent
PO BOX 3022
Livonia, MI 48151


Nicole's Nutty Goodness LLC
Attn: Managing Agent
1750 Signal Point Rd
Unit 2B
Charleston, SC 29412


NIELSEN-MASSEY VANILLAS
Attn: Managing Agent
6521 Eagle Way
Chicago, IL 60678-1065


No. 163 Designs
Attn: Managing Agent
24 Mountain Rose Court
Simpsonville, SC 29681


NORA FLEMING LLC
Attn: Managing Agent
3 GRANT SQ
#104
HINSDALE, IL 60521


Nora Mill Granary
Attn: Managing Agent
7107 S. Main St.
Helen, GA 30545


NORDIC WARE
Attn: Managing Agent
NW8657
PO BOX 1450
MINNEAPOLIS, MN 55485-8657

Norm's Farms
Attn: Managing Agent
55 Frog Pond Rd
Pittsboro, NC 27312


NORPRO INC
Attn: Managing Agent
2215 MERRILL CREEK PKWY
EVERETT, WA 98203


North Carolina Dept of Revenue
P O Box 1168
Raleigh, NC 27602


Notti, LLC
Attn: Managing Agent
P.O. BOX 537
Glade Valley, NC 28672


NOW DESIGNS
Attn: Managing Agent
2150 PEACE PORTAL WAY
BLAINE, WA 98230


NUCO2
Attn: Managing Agent
PO BOX 9011
Stuart, FL 34995


NuCO2
Attn: Managing Agent
2800 SE market Place
Stuart, FL 34997


NUNES FARMS
Attn: Managing Agent
P.O. BOX 311
NEWMAN, CA 95360


Nuttyness LLC
Attn: Managing Agent
655 12th Street #305
Oakland, CA 94607

Oat My Goodness
Attn: Managing Agent
8516 Potomac School Terrace
Potomac, MD 20854


OC Brands, LLC
Attn: Managing Agent
282 Shear Hill Rd
Mahopac, NY 10541


Ocean Blvd Properties
Attn: Managing Agent
PO BOX 607
Charleston, SC 29401


OCEAN BOULEVARD PROPERTIES, LP
Attn: Managing Agent
Unknown


OENOPHILIA, INC
Attn: Managing Agent
PO BOX 1070
CHARLOTTE, NC 28201-1070


OFFERO VESSELS
Attn: Managing Agent
PO.BOX 1872
SARATOGA, WY 82331


OFFIR Consulting
Attn: Managing Agent
12 Mary Jane Ln
Westport, CT 06880


OFFIR Consulting LLC
Attn: Managing Agent
12 Mary Jane Ln
Westport, CT 06880


Ogre Enterprises LLC
Attn: Managing Agent
1527 Sterling Road
Charlotte, NC 28209

Ohio Stoneware
Attn: Managing Agent
1107 MUSKINGUM AVE
ZANESVILLE, OH 43701


OhmiGod Inc.
Attn: Managing Agent
41 Post Avenue
East Williston, NY 11596


OLD DOMINION FREIGHT LINE, INC
Attn: Managing Agent
PO BOX 198475
ATLANTA, GA 30384-8475


OLD DUTCH INTERNATIONAL,
Attn: Managing Agent
P.O. BOX 511
SADDLE BROOK, NJ 07663-0511


OLD MILL OF GUILFORD
Attn: Managing Agent
1340 NC 68 NORTH
OAK RIDGE, NC 27310


Old Nottingham, LLC
Attn: Managing Agent
PO Box 19312
Raleigh, NC 27619


OLD ORCHARD FOODS, LLC
Attn: Managing Agent
PO BOX 305
KERNERSVILLE, NC 27285


OLD SCHOOL BRAND
Attn: Managing Agent
28174 NC 24-27 HIGHWAY
ALBEMARLE, NC 28001


Olde Colony Baking Corp
Attn: Managing Agent
519 Wando Lane
Mt. Pleasant, SC 29464

OLDE THOMPSON
Attn: Managing Agent
3250 CAMINO DEL SOL
OXNARD, CA 93030


OLISO RETAIL
Attn: Managing Agent
498 Alabama Street
San Francisco, CA 94110


Olive & Sinclair Chocolate Co.
Attn: Managing Agent
1628 FATHERLAND STREET
Nashville, TN 37206


Oliver Kita Chocolates
Attn: Managing Agent
18 West Market Street
Rhinebeck, NY 12572


One Canoe Two
Attn: Managing Agent
Unknown


ONE HUNDRED 80 DEGREES
Attn: Managing Agent
PO BOX 11387
ST PAUL, MN 55111-0387


ONE SOURCE
Attn: Managing Agent
401 E. 124TH AVE
THORNTON, CO 80241


OnlineLabels.com
Attn: Managing Agent
2021 E. Lake Mary Blvd.
Sanford, FL 32773


Open Table
Attn: Managing Agent
PO BOX 49322
San Jose, CA 95161-9322

OPEN TABLE INC.
Attn: Managing Agent
P.O. BOX 671198
Dallas, TX 75267-1198


ORANGE RECYCLING SERVICES, INC
Attn: Managing Agent
1010 E PETTIGREW ST
DURHAM, NC 27701


Orkin
Attn: Managing Agent
10813 MIDLOTHIAN TPKE
RICHMOND, VA 23235-4705


Our State
Attn: Managing Agent
PO BOX 4552
Greensboro, NC 27404


OUR STATE NC
Attn: Managing Agent
PO BOX 4552
GREENSBORO, NC 27404


Outer Banks Sea Salt
Attn: Managing Agent
112 Whisper Ln
Poplar Branch, NC 27965


OUTTA THE PARK EATS, INC
Attn: Managing Agent
PO BOX 3422
CARY, NC 27519


OV ASSOCIATES, LLC/ DBA ST. JUDE FARM
Attn: Managing Agent
474 WANDO PARK BLVD
SUITE 102
MT. PLEASANT, SC 29464


Owl's Brew
Attn: Managing Agent
135 W. 29th St.
Suite 602
New York, NY 10001

OXMOOR HOUSE/Time Home Entertainment
Attn: Managing Agent
PO Box 8828
Boston, MA 02114-8828


OXO International
Attn: Managing Agent
PO Box 849920
DALLAS, TX 75284-9920


Pacific Beach Peanut Butter
Attn: Managing Agent
8691 La Mesa Blvd
La Mesa, CA 91942


PACKAGE CRAFTERS INC
Attn: Managing Agent
PO BOX 2563
HIGH POINT, NC 27261-2563


PACKAGES, INC
Attn: Managing Agent
PO BOX 1065
DENTON, NC 27239


Paderno World Cuisine
Attn: Managing Agent
355 MICHELE PLACE
CARLSTADT, NJ 07072


Palmetto Farms Mill and Mercantile LLC
Attn: Managing Agent
PO Box 672
Aynor, SC 29511


Palmetto Pepper Potions, LLC
Attn: Managing Agent
PO Box 6126
Forest Acres, SC 29260


Palo Popcorn
Attn: Managing Agent
903 Forest Avenue
Sheboygan Falls, WI 53085

PANIER DES SENS INC.
Attn: Managing Agent
4960 NW 165th St
Suite B14-B15
MIAMI, FL 33014


PAPER PRODUCTS DESIGN
Attn: Managing Agent
60 GALLI DRIVE, SUITE #1
NOVATO, CA 94949


Pappy & Company
Attn: Managing Agent
413 Rolling Lane
Louisville, KY 40207


PAPYRUS-RECYCLED GREETING
Attn: Managing Agent
ONE AMERICAN ROAD
CLEVELAND, OH 44144-2398


PARCEL MANAGEMENT AUDITING & CONSULTING
Attn: Managing Agent
312 Conklun ST
Farmingdale, NY 11735


PASTA SHOPPE, LLC THE
Attn: Managing Agent
P.O. BOX 159245
NASHVILLE, TN 37215


PAT WINSTON
Attn: Managing Agent
120 FEATHERWOOD HOLLOW
ATHENS, GA 30601


Pate Dawson
Attn: Managing Agent
P O BOX 538338
Atlanta, GA 30353-8338


Pate Dawson
Attn: Managing Agent
PO BOX 26801
Greensboro, NC 27429-6801

Pathway Art Cards
Attn: Managing Agent
6901 Out-Of-Bounds Drive
Charlotte, NC 28210


Peachey's Fine Foods
Attn: Managing Agent
306 Longhorn Rd
Hephzibah, GA 30815


PEANUT ROASTER
Attn: Managing Agent
PO BOX 2218
SANDUSKY, OH 44871


Peg's Salt
Attn: Managing Agent
8354 Brooksville Road
Greenwood, VA 22943


Peggy Forsyth, CPA
Attn: Managing Agent
2020 West Main Street
Suite 300
Durham, NC 27705


PEGGY ROSE'S PEPPER JELLY
Attn: Managing Agent
PO Box 32240
Raleigh, NC 27622


PELICAN BAY LTD
Attn: Managing Agent
150 DOUGLAS AVE
DUNEDIN, FL 34698-7908


Pellicano Construction
Attn: Managing Agent
990 Hammonds Drive NE
Building 100, Suite 970
Atlanta, GA 30328


Pendleton International
Attn: Managing Agent
4107 Alexandria Dr. #B
Austin, TX 78749

Pennacook Peppers LLC
Attn: Managing Agent
2207 Wake Forest Street
Virginia Beach, VA 23451


PEPPER CREEK FARMS
Attn: Managing Agent
1002 SW ARD STREET
LAWTON, OK 73505


Perfect 10 Distribution LLC
Attn: Managing Agent
337 Elizabeth St, Suite B
Atlanta, GA 30307


Peridot Press, LLC
Attn: Managing Agent
PO Box 361
Oxford, MS 38655


Permit Solutions
Attn: Managing Agent
P.O. Box 2694
Cumming, GA 30028


PERSEUS BOOK GROUP
Attn: Managing Agent
15636 Collections Center Drive
Chicago, IL 60693


Petit Sweet
Attn: Managing Agent
7850 Sunfield Circle #106
Raleigh, NC 27617


PEZ CANDY, INC.
Attn: Managing Agent
PO BOX 30087
NEW YORK, NY 10087-0087


PFS SALES
Attn: Managing Agent
PO BOX 33255
RALEIGH, NC 27636

PHAIDON
Attn: Managing Agent
P.O. Box 8828
JFK Station
Boston, MA 02114-8828


PHICKLES
Attn: Managing Agent
180 Atkinson Dr.
ATHENS, GA 30606


Pickled Pink Foods LLC
Attn: Managing Agent
625 West Crossville Road
Suite 104
Roswell, GA 30075


Pickled Silly, LLC
Attn: Managing Agent
2001 North Ave
Richmond, VA 23222


PIEDMONT CANDY CO
Attn: Managing Agent
P.O. BOX 1722
LEXINGTON, NC 27292


pietro de marco imports
Attn: Managing Agent
1185 SAW MILL RIVER ROAD
SUITE 4
YONKERS, NY 10710-3241


Pig Whistle LLC
Attn: Managing Agent
PO Box 3213
Chapel Hill, NC 27515


PIONEER PLASTICS, INC.
Attn: Managing Agent
P.O. BOX 6
DIXON, KY 42409


Pitney Bowes
Attn: Managing Agent
PO BOX 371874
Pittsburgh, PA 15250-7874

```
PITNEY BOWES  -719
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES - 6068
Attn:  Managing Agent
P.O. BOX 371874
PITTSBURGH, PA 15250-7874


PITNEY BOWES -446
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250-7887


PITNEY BOWES -640
Attn:  Managing Agent
P.O. BOX 371887
PITTSBURGH, PA 15250


Place Maker Design
Attn:  Managing Agent
4300 Paces Ferry Road SE
Suite 357
Atlanta, GA 30339


Plaid Penguin/Comcast Spotlight
Attn:  Managing Agent
1512B Camden Road
Charlotte, NC 28203


PLANT PRO FARMS,INC
Attn:  Managing Agent
1314 Dowling Rd
Raleigh, NC 27610


PLUTO'S CARIBBEAN BLISS
Attn:  Managing Agent
P.O. BOX 802
CARRBORO, NC 27510


PointClick
Attn:  Managing Agent
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
```

POINTCLICK TECHNOLOGIES
Attn: Managing Agent
4030 WAKE FOREST ROAD
SUITE 300
RALEIGH, NC 27609


POK POK SOM
Attn: Managing Agent
1222 SE Gideon St.
Portland, OR 97202


POP Gourmet Popcorn
Attn: Managing Agent
13400 Interurban Ave. S
Tukwila, WA 98168


Porzio's Pizzeria Sauce
Attn: Managing Agent
1025 Riverland Woods Place Unit 807
Charleston, SC 29412


POSH NOSH IMPORTS
Attn: Managing Agent
1 JACOBUS AVE
S KEARNY, NJ 07032


Potomac Chocolate Company LLC
Attn: Managing Agent
2516 Pembroke Ct.
Woodbridge, VA 22192


POTTER'S FINE FOODS LLC
Attn: Managing Agent
100 S BALDWIN
STE 101
MADISON, WI 53703


Power Ferry Square
Attn: Managing Agent
11 Cotswolds Court
Arden, NC 28704


PREPARA
Attn: Managing Agent
247 CENTRE ST
4TH FLOOR
NEW YORK, NY 10013

Pretzel Perfection
Attn: Managing Agent
215 E. Reserve Street #101
Vancouver, WA 98661


Prissy Plates
Attn: Managing Agent
PO Box 17105
Raleigh, NC 27619


PRODIGAL FARM
Attn: Managing Agent
4720 BAHAMA RD
ROUGEMONT, NC 27572


ProFish
Attn: Managing Agent
1900 FENWICK STREET NE
WASHINGTON, DC 20002


Progress Printing Plus
Attn: Managing Agent
2677 Waterlick Road
Lynchburg, VA 24502-4861


PROGRESSIVE INTERNATIONAL
Attn: Managing Agent
PO.BOX 911615
DENVER, CO 80291-1615


Provisionaire & Co.
Attn: Managing Agent
155 W. 68th St #611
New York, NY 10023


PSP USA INC
Attn: Managing Agent
9814 W. Foster Ave
Rosemont, IL 60018


PUR Gum
Attn: Managing Agent
23 Kodiak Crescent
CANADA

Put Ups LLC Chef & the Farmer
Attn: Managing Agent
120 W Gordon St
Kinston, NC 28501


Q SQUARED DESIGN LLC
Attn: Managing Agent
41 Madison Ave.
7th FLoor
NEW YORK, NY 10010


Quality Frozen Foods, Inc
Attn: Managing Agent
1663 62nd Street
Brooklyn, NY 11204


Que South LLC
Attn: Managing Agent
5115- B Unicon DR
Wake Forest, NC 27587


QUEEN CITY PASTRY
Attn: Managing Agent
137 SPEEDWAY LANE
MOORESVILLE, NC 28117


Quench Products Inc.
Attn: Managing Agent
1539 Franklin Avenue
2nd Floor
Mineola, NY 11501


Quiddity & Pearls
Attn: Managing Agent
1003 Oak Tree Drive
Chapel Hill, NC 27517


QUINCE & APPLE
Attn: Managing Agent
100 S BALDWIN
ST 307
MADISON, WI 53703


QUOTABLE CARDS
Attn: Managing Agent
611 BROADWAY, SUITE 615
NEW YORK, NY 10012

R & M INTERNATIONAL CORP
Attn: Managing Agent
6250 Kellers Church Road
Pipersville, PA 18947


R.C. BIGELOW, INC.
Attn: Managing Agent
PO.BOX 416779
BOSTON, MA 02241-6779


Raaka Chocolate
Attn: Managing Agent
64 Seabring Street
Brooklyn, NY 11231


Rabbit Creek Gourmet
Attn: Managing Agent
903 N. Broadway
P.O. BOX 1059
Louisburg, KS 66053


RADIANT SYSTEMS
Attn: Managing Agent
Attn: Tracy - CSS Quarterly
6060 PRIMACY PKWY, Suite 460
MEMPHIS, TN 38119


RANCHO GORDO
Attn: Managing Agent
1924 YAJOME ST
NAPA, CA 94559


Red Clay Hot Sauce
Attn: Managing Agent
164 Market St.
#134
Charleston, SC 29401


Red Dot Kitchen
Attn: Managing Agent
77 S. 28th Street
San Jose, CA 95116


RED LIGHT CHOCOLATES
Attn: Managing Agent
290 FOREST GLEN DRIVE
PITTSBORO, NC 27312

RED ROCKER CANDY
Attn: Managing Agent
PO BOX 1135
Troy, VA 22974


Red Rooster Coffee Company
Attn: Managing Agent
PO Box 155
Wake Forest, NC 27588


Redstone Foods, Inc
Attn: Managing Agent
1434 Patton Place, Suite #106
Carrollton, TX 75007


Refresh Glass, LLC
Attn: Managing Agent
941 S. Park Ln.
Tempe, AZ 85281


Regency Office Producst, LLC
Attn: Managing Agent
8024 Glenwood Ave
Suite 200
Raleigh, NC 27612


REGENCY OFFICE PRODUCTS, LLC
Attn: Managing Agent
8024 GLENWOOD AVE
SUITE 200
RALEIGH, NC 27612


Reginald's Homemade
Attn: Managing Agent
613 FAIRSTEAD RD
MANAKIN SABOT, VA 23103


REPUBLIC OF TEA
Attn: Managing Agent
PO BOX 843410
KANSAS CITY, MO 64184-3410


Resonant Paperworks LLC
Attn: Managing Agent
1104 N. Greensboro St. Apt. 8
Carrboro, NC 27510

RESTAURANT TECHNOLOGIES, INC
Attn: Managing Agent
12962 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


REVOLUTION TEA
Attn: Managing Agent
5080 N. 40th St
SUITE 340
PHOENIX, AZ 85018


RICHARDSON BRANDS CO
Attn: Managing Agent
101 ERIE BLVD
CANAJOHARIE, NY 13317


Richmond Magazine
Attn: Managing Agent
2201 West Broad St.
Suite 105
Richmond, VA 23220


RICHMOND REFRIGERATION SERVICE, INC.
Attn: Managing Agent
10984 RICHARDSON ROAD
ASHLAND, VA 23005


RICHMOND TIMES-DISPATCH
Attn: Managing Agent
PO BOX 27775
RICHMOND, VA 23261-7775


Ricky Moore
Attn: Managing Agent
1460 Gray Bluff Trail
Chapel Hill, NC 27517


RICOH USA  341
Attn: Managing Agent
PO BOX 740540
ATLANTA, GA 30374-0540


RIEDEL CRYSTAL OF AMERICA
Attn: Managing Agent
95 Mayfield Ave
Edison, NJ 08837

RISHI TEA
Attn: Managing Agent
185 S. 33rd Court
MILWAUKEE, WI 53208


Ritchie Hill Bakery, Inc.
Attn: Managing Agent
230 Eastover Drive
Concord, NC 28025


River Place Holdings, LLC
Attn: Managing Agent
450 Meeting Street
Charleston, SC 29403


Robinhood Provisions, LLC
Attn: Managing Agent
11026 Air Park Road
Ashland, VA 23005


ROGERS INTERNATIONAL LIMI
Attn: Managing Agent
10 Dana St. Suite 301
PORTLAND, ME 04101


ROOST
Attn: Managing Agent
200 Gate Five Road
Suite 116
Sausalito, CA 94965


Root Candles
Attn: Managing Agent
PO Box 706
623 West Liberty Street
Medina, OH 44258-0706


Rooter-Man
Attn: Managing Agent
PO BOX 30098
Charleston, SC 29417


Roots and Branches
Attn: Managing Agent
P. O. Box 6702
Asheville, NC 28816

ROSANNA IMPORTS, INC
Attn: Managing Agent
6755 East Marginal Way South
Building B
SEATTLE, WA 98108


Roselli Foods
Attn: Managing Agent
139 Tom Hunter Road
Pilot Mountain, NC 27041


ROSLE USA CORP.
Attn: Managing Agent
802 CENTERPOIINT BLVD
NEW CASTLE, DE 19720


ROSY RINGS INC
Attn: Managing Agent
3795 E 38th Ave
DENVER, CO 80205


ROTHSCHILD'S BERRY FARM
Attn: Managing Agent
L2623
COLUMBUS, OH 43260-2623


RSVP INTERNATIONAL, INC.
Attn: Managing Agent
4435 COLORADO AVE S
SEATTLE, WA 98134


Ruger LLC
Attn: Managing Agent
4207 Bradley Lane
Chevy Chase, MD 20815


Rummo USA INC
Attn: Managing Agent
C/O RSM McGladrey Inc
501 N. 44th St. #300
Phoenix, AZ 85008-6536


Russell's Bromeliads
Attn: Managing Agent
15100 Lost Lake Road
Clermont, FL 34711

Rustic Bakery Inc.
Attn: Managing Agent
3902 Cypress Drive
Petaluma, CA 94954


RUTH HUNT CANDY CO
Attn: Managing Agent
PO BOX 265
MOUNT STERLING, KY 40353


RYLAND, PETERS & SMALL
Attn: Managing Agent
PO BOX 1539
FORT LEE, NJ 07024-1539


SABATINO TARTUFI
Attn: Managing Agent
135 Front Avenue
West Haven, CT 06516


SAGAFORM INC
Attn: Managing Agent
901 Lincoln Dr. West
Suite 304
Marlton, NJ 08053


SAHADI
Attn: Managing Agent
4215 1st Avenue
BROOKLYN, NY 11232


Salem Baking Company
Attn: Managing Agent
PO Box 890950
Charlotte, NC 28289


Salliest Greatest
Attn: Managing Agent
164 Haigler Circle
Cameron, SC 29030


Salt Traders (Didi Davis Food, LLC)
Attn: Managing Agent
PO Box 56
Ipswich, MA 01938

SALTER HOUSEWARES/TAYLOR
Attn: Managing Agent
P.O.BOX 3144
BOSTON, MA 02241-3144


Sarabella's Southern Sauces, LLC
Attn: Managing Agent
64 Saint Andrews Place
Jackson, MS 39211


SARAH & MICHAEL'S FARM
Attn: Managing Agent
1927 SNOW HILL ROAD
DURHAM, NC 27712


Sarah N' Dippity LLC
Attn: Managing Agent
2120 Bell Tower Dr.
Crownsville, MD 00071-1946


SASSAFRAS FORK FARM
Attn: Managing Agent
639 US HIGHWAY 158
Rougemont, NC 27572


SATISFY YOUR SOUL
Attn: Managing Agent
1183 UNIVERSITY DR    ST
BURLINGTON, NC 27215


SAVANNAH BEE COMPANY
Attn: Managing Agent
211 Johnny Mercer Blvd.
SAVANNAH, GA 31410


Savory Pie Company, Inc (Z Crackers)
Attn: Managing Agent
215 Stratford Road
Brooklyn, NY 11218


Savour This Kitchen
Attn: Managing Agent
6031 Venice Boulevard
Venice, CA 90034

Sawdust Wood Co., LLC
Attn: Managing Agent
1163 Marquis Road
North Charleston, SC 29405


SCANWOOD
Attn: Managing Agent
485 HURRICANE LN
WILLISTON, VT 05495


SCHINDLER ELEVATOR CORPORATION
Attn: Managing Agent
P.O. BOX 93050
CHICAGO, IL 60673-3050


SCHOTT CORPORATION
Attn: Managing Agent
22601 DAVIS DR
STERLING, VA 20164-4471


SCHUBERT NURSERY, INC.
Attn: Managing Agent
P.O. Box 1451
SALINAS, CA 93902


Scratch & Grain
Attn: Managing Agent
16285 SW 85th Avenue #406
Portland, OR 97224


Scratch Baking, LLC
Attn: Managing Agent
111 Orange St.
Durham, NC 27701


Sea Love Sea Salt Company
Attn: Managing Agent
16 Oceanic St
Wrightsville Beach, NC 28480


Seabags
Attn: Managing Agent
24 Custom House Wharf
Portland, ME 04101

SEAN FOWLER
Attn: Managing Agent
2204 BELAIRE AVE
RALEIGH, NC 27608


Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road N.E., Ste 900
Atlanta, GA 30326-1382


Seka Hills
Attn: Managing Agent
PO Box 18
Brooks, CA 95606


SELETTI North America Inc.
Attn: Managing Agent
Soho Building
110 Greene Street, Suite 1109
New York, NY 10012


Selma Good Company (Mama's Cookies)
Attn: Managing Agent
P.O. BOX 101
Selma, AL 36701


Sen Cha Naturals
Attn: Managing Agent
104 N Union Ave.
Los Angeles, CA 90026


Serendipity Confections
Attn: Managing Agent
304 S. 2nd St
Laramie, WY 82070


Seychelles Soap Company
Attn: Managing Agent
PO Box 3781
Pinehurst, NC 28374


SFOGLINI
Attn: Managing Agent
630 Flushing Ave, 2nd Floor
Brooklyn, NY 11206

SHERATON CHAPEL HILL HOTEL
Attn: Managing Agent
ONE EUROPA DRIVE
CHAPEL HILL, NC 27517


SHERI CASTLE
Attn: Managing Agent
574 Woodbury
Pittsboro, NC 27312


Shine Water/Doctor Drinks LLC
Attn: Managing Agent
P O Box 331272
Nashville, TN 37203


Shiraleah, LLC
Attn: Managing Agent
4258 North Knox Avenue
Chicago, IL 60641


Shire City Herbals (Fire Cider)
Attn: Managing Agent
115 Wendell Avenue
Pittsfield, MA 01201


Shop Sauce
Attn: Managing Agent
703 South Bickett Boulevard
Louisburg, NC 27549


Short Stack Editions
Attn: Managing Agent
PO BOX 5593
New York, NY 10185


Shorty's Breading Company LLC
Attn: Managing Agent
10291 Green Bay Road
Rice, VA 23966


Sid Wainer & Son, Inc
Attn: Managing Agent
2301 Purchase Street
New Bedford, MA 02746

SIEGE CHEMICAL COMPANY
Attn: Managing Agent
6340 VIA TIERRA
BOCA RATON, FL 33433


SIGNATURE CHOCOLATES
Attn: Managing Agent
166 Norseman Street
CANADA


Silver State Foods Inc.
Attn: Managing Agent
P.O. Box 115005
Denver, CO 80211


Simple & Crisp Inc
Attn: Managing Agent
420 S. Massachusetts St
Seattle, WA 98134


SIMPLEX GRINNELL
Attn: Managing Agent
DEPT. CH 10320
PALATINE, IL 60055-0320


SIMPLY FRESH, INC
Attn: Managing Agent
4711 HOPE VALLEY RD
PMB #120
DURHAM, NC 27707


Sir Charles Gourmet Sauces
Attn: Managing Agent
P. O. Box 8506
Greensboro, NC 27419


SKILLET FOOD PRODUCTS LLC
Attn: Managing Agent
1408 E UNION ST
SEATTLE, WA 98122


Slingshot Coffee Co
Attn: Managing Agent
1420 Brookside Dr
Raleigh, NC 27604

Sloane Ranger
Attn: Managing Agent
1237 SE Indian Street Suite 101
Stuart, FL 34997


Small Batch Granola
Attn: Managing Agent
53B Manchester Valley Rd.
Manchester Center, VT 05255


SMITH'S ADDRESSING MACHINE SERVICES, INC
Attn: Managing Agent
151 TECHNOLOGY DRIVE
GARNER, NC 27529


Smither Family Kitchen LLC
Attn: Managing Agent
5535 Memorial Dr
Suite F #604
Houston, TX 77007


Smithey Ironware
Attn: Managing Agent
125 Wappoo Creek Dr - Bldg E
STE 101B
Charleston, SC 29412


SMUDGE INK
Attn: Managing Agent
50 TERMINAL ST
BLDG 2, 2ND FLOOR
CHARLESTOWN, MA 02129


Soberdough LLC
Attn: Managing Agent
5515 Edmondson Pike
Ste. 121
Nashville, TN 37211


Sonitrol
Attn: Managing Agent
4455 Tile Drive
Charleston, SC 29405

SONITROL SECURITY SYSTEMS
Attn: Managing Agent
4455 TILE DRIVE
CHARLESTON, SC 29405


SONOMA SYRUP COMPANY
Attn: Managing Agent
PO BOX 819
SONOMA, CA 95476


Sorry Robots LLC (GIR)
Attn: Managing Agent
114 West 27th Street #4S
New York, NY 10001


SOURCE ATLANTIQUE (if you care)
Attn: Managing Agent
140 sylvan avenue
ENGLEWOOD CLIFF, NJ 07632


South Carolina Department of Revenue
PO Box 125
Columbia, SC 29214


Southeastern Freight Lines, Inc.
Attn: Managing Agent
PO BOX 100104
Columbia, SC 29202-3104


SOUTHEASTERN PAPER CO
Attn: Managing Agent
P.O. BOX 890672
Charlotte, NC 28289


SOUTHERN BRIDE & GROOM
Attn: Managing Agent
PO BOX 61114
DURHAM, NC 27705


Southern Culture Artisan Foods, Inc.
Attn: Managing Agent
251 RIO CIRCLE
Decatur, GA 30030

SOUTHERN LABEL SERVICES
Attn: Managing Agent
7504 Chouder Lane
WAKE FOREST, NC 27587


Southern Smoke BBQ of NC
Attn: Managing Agent
241 N. INGOLD AVE
Garland, NC 28441


Southern Sweets Honey
Attn: Managing Agent
PO.BOX 61052.
JACKSONVILLE, FL 32236


Southern Twist Cocktail Co LLC
Attn: Managing Agent
9 Mariner's Cay Dr
Folly Beach, SC 29439


SOUTHWEST SPECIALTY FOOD
Attn: Managing Agent
700 N. BULLARD AVE
GOODYEAR, AZ 85338


SPARQ
Attn: Managing Agent
901 SOUTH JASON STREET
UNIT B
DENVER, CO 80223


SPARTINA 449
Attn: Managing Agent
10 HUNTER RD
HILTON HEAD, SC 29906


SPECIALTY COFFEE ASSOC OF AMERICA
Attn: Managing Agent
117 W 4TH STREET, SUITE 300
SANTA ANA, CA 92701


Spello Group LLC(MiiR)
Attn: Managing Agent
2151 N Northlake Way, Ste 211
Seattle, WA 98013

Spice Society LLC
Attn: Managing Agent
1 Santa Maria Ct.
Greenville, SC 29609


Spicemode
Attn: Managing Agent
2010 W. Fulton Street #F-262
Chicago, IL 60612


SSAC Capital
301 Laurel Hill Road
Chapel Hill, NC 27514


ST MARTIN'S PRESS
Attn: Managing Agent
PO BOX 930668
Atlanta, GA 31193


STAPLES
Attn: Managing Agent
DEPT 82 - 0003188372
PO BOX 9020
DES MOINES, IA 50368-9020


STAPLES BUSINESS ADVANTAGE
Attn: Managing Agent
DEPT. ATL
P.O. BOX 405386
ATLANTA, GA 30384-5386


Staples Technology Solutions
Attn: Managing Agent
PO BOX 95230
Chicago, IL 60694


STAUB/HENCKELS
Attn: Managing Agent
Church Street Station
PO BOX 4523
New York, NY 10261-4523


Steel String Brewery
Attn: Managing Agent
106 S. Greensboro St
Carrboro, NC 27510

Steelite International USA, Inc
Attn: Managing Agent
154 Keystone Drive
New Castle, PA 16105


STEVEN SMITH TEAMAKER
Attn: Managing Agent
1626 NW THURMAN
PORTLAND, OR 97209


STICKY FINGERS BAKERIES
Attn: Managing Agent
P.O. BOX 8128
SPOKANE, WA 99203-0128


Sticky Toffee Pudding Co
Attn: Managing Agent
1313 West 9 1/2 St
Austin, TX 78703


Sticky's Desserts by Demand
Attn: Managing Agent
3849 Hanoverian Dr.
Awendaw, SC 29429


Still There/Shine On
Attn: Managing Agent
12115 Creek Tum Drive
Charlotte, NC 28278


Stocked, LLC
Attn: Managing Agent
1507 NW 61st Street Apt C
Seattle, WA 98107


STOCKTON GRAHAM & CO.
Attn: Managing Agent
PO BOX 90545
RALEIGH, NC 27675


STONEWALL KITCHEN LTD.
Attn: Managing Agent
STONEWALL LANE
YORK, ME 03909

Stony Brook Wholehearted Foods, LLC
Attn: Managing Agent
500 Technology Farm Drive
Geneva, NY 14456


Straw Propeller Gourmet Foods
Attn: Managing Agent
725 SW UMATILLA AVE
Redmond, OR 97756


Strawberry Hill Grand Delights
Attn: Managing Agent
264 Common Street
Watertown, MA 02472


STRAWBERRY PATCH
Attn: Managing Agent
PO BOX 52404
ATLANTA, GA 30355-0404


Stuart and Co.
Attn: Managing Agent
1610 Bathgate Ave.
Bronx, NY 10457


Stumptown Coffee Roasters
Attn: Managing Agent
100 SE Salmon St
Portland, OR 97214


Style Weekly
Attn: Managing Agent
PO BOX 826526
PHILADELPHIA, PA 19182-6526


Style Weekly
Attn: Managing Agent
24 East 3rd St.
Richmond, VA 23224


Sugimoto America
Attn: Managing Agent
2738 152nd Ave
NE Bldg 5
Redmond, WA 98052

Sully's Specialty Foods
Attn: Managing Agent
1837-A Villa Maison
Mt. Pleasant, SC 29464


Summit Bridge
Attn: Managing Agent
895 Central Ave
Suite 660
Cincinnati, OH 45202


Sunny's Texas Beef
Attn: Managing Agent
1899 N. FM 52
Weatherford, TX 76088


Sunray Farms Inc(Arrowhead Farms)
Attn: Managing Agent
224 W. 30th Street, Thirteenth Floor
New York, NY 10001


Sunshine Beverages, LLC
Attn: Managing Agent
PO Box 20151
Winston-Salem, NC 27101


SUSAN HEARN
Attn: Managing Agent
1837 Abernathy Trail
BURLINGTON, NC 27215


SUSAN RICE TRUFFLES PROD
Attn: Managing Agent
220 MIDLAND ROAD
PINEHURST, NC 28374


Sushi Now!
Attn: Managing Agent
254 Potrero St.
Santa Cruz, CA 95060


Suss Sweets LLC
Attn: Managing Agent
5 Columbia Ave
Nashua, NH 03064

SUSTAINABLE SOURCING, LLC
Attn: Managing Agent
HIMALA SALT
1375 Boardman St.
Sheffield, MA 01257


Sweet Charleston Designs LLC
Attn: Managing Agent
103 Cooke Street
Charleston, SC 29492


Sweet Corn Tortilla Chips Inc
Attn: Managing Agent
124 Seven Mile Drive
Ithaca, NY 14850


SWEET JANE'S INC.
Attn: Managing Agent
4823 MEADOW DRIVE/SUITE 2
DURHAM, NC 27713


SWEET JUBILEE GOURMET
Attn: Managing Agent
273 MULBERRY DR
SUITE 14
MECHANICSBURG, PA 17050


SWEET NEECY
Attn: Managing Agent
P O Box 4713
Chapel Hill, NC 27515


SWEET SHOP USA
Attn: Managing Agent
1316 INDUSTRIAL RD
MT. PLEASANT, TX 75455


Sweet Sour Salty Inc.
Attn: Managing Agent
PO BOX 7147
Richmond, VA 23221


Sweeteeth
Attn: Managing Agent
EVO Craft Bakery
1075 E. Montague Ave.
N. Charleston, SC 29405

Sweets By Shayda Co.
Attn: Managing Agent
304 Otmoor Ln
Cary, NC 27519


Sweetworks Confections, LLC
Attn: Managing Agent
3500 GENESEE STREET
BUFFALO, NY 14225


SWISSMAR IMPORTS INC.
Attn: Managing Agent
6391 WALMORE RD.
NIAGARA FALLS, NY 14304


Sydney Hale LLC
Attn: Managing Agent
17302 Simmons Road
Purcellville, VA 20132


Sysco
Attn: Managing Agent
PO BOX 129
Selma, NC 27576-9105


SYSCO FOOD SERVICE
Attn: Managing Agent
PO BOX 129
SELMA, NC 27576-9105


Systems Contractors, Inc.
Attn: Managing Agent
PO BOX 16023
Greensboro, NC 27416


TABOR ESPRESSO CORPORATIO
Attn: Managing Agent
505-A CORNERSTONE CT
HILLSBOROUGH, NC 27278


TAG/TRADE ASSOCIATES
Attn: Managing Agent
900 West Bliss Street
CHICAGO, IL 60642-4242

TAKEYA USA
Attn: Managing Agent
214 5th St
#204
Huntington Beach, CA 92648

TAO OF TEA
Attn: Managing Agent
3430 SOUTHEAST BELMONT ST
PORTLAND, OR 97214

TASTEWORKS
Attn: Managing Agent
1334 CREEKSIDE DR
CANADA

TAYLOR BUSINESS PRODUCTS
Attn: Managing Agent
PO BOX 681
ROXBORO, NC 27573

TEA FORTE INC
Attn: Managing Agent
23 BRADFORD STREET
CONCORD, MA 01742

TEA SPOT INC., THE
Attn: Managing Agent
4699 NAUTILUS CT.
SUITE 403
BOULDER, CO 80301

TEA TANGENT
Attn: Managing Agent
3716 ROUTE 737
KEMPTON, PA 19529

teapigs US LLC
Attn: Managing Agent
PO BOX 200438
Pittsburgh, PA 15251-0438

TEAS ETC
Attn: Managing Agent
480 TALL PINES RD
SUITE C
WEST PALM BEACH, FL 33413

TECH-24
Attn: Managing Agent
5256 Eisenhower Ave.
Alexandria, VA 22304


Technivorm - Moccamaster USA Inc
Attn: Managing Agent
150 North Michigan Avenue
Suite 1950
Chicago, IL 60601


Terlato Kitchen, LLC
Attn: Managing Agent
2401 Waukegan Rd
Bannockburn, IL 60015


Terracon Consultants, Inc.
Attn: Managing Agent
2105 Newpoint Place
Suite 600
Lawrenceville, GA 30043


TERRAPIN RIDGE
Attn: Managing Agent
1212 S. Myrtle Ave
Clearwater, FL 33756


Texas Hill Country Olive Company
Attn: Managing Agent
2530 W. Fitzhugh Rd
Dripping Springs, TX 78620


Texas Rangers Foods
Attn: Managing Agent
2120 E Hildebrand
San Antonio, TX 78209


The American Cookie Cutter Co.
Attn: Managing Agent
112B Quality Lane
Rutland, VT 05701


THE BLAKEMERE COMPANY LLC
Attn: Managing Agent
AMANDA FISHER
2448 SPRINGVIEW TRAIL
CHAPEL HILL, NC 27514

THE BREAD SHOP (PBS)
Attn: Managing Agent
PO BOX 1267
PITTSBORO, NC 27312


The Canadian Birch Company Limited
Attn: Managing Agent
Box 283
CANADA


THE CHARLESTON CITY PAPER
Attn: Managing Agent
1049 B MORRISON DRIVE
CHARLESTON, SC 29403


The Chocolate Publishing (Shay's Choco.)
Attn: Managing Agent
Shay's Chocolate
4130 Menlo Drive
Baltimore, MD 21215


The Crispery Of Virginia LLC
Attn: Managing Agent
2728 Sterling Point Drive
Portsmouth, VA 23703


The Draft Doctor
Attn: Managing Agent
PO BOX 9054
Richmond, VA 23225


The Essential Table, LLC
Attn: Managing Agent
256 Parkway Street
Winchester, VA 22601


The Fine Cheese Co.
Attn: Managing Agent
P. O. Box 1554
Lynnwood, WA 98046


The Flavors of Lonato
Attn: Managing Agent
1092 W Atlanta Street, Suite 300
Marietta, GA 30060

The Frosted Baker
Attn: Managing Agent
1350 Tri State Parkway
Suite #126/128
Gurnee, IL 60031


The Golden Rabbit II, Inc
Attn: Managing Agent
PO BOX 100065
ARLINGTON, VA 22210


The Gourmet Farm Girl LLC
Attn: Managing Agent
2160 Berlin Station Rd
Delaware, OH 43015


The Gracious Gourmet
Attn: Managing Agent
PO BOX 218
BRIDGEWATER, CT 06752


The Green Heart Project Inc
Attn: Managing Agent
124 Magnolia Ave
Charleston, SC 29403


The Hilton Head Popcorn Company
Attn: Managing Agent
2509 CLEMENTS FERRY ROAD
CHARLESTON, SC 29492


The Jam Stand
Attn: Managing Agent
630 Flushing Ave, 8th floor
Brooklyn, NY 11206


The Looma Project
Attn: Managing Agent
201 Howell St.
100B
Chapel Hill, NC 27514


THE MCTAVISH COMPANY, INC
Attn: Managing Agent
10234 N.E. GLISAN
PORTLAND, OR 97220

THE MOTHERVINE
Attn: Managing Agent
AMY ODOM
111 BUENA VISTA WAY
CHAPEL HILL, NC 27514


The Olive Oil Factory LLC
Attn: Managing Agent
2445 S Watney Way Ste D
Fairfield, CA 95433


The Peanut Shop of Williamsburg
Attn: Managing Agent
8012 Hankins Industrial Park Road
Toano, VA 23168


THE POST AND COURIER
Attn: Managing Agent
DEPARTMENT # 400
134 COLUMBUS ST.
Charleston, SC 29403


THE ROY HOUFF COMPANY
Attn: Managing Agent
2414 ANNISTON ST.
RICHMOND, VA 23223


The Salty Road
Attn: Managing Agent
20 Grand Avenue Suite 404
Brooklyn, NY 11205


The Saucey Sauce Company Inc.
Attn: Managing Agent
5 EAST 22nd STREET
SUITE 14P
New York, NY 10010


The Select Group, LLC
Attn: Managing Agent
PO BOX # 203657
Dallas, TX 75320-3657


The Truck Farm, LLC
Attn: Managing Agent
645 South Alameda
Las Cruces, NM 88005

The Two Little Guys Company
Attn: Managing Agent
PO Box 43255
Upper Montclair, NJ 07043


THE ULTIMATE SOFTWARE GROUP, INC
Attn: Managing Agent
PO BOX 930953
ATLANTA, GA 31193-0953


The Vermont Hay Company LLC
Attn: Managing Agent
257 Collier Rd
Greensboro, VT 05841


THE WARRELL CORPORATION
Attn: Managing Agent
3036 SOLUTIONS CENTER
CHICAGO, IL 60677-3000


THEO CHOCOLATE
Attn: Managing Agent
3400 PHINNEY AVE, N.
SEATTLE, WA 98103


Theobroma Chocolates LLC
Attn: Managing Agent
34 34th St., 4th Floor
Brooklyn, NY 11232


Theos Olive Oil
Attn: Managing Agent
38 Chinquapin Road
Pinehurst, NC 28374


Think Food Products
Attn: Managing Agent
717 D St. NW 6th Floor
Washington, DC 20004


THOMAS GOURMET FOODS
Attn: Managing Agent
P.O. BOX 8822
GREENSBORO, NC 27419

THOMPSON BRANDS
Attn: Managing Agent
80 SOUTH VINE ST
MERIDEN, CT 06451


Three Juiced Bootleggers Inc.
Attn: Managing Agent
8121 Riesling Drive
Kernersville, NC 27284


Three Spice, Inc.
Attn: Managing Agent
8211 Hiawatha Circle
Eden Prairie, MN 55347-1542


THYMES LIMITED
Attn: Managing Agent
629 Ninth Street SE
MINNEAPOLIS, MN 55414


Tiger Nuts Inc.
Attn: Managing Agent
21 Carroll Street
Newburgh, NY 12550


Time Warner Cable Media, Inc
Attn: Managing Agent
PO Box 27908
New York, NY 10087


Timolino Ltd dba Aktive Lifestyle Inc.
Attn: Managing Agent
9621 Irvine Center Dr.
Irvine, CA 92618


tinfoods
Attn: Managing Agent
412 Pacific Street #3
Brooklyn, NY 11217


TODDY PRODUCTS
Attn: Managing Agent
1225 Red Cedar Circle
Unit C
Ft. Collins, CO 80524

Toms Moms Syrups
Attn: Managing Agent
PO BOX 230321
Centerville, VA 20120


Tonewood Maple
Attn: Managing Agent
301 Glen View Road
Waitsfield, VT 05673


TONYA'S
Attn: Managing Agent
PO BOX 3344
CHAPEL HILL, NC 27517


TOPS MALIBU
Attn: Managing Agent
P. O. Box 2673
Eugene, OR 97402


TORIE & HOWARD
Attn: Managing Agent
143 WEST ST SUITE 121C
NEW MILLFORD, CA 06776


TOTALLY BAMBOO
Attn: Managing Agent
1810 Diamond St.
San Marcos, CA 92078


Town Talk
Attn: Managing Agent
21935 Hwy E
Grant City, MO 64456


TRACO MANUFACTURING
Attn: Managing Agent
620 SOUTH 1325 WEST
OREM, UT 84058


Tribucha
Attn: Managing Agent
4512 Revere Dr.
Raleigh, NC 27609

TROPICAL NUT & FRUIT
Attn: Managing Agent
PO BOX 740209
Dept # 40375
Atlanta, GA 30374-0209


TRUBEE HONEY
Attn: Managing Agent
2000 MALLORY LANE
SUITE 130-277
FRANKLIN, TN 37037


True Brands
Attn: Managing Agent
154 N. 35th St.
Seattle, WA 98103


Trumps
Attn: Managing Agent
646 Powell St
CANADA


TRYEH INC.
Attn: Managing Agent
1456 63rd Street
Emeryville, CA 94608


Tstix, LLC
Attn: Managing Agent
3120 W. Carefree Hwy
Suite 1-534
Phoenix, AZ 85085


TWENTY DEGREES CHOCOLATES
Attn: Managing Agent
2820 SELWYN AVE.
STE 160
CHARLOTTE, NC 28209


Twine & Twig LLC
Attn: Managing Agent
2746 Picardy Place
Charlotte, NC 28209

TWINING NORTH AMERICA
Attn: Managing Agent
P.O. BOX 414599
BOSTON, MA 02241-4599


Typhoon Homewares
Attn: Managing Agent
900 Merchants Concourse Suite 211
Westbury, NY 11590


U Konserve
Attn: Managing Agent
7030 East Fifth Avenue, Suite 2
Scottsdale, AZ 85251


U.S. ACRYLIC, INC.
Attn: Managing Agent
1320 Harris Road
Libertyville, IL 60048


U.S. Foods, Inc.
1500 NC Hwy 39
Zebulon, NC 27597


UltiPro
Attn: Managing Agent
PO BOX 930953
Atlanta, GA 31193-0953


UNC GENERAL ALUMNI ASSOCIATION
Attn: Managing Agent
PO BOX 660
CHAPEL HILL, NC 27514-0660


UNC PRESS
Attn: Managing Agent
116 S BOUNDARY ST
CHAPEL HILL, NC 27514


Undone Chocolate
Attn: Managing Agent
1369 New York Ave NE
Washington, DC 20002

UNITED HEALTHCARE
Attn: Managing Agent
22703 Network Place
Chicago, IL 60673-1227


United Natural Foods
Attn: Managing Agent
P O Box 706
Keene, NH 03431


University of Texas Press
Attn: Managing Agent
PO BOX 7819
Austin, TX 78713


UP WITH PAPER
Attn: Managing Agent
6049 HI TEK COURT
MASON, OH 45040


Up With Paper Luxe
Attn: Managing Agent
6049 Hi-Tek Court
Mason, OH 45040


Upchurch Chocolate
Attn: Managing Agent
935 West Grace St.
Richmond, VA 23220


UPS FREIGHT
Attn: Managing Agent
PO BOX 650690
Dallas, TX 75265-0690


UPS Professional Services, Inc.
Attn: Managing Agent
28013 Network Place
Chicago, IL 60673-1280


UPS Supply Chain Solutions, Inc.
Attn: Managing Agent
28013 Network Place
Chicago, IL 60673-1280

Urban Agrarian Publishing Group
Attn: Managing Agent
2822 St. Johns Drive
Murfreesboro, TN 37129


URBAN OVEN
Attn: Managing Agent
2431 N. Arizona Ave. #4
Chandler, AZ 85225


URBANI TRUFFLES
Attn: Managing Agent
10 WESTEND AVE
NEW YORK, NY 10023


VACU VIN
Attn: Managing Agent
PO BOX 890482
Charlotte, NC 28289-0482


Valine's Famous LLC
Attn: Managing Agent
4703 Sylvan Drive
Columbia, SC 29206


VANTAGE POINT
Attn: Managing Agent
PO BOX 1589
FUQUAY VARINA, NC 27526


Vapur
Attn: Managing Agent
PO Box 16727
Irvine, CA 92623-6727


Varilease
Attn: Managing Agent
6340 South 3000 East
Suite 400
Salt Lake City, UT 84121


Varilease Finance
Attn: Managing Agent
6340 South 3000 East
Suite 400
Salt Lake City, UT 84121

VARILEASE FINANCE, INC.
Attn: Managing Agent
6340 SOUTH 3000 EAST
SUITE 400
SALT LAKE CITY, UT 84121


Vegetable Kingdom
Attn: Managing Agent
PO BOX 41
Sheldon, SC 29941


Vela Farms
Attn: Managing Agent
2810 River Rd.
Victoria, TX 77905


VENUS WAFERS, INC
Attn: Managing Agent
100 RESEARCH ROAD
SOUTH SHORE INDUSTRIAL PARK
HINGHAM, MA 02043


Verdant Kitchen
Attn: Managing Agent
1745 Corporate Dr
Suite 215
Norcross, GA 30093


Verizon - 8895
Attn: Managing Agent
PO BOX 660720
Dallas, TX 75266-0720


Vermont Signature Sauces
Attn: Managing Agent
P.O. BOX 667
Saxtons River, VT 05154


Victoria Amory & Co. LLC
Attn: Managing Agent
PO BOX 4432
Greenwich, CT 06831

VICTORIA GOURMET
Attn: Managing Agent
17 A Gill St.
UNIT 4
WOBURN, MA 01801


VICTORINOX SWISS ARMY
Attn: Managing Agent
PO BOX 845362
Boston, MA 02284-5362


Videri Chocolate Factory
Attn: Managing Agent
327 W Davie St
Suite 100
Raleigh, NC 27601


VIETRI
Attn: Managing Agent
PO BOX 600018
RALEIGH, NC 27675-6018


Vintage Bee Inc.
Attn: Managing Agent
4020 Stirrup Creek Dr
Ste 109
Durham, NC 27703


Virginia Artesian Bottling Company
Attn: Managing Agent
4300 Spring Run Road
Mechanicsville, VA 23116


VIRGINIA CHUTNEY COMPANY
Attn: Managing Agent
113 A Aileen Rd
Flint Hill, VA 22627


VIRGINIA DINER INC.
Attn: Managing Agent
322 W MAIN ST
WAKEFIELD, VA 23888


VITA-MIX
Attn: Managing Agent
8615 USHER ROAD
CLEVELAND, OH 44138-2103

VP COFFEE, INC
Attn: Managing Agent
117 SOUTH CHATHAM AVE
SILER CITY, NC 27344


W & P Designs LLC
Attn: Managing Agent
86 South 1st Street, Unit 4B
Brooklyn, NY 11249


W.W. NORTON & COMPANY
Attn: Managing Agent
500 FIFTH AVE
NEW YORK, NY 10110


WA IMPORTS, INC.
Attn: Managing Agent
9804 Main Street
Hebron, IL 60034


WADE CERAMICS
Attn: Managing Agent
900 Merchants Concourse
Suite 211
Westbury, NY 11590


WAECHTERSBACH
Attn: Managing Agent
P. O. BOX 790343
ST. LOUIS, MO 63179-0343


Walker Feed Co
Attn: Managing Agent
PO BOx 90810
Nashville, TN 37209


Walter
Attn: Managing Agent


Waste Management
Attn: Managing Agent
1405 Gordon Ave
Richmond, VA 23224-6917

WASTE MANAGEMENT OF VIRGINIA, INC
Attn: Managing Agent
PO BOX 13648
PHILADELPHIA, PA 19101-3648


Waterdog Farms
Attn: Managing Agent
904 Terry Rd.
Hurdle Mills, NC 27541


WAYCO HAMS
Attn: Managing Agent
P.O. BOX 841
508 NORTH WILLIAM ST
GOLDSBORO, NC 27530


WB Kitchen (Ona)
Attn: Managing Agent
1905 Lorraine Dr.
Fort Collins, CO 80524


WCVE Public Radio
Attn: Managing Agent


WHALEY FOODSERVICE
Attn: Managing Agent
PO BOX 615
LEXINGTON, SC 29071


WHITE COFFEE CORP.
Attn: Managing Agent
P. O. BOX 5189
LONG ISLAND CIT, NY 11105


Whitley Peanut Factory, Inc
Attn: Managing Agent
PO Box 647
Hayes, VA 23072


Whodini Sisters, LLC
Attn: Managing Agent
P.O. Box 4789
Santa Rosa Beach, FL 32459

WHOLLY COW ICE CREAM
Attn: Managing Agent
1553 CAROLINA JASMINE RD
MT PLEASANT, SC 29464


Wildcard Sauces
Attn: Managing Agent
2627 Asher View Ct
Raleigh, NC 27606


WILLA'S SHORTBREAD
Attn: Managing Agent
1249 Northgate Bus Pkwy
Suite 1
Madison, TN 37115


WILLOW SPECIALTIES
Attn: Managing Agent
EASTSIDE BUS. CTR.,34 CLI
BATAVIA, NY 14020-2821


WILTON ARMETALE
Attn: Managing Agent
PO BOX 782573
Philadelphia, PA 19178


WINDSTREAM/HOSTED SOL/Tierpoint
Attn: Managing Agent
12444 Powerscourt Dr
Suite 450
St Louis, MO 63131


Windstream/Paetec
Attn: Managing Agent
PO BOX 9001013
Louisville, KY 40290


Wize Monkey
Attn: Managing Agent
221-181 Keefer Pl
Vancouver BC CANADA V68 6C1


WMF AMERICAS INC.
Attn: Managing Agent
3512 FAITH CHURCH RD
INDIAN TRAIL, NC 28079

Wondermade LLC
Attn: Managing Agent
417 S Sanford Avenue
Sanford, IL 32771


WOODARD & CHARLES
Attn: Managing Agent
17 Barstow Road
Suite 309
Great Neck, NY 11021


Woodblock Chocolate
Attn: Managing Agent
1236 SE Oak St
Portland, OR 97214


WOODLAND FOODS
Attn: Managing Agent
2972 Momentum Place
Chicago, IL 60689


Woody Handmade
Attn: Managing Agent
4729 State Park Rd
Travelers Rest, SC 29690


WORKMAN PUBLISHING
Attn: Managing Agent
225 VARICK STREET
9TH FLOOR
NEW YORK, NY 10014-4381


WorldPay
Attn: Managing Agent
600 Morgan Falls Road
Atlanta, GA 30350


Wuju Hot Sauce
Attn: Managing Agent
2321 Pennsylvania Ave
Philadelphia, PA 19130


WUNC 91.5/ NORTH CAROLINA PUBLIC RADIO
Attn: Managing Agent
120 Friday Center Drive
Chapel Hill, NC 27517

WUNC Radio
Attn: Managing Agent
120 Friday Center Drive
Chapel Hill, NC 27517


WUSTHOF-TRIDENT OF AMERIC
Attn: Managing Agent
PO BOX 448
HAWTHORNE, NY 10532-0448


Yawp LLC
Attn: Managing Agent
P. O. Box 336
Morrisville, NC 27560


York Properties
Attn: Managing Agent
2108 Clark Ave
Raleigh, NC 27605


Zack Wiggins Designs, LLC
Attn: Managing Agent
1601 Kenan Street NW
Wilson, NC 27893


Zia Pia LLC
Attn: Managing Agent
500 Pecan Ave
Charlotte, NC 28204


Zingerman's Candy Manufactory Inc
Attn: Managing Agent
3711 Plaza Dr
Ann Arbor, MI 48108


Zlicious
Attn: Managing Agent
P.O. Box 69744
West Hollywood, CA 90069


ZOJIRUSHI AMERICA CORP.
Attn: Managing Agent
19310 Pacific Gateway Drive
Suite 101
Torrance, CA 90502-1031

ZOKU HOME LLC
Attn: Managing Agent
720 MONROE ST
SUITE C405
HOBOKEN, NJ 07030


Zukali
Attn: Managing Agent
3733 Sassafras Ct.
McKinney, TX 75070


Southern Season Investment Fund, LLC
Attn: Managing Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517


SSAC Capital, LLC
Attn: Managing Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517


TC Capital Fund, LLC
Attn: Managnig Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Southern Season, Inc.

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Southern Season, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Southern Season Acquisition Corporation
100 Europa Drive, Suite 101
Chapel Hill, NC 27517

Southern Season Investment Fund, LLC
Attn: Managing Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517

SSAC Capital, LLC
Attn: Managing Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517

TC Capital Fund, LLC
Attn: Managnig Agent
100 Europa Drive
Suite 455
Chapel Hill, NC 27517

☐ None [*Check if applicable*]

June 24, 2016

Date

/s/ John Paul H. Cournoyer

John Paul H. Cournoyer 42224

Signature of Attorney or Litigant

Counsel for   Southern Season, Inc.

Northen Blue, L.L.P.

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441