IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN THE MATTER OF:<br>SSI Liquidation, Inc.<br><br>Debtor. | Case No. 16-80558<br>Chapter 11 |
|---|---|
| **Monthly Operating Report** ||

| Month: | December 2016 | Date Filed: | 6/24/16 |
|---|---|---|---|
| Line of Business: | Retail | NAICS Code: | |

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct and complete.

Responsible Party:

_____
John Fioretti, CRO

Original Signature of Responsible Party

      RESPECTFULLY submitted on behalf of the Debtor, this the <u>24th</u> day of <u>January</u>, 20<u>17</u>.

                                         /s/ John Paul H. Cournoyer

**Counsel for the Debtor:**
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
Telephone: 919-968-4441

Richard M. Hutson, II, NCSB #2282
hutson@hhplaw.com
Hutson Law Office, PA
302 E. Pettigrew St., Suite B-206
PO Drawer 2252-A
Durham, NC 27702

1

| QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.) | YES | NO |
|---|---|---|
| 1. Is the business still operating? | | X |
| 2. Have you paid all your bills on time this month? | X | |
| 3. Did you pay your employees on time? **No longer have employees (last day 8/22/16)** | X | |
| 4. Have you deposited all the receipts for your business into the DIP account this month? | X | |
| 5. Have you filed all of your tax returns and paid all of your taxes this month? | | X |
| 6. Have you timely filed all other required government filings? | X | |
| 7. Have you paid all of your insurance premiums this month? | X | |
| 8. Do you plan to continue to operate the business next month? | | X |
| 9. Are you current on your Chapter 11 quarterly fee payment? | X | |
| 10. Have you paid anything to your attorney or other professional this month? | | X |
| 11. Did you have any unusual or significant unanticipated expenses this month? | | X |
| 12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? | | X |
| 13. Do you have any bank accounts open other than the DIP account? | | X |
| 14. Have you sold any assets other than inventory this month? | | X |
| 15. Did any insurance company cancel your policy this month? | | X |
| 16. Have you borrowed money from anyone this month? | | X |
| 17. Have you paid any bills you owed before you filed bankruptcy? | | X |

**Taxes**

| | YES | NO |
|---|---|---|
| Do you have any past due tax returns or past due post-petition tax obligations? | X | |

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

> **Historically, Southern Season, Inc.'s parent, SSAC, filed a consolidated tax return. A return for FYE 2/1/16 has not been filed and SSAC has filed for Chapter 7.**

*(Exhibit A)*
*Summary of Cash on Hand*

| Cash on Hand at Start of Month | bank balance 11/30 | $ 267,427.21 |
|---|---|---|
| Cash on hand at end of Month | bank balance 12/31 | $161,545.52 |
| Please provide the total amount of cash currently available to you | book balance 12/31  **TOTAL** | $189,966.11 |

Note: In addition to above cash, as of 12/31, there was $109,332.66 held in attorney trust account that is available for Trailing Expenses.

2

*(Exhibit B)*
*Income*

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.

.

|  | SS Accounts | -0- |
|---|---|---|
|  | NB Trust Account | $30,000.00 |
|  |  |  |
|  |  |  |
|  | Total Income | $30,000.00 |

*Expenses*

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.

| Date | Recipient | Purpose | Amount |
|---|---|---|---|
|  |  | SS Accounts | $105,881.69 |
|  |  | NB Trust Account | -0- |
|  |  |  |  |
|  | Total Expenses |  | $105,881.69 |

**Cash Profit**

| Income for the month (total from Exhibit B) | $30,000.00 |
|---|---|
| Expenses for the month (Total from Exhibit B) | $105,881.69 |
| Cash **Loss** for the Month | $75,881.69 |

*(Exhibit C)*
**Unpaid Bills**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. A summary statement of accounts payable, with aging information, may be submitted with the prior approval of the Bankruptcy Administrator. All unpaid non-trade payables must be listed separately in detail.

| Total Payables | $243,467.86 |
|---|---|

3

*(Exhibit D)*
**Money Owed to You**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold.  You should show who owes you money, how much is owed and when payment is due.  A summary statement of accounts receivable, with aging information, may be submitted with the prior approval of the Bankruptcy Administrator.  All unpaid non-trade receivables must be listed separately in detail.

| Total Receivables | $19,217.55 |
|---|---|

*(Exhibit E)*
**Banking Information**

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*
**Employees**

| Number of employees when the case was filed. | 370 |
|---|---|
| Number of employees as of the date of this monthly report. | **None** |

**Professional Fees**

*Bankruptcy related:*

List all professional fees related to the bankruptcy case paid during this reporting period.

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
| Total paid to professionals this period | $0 |
| Total professional fees relating to the bankruptcy case paid since the filing of the case | $125,000.00 |

*Non-Bankruptcy related:*

| Note: A check in the amount of $18,038.80 was issued pre-petition to Manning Fulton & Skinner PA, but cleared post-petition. |  |
|---|---|
|  |  |
| Total professionals fees paid not relating to the bankruptcy case during this reporting period | $0 |
| Total professional fees not relating to the bankruptcy case paid since the filing of the case | $0 |

4

### *Additional Information*

1. Please attach all financial reports including income statement, balance sheet, statement of cash flows, and statement of shareholders/partner's equity which you prepare internally.

2. Please add any information, such as a report of activities, which would assist a reasonably informed reviewer to fully understand the status of this case.

| Report of Activities: |
|---|
| Southern Season, Inc. was sold to Calvert Retail on 8/23/16 for $3,470,000. |

EXHIBIT B - INCOME & EXPENSES

INCOME

| Amount | Date | Description |
|---|---|---|
| $30,000.00 | 12/13/2016 | Sale proceeds per Order entered 11/18 |

EXPENSES

| Amount | Date | Description |
|---|---|---|
| $105,436.03 | 12/19-12/30 | PTE checks per Order entered 12/15 |
| $445.66 | 12/20/2016 | bank fees |
| $105,881.69 | | |

($75,881.69)  Cash Loss for month

| Vendor Name | Document Number | Document Date | Proposed Claim Amount | Category | Notes |
|---|---|---|---|---|---|
| Bandar Foods, LLC | 2731 | 8/12/2016 | 27.00 | Inventory | |
| Beer Kissed Baking Co. | 2228 | 8/2/2016 | 60.12 | Inventory | |
| Bellocq | 6473 | 8/10/2016 | 109.88 | Inventory | |
| BULL CITY BARBEQUE COMPAN | 744 | 8/10/2016 | 600.48 | Inventory | |
| FLORAPHARM TEA USA | 2015565 | 8/5/2016 | 973.41 | Inventory | |
| GUGLHUPF BAKERY/PATISSERI | 104033 | 7/21/2016 | 87.57 | Inventory | |
| GUGLHUPF BAKERY/PATISSERI | 104624 | 8/11/2016 | 82.53 | Inventory | Total Guglhupf Claim of $170.10 |
| HARNEY & SONS,LTD. | 933430A-PAID | 7/13/2016 | 523.12 | Inventory | |
| HARNEY & SONS,LTD. | 936758A | 8/4/2016 | 363.00 | Inventory | Total H&S Claim of $886.12 |
| Jacobsen Salt Co | 16077 | 7/27/2016 | 156.00 | Inventory | |
| MAMA DIP'S KITCHEN | 108416 | 8/4/2016 | 296.40 | Inventory | |
| PAPYRUS-RECYCLED GREETING | 6145868 | 6/29/2016 | 919.43 | Inventory | |
| PEGGY ROSE'S PEPPER JELLY | 1128 | 8/10/2016 | 692.34 | Inventory | |
| Put Ups LLC Chef & the Farmer | 252 | 7/28/2016 | 414.00 | Inventory | |
| Ribbon Bazaar | 31667 | 8/8/2016 | 107.50 | Inventory | |
| Victoria Amory & Co. LLC | 1552 | 8/5/2016 | 155.15 | Inventory | |
| GWENDOLYN B. CUMMINGS | CHEF FEE 8/20/2016 | 8/20/2016 | 150.00 | Other | |
| GWENDOLYN B. CUMMINGS | CHEF SUPPLIES 8/20/1 | 8/20/2016 | 13.25 | Other | Total Cummings Claim of $163.25 |
| Jonathan L. Fisher | CHEF FEE 8/16/16 | 8/16/2016 | 150.00 | Other | |
| MARCELO VILLASUSO | CHEF FEE 8/13/16 | 8/13/2016 | 150.00 | Other | |
| PRO CHEF | 14633 | 8/15/2016 | 34.40 | Other | |
| PRO CHEF | 14668 | 8/16/2016 | 79.50 | Other | Total Pro Chef Claim of $113.90 |
| TERESA TROUTMAN | EMP. REIMB. 8/21/16 | 8/21/2016 | 87.99 | Other | |
| Charleston Water System | | 9/2/2016 | 41.25 | Utility | |
| City of Raleigh | 06/27-07/27 | 7/27/2016 | 9.26 | Utility | Reduced by $46.93 due to check issued pre-petition that cleared post-petition, and es |
| City of Raleigh | 7/27-8/25 | 8/25/2016 | 43.55 | Utility | |
| City of Raleigh | | 9/14/2016 | 40.92 | Utility | Total City of Raleigh Claim of $93.73 |
| Clean Water | | 8/3/2016 | 99.12 | Utility | |
| Clean Water | | 8/22/2016 | 542.83 | Utility | |
| Clean Water | | 8/3/2016 | 963.83 | Utility | |
| Clean Water | | 8/22/2016 | 458.66 | Utility | Total Clean Water Claim of $2,064.44 |
| CURBSIDE MANAGEMENT INC | 08.16.262 | 8/3/2016 | 26.00 | Utility | |

| Vendor | Invoice | Date | Amount | Type | Reason For Escrow: |
|---|---|---|---|---|---|
| Spectrum Business - 8277 | JULY 2016 | 7/27/2016 | 79.97 | Utility | |
| | | | 8,538.46 | Total uncashed PTE checks | |
| | | | 4,875.00 | 4th quarter bankruptcy fees | |
| | | | 13,413.46 | Total unpaid PTE | |
| **Claims to be Escrowed:** | | | | | **Reason For Escrow:** |
| ABC PIE CO | 1636 | 8/11/2016 | 80.00 | Inventory | Potential Liability under 11 U.S.C. § 549 |
| AMEX Card | | | 52,104.55 | | Potential Liability under 11 U.S.C. § 547 |
| COUNTER CULTURE COFFEE, I | C160562 | 8/9/2016 | 435.90 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Pate Dawson | M49855-00 | 8/3/2016 | 3,218.53 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Pate Dawson | M49855-00 | 8/3/2016 | 2,471.80 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Pate Dawson | M50737-00 | 8/5/2016 | 948.78 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Pate Dawson | M51292-00 | 8/9/2016 | 1,795.27 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Pate Dawson | M52676-00 | 8/16/2016 | 745.24 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Salem Baking Company | 0166409-IN | 7/27/2016 | 108.96 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| Salem Baking Company | 0166456-IN | 8/1/2016 | 5,087.46 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| STOCKTON GRAHAM & CO. | 1606566-IN | 8/8/2016 | 1,744.40 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| STOCKTON GRAHAM & CO. | 1606741-IN | 8/15/2016 | 1,673.01 | Inventory | Potential Liability under 11 U.S.C. § 547 |
| TONYA'S | 576449 | 8/4/2016 | 350.50 | Inventory | Potential Liability under 11 U.S.C. § 549 |
| AIRGAS NATIONAL WELDERS/Airgas USA | 9054450465 | 8/16/2016 | 228.22 | Other | Potential Liability under 11 U.S.C. § 549 |
| AIRGAS NATIONAL WELDERS/Airgas USA | 9938674986 | 8/31/2016 | 52.13 | Other | Potential Liability under 11 U.S.C. § 549 |
| Airgas National Carbonation | 33216286 | 8/31/2016 | 187.48 | Other | Potential Liability under 11 U.S.C. § 549 |
| FSI Mechanical | 42002 | 7/1/2016 | 76.86 | Other | Potential Liability under 11 U.S.C. § 549 |
| OPEN TABLE INC. | 2411593 | 8/4/2016 | 378.67 | Other | Potential Liability under 11 U.S.C. § 547 |
| OPEN TABLE INC. | 2422310 | 8/1/2016 | 393.43 | Other | Potential Liability under 11 U.S.C. § 547 |
| OPEN TABLE INC. | INV112594-072016 | 8/4/2016 | 17.00 | Other | Potential Liability under 11 U.S.C. § 547 |
| OPEN TABLE INC. | INV-31009-072016 | 8/1/2016 | 824.50 | Other | Potential Liability under 11 U.S.C. § 547 |
| RICOH USA  341 | 97338643 | 8/8/2016 | 1,378.13 | Other | Potential Liability under 11 U.S.C. § 549 |
| Europa Center, LLC | AUGUST 2016 RENT | 8/1/2016 | 20,044.66 | RENT | Potential Liability under 11 U.S.C. §§ 547 and 549 |
| OCEAN BOULEVARD PROPERTIES, LP | JULY RENT | 7/4/2016 | 69,687.17 | RENT | Potential Liability under 11 U.S.C. § 547 |
| OCEAN BOULEVARD PROPERTIES, LP | PRORATED JUNE 16 | 7/4/2016 | 18,583.24 | RENT | Potential Liability under 11 U.S.C. § 547 |
| River Place Holdings, LLC | | | 13,692.87 | | Potential Liability under 11 U.S.C. § 547 |
| Carolina Waste Removal | 1015081916 | 8/19/2016 | 563.29 | Utility | Potential Liability under 11 U.S.C. § 549 |
| Carolina Waste Removal | 1015081916 | 9/16/2016 | 523.81 | Utility | Potential Liability under 11 U.S.C. § 549 |
| Carolina Waste & Recycling | | 7/31/2016 | 490.65 | Utility | Potential Liability under 11 U.S.C. § 549 |
| Duke Energy - DIP 0596 | 07/02 TO 08/01/16 | 8/2/2016 | 5,378.47 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 0596 | 07/02 TO 08/01/16 | 9/6/2016 | 5,983.63 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 3250 | JUL 13 TO AUG 10 16 | 8/11/2016 | 357.48 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 3250 | | 9/7/2016 | (15.26) | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 4724 | JULY 7 TO AUG 4 | 7/29/2016 | 258.09 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 4724 | | 9/7/2016 | (57.51) | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 7017 | JULY 7 TO AUG 4 | 7/29/2016 | 629.53 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 7017 | | 9/7/2016 | 204.27 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 9125 | JUN 24 TO JUL 25 | 7/26/2016 | 15,114.77 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Duke Energy - DIP 9125 | JUL 25 TO AUG 24 | 8/25/2016 | (3,261.24) | Utility | Potential Liability under 11 U.S.C. § 547 |
| City of Raleigh | 06/27-07/27 | 7/27/2016 | 46.93 | Utility | Potential Liability under 11 U.S.C. § 549; post-petition amount owed in excess of potential liability to be paid per above |
| REPUBLIC SERVICES - #939 | 0939-001130994 | 8/1/2016 | 71.54 | Utility | Potential Liability under 11 U.S.C. § 549 |
| SCE&G | | 9/6/2016 | 205.30 | Utility | Potential Liability under 11 U.S.C. § 547 |
| Time Warner Business Class | 8/06-09/05 | 8/6/2016 | 187.38 | Utility | Potential Liability under 11 U.S.C. § 549 |
| WINDSTREAM/PAETEC | 59651885 | 8/9/2016 | 7,064.51 | Utility | Potential Liability under 11 U.S.C. §§ 547 and 549 |
| | | | 230,054.40 | Escrow Total | |
| | | | 243,467.86 | Grand Total Escrow and To Be Paid | |

**Southern Season/Calvert Cash Transactions**

|  | Due to Old SS |
|---|---:|
| Cash for Opening Drawers on 8/23 | 9,153.00 |
| Fintech Payments | 4,892.39 |
| AMEX Deposits Made in SS from 8/23-8/31 | (10,364.10) |
| UPS Bills Paid by Old SS | 1,854.44 |
| Mutual of Omaha - August Prorated Portion | 1,215.89 |
| Amex charges post 8/22 | 4,120.16 |
| ACH debits post 8/22 | 4,131.27 |
| SCE&G deposits | 4,214.50 |
|  |  |
| TOTALS | 19,217.55 |

See attached bank statements (2) and Trust Account statement

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
36/E00/0175/0/63
████████8336
12/31/2016



# Account Statement

SSI LIQUIDATION INC
PAYABLES ACCOUNT
DIP CASE# 16-80558
C/O JOHN FIORETTI / ABTV
17142 HARCOMBE DR
CHARLOTTE NC 28277-2977

Questions? Please call
1-800-786-8787

Due to an increase in expenses related to regulatory compliance, effective February 1, 2017,
your Deposit assessment fee, a monthly charge assessed on the monthly average positive ledger balance,
will increase from .1090 to .1465 per $1,000.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | ████████8336 | 12/01/2016 - 12/31/2016 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $267,427.21 | Average Balance | $226,521.81 |
| Deposits/Credits | $.00 | Average Collected Balance | $226,521.81 |
| Checks | $105,436.03 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $445.66 | | |
| Ending Balance | $161,545.52 | | |

## Checks

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 7501 | 177.60 | 12/30 | 7538 | 125.94 | 12/19 | 7577 | 264.79 | 12/23 |
| 7502 | 108.00 | 12/23 | 7539 | 282.35 | 12/22 | *7579 | 352.15 | 12/28 |
| 7503 | 51.99 | 12/22 | 7540 | 139.20 | 12/20 | *7583 | 334.80 | 12/19 |
| 7504 | 240.00 | 12/28 | 7541 | 1,396.28 | 12/20 | 7584 | 3,700.00 | 12/23 |
| 7505 | 200.00 | 12/20 | 7542 | 736.60 | 12/22 | 7585 | 783.98 | 12/20 |
| 7506 | 130.00 | 12/23 | *7544 | 201.49 | 12/22 | *7587 | 90.00 | 12/28 |
| 7507 | 3,594.60 | 12/19 | 7545 | 355.93 | 12/19 | 7588 | 39.00 | 12/22 |
| 7508 | 167.34 | 12/27 | 7546 | 2,162.00 | 12/21 | 7589 | 371.00 | 12/21 |
| 7509 | 218.08 | 12/23 | 7547 | 306.96 | 12/19 | 7590 | 612.76 | 12/22 |
| 7510 | 186.93 | 12/20 | 7548 | 701.95 | 12/21 | 7591 | 676.00 | 12/20 |
| 7511 | 532.50 | 12/21 | *7552 | 115.20 | 12/21 | 7592 | 375.00 | 12/19 |
| *7515 | 134.94 | 12/21 | 7553 | 180.00 | 12/20 | 7593 | 105.00 | 12/27 |
| 7516 | 60.00 | 12/20 | *7555 | 720.00 | 12/19 | 7594 | 224.74 | 12/20 |
| 7517 | 623.28 | 12/20 | *7557 | 385.00 | 12/20 | 7595 | 200.88 | 12/19 |
| 7518 | 336.00 | 12/20 | 7558 | 4,617.48 | 12/20 | 7596 | 95.00 | 12/23 |
| 7519 | 1,709.01 | 12/19 | 7559 | 143.12 | 12/20 | *7598 | 12,476.40 | 12/20 |
| *7521 | 3,681.58 | 12/20 | 7560 | 48.00 | 12/20 | 7599 | 100.00 | 12/20 |
| 7522 | 236.88 | 12/20 | 7561 | 250.00 | 12/23 | *7601 | 91.50 | 12/20 |
| 7523 | 876.40 | 12/23 | 7562 | 320.00 | 12/22 | 7602 | 295.32 | 12/20 |
| 7524 | 553.20 | 12/21 | *7565 | 352.50 | 12/22 | 7603 | 420.48 | 12/21 |
| 7525 | 54.42 | 12/20 | 7566 | 11.50 | 12/22 | 7604 | 15,173.11 | 12/19 |
| *7527 | 258.00 | 12/20 | 7567 | 140.00 | 12/20 | 7605 | 14,156.00 | 12/19 |
| 7528 | 12,931.61 | 12/19 | 7568 | 170.19 | 12/19 | 7606 | 60.95 | 12/28 |
| 7529 | 84.00 | 12/21 | 7569 | 3,363.20 | 12/21 | 7607 | 250.00 | 12/20 |
| *7531 | 166.03 | 12/19 | 7570 | 715.51 | 12/23 | 7608 | 47.00 | 12/23 |
| 7532 | 87.39 | 12/21 | 7571 | 102.40 | 12/22 | 7609 | 1,056.00 | 12/22 |
| 7533 | 140.19 | 12/20 | 7572 | 444.00 | 12/21 | *7611 | 2,513.50 | 12/22 |
| 7534 | 123.60 | 12/20 | 7573 | 955.48 | 12/19 | *7613 | 390.45 | 12/28 |
| 7535 | 1,785.00 | 12/19 | 7574 | 8.06 | 12/21 | *7616 | 168.19 | 12/21 |
| 7536 | 194.62 | 12/21 | *7576 | 345.50 | 12/27 | 7617 | 240.00 | 12/23 |
| 7537 | 333.00 | 12/20 | | | | | | |

Checks: 91
* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
36/E00/0175/0/63
████████8336
12/31/2016



Account Statement

| Withdrawals/Debits | Date Paid | Amount | Serial # | Description |
|---|---|---|---|---|
| | 12/20 | 445.66 | | ACCOUNT ANALYSIS FEE |

Withdrawals/Debits: 1

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 12/01 | 267,427.21 | 267,427.21 | 12/23 | 163,474.51 | 163,474.51 |
| | 12/19 | 214,366.67 | 214,366.67 | 12/27 | 162,856.67 | 162,856.67 |
| | 12/20 | 185,740.11 | 185,740.11 | 12/28 | 161,723.12 | 161,723.12 |
| | 12/21 | 175,683.87 | 175,683.87 | 12/30 | 161,545.52 | 161,545.52 |
| | 12/22 | 169,403.78 | 169,403.78 | | | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Save on gas, hotels, dining and more for your business. Pay with your SunTrust MasterCard® Business Debit Card to save on the things that make doing business easier. You'll receive MasterCard Easy Savings rebates on top of other merchant discounts and card rewards programs.
Visit EasySavings.com

446634                                              Member FDIC

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/63
███████8096
12/31/2016



Account
Statement

SSI LIQUIDATION INC
PAYROLL ACCOUNT
DIP CASE# 16-80558
C/O JOHN FIORETTI / ABTV
17142 HARCOMBE DR
CHARLOTTE NC 28277-2977

Questions? Please call
1-800-786-8787

Due to an increase in expenses related to regulatory compliance, effective February 1, 2017, your Deposit assessment fee, a monthly charge assessed on the monthly average positive ledger balance, will increase from .1090 to .1465 per $1,000.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| ANALYZED BUSINESS CHECKING | ███████8096 | 12/01/2016 - 12/31/2016 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $.00 | Average Balance | $.00 |
| Deposits/Credits | $.00 | Average Collected Balance | $.00 |
| Checks | $.00 | Number of Days in Statement Period | 31 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $.00 | | |

## Balance Activity History

| Date | Balance | Collected Balance |
|---|---|---|
| 12/31 | .00 | .00 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day. If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Save on gas, hotels, dining and more for your business. Pay with your SunTrust MasterCard® Business Debit Card to save on the things that make doing business easier. You'll receive MasterCard Easy Savings rebates on top of other merchant discounts and card rewards programs.
Visit EasySavings.com

187883

Member FDIC

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|
| **15907** | **Southern Season, Inc.** | | | | | | **Resp Lawyer: JP** | |
| J-29508y | | | PTE Reserve | | | | 49332.66 | |
| Dec/ 1/2016 | | | BALANCE FORWARD | 0.00 | 0.00 | 0.00 | | 0.00 |
| Dec/13/2016 | REC | 79456 | Calvert Retail Sale proceeds (per Order entered 11/18/2016 #366) | | | | 30000.00 2231 | |
| | | | Totals for Report Period: | 0.00 | 0.00 | 0.00 | 30000.00 | 0.00 |
| | | | Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 79332.66 | 0.00 |
| **15907** | **Southern Season, Inc.** | | | | | | **Resp Lawyer: JP** | |
| J-29508z | | | Disputed Funds Reserve | 0.00 | 0.00 | 0.00 | 30000.00 | 0.00 |
| Dec/ 1/2016 | | | BALANCE FORWARD | | | | | |
| | | | Totals for Report Period: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 30000.00 | 0.00 |

*** Firm Totals ***

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Firm Totals for Report Period: | 0.00 | 0.00 | 0.00 | 30000.00 | 0.00 |
| | | | Firm Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 109332.66 | 0.00 |

REPORT SELECTIONS - Client Accounting Ledger

| | |
|---|---|
| Layout Template: | All |
| Requested by: | Joanne |
| Finished: | Friday, January 06, 2017 at 10:57:11 AM |
| Date Range: | Dec/ 1/2016 To Dec/31/2016 |
| Matters: | All |
| Clients: | 15907 |
| Major Clients: | All |
| Responsible Lawyer: | All |
| Client Intro Lawyer: | All |
| Matter Intro Lawyer: | All |
| Assigned Lawyer: | All |
| Type of Law: | All |
| Select From: | Active, Inactive Matters |
| Ver: | 14.0 (14.0.20140923) |

| | |
|---|---|
| Show Check # on Paid Payables: | No |
| Matters Sort by: | Default |
| New Page for Each Lawyer: | No |
| Totals Only: | No |
| Firm Totals Only: | No |
| Trust Only: | Yes |
| Show Trust Summary by Account: | No |