IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN THE MATTER OF:      | Case No. 16-80558 |
| SSI Liquidation, Inc.  | Chapter 11        |
| Debtor.                |                   |

**Monthly Operating Report**

| Month:            | June 2017 | Date Filed: | 6/24/16 |
| Line of Business: | Retail    | NAICS Code: |         |

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct and complete.

Responsible Party:

_____
John Fioretti, CRO

Original Signature of Responsible Party

RESPECTFULLY submitted on behalf of the Debtor, this the 24th day of July 2017.

/s/ John Paul H. Cournoyer

**Counsel for the Debtor:**
John Paul H. Cournoyer, NCSB #42224
jpc@nbfirm.com
Northen Blue, LLP
1414 Raleigh Road, Suite 435
Chapel Hill, NC 27517
Telephone: 919-968-4441

Richard M. Hutson, II, NCSB #2282
hutson@hhplaw.com
Hutson Law Office, PA
302 E. Pettigrew St., Suite B-206
PO Drawer 2252-A
Durham, NC 27702

1

| QUESTIONNAIRE: (All questions to be answered on behalf of the debtor.) | YES | NO |
|---|---|---|
| 1. Is the business still operating? |  | X |
| 2. Have you paid all your bills on time this month? | X |  |
| 3. Did you pay your employees on time? **No longer have employees (last day 8/22/16)** | X |  |
| 4. Have you deposited all the receipts for your business into the DIP account this month?  **Funds received into attorney trust account.** |  | X |
| 5. Have you filed all of your tax returns and paid all of your taxes this month? |  | X |
| 6. Have you timely filed all other required government filings? | X |  |
| 7. Have you paid all of your insurance premiums this month? | X |  |
| 8. Do you plan to continue to operate the business next month? |  | X |
| 9. Are you current on your Chapter 11 quarterly fee payment? | X |  |
| 10. Have you paid anything to your attorney or other professional this month? |  | X |
| 11. Did you have any unusual or significant unanticipated expenses this month? |  | X |
| 12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? |  | X |
| 13. Do you have any bank accounts open other than the DIP account? **Attorney Trust** | X |  |
| 14. Have you sold any assets other than inventory this month? |  | X |
| 15. Did any insurance company cancel your policy this month? |  | X |
| 16. Have you borrowed money from anyone this month? |  | X |
| 17. Have you paid any bills you owed before you filed bankruptcy? |  | X |

**Taxes**

|  | YES | NO |
|---|---|---|
| Do you have any past due tax returns or past due post-petition tax obligations? | X |  |

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

> **Historically, Southern Season, Inc.'s parent, SSAC, filed a consolidated tax return. A return for FYE 2/1/16 has not been filed and SSAC has filed for Chapter 7.**

*(Exhibit A)*
*Summary of Cash on Hand*

| Cash on hand at start of month | **Attorney Trust Acct.** | $109,859.63 |
|---|---|---|
| Cash on hand at end of Month | **Attorney Trust Acct.** | $134,804.33 |
| Please provide the total amount of cash currently available to you | **TOTAL** | $115,309.03 |

*Per Court Order, CRO closed DIP accounts on 3/30/17 and transferred $90,647.38 balance to Attorney Trust Account.  Amounts do not include funds held in Attorney Trust Account pending Court approval of various preference settlements.

2

*(Exhibit B)*
*Income*

Please separately list all of the income you received for the month.  The list should include all income from cash and credit transactions.  A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.

|  | **SS Accounts** | **-0-** |
|---|---|---|
|  | **NB Trust Account** | **$46,574.36** |
|  |  |  |
|  |  |  |
|  | Total Income | **$46,574.36** |

*Amounts do not include funds held in Attorney Trust Account pending Court approval of various preference settlements.

*Expenses*

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount.  A summary statement of income and expenses may be submitted with the prior approval of the Bankruptcy Administrator.

| Date | Recipient | Purpose | Amount |
|---|---|---|---|
|  |  | **SS Accounts** | **$0.00** |
|  |  | **NB Trust Account** | **$21,629.66** |
|  |  |  |  |
|  |  | Total Expenses | **$21,629.66** |

**Cash Profit**

| Income for the month (total from Exhibit B) | $46,574.36 |
|---|---|
| Expenses for the month (Total from Exhibit B) | $21,629.66 |
| Cash **Gain** for the Month | $24,944.70 |

*(Exhibit C)*
**Unpaid Bills**

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid.  The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due.  A summary statement of accounts payable, with aging information, may be submitted with the prior approval of the Bankruptcy Administrator.  All unpaid non-trade payables must be listed separately in detail.

| Total Payables | $78,664.36 |
|---|---|

3

*(Exhibit D)*
**Money Owed to You**

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should show who owes you money, how much is owed and when payment is due. A summary statement of accounts receivable, with aging information, may be submitted with the prior approval of the Bankruptcy Administrator. All unpaid non-trade receivables must be listed separately in detail.

| Total Receivables | $19,217.55 |
|---|---|

*(Exhibit E)*
**Banking Information**

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*
**Employees**

| Number of employees when the case was filed. | **370** |
|---|---|
| Number of employees as of the date of this monthly report. | **None** |

**Professional Fees**

*Bankruptcy related:*

List all professional fees related to the bankruptcy case paid during this reporting period.

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
| Total paid to professionals this period | **$0** |
| Total professional fees relating to the bankruptcy case paid since the filing of the case | **$125,000.00** |

*Non-Bankruptcy related:*

| Note: A check in the amount of $18,038.80 was issued pre-petition to |  |
|---|---|
| Manning Fulton & Skinner PA, but cleared post-petition. |  |
|  |  |
| Total professionals fees paid not relating to the bankruptcy case during this reporting period | **$0** |
| Total professional fees not relating to the bankruptcy case paid since the filing of the case | **$0** |

4

## *Additional Information*

1. Please attach all financial reports including income statement, balance sheet, statement of cash flows, and statement of shareholders/partner's equity which you prepare internally.

2. Please add any information, such as a report of activities, which would assist a reasonably informed reviewer to fully understand the status of this case.

| Report of Activities: |
|---|
| Southern Season, Inc. was sold to Calvert Retail on 8/23/16 for $3,470,000. |

```
Jul/ 7/2017                                    Northen Blue, L.L.P.                                         Page 1
                                             Client Accounting Ledger
                                             Jun/ 1/2017 To Jun/30/2017
```
Case 16-80558    Doc 487    Filed 07/24/17    Page 6 of 8

```
Date           Type         Ref#   Received From/Paid To              Fees         Disb         A/R           Trust Acc#         Retainer
                                   Explanation
```

**15907   SSI Liquidation, Inc. (f/k/a Southern Se**
   **J-29508y       PTE Reserve**                                                                                          **Resp Lawyer: JP**

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust | Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| Jun/ 1/2017 | | | BALANCE FORWARD | 0.00 | 0.00 | 0.00 | 109859.63 | | 0.00 |
| Jun/ 6/2017 | CHE | 92969 | Nicholls & Crampton Trust Accoun Europa Ctr PTE Funds per Order (#17), AP 17-9004 entered 6/6/17 | | | | -20004.66 | 2231 | |
| | | | Totals for Report Period: | 0.00 | 0.00 | 0.00 | -20004.66 | | 0.00 |
| | | | Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 89854.97 | | 0.00 |

**15907   SSI Liquidation, Inc. (f/k/a Southern Se**
   **J-29508t       Preference Litigation Escrow**                                                                        **Resp Lawyer: JP**

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust | Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| Jun/ 1/2017 | | | BALANCE FORWARD | 0.00 | 0.00 | 0.00 | 17368.95 | | 0.00 |
| Jun/ 6/2017 | CHE | X0057 | Transfer: J-29508t To J-29508u Bon Courage Settlement (approved #443 6/6/17) | | | | -6500.00 | 2231 | |
| Jun/14/2017 | REC | 79513 | A Better Image Printing, LLC Settlement - preference transfers (SSI/J-29508t) PNC Ck #4104 | | | | 5895.99 | 2231 | |
| Jun/14/2017 | REC | 79514 | Richmond Magazine Settlement - preference transfers (SSI/J-29508t) SunTrust Ck #70263 | | | | 6000.00 | 2231 | |
| Jun/15/2017 | CHE | X0058 | Transfer: J-29508t To J-29508u Crabtree & Evelyn settlement (approved #450 6/15/17) | | | | -4692.39 | 2231 | |
| Jun/15/2017 | CHE | X0059 | Transfer: J-29508t To J-29508u Asher's Chocolate Co. Settlement (approved #449 6/15/17) | | | | -6176.56 | 2231 | |
| Jun/28/2017 | REC | 79520 | Frieling USA, Inc. Settlement - preference transfers (SSI/J-29508t) BB&T Ck #34736 | | | | 4532.56 | 2231 | |
| | | | Totals for Report Period: | 0.00 | 0.00 | 0.00 | -940.40 | | 0.00 |
| | | | Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 16428.55 | | 0.00 |

**15907   SSI Liquidation, Inc. (f/k/a Southern Se**
   **J-29508u       Unencumbered Funds**                                                                                  **Resp Lawyer: JP**

| Date | Type | Ref# | Received From/Paid To Explanation | Fees | Disb | A/R | Trust | Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| Jun/ 1/2017 | REC | 79512 | SunTrust Bank Refund of Fees | | | | 200.75 | 2231 | |
| Jun/ 6/2017 | CHE | X0057 | Transfer: J-29508t To J-29508u Bon Courage Settlement (approved #443 6/6/17) | | | | 6500.00 | 2231 | |
| Jun/ 7/2017 | CHE | 92970 | Clerk, U.S. Bankruptcy Court 1Q 2017 MDNC Fees, SSI Liquidation, Inc., 16-80558 (J-29508u) | | | | -1625.00 | 2231 | |
| Jun/15/2017 | CHE | X0058 | Transfer: J-29508t To J-29508u Crabtree & Evelyn settlement (approved #450 6/15/17) | | | | 4692.39 | 2231 | |
| Jun/15/2017 | CHE | X0059 | Transfer: J-29508t To J-29508u Asher's Chocolate Co. Settlement (approved #449 6/15/17) | | | | 6176.56 | 2231 | |
| Jun/16/2017 | REC | 79515 | Nicholls & Crampton, PA Settlement - Europa Pref AP (SSI/J-29508u) No St Bank Ck#21183 | | | | 20004.66 | 2231 | |
| Jun/19/2017 | REC | 79516 | Europa Center, LLC Settlement - Europa Pref AP (SSI/J-29508u) Suntrust Ck #016981 | | | | 9000.00 | 2231 | |
| | | | Totals for Report Period: | 0.00 | 0.00 | 0.00 | 44949.36 | | 0.00 |
| | | | Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 44949.36 | | 0.00 |

                                             *** Firm Totals ***

| | | | | Fees | Disb | A/R | Trust | Acc# | Retainer |
|---|---|---|---|---|---|---|---|---|---|
| | | | Firm Totals for Report Period: | 0.00 | 0.00 | 0.00 | 24004.30 | | 0.00 |
| | | | Firm Totals up to Ending Date: | 0.00 | 0.00 | 0.00 | 151232.88 | | 0.00 |

```
REPORT SELECTIONS - Client Accounting Ledger
Layout Template:              All
Requested by:                 Joanne
Finished:                     Friday, July 07, 2017 at 04:16:03 PM
Date Range:                   Jun/ 1/2017 To Jun/30/2017
Matters:                      All
Clients:                      15907                      Show Check # on Paid Payables:    No
```

| Vendor Name | Document Number | Document Date | Proposed Claim Amount | Category | Notes |
|---|---|---|---|---|---|
| Bandar Foods, LLC | 2731 | 8/12/2016 | 27.00 | Inventory | |
| GUGLHUPF BAKERY/PATISSERI | 104033 | 7/21/2016 | 87.57 | Inventory | |
| GUGLHUPF BAKERY/PATISSERI | 104624 | 8/11/2016 | 82.53 | Inventory | Total Guglhupf Claim of $170.10 |
| MAMA DIP'S KITCHEN | 108416 | 8/4/2016 | 296.40 | Inventory | |
| Ribbon Bazaar | 31667 | 8/8/2016 | 107.50 | Inventory | |
| | | | 601.00 | Total uncashed PTE checks | |
| | | | 1,628.66 | Total uncashed A/P checks (3) | |
| | | | 17,265.64 | Total uncashed payroll checks | |
| | | | 19,495.30 | Total uncashed checks | |

| Claims to be Escrowed: | | | | | Reason For Escrow: |
|---|---|---|---|---|---|
| AMEX Card | | | 52,104.55 | | Potential Liability under 11 U.S.C. § 547 |
| WINDSTREAM/PAETEC | 59651885 | 8/9/2016 | 7,064.51 | Utility | Potential Liability under 11 U.S.C. §§ 547 and 549 |
| | | | 59,169.06 | Escrow Total | |
| | | | 78,664.36 | Grand Total Escrow and To Be Paid | |

**Southern Season/Calvert Cash Transactions**

|  | Due to Old SS |
|---|---:|
| Cash for Opening Drawers on 8/23 | 9,153.00 |
| Fintech Payments | 4,892.39 |
| AMEX Deposits Made in SS from 8/23-8/31 | (10,364.10) |
| UPS Bills Paid by Old SS | 1,854.44 |
| Mutual of Omaha - August Prorated Portion | 1,215.89 |
| Amex charges post 8/22 | 4,120.16 |
| ACH debits post 8/22 | 4,131.27 |
| SCE&G deposits | 4,214.50 |
|  |  |
| TOTALS | 19,217.55 |