UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | CASE NO: |
|---|---|
| SSI LIQUIDATION, INC. | 16-80558 |
| DEBTOR | CHAPTER 7 |

**TRUSTEE'S FIRST OMNIBUS OBJECTION (TO DUPLICATE CLAIMS)**

**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS IN THIS OBJECTION. CLAIMANTS ARE LISTED IN ALPHABETICAL ORDER BASED ON THE FIRST NAME APPEARING IN THE CLAIMS REGISTER IN EXHIBIT "A" ATTACHED HERETO (WHICH MAY BE THE FIRST NAME OF INDIVIDUAL CLAIMANTS).**

**ALL OBJECTIONS ARE MADE ON THE BASIS THAT THE CLAIMANT HAS FILED DUPLICATE PROOFS OF CLAIM FOR THE SAME CLAIM. THE RELIEF SOUGHT BY THE TRUSTEE IS THE DISALLOWANCE OF THE EARLIEST FILED DUPLICATE CLAIM(S). THE TRUSTEE RESERVES ALL RIGHTS TO OBJECT TO ANY CLAIM THAT IS NOT DISALLOWED ON OTHER GROUNDS.**

NOW COMES James B. Angell, Chapter 7 Trustee in the above-named case (hereinafter "Trustee"), and objects to duplicative claims pursuant to 11 U.S.C.§502(a) and Fed. R. Bankr. P. 3007(d) and (e) and shows the Court as follows:

1. SSI Liquidation, Inc. ("SSI") filed a petition for relief under chapter 11 of the Bankruptcy Code on June 24, 2016, commencing Case No. 16-80558 (the "SSI Case"). The SSI Case was converted to a case under chapter 7 on September 8, 2017 and James B. Angell was appointed as and presently serves as chapter 7 trustee in the SSI.

2. In his review of proofs of claim in the case, the Trustee has identified claims that appear to be duplicates of earlier-filed claims. A list of the claims subject to the Trustee's objection, sorted by the first word of the claimant's name on the claims register (which may be the first name of an individual claimant) is attached hereto as Exhibit "A".

3. The Trustee objects to the claims on the basis that the claimant filed a later-filed claim that is duplicative of the claim. The relief sought is that the claim be disallowed, without prejudice to the Trustee's rights to object to the later-filed claim on other grounds. The specific grounds for relief are stated in the prayer for relief set out beside each listed proof of claim.

WHEREFORE, the Trustee prays that the claims identified on Exhibit "A" be disallowed without prejudice to the Trustee's rights to file further objections to any other claims and for such relief as may be just and proper.

DATED: June 21, 2019

                                                   s/James B. Angell
                                               James B. Angell, Chapter 7 Trustee
                                               Howard, Stallings, From, Atkins,
                                               Angell & Davis, P.A.
                                               State Bar No. 12844
                                               P.O. Box 12347
                                               Raleigh, NC 27605
                                               Telephone: (919) 821-7700
                                               Facsimile:  (919) 821-7703
                                               jangell@hsfh.com

EXHIBIT A

| Claimant | Claim No. | Objection and prayer for relief |
| --- | --- | --- |
| Amanda Cushman | 101 | The Trustee objects to and prays that Claim No. 101 be disallowed on the basis that it is duplicative of Claim No. 380. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| American Gra-Frutti LLC | 330 | The Trustee objects to and prays that Claim No. 330 be disallowed on the basis that it is duplicative of Claim No. 421. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Anne Camp | 256 | The Trustee objects to and prays that Claim No. 256 be disallowed on the basis that it is duplicative of Claim No. 445. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| B & R Classics, LLC | 9 | The Trustee objects to and prays that Claim No. 9 be disallowed on the basis that it is duplicative of Claim No. 250. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Best Manufacturers, Inc. | 96 | The Trustee objects to and prays that Claim No. 96 be disallowed on the basis that it is duplicative of Claim No. 344. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Big Spoon Roasters | 78 | The Trustee objects to and prays that Claim No. 78 be disallowed on the basis that it is duplicative of Claim No. 113. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Bobos Mountain Sugar, LLC | 50 | The Trustee objects to and prays that Claim No. 50 be disallowed on the basis that it is duplicative of Claim No. 370. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Bone Doctors BBQ, LLC | 36 | The Trustee objects to and prays that Claim No. 36 be disallowed on the basis that it is duplicative of Claim No. 392. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Boston International | 169 | The Trustee objects to and prays that Claim No. 169 be disallowed on the basis that it is duplicative of Claim No. 444. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Burnt and Salty, LLC | 193 | The Trustee objects to and prays that Claim No. 193 be disallowed on the basis that it is duplicative of Claim No. 401. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Cape Fear Specialty Food | 231 | The Trustee objects to and prays that Claim No. 231 be disallowed on the basis that it is duplicative of Claim No. 236. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Escazu Artisan Chocolates, LLC | 51 | The Trustee objects to and prays that Claim No. 51 be disallowed on the basis that it is duplicative of Claim No. 446. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |

| Creditor | Claim No. | Objection |
|---|---|---|
| FSI Mechanical, Inc. | 178 | The Trustee objects to and prays that Claim No. 178 be disallowed on the basis that it is duplicative of Claim No. 407. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Girl Meets Dirt | 166 | The Trustee objects to and prays that Claim No. 166 be disallowed on the basis that it is duplicative of Claim No. 396. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Green & Ackerman Bakery Inc. | 136 | The Trustee objects to and prays that Claim No. 136 be disallowed on the basis that it is duplicative of Claim No. 443. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Grey Ghost Bakery | 220 | The Trustee objects to and prays that Claim No. 220 be disallowed on the basis that it is duplicative of Claim No. 388. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Harpercollins Publishers LLC | 26 | The Trustee objects to and prays that Claim No. 26 be disallowed on the basis that it is duplicative of Claim No. 358. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Hudson Henry Baking Company | 148 | The Trustee objects to and prays that Claim No. 148 be disallowed on the basis that it is duplicative of Claim No. 427. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| International Gourmet Food | 192 | The Trustee objects to and prays that Claim No. 192 be disallowed on the basis that it is duplicative of Claim No. 232. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| ISI North America Inc. | 3 | The Trustee objects to and prays that Claim No. 3 be disallowed on the basis that it is duplicative of Claim No. 202. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| J & W Farm, LLC | 153 | The Trustee objects to and prays that Claim No. 153 be disallowed on the basis that it is duplicative of Claim No. 413. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Jill R. Stevens | 268 | The Trustee objects to and prays that Claim No. 268 be disallowed on the basis that it is duplicative of Claim No. 363. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Kevin Kovalchik | 280 | The Trustee objects to and prays that Claim No. 280 be disallowed on the basis that it is duplicative of Claim No. 382. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Kitty Keller Designs LLC | 134 | The Trustee objects to and prays that Claim No. 134 be disallowed on the basis that it is duplicative of Claim No. 418. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Krista Freeman | 292 | The Trustee objects to and prays that Claim No. 292 be disallowed on the basis that it is duplicative of Claim No. 309. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |

| | | |
|---|---|---|
| Les Cousins d'Amerique Ltd | 90 | The Trustee objects to and prays that Claim No. 90 be disallowed on the basis that it is duplicative of Claim No. 406. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Maruso LLC | 114 | The Trustee objects to and prays that Claim No. 114 be disallowed on the basis that it is duplicative of Claim No. 367. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Mary Battista | 294 | The Trustee objects to and prays that Claim No. 294 be disallowed on the basis that it is duplicative of Claim No. 386. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Men's Soc Limited | 399 | The Trustee objects to and prays that Claim No. 399 be disallowed on the basis that it is duplicative of Claim No. 409. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Nicole Budd | 324 | The Trustee objects to and prays that Claim No. 324 be disallowed on the basis that it is duplicative of Claim No. 387. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Outer Banks Sea Salt, Inc. | 200 | The Trustee objects to and prays that Claim No. 200 be disallowed on the basis that it is duplicative of Claim No. 438. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Republic of Tea | 316 | The Trustee objects to and prays that Claim No. 316 be disallowed on the basis that it is duplicative of Claim No. 439. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Silk Route Capital Corporation, LLC | 263 | The Trustee objects to and prays that Claim No. 263 be disallowed on the basis that it is duplicative of Claim No. 417. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Straw Propeller Gourmet Foods | 55 | The Trustee objects to and prays that Claim No. 55 be disallowed on the basis that it is duplicative of Claim No. 426. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Sweet Jubilee Gourmet | 328 | The Trustee objects to and prays that Claim No. 328 be disallowed on the basis that it is duplicative of Claim No. 434. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Torie & Howard | 161 | The Trustee objects to and prays that Claim No. 161 be disallowed on the basis that it is duplicative of Claim No. 365. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Wake County Revenue Department | 262 | The Trustee objects to and prays that Claim No. 262 be disallowed on the basis that it is duplicative of Claim No. 372. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Waste Management of Virginia, Inc. | 157 | The Trustee objects to and prays that Claim No. 157 be disallowed on the basis that it is duplicative of Claim No. 414. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| | | |

| | | |
|---|---|---|
| Wells Fargo Vendor Financial Services, LLC | 71 | The Trustee objects to and prays that Claim No. 71 be disallowed on the basis that it is duplicative of Claim No. 390. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Wells Fargo Vendor Financial Services, LLC | 342 | The Trustee objects to and prays that Claim No. 342 be disallowed on the basis that it is duplicative of Claim No. 390. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Westchester Fire Insurance Co. | 306 | The Trustee objects to and prays that Claim No. 306 be disallowed on the basis that it is duplicative of Claim No. 307. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Wholly Cow Ice Cream LLC | 77 | The Trustee objects to and prays that Claim No. 77 be disallowed on the basis that it is duplicative of Claim No. 422. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |
| Zia Pia LLC | 116 | The Trustee objects to and prays that Claim No. 116 be disallowed on the basis that it is duplicative of Claim No. 385. Such objection is made without prejudice to the Trustee's rights to file objections to any claim not disallowed by the Court. |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re: SSI Liquidation,Inc.

                                            Case No.  16-80558
                                               Chapter 7

Employer's Tax Identification (EIN) No. 56-4446698
Address: ABTV, 17142 Harcombe Drive
        Charlotte, NC, 28277                  Debtor

**NOTICE OF OBJECTION TO CLAIM**

      James B. Angell, Chapter 7 Trustee has filed an objection to your claim in this bankruptcy case.

      **<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the court to eliminate or change your claim, then on or **before <u>July 29, 2019</u>**, you or your lawyer must file with the court a written response to the objection, explaining your position, at:

      U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100

      If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

      You must also send a copy to:

James B. Angell, Chapter 7 Trustee
P.O. Box 12347
Raleigh, NC 27605

      Attend the hearing on the objection, to be held only if a response is filed or if directed by the court, on **August 6, 2019, at 11:00 a.m.** in the Durham Courtroom, United States Bankruptcy Court, Middle District of North Carolina, Venable Center, Dibrell Building, Suite 280, Durham, North Carolina 27701.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

(Revised 5/19)

Date: June 24, 2019                    s/James B. Angell
                                   James B. Angell
                                   Howard, Stallings, From,
                                   Atkins, Angell & Davis, P.A.
                                   State Bar No. 12844
                                   P.O. Box 12347
                                   Raleigh, NC 27605
                                   Telephone: (919) 821-7700
                                   Facsimile: (919) 821-7703
                                   jangell@hsfh.com

(Revised 5/19)

## CERTIFICATE OF SERVICE

     I, Michelle R. Murdock, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on June 24, 2019.  I served copies of the NOTICE OF OBJECTION and OMNIBUS OBJECTION TO CLAIM (TO DUPLICATE CLAIMS) by regular first-class U.S. mail, addressed to the following parties:

DATE: June 24, 2019

                                 s/Michelle R. Murdock
                                 Michelle R. Murdock, NCCP
                                 Howard, Stallings, From,
                                 Atkins, Angell & Davis, P.A.
                                 P.O. Box 12347
                                 Raleigh, NC 27605
                                 Telephone: (919) 821-7700
                                 Facsimile: (919) 821-7703

| | |
|---|---|
| Bill Miller, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf* | *J.P. Cournoyer*<br>*Northern Blue, LLP*<br>*Served via cm/ecf* |
| *SSI Liquidation, Inc.*<br>*c/o John Fioretti, CRO*<br>*ABTV*<br>*17142 Harcombe Drive*<br>*Charlotte, NC 28277* | See attached Matrix |

(Revised 5/19)

Matrix for Claims Objections

| |
|---|
| Amanda Cushman<br>Attn: Managing Agent<br>1408 Kent St.<br>Durham, NC 27707 |
| American Gra-Frutti LLC<br>Attn: Managing Agent<br>1007 Mansell Road Suite D<br>Roswell, GA 30076 |
| Anne Camp<br>102 Aberdeen Dr, Apt A<br>Chapel Hill, NC 27516 |
| B & R Classics, LLC<br>Attn: Managing Agent<br>56 Old Field Road<br>Huntington, NY 11743 |
| Best Manufacturers, Inc.<br>Attn: Managing Agent<br>PO Box 20091<br>Portland, OR 97220 |
| Big Spoon Roasters<br>Attn: Managing Agent<br>4517 Hillsborough Road, #101B<br>Durham, NC 27705 |
| Bobos Mountain Sugar, LLC<br>Attn: Managing Agent<br>526 Trout Club Road<br>Weston, VT 05161 |
| Bone Doctors BBQ, LLC<br>Attn: Managing Agent<br>718 Cargil Lane<br>Charlottesville, VA 22902 |
| Boston International<br>Attn: Coface North America Insurance Co.<br>50 Millstone Rd, Bldg. 100, Ste 360<br>East Windsor, NJ 08520 |
| Burnt and Salty, LLC<br>Attn: Managing Agent<br>1622 Cullowhee Circle<br>Mt. Pleasant, SC 29464 |
| Cape Fear Specialty Food<br>Cape Fear Rum Cake<br>Attn: Managing Agent<br>4605 Franlin Ave, Ste. 1<br>Wilmington, NC 28403 |
| Escazu Artisan Chocolates, LLC<br>Attn: Managing Agent<br>936 N Blount Street<br>Raleigh, NC 27604 |
| FSI Mechanical, Inc. |

| |
|---|
| Attn: Managing Agent<br>6518-B Old Wake Forest Rd.<br>Raleigh, NC 27616 |
| Girl Meets Dirt<br>Attn: Managing Agent<br>634 Minnow Creek Ln<br>Eastsound, WA 98245 |
| Green & Ackerman Bakery Inc.<br>Attn: Managing Agent<br>65 Franklin Avenue<br>Brooklyn, NY 11205 |
| Grey Ghost Bakery<br>Attn: Managing Agent 1750 Signal Point Road Suite 2A<br>Charleston, SC 29412 |
| Harpercollins Publishers LLC<br>Attn: Managing Agent<br>53 Glenmaura National Blvd<br>Moosic, PA 18507-2132 |
| Hudson Henry Baking Company<br>Attn: Managing Agent<br>221 Palmer County Lane<br>Palmyra, VA 22963 |
| International Gourmet Food<br>Attn: Managing Agent<br>7520-D Fullerton Rd<br>Springfield, VA 22153 |
| ISI North America Inc.<br>Attn: Coface North America Insurance Co.<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520 |
| J & W Farm, LLC<br>Attn: Managing Agent<br>140 Myers Lane<br>Winchester, VA 22603-2855 |
| Jill R. Stevens<br>121 Cooper St.<br>Oxford, NC 27565 |
| Kevin Kovalchik<br>1608 Castalia Dr<br>Cary, NC 27513 |
| Kitty Keller Designs LLC<br>Attn: Managing Agent<br>416 N. Austin St<br>Seguin, TX 78155 |
| Krista Freeman<br>2412 Nelson Hwy<br>Chapel Hill, NC 27517 |
| Les Cousins d'Amerique Ltd<br>Attn: Marie Sussingham, President/Owner<br>1797 Princeton Place<br>Merrick NY 11566 |
| Maruso LLC |

| |
|---|
| Attn: Managing Agent<br>224 Springhouse Lane<br>Pittsburg, PN 15238 |
| Mary Battista<br>94 Suncatcher Court<br>Pittsboro, NC 27312 |
| Men's Soc Limited<br>Attn: Ray Barber<br>The Churchyard<br>Long Sutton<br>Lincolnsh PE129JH<br>United Kingdom |
| Nicole Budd<br>430 S Greensboro Street, Apt 1<br>Carrboro NC 2751 |
| Outer Banks Sea Salt, Inc.<br>Attn: Managing Agent<br>112 Whisper Ln<br>Poplar Branch, NC 27965 |
| Republic of Tea<br>Attn: Managing Agent<br>PO Box 843410<br>Kansas City, MO 64184-3410 |
| Silk Route Capital Corporation, LLC<br>c/o Peter Reichard<br>Tryon Capital Ventures, LLC<br>100 Europa Drive, Suite 455<br>Chapel Hill, NC 27517 |
| Straw Propeller Gourmet Foods<br>Attn: Managing Agent<br>725 SW Umatilla Ave<br>Redmond, OR 97756 |
| Sweet Jubilee Gourmet<br>Attn: Managing Agent<br>273 Mulberry Dr, Suite 14<br>Mechanicsburg, PA 17050 |
| Torie & Howard<br>Attn: Managing Agent<br>143 West St, Ste 121C<br>New Millford, CA 06776 |
| Wake County Revenue Department<br>Attn: Managing Agent<br>301 S McDowell Street, Suite 3800<br>PO Box 2331<br>Raleigh, NC 27602<br>Via certified mail return receipt |
| Waste Management of Virginia, Inc.<br>Attn: Managing Agent<br>2625 W Grandview Rd, Ste 150<br>Phoenix, AZ 85023 |
| |
| Wells Fargo Vendor Financial Services, LLC |

| |
|---|
| Attn: WFVFS - Bankruptcy<br>PO Box 13708<br>Macon GA 31208<br>Via certified mail return receipt |
| Westchester Fire Insurance Co.<br>Attn: Wendy M Simkulak, Duane Morris LLP<br>30 S 17th street<br>Philadelphia, PA 19103 |
| Wholly Cow Ice Cream LLC<br>Attn: Managing Agent<br>1553 Carolina Jasmine Rd<br>Mount Pleasant, SC 29464 |
| Zia Pia LLC<br>Attn: Managing Agent<br>500 Pecan Ave<br>Charlotte, NC 28204 |