# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 16-80558 | |
| **Case Name:** | SSI LIQUIDATION, INC. | |
| **For the Period Ending:** | 09/30/2019 | |

| | |
|---|---|
| **Trustee Name:** | James B. Angell - Middle Distr |
| **Date Filed (f) or Converted (c):** | 09/08/2017 (c) |
| **§341(a) Meeting Date:** | 10/06/2017 |
| **Claims Bar Date:** | 02/03/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions,** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** | **Lien Amount** | **Exemption Amount** |
| 1 | NCSUIER Tax Refund for period ending 9/30/2016 (u) | $0.00 | $13,723.26 | | $13,723.26 | $0.00 | $0.00 | $0.00 |
| 2 | SCSUIER Tax Refund for period ending 9/30/2016 (u) | $0.00 | $1,198.22 | | $1,198.22 | $0.00 | $0.00 | $0.00 |
| 3 | Cash on hand | $19,600.91 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Bank Accounts | $77,795.85 | $77,795.85 | | $133,931.80 | $0.00 | $0.00 | $0.00 |
| 5 | Deposits | $559,414.70 | $559,414.70 | | $0.00 | $559,414.70 | $0.00 | $0.00 |
| 6 | Accounts receivable 90 days old or less | $55,256.73 | $55,256.73 | | $0.00 | $55,256.73 | $0.00 | $0.00 |
| 7 | Store Inventory (All Locations) - best estimate | $3,528,693.22 | $3,528,693.22 | | $0.00 | $3,528,693.22 | $0.00 | $0.00 |
| 8 | Restaurant Inventory (All Locations) | $85,992.41 | $85,992.41 | | $0.00 | $85,992.41 | $0.00 | $0.00 |
| 9 | Office equipment, furniture, software, and supplies (see attached list, value included in equipment entry below) | $1.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 10 | AUTOMOBILE: 1994 E-150 ECONOLINE CARGO VAN, NADA 80% ave retail | $3,040.00 | $3,040.00 | | $0.00 | $3,040.00 | $0.00 | $0.00 |
| 11 | AUTOMOBILE: E150 Van, NADA 80% average retail | $8,100.00 | $8,100.00 | | $0.00 | $8,100.00 | $0.00 | $0.00 |
| 12 | AUTOMOBILE: 2010 FORD TRANSIT VAN 2995, NADA 80% average retail | $8,100.00 | $8,100.00 | | $0.00 | $8,100.00 | $0.00 | $0.00 |
| 13 | AUTOMOBILE: 2013 Ford Transit Connect, NADA 80% average retail | $11,460.00 | $11,460.00 | | $0.00 | $11,460.00 | $0.00 | $0.00 |
| 14 | AUTOMOBILE: 2013 Ford Transit, NADA 80% average retail | $11,460.00 | $11,460.00 | | $0.00 | $11,460.00 | $0.00 | $0.00 |
| 15 | Machinery, fixtures, equipment, furniture, and supplies (see attached) | $4,410,726.33 | $4,410,726.33 | | $0.00 | $4,410,726.33 | $0.00 | $0.00 |
| 16 | Southern Season Grocery Company, Inc. (wholly-owned subsidiary) | $1.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 17 | Southern Season Restaurant Company, Inc. (wholly-owned subsidiary) | $1.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 18 | Customer List | $1.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 19 | Identifiable Intangible Assets | $1,040,425.99 | $1,040,425.99 | | $0.00 | $1,040,425.99 | $0.00 | $0.00 |
| | **SUBTOTALS** | | | | $0.00 | $0.00 | | |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No.: | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| For the Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distr |
| Date Filed (f) or Converted (c): | 09/08/2017 (c) |
| §341(a) Meeting Date: | 10/06/2017 |
| Claims Bar Date: | 02/03/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 20 | Settlement Agreement with Offir Consulting, LLC                                    (u) | $0.00 | $19,045.54 | | $19,045.54 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 3.23.2018 DE 624; Order Allowing Settlement Entered 5/3/2018 DE 635 Settlement Amount $19,045.54 Release of Claims | | | | | | | |
| 21 | Settlement Agreement - Duncan Parnell                                    (u) | $0.00 | $17,991.26 | | $17,991.26 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 693; Order Allowing Settlement Entered 11/05/2018 DE 711 Settlement Amount $17,991.26 Release of Claims | | | | | | | |
| 22 | Settlement Agreement - Desiree Sachdeva                                    (u) | $0.00 | $4,315.50 | | $4,315.50 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 698; Order Allowing Settlement Entered 11/05/2018 DE 716 Settlement Amount $4,315.50 Release of Claims | | | | | | | |
| 23 | Settlement Agreement - Carolina Container                                    (u) | $0.00 | $15,000.00 | | $15,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 692; Order Allowing Settlement Entered 11/05/2018 DE 710 Settlement Amount $15,000.00 Release of Claims | | | | | | | |
| 23 | VOID | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 24 | Settlement Agreement - Signarama of Asheville                                    (u) | $0.00 | $6,501.57 | | $6,501.57 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 699; Order Allowing Settlement Entered 11/05/2018 DE 717 Settlement Amount $6,501.57 Release of Claims | | | | | | | |
| 25 | Settlement Agreement - Windstream                                    (u) | $0.00 | $12,783.60 | | $12,783.60 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 700; Order Allowing Settlement Entered 11/05/2018 DE 718 Settlement Amount $12,783.60 Release of Claims | | | | | | | |
| 26 | Settlement Agreement - Alsco                                    (u) | $0.00 | $13,891.93 | | $13,891.93 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 690; Order Allowing Settlement Entered 11/05/2018 DE 709 Settlement Amount $13,891.93 Release of Claims | | | | | | | |
| 27 | Settlement Agreement - Montrose Capital                                    (u) | $0.00 | $10,500.00 | | $10,500.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 697; Order Allowing Settlement Entered 11/05/2018 DE 715 Settlement Amount $10,500.00 Release of Claims | | | | | | | |
| 28 | Settlement Agreement - Chapel Hill Toffee                                    (u) | $0.00 | $7,300.00 | | $7,300.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 691; Order Allowing Settlement Entered 11/05/2018 DE 712 Settlement Amount $7,300.00 Release of Claims | | | | | | | |
| | **SUBTOTALS** | | | | $0.00 | | $0.00 | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 16-80558 | Trustee Name: | James B. Angell - Middle Distr |
| Case Name: | SSI LIQUIDATION, INC. | Date Filed (f) or Converted (c): | 09/08/2017 (c) |
| For the Period Ending: | 09/30/2019 | §341(a) Meeting Date: | 10/06/2017 |
| | | Claims Bar Date: | 02/03/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 29 | Settlement Agreement - First Source (u) | $0.00 | $17,762.22 | | $17,762.22 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 694; Order Allowing Settlement Entered 11/05/2018 DE 719 Settlement Amount $17,762.22 Release of Claims | | | | | | | |
| 30 | Settlement Agreement - Manning Fulton (u) | $0.00 | $9,000.00 | | $9,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 696; Order Allowing Settlement Entered 11/05/2018 DE 714 Settlement Amount $9,000.00 Release of Claims | | | | | | | |
| 31 | Settlement Agreement - Le Creuset of America (u) | $0.00 | $10,000.00 | | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 10/01/2018 DE 695; Order Allowing Settlement Entered 11/05/2018 DE 713 Settlement Amount $10,000.00 Release of Claims | | | | | | | |
| 32 | Settlement Agreement - Carrboro Capital (u) | $0.00 | $20,449.80 | | $20,449.80 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 11/07/2018 DE 722; Order Approving Settlement Entered 12/03/2018 DE 756 Settlement Amount $20,449.80 Release of Claims | | | | | | | |
| 33 | Settlement Agreement - Tryon Capital (u) | $0.00 | $12,533.50 | | $12,533.50 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 11/07/2018 DE 723; Order Approving Settlement Entered 12/03/2018 DE 757 Settlement Amount $12,533.50 Release of Claims | | | | | | | |
| 34 | Settlement Agreement - Dominion Energy (u) | $0.00 | $1,000.00 | | $1,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 11/13/2018 DE 739; Order Approving Settlement Entered 12/12/2018 DE 760 Settlement Amount $1,000.00 Release of Claims | | | | | | | |
| 35 | Settlement Agreement - French/West/Vaughan (u) | $0.00 | $18,000.00 | | $18,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed 11/09/2018 DE 735; Order Approving Settlement Entered 12/3/2018 DE 755 Settlement Amount $18,000.00 Release of Claims | | | | | | | |
| 36 | Settlement Agreement - Duke Energy (u) | $0.00 | $14,252.00 | | $14,252.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed January 24, 2019 DE 773; Order Approving Settlement Entered 2/20/2019 (DE 790) Settlement Amount $14,252.00 Release of Claims | | | | | | | |
| 37 | Settlement Agreement - Sysco (u) | $0.00 | $30,000.00 | | $30,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Compromise Filed 11/14/2018 DE 741; Order Approving Settlement Entered 12/12/2018 DE 759 Settlement Amount $30,000.00 Release of Claims | | | | | | | |
| | | | **SUBTOTALS** | | $0.00 | | $0.00 | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No.: | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| For the Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distr |
| Date Filed (f) or Converted (c): | 09/08/2017 (c) |
| §341(a) Meeting Date: | 10/06/2017 |
| Claims Bar Date: | 02/03/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 38 | Settlement Agreement - 1885 Corp **(u)** | $0.00 | $10,000.00 | | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed January 24, 2019 DE 769; Order Approving Settlement Entered February 19, 2019 DE 791 | | | | | | | |
| | Settlement Amount $10,000.00 | | | | | | | |
| | Release of Claims | | | | | | | |
| 39 | Settlement Agreement - Dewey's Bakery **(u)** | $0.00 | $7,316.00 | | $7,316.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed January 23, 2019 DE 772; Order Approving Settlement Entered February 19, 2019 DE 792 | | | | | | | |
| | Settlement Amount $7,316.00 | | | | | | | |
| | Release of Claims | | | | | | | |
| 40 | Settlement Agreement - Roy Houff **(u)** | $0.00 | $10,480.00 | | $10,480.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed January 24, 2019 DE 769; Order Approving Settlement Entered February 19, 2019 DE 791 | | | | | | | |
| | Settlement Amount $10,480.00 | | | | | | | |
| | Release of Claims | | | | | | | |
| 41 | Settlement Agreement - Columbia Cameron Village **(u)** | $0.00 | $11,800.00 | | $11,800.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed February 5, 2019 DE 781; | | | | | | | |
| | Order Approving Settlement Entered March 4, 2019 DE797 | | | | | | | |
| | Settlement Amount $11,800.00 | | | | | | | |
| | Release of Claims | | | | | | | |
| 42 | Settlement Agreement - Euro USA **(u)** | $0.00 | $6,250.00 | | $6,250.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement filed 2/7/2019 DE 783; | | | | | | | |
| | Order Approving Settlement Entered March 4, 2019 DE 798 | | | | | | | |
| | Settlement Amount $6,250 | | | | | | | |
| | Release of Claims | | | | | | | |
| 43 | Settlement Agreement - Mutual of Omaha **(u)** | $0.00 | $2,250.00 | | $2,250.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement Filed February 7, 2019 DE 784; | | | | | | | |
| | Order Approving Settlement Entered March 4, 2019 DE796 | | | | | | | |
| | Settlement Amount $2,250.00 | | | | | | | |
| | Release of Claims | | | | | | | |
| 44 | Settlement Agreement - L&M Retail **(u)** | $0.00 | $750,000.00 | | $750,000.00 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement filed 3/5/2019 DE 799 | | | | | | | |
| | Order approving settlement entered 4/1/2019 DE 808 | | | | | | | |
| | Settlement Amount $750,000.00 | | | | | | | |
| | Waiver of Claims | | | | | | | |
| 45 | Settlement Agreement - SC Electric **(u)** | $0.00 | $4,300.00 | | $0.00 | $4,300.00 | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Settlement filed 3/82019 DE 803 | | | | | | | |
| | Order approving settlement entered 4/1/2019 DE 807 | | | | | | | |
| | Settlement Amount $4,300.00 | | | | | | | |
| | Waiver of Claims | | | | | | | |
| 45 | VOID | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| | **SUBTOTALS** | | | | $0.00 | | $0.00 | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   5

| Case No.: | 16-80558 | | | Trustee Name: | James B. Angell - Middle Distr |
|---|---|---|---|---|---|
| Case Name: | SSI LIQUIDATION, INC. | | | Date Filed (f) or Converted (c): | 09/08/2017 (c) |
| For the Period Ending: | 09/30/2019 | | | §341(a) Meeting Date: | 10/06/2017 |
| | | | | Claims Bar Date: | 02/03/2018 |

| 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets | 7 Lien Amount | 8 Exemption Amount |
|---|---|---|---|---|---|---|---|
| **Asset Notes:** Motion to Approve Settlement filed 3/82019 DE 803 | | | | | | | |
| Order approving settlement entered 4/1/2019 DE 807 | | | | | | | |
| Settlement Amount $4,300.00 | | | | | | | |
| Waiver of Claims | | | | | | | |
| 45    VOID | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Motion to Approve Settlement filed 3/82019 DE 803 | | | | | | | |
| Order approving settlement entered 4/1/2019 DE 807 | | | | | | | |
| Settlement Amount $4,300.00 | | | | | | | |
| Waiver of Claims | | | | | | | |
| 45    VOID | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Motion to Approve Settlement filed 3/82019 DE 803 | | | | | | | |
| Order approving settlement entered 4/1/2019 DE 807 | | | | | | | |
| Settlement Amount $4,300.00 | | | | | | | |
| Waiver of Claims | | | | | | | |
| 46    Settlement Agreement - Scana (u) | $0.00 | $4,300.00 | | $4,300.00 | $0.00 | $0.00 | $0.00 |
| 47    Settlement Agreement - Morrisette Paper (u) | $0.00 | $13,350.00 | | $13,350.00 | $0.00 | $0.00 | $0.00 |
| 48    Settlement Agreement - Calvert (u) | $0.00 | $15,900.00 | | $15,900.00 | $0.00 | $0.00 | $0.00 |
| 49    Settlement Agreement - All-Clad | $0.00 | $9,000.00 | | $9,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTALS (Excluding unknown value)** | **$9,820,070.14** | **$10,900,659.63** | | **$1,229,826.20** | **$9,726,969.38** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**

09/30/2019     THE TRUSTEE IS CURRENTLY WORKING THROUGH CLAIMS OBJECTIONS AND FINALIZING OTHER ISSUES IN CASE TO PREPARE TO CLOSE THE CASE.

EIGHTH INTERIM REPORT

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2018 | /s/ JAMES B. ANGELL | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2019 | JAMES B. ANGELL | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 16-80558 | Trustee Name: | James B. Angell - Middle Distric |
|---|---|---|---|
| Case Name: | SSI LIQUIDATION, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6698 | Checking Acct #: | ******0558 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Chapter 7 |
| | | | |
| For Period Beginning: | 06/24/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2017 | (4) | NORTHEN BLUE LLP TRUST ACCOUNT | Unencumbered Funds Trust Acct. | 1129-000 | $44,076.83 | | $44,076.83 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.56 | $44,066.27 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $65.46 | $44,000.81 |
| 11/07/2017 | (1) | NCUIER | Payment pursuant to refund owed to Southern Season, Inc | 1224-000 | $3,619.85 | | $47,620.66 |
| 11/07/2017 | (1) | NCSUIER | Payment pursuant to refund owed to Southern Season, Inc | 1224-000 | $10,103.41 | | $57,724.07 |
| 11/14/2017 | (2) | SCSUIER | Payment pursuant to refund owed to Southern Season Grocery Company, Inc | 1224-000 | $53.25 | | $57,777.32 |
| 11/14/2017 | (2) | SCSUIER | Payment pursuant to refund owed to Southern Season Grocery Company, Inc | 1224-000 | $1,144.97 | | $58,922.29 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $82.99 | $58,839.30 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $87.41 | $58,751.89 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $87.28 | $58,664.61 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $78.71 | $58,585.90 |
| 03/06/2018 | 3001 | Silke Route Capital Corporation, LLC | | 6990-000 | | $43,967.69 | $14,618.21 |
| 03/06/2018 | 3001 | VOID: Silke Route Capital Corporation, LLC | | 6990-003 | | ($43,967.69) | $58,585.90 |
| 03/06/2018 | 3002 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $10,316.61 | $48,269.29 |
| 03/13/2018 | | Transfer From: #*******0558 | | 9999-000 | $39,078.41 | | $87,347.70 |
| 03/13/2018 | 3003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $70.14 | $87,277.56 |
| 03/19/2018 | 3004 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $19,539.21 | $67,738.35 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $113.88 | $67,624.47 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $97.21 | $67,527.26 |
| 05/07/2018 | (20) | HOWARD STALLINGS FROM ATKINS | Payment pursuant to settlement agreement | 1249-000 | $19,045.34 | | $86,572.60 |
| 05/07/2018 | 3005 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $9,522.77 | $77,049.83 |
| 05/15/2018 | (20) | OFFIR CONSULTING LLC | Payment pursuant to settlement agreement | 1249-000 | $0.20 | | $77,050.03 |
| 05/15/2018 | 3006 | North Carolina Department or Revenue | Payment of Extension on 1/31/2018 Year End Deadline | 2820-000 | | $200.00 | $76,850.03 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $118.01 | $76,732.02 |

**SUBTOTALS** $117,122.26   $40,390.24

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| Primary Taxpayer ID #: | **-***6698 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/24/2016 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Independent Bank |
| Checking  Acct #: | ******0558 |
| Account Title: | Chapter 7 |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.31 | $76,621.71 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $113.83 | $76,507.88 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $18.34 | $76,489.54 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($18.34) | $76,507.88 |
| 08/29/2018 | (21) | DUNCAN PARNELL | Payment Pursuant to Preference Demand Letter | 1241-000 | $17,991.26 | | $94,499.14 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1,653.73 | $92,845.41 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1,653.73) | $94,499.14 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $140.45 | $94,358.69 |
| 09/12/2018 | (22) | DESIREE SACHDEVA | Payment pursuant to settlement agreement | 1249-000 | $4,315.50 | | $98,674.19 |
| 09/12/2018 | (23) | CAROLINA CONTAINER | Payment pursuant to settlement agreement | 1249-000 | $15,000.00 | | $113,674.19 |
| 09/12/2018 | (24) | PIEDMONT MEDIAWORKS INC. | Payment pursuant to settlement agreement | 1249-000 | $6,501.57 | | $120,175.76 |
| 09/12/2018 | (25) | WINDSTREAM SERVICES LLC | Payment pursuant to settlement agreement | 1249-000 | $12,783.60 | | $132,959.36 |
| 09/12/2018 | 3007 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09021 Morrisette Paper | 2700-000 | | $350.00 | $132,609.36 |
| 09/12/2018 | 3008 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09022 LM Retail | 2700-000 | | $350.00 | $132,259.36 |
| 09/12/2018 | 3009 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09023 Carrboro Capital | 2700-000 | | $350.00 | $131,909.36 |
| 09/12/2018 | 3010 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09024 First Source | 2700-000 | | $350.00 | $131,559.36 |
| 09/12/2018 | 3011 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09025 Cheney Brothers | 2700-000 | | $350.00 | $131,209.36 |
| 09/12/2018 | 3012 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09026 Worldpay | 2700-000 | | $350.00 | $130,859.36 |
| 09/12/2018 | 3013 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09027 Salem Baking | 2700-000 | | $350.00 | $130,509.36 |
| 09/12/2018 | 3014 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09028 All-Clad | 2700-000 | | $350.00 | $130,159.36 |
| | | | **SUBTOTALS** | | $56,591.93 | $3,164.59 | |

# FORM 2

**Page No:** 3

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| Primary Taxpayer ID #: | **-***6698 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/24/2016 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0558 |
| Account Title: | Chapter 7 |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/12/2018 | 3015 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09029 Roy Houff | 2700-000 | | $350.00 | $129,809.36 |
| 09/12/2018 | 3016 | Clerk, US Bankruptcy Court Middle District of | Payment of Court Fees Associated with AP Case No. 18-09030 Dominion | 2700-000 | | $350.00 | $129,459.36 |
| 09/13/2018 | (26) | ALSCO | Payment pursuant to settlement | 1249-000 | $13,891.93 | | $143,351.29 |
| 09/18/2018 | (27) | MONTROSE CAPITAL CORPORATION | Payment pursuant to settlement agreement | 1249-000 | $10,500.00 | | $153,851.29 |
| 09/24/2018 | (28) | KLG CANDIES, LLC | Payment pursuant to settlement agreement | 1249-000 | $7,300.00 | | $161,151.29 |
| 09/24/2018 | (29) | FIRST SOURCE LLC | Payment pursuant to settlement agreement | 1249-000 | $17,762.22 | | $178,913.51 |
| 09/28/2018 | (30) | MANNING FULTON & SKINNER | Payment pursuant to settlement agreement | 1249-000 | $9,000.00 | | $187,913.51 |
| 10/01/2018 | (31) | LE CREUSET OF AMERICA, INC. | Payment pursuant to settlement agreement | 1249-000 | $10,000.00 | | $197,913.51 |
| 10/16/2018 | (32) | ELLIS & WINTERS TRUST ACCOUNT | Payment pursuant to settlement agreement | 1249-000 | $20,449.80 | | $218,363.31 |
| 10/16/2018 | (33) | ELLIS & WINTERS LLP | Payment pursuant to settlement agreement | 1249-000 | $12,533.50 | | $230,896.81 |
| 11/05/2018 | (34) | DOMINION ENERGY | Payment Pursuant to Settlement Agreement | 1249-000 | $1,000.00 | | $231,896.81 |
| 11/07/2018 | 3017 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $62,523.04 | $169,373.77 |
| 11/12/2018 | (35) | FRENCH/WEST/VAUGHAN | Payment pursuant to settlement agreement | 1249-000 | $18,000.00 | | $187,373.77 |
| 12/11/2018 | (36) | DUKE ENERGY CAROLINAS LLC | Payment pursuant to settlement agreement | 1249-000 | $14,252.00 | | $201,625.77 |
| 12/12/2018 | (37) | SYSCO CORPORATION | Payment pursuant to settlement agreement | 1249-000 | $30,000.00 | | $231,625.77 |
| 12/20/2018 | 3018 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $40,991.65 | $190,634.12 |
| 01/02/2019 | (49) | GROUPE SEB USA | Pursuant to Settlement Agreement | 1141-000 | $9,000.00 | | $199,634.12 |
| 01/04/2019 | 3019 | Clerk, US Bankrupcy Court Middle District of | Payment of filing fee for AP Cases: 19-09001 Angell v. Euro 19-09002 Angell v. SC Electric 19-09003 Angell v. UPS | 2700-000 | | $1,050.00 | $198,584.12 |
| 01/09/2019 | 3020 | Clerk, US Bankrupcy Court Middle District of | Payment of Quarterly Fees for 3rd Quarter 2017 | 2700-000 | | $650.00 | $197,934.12 |
| | | | **SUBTOTALS** | | $173,689.45 | $105,914.69 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-80558 | |
| Case Name: | SSI LIQUIDATION, INC. | |
| Primary Taxpayer ID #: | **-***6698 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 06/24/2016 | |
| For Period Ending: | 09/30/2019 | |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0558 |
| Account Title: | Chapter 7 |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2019 | 3020 | VOID: Clerk, US Bankruptcy Court Middle | | 2700-003 | | ($650.00) | $198,584.12 |
| 01/09/2019 | 3021 | SunTrust Bank | Payment of Invoice #: SS-95317 | 3991-000 | | $51.20 | $198,532.92 |
| 01/09/2019 | 3021 | VOID: SunTrust Bank | | 3991-003 | | ($51.20) | $198,584.12 |
| 01/09/2019 | 3022 | Clerk, US Bankruptcy Court Middle District of | Printer Malfunction - Payment of Quarterly Fees for 3rd Quarter 2017 | 2700-000 | | $650.00 | $197,934.12 |
| 01/09/2019 | 3023 | SunTrust Bank | Printer Malfunction - Payment of Invoice #: SS-95317 | 3991-000 | | $51.20 | $197,882.92 |
| 01/11/2019 | 3024 | South Carolina Department of Motor | Fee to process duplicate title application | 3991-000 | | $15.00 | $197,867.92 |
| 01/22/2019 | (38) | WARREN KERR WALSTON TAYLOR & | Payment pursuant to settlement agreement | 1249-000 | $10,000.00 | | $207,867.92 |
| 01/24/2019 | (39) | DEWEY'S BAKERY INC. | Payment pursuant to settlement agreement | 1249-000 | $7,316.00 | | $215,183.92 |
| 01/29/2019 | (40) | THE ROY HOUF COPMANY, LLC | Payment pursuant to settlement agreement | 1249-000 | $3,500.00 | | $218,683.92 |
| 01/31/2019 | (40) | THE ROY HOUFF COMPANY, LLC | Payment pursuant to settlement agreement | 1249-000 | $3,500.00 | | $222,183.92 |
| 02/07/2019 | (41) | COLUMBIA CAMERON VILLAGE | Payment pursuant to settlement agreement | 1249-000 | $11,800.00 | | $233,983.92 |
| 02/11/2019 | (42) | EURO USA | Payment pursuant to settlement agreement | 1249-000 | $6,250.00 | | $240,233.92 |
| 02/19/2019 | (43) | UNITED OF OMAHA LIFE INSURANCE | Payment pursuant to settlement agreement | 1249-000 | $2,250.00 | | $242,483.92 |
| 02/25/2019 | (40) | THE ROY HOUFF COMPANY, LLC | payment pursuant to settlement agreement | 1249-000 | $3,480.00 | | $245,963.92 |
| 03/11/2019 | 3025 | Silke Route Capital Corporation, LLC | Pursuant to settlement order entered 6/26/2017 DE 459 | 6990-000 | | $35,674.00 | $210,289.92 |
| 03/14/2019 | (44) | GUMENICK MANAGEMENT MAIN | Payment pursuant to settlement agreement | 1249-000 | $250,000.00 | | $460,289.92 |
| 04/02/2019 | 3026 | Silke Route Capital Corporation, LLC | Payment pursuant to settlement agreement | 6990-000 | | $1,118.65 | $459,171.27 |
| 04/04/2019 | (44) | GUMENICK MANAGEMENT MAIN | WIRE RECEIVED 4/2/2019 | 1249-000 | $250,000.00 | | $709,171.27 |
| 05/03/2019 | 3027 | NCDMV | Fee to process duplicate title application | 3991-000 | | $20.00 | $709,151.27 |
| 05/03/2019 | 3028 | North Carolina Department or Revenue | For year ending 1/31/2019 | 2820-000 | | $200.00 | $708,951.27 |
| 05/06/2019 | (46) | SCANA SERVICES INC. | Payment pursuant to settlement agreement | 1249-000 | $4,300.00 | | $713,251.27 |
| 05/09/2019 | (44) | GUMENICK MANAGEMENT MAIN | WIRE RE LM RETAIL SETTLEMENT | 1249-000 | $250,000.00 | | $963,251.27 |
| | | | **SUBTOTALS** | | $802,396.00 | $37,078.85 | |

# FORM 2

Page No: 5

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 16-80558 | Trustee Name: | James B. Angell - Middle Distric |
| Case Name: | SSI LIQUIDATION, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6698 | Checking Acct #: | ******0558 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Chapter 7 |
| For Period Beginning: | 06/24/2016 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2019 | (47) | MORRISETTE PAPER COMPANY | Payment pursuant to settlement agreement | 1249-000 | $13,350.00 | | $976,601.27 |
| 06/28/2019 | (48) | CALVERT RETAIL, LP | Payment pursuant to settlement agreement | 1249-000 | $15,900.00 | | $992,501.27 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $1,179,049.64 | $186,548.37 | $992,501.27 |
| **Less: Bank transfers/CDs** | $39,078.41 | $0.00 | |
| **Subtotal** | $1,139,971.23 | $186,548.37 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,139,971.23 | $186,548.37 | |

**For the period of  06/24/2016 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,971.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,971.23 |
| Total Internal/Transfer Receipts: | $39,078.41 |
| | |
| Total Compensable Disbursements: | $186,548.37 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $186,548.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/22/2017  to 9/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,139,971.23 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,139,971.23 |
| Total Internal/Transfer Receipts: | $39,078.41 |
| | |
| Total Compensable Disbursements: | $186,548.37 |
| Total Non-Compensable Disbursement: | $0.00 |
| Total Comp/Non Comp Disbursement: | $186,548.37 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| Primary Taxpayer ID #: | **-***6698 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/24/2016 |
| For Period Ending: | 09/30/2019 |

| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0558 |
| Account Title: | PTE Reserve |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2017 | (4) | NORTHEN BLUE LLP | PTE Reserve Trust Account | 1129-000 | $89,854.97 | | $89,854.97 |
| 03/12/2018 | 301 | American Express Travel Related Services | Payment pursuant to Settlement Agreement entered in this case 2.9.2018 DE 22 | 6990-000 | | $13,026.14 | $76,828.83 |
| 03/13/2018 | | Transfer To: #******0558 | | 9999-000 | | $39,078.41 | $37,750.42 |
| 06/28/2018 | 301 | STOP PAYMENT: American Express Travel | Payment pursuant to Settlement Agreement entered in this case 2.9.2018 DE 22 | 6990-004 | | ($13,026.14) | $50,776.56 |
| 06/28/2018 | 302 | American Express Travel Related Services | Payment pursuant to Settlement Agreement entered in this case 2.9.2018 DE 22 | 6990-000 | | $13,026.14 | $37,750.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $89,854.97 | $52,104.55 | $37,750.42 |
| | | | Less: Bank transfers/CDs | | $0.00 | $39,078.41 | |
| | | | Subtotal | | $89,854.97 | $13,026.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $89,854.97 | $13,026.14 | |

**For the period of  06/24/2016 to 09/30/2019**

| Total Compensable Receipts: | $89,854.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,854.97 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $13,026.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $13,026.14 |
| Total Internal/Transfer  Disbursements: | $39,078.41 |

**For the entire history of the account between 09/22/2017  to 9/30/2019**

| Total Compensable Receipts: | $89,854.97 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,854.97 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $13,026.14 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp  Disbursement | $13,026.14 |
| Total Internal/Transfer  Disbursements: | $39,078.41 |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 16-80558 |
| Case Name: | SSI LIQUIDATION, INC. |
| Primary Taxpayer ID #: | **-***6698 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 06/24/2016 |
| For Period Ending: | 09/30/2019 |

| | |
|---|---|
| Trustee Name: | James B. Angell - Middle Distric |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******0558 |
| Account Title: | PTE Reserve |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | 1,229,826.20 | $199,574.51 | $1,030,251.69 |

**For the period of 06/24/2016 to 09/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,229,826.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,229,826.20 |
| Total Internal/Transfer Receipts: | $39,078.41 |
| | |
| Total Compensable Disbursements: | $199,574.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,574.51 |
| Total Internal/Transfer Disbursements: | $39,078.41 |

**For the entire history of the account between 09/22/2017 to 9/30/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,229,826.20 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,229,826.20 |
| Total Internal/Transfer Receipts: | $39,078.41 |
| | |
| Total Compensable Disbursements: | $199,574.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $199,574.51 |
| Total Internal/Transfer Disbursements: | $39,078.41 |

/s/ JAMES B. ANGELL

JAMES B. ANGELL