UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re: SSI Liquidation,Inc.

                                Case No.  16-80558
                                 Chapter 7

Employer's Tax Identification (EIN) No. 56-4446698
Address: ABTV, 17142 Harcombe Drive
        Charlotte, NC, 28277                  Debtor

## NOTICE OF OBJECTION TO CLAIM

      James B. Angell, Chapter 7 Trustee has filed an objection to your claim in this bankruptcy case.

      **<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the court to eliminate or change your claim, then on or **before <u>December 30, 2019</u>**, you or your lawyer must file with the court a written response to the objection, explaining your position, at:

      U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100

      If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

      You must also send a copy to:

James B. Angell, Chapter 7 Trustee
P.O. Box 12347
Raleigh, NC 27605

      Attend the hearing on the objection, to be held only if a response is filed or if directed by the court, on **January 16, 2019, at 11:00 a.m.** in the Durham Courtroom, United States Bankruptcy Court, Middle District of North Carolina, Venable Center, Dibrell Building, 302 East Pettigrew Street, Suite 280, Durham, North Carolina 27701.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

(Revised 5/19)

Date: November 27, 2019

<div style="margin-left:auto">

<u>s/James B. Angell</u>
James B. Angell
Howard, Stallings, From,
Atkins, Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
jangell@hsfh.com

</div>

(Revised 5/19)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| IN RE: | CASE NO: |
|---|---|
| SSI LIQUIDATION, INC. | 16-80558 |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, Michelle R. Murdock, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on November 27, 2019, the foregoing **NOTICE OF TRUSTEE'S OBJECTION TO CLAIM NO. 450 (Department of the Treasury – Internal Revenue Service)** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: November 27, 2019

/s/Michelle R. Murdock
Michelle R. Murdock, NCCP
P.O. Box 12347
Raleigh, NC 27605

| William P. Miller<br>Bankruptcy Administrator<br>*Served via cm/ecf* | J.P. Cournoyer<br>Northern Blue, LLP<br>*Served via cm/ecf* |
|---|---|
| SSI Liquidation, Inc.<br>c/o John Fioretti, CRO<br>ABTV<br>17142 Harcombe Drive<br>Charlotte, NC 28277 | *Internal Revenue Service<br>Attn: Managing Agent/Officer<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| *Internal Revenue Service<br>Office of Chief Counsel<br>Alamance Building, Mail Stop 24<br>4905 Koger Blvd.<br>Greensboro, NC 27407-2734 | *United States Attorney - MDNC<br>Attention Civil Process Clerk<br>101 S. Edgeworth St., 4th Floor<br>Greensboro, NC 27401 |

| | |
|---|---|
| *Secretary of the Treasury<br>1500 Pennsylvania Ave. N.W.<br>Washington, DC 20220 | *U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 |
| *Tanaya Schipf<br>Internal Revenue Service, Insolvency Division<br>4905 Koger Boulevard, Suite 102<br>Greensboro, NC 27407-2734 | |

**via certified mail return receipt requested also*