Form 200

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 16–80558

IN THE MATTER OF:
SSI Liquidation, Inc.    56–4446698
fka Southern Season, Inc.
c/o John Fioretti, CRO
ABTV
17142 Harcombe Drive
Charlotte, NC 28277

    Debtor(s)

## FINAL DECREE

   **IT APPEARING** that James B. Angell , Trustee of the above referenced case, has reduced the property and effects of the estate to cash; that the Trustee has made distribution and has rendered a full and complete account thereof; and that said Trustee has performed all duties requested by the Court in the administration of said estate; and for sufficient reasons appearing,

   **IT IS ORDERED** that the account of the Trustee be, and hereby is approved and allowed, and that said estate be, and hereby is closed; that the Trustee be and hereby is, discharged from and relieved of the position of trust in said case.

Dated: 3/15/21

                                                                     Benjamin A. Kahn
                                                                    United States Bankruptcy Judge