THE UNITED STATES BANKRUPTCY COURT
IN THE MIDDLE DISTRICT NORTH CAROLINA
DURHAM DIVISION

In re:

SSI Liquidation, Inc.                                                     Case No: B-16-80558
    Debtor

## MOTION TO REOPEN CASE

Now comes the United States Bankruptcy Administrator ("BA"), by and through counsel, and moves the Court to reopen this case pursuant to 11 U.S. C.§350 and in support thereof, represents to the Court as follows:

1. The above named debtor filed a Chapter 11 case in the United States Bankruptcy Court for the Middle District of North Carolina on June 24, 2016. The case was converted to a Chapter 7 case on September 8, 2017 and James B. Angell was appointed as Chapter 7 trustee. The Trustee liquidated the assets of the estate and paid a dividend to Chapter 7 and Chapter 11 creditors. The case was closed on March 15, 2021.

2. Subsequent to the case being closed, the Bankruptcy Administrator was notified the Trustee had received a tax refund in the amount of $11,162.61

3. The BA is requesting that the Court reopen the case in order for the Trustee to administer the asset and pay creditors.

WHEREFORE, the BA respectfully prays the Court as follows:

1. That the Court enter an Order reopening the above Chapter 7 case to allow the Trustee to administer the asset and distribute any funds to creditors.

2. That the Court re-appoint James B. Angell as Trustee, and that bond be covered by the Chapter 7 trustee blanket bond.

3. That the reopening fee be deferred.

This the 27th day of May, 2021.

WILLIAM P. MILLER, ESQ.
U.S. BANKRUPTCY ADMINISTRATOR

By   s/ Robert E. Price, Jr.
Robert E. Price, Jr.
Assistant U.S. Bankruptcy Administrator
State Bar No. 9422
101 S. Edgeworth Street
Greensboro, NC 27401
(336) 358-4179

## CERTIFICATE OF SERVICE

    This is to certify that on this date, the foregoing document was served upon the following parties or counsel by electronic filing and/or depositing a copy in the United States mail, first class postage prepaid, addressed as follows:

| | |
|---|---|
| James B. Angell | via electronic filing |
| J. P. Cournoyer | via electronic filing |

This the 27th day of May, 2021.

By: _s/ Susan Gattis_
Bankruptcy Analyst